# EXHIBIT 1

| From: | Robert Gilmore <RGilmore@steinmitchell.com> |
|---|---|
| Sent: | Thursday, October 22, 2020 8:24 PM |
| To: | Shytle, Courtney C.; Robinson, Stephen W.; SanFilippo, Nicholas D.; Masakayan, Daniel C. |
| Cc: | Phil O'Beirne; Jonathan Missner |
| Subject: | Re: Donnelly/Linden: Pleadings |

**EXTERNAL EMAIL; use caution with links and attachments**

Counsel:

We are unable to determine if you actually have filed the papers you sent us tonight, as the D.S.C. docket is not showing it as filed. The complaint and attachments, however, contain confidential business information of Linden and its portfolio companies, information that Mr. Donnelly contractually is obligated to maintain as confidential. Mr. Donnelly must immediately withdraw any publicly-filed materials, and file them under seal and/or with appropriate redactions. Please confirm you will be taking such steps without further delay. Linden reserves all rights with respect to Mr. Donnelly's confidentiality obligations.

Regards,
Rob Gilmore

**Robert B. Gilmore**
**Stein Mitchell Beato & Missner LLP**
901 15th Street, NW, Suite 700
Washington DC 20005
**D** 202.601.1589
**C** 202.352.1877
**F** 202.296.8312
rgilmore@steinmitchell.com
www.steinmitchell.com

---

**From:** "Robinson, Stephen W." <srobinson@mcguirewoods.com>
**Date:** Thursday, October 22, 2020 at 4:55 PM
**To:** Phil O'Beirne <POBeirne@steinmitchell.com>
**Subject:** Fwd: Donnelly/Linden: Pleadings

Please see the attached.

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*