# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

Charleston Division

PATRICK K. DONNELLY

*Plaintiff,*

v.

LINDEN CAPITAL PARTNERS III, L.P.

*Defendant.*

Case No. 2:20-cv-03719-RMG

## [PROPOSED]ORDER GRANTING DEFENDANT'S MOTION TO REDACT AND SEAL

Before the Court is Defendant Linden Capital Partners III, L.P.'s Motion to Redact and Seal.

For the reason set forth in the Motion and accompanying Memorandum, and for good cause shown, it is **HEREBY ORDERED** that

1.    Plaintiff Patrick K. Donnelly's First Amended Complaint (Dkt. No. 52), Exhibit 2 (Dkt. No. 52-3) and Defendant Linden Capital Partners III, L.P.'s Opposition to Plaintiff's First Amended Complaint (Dkt. No. 58) shall be redacted in accordance with the versions of those filings submitted as Exhibits B, C, and I of Defendant's Motion to Redact and Seal.  Accordingly, redactions shall be applied to paragraphs 83, 84, 85, 86, 94, 95, 96, 111, 112, 114, 128, 129, 130, 144, 145, 146, 147, 149, 177, 199, 225, 226, and 235 of Plaintiff's First Amended Complaint (Dkt. Nos. 50-1, 52), portions of Exhibit 2 (Dkt. No. 52-3), and designated portions of Defendant's Opposition to Plaintiff's Motion for Leave to Amend (Dkt. 58).

2.    Certain exhibits attached to Plaintiff's First Amended Complaint (Dkt. Nos. 52-4, 52-5, 52-6, 52-7, and 52-8) shall be sealed in their entirety.

3.     The clerk shall substitute the redacted version of Exhibit 2 to Plaintiff's First Amended Complaint (Dkt. No. 52-3) submitted as Exhibit C to Defendant's Motion to Redact and Seal for that currently on file with the Court.

**SO ORDERED.**

This ___ day of _____, 20____.


_____
THE HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE