# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PATRICK K. DONNELLY<br><br>*Plaintiff,*<br><br>v.<br><br>LINDEN CAPITAL PARTNERS III, L.P. and<br>LINDEN CAPITAL PARTNERS IV, L.P.,<br><br>*Defendants*. | Case No. 2:20-cv-3719-RMG |

## DEFENDANT LINDEN CAPITAL PARTNERS III, L.P.'S
## RULE 26(a)(2) EXPERT DISCLOSURE

Defendant Linden Capital Partners III, L.P. ("LCP III" or "Linden") by and through the undersigned counsel and pursuant to this Court's Amended Scheduling Order (Dkt. No. 64) and Federal Rule of Civil Procedure 26(a)(2) hereby states as follows:

(A) Identity of Expert Witness.

Below is the full name, address, and telephone number of each person whom Linden expects to call as an expert at trial:

Anthony Ecock, M.B.A.
Managing Principal
Wild Harbor Advisory, LLC
1776 Park Avenue
STE 4 Box 508
Park City, UT  84060
435-333-8873

(B) Certification of Written Report.

1

Defendant hereby certifies that a written report has been prepared and signed by Mr. Ecock which includes all information required by Fed. R. Civ. P. 26(a)(2)(B). This written report has been disclosed to Plaintiff by July 6, 2021, as stated in the Amended Scheduling Order. (Dkt. No. 64).

Linden reserves the right to supplement or correct this disclosure based on information acquired or gathered subsequent to this initial disclosure.

| | |
|---|---|
| Dated: July 6, 2021. | Respectfully submitted, |

s/ *J. Rutledge Young, III*
J. Rutledge Young, III (Federal Bar No. 7260)
Patrick Wooten (Federal Bar No. 10399)
**Duffy & Young, LLC**
96 Broad Street
Charleston, SC 29401
Telephone: (843) 720-2044
ryoung@duffyandyoung.com
pwooten@duffyandyoung.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 737-7777

jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com

*Attorneys for Defendant Linden Capital Partners III, L.P. and Linden Capital Partners IV, L.P.*