

# Transcript of Scott Uebele

**Date:** September 30, 2021
**Case:** Donnelly -v- Linden Capital Partners III, L.P., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

5     - - - - - - - - - - - - - - - - x

6     PATRICK K. DONNELLY,                    :

7                      Plaintiff,        :

8              v.                    : Case No.

9     LINDEN CAPITAL PARTNERS III,     : 2:20-cv-3719-RMG

10    L.P., et al.,                     :

11                     Defendants.   :

12    - - - - - - - - - - - - - - - - x

13          Videotaped Deposition of SCOTT UEBELE

14                  Washington, D.C.

15             Thursday, September 30, 2021

16                     12:42 p.m.

17

18

19

20

21

22

23    Job No. 398679

24    Pages 1 - 91

25    Reported by:  Karen Young

1          Videotaped Deposition of SCOTT UEBELE, held

2     at the offices of:

3               STEIN MITCHELL BEATO & MISSNER LLP

4               901 15th Street, Northwest

5               Suite 700

6               Washington, D.C. 20005

7               (202) 737-7777

8

9

10

11

12          Pursuant to notice, before Karen Young,

13     Notary Public of the District of Columbia.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF PATRICK K. DONNELLY:

 3        NICHOLAS D. SANFILIPPO, ESQUIRE

 4        McGUIREWOODS LLP

 5        1750 Tysons Boulevard, Suite 1000

 6        McLean, Virginia 22201

 7        (703) 712-5000

 8

 9   ON BEHALF OF THE DEFENDANTS:

10        PHILIP J. O'BEIRNE, ESQUIRE

11        STEIN MITCHELL BEATO & MISSNER LLP

12        901 15th Street, Northwest

13        Suite 700

14        Washington, D.C. 20005

15        (202) 737-7777

16

17   ON BEHALF OF THE WITNESS:

18        GREGORY L. DEMERS, ESQUIRE

19        ROPES & GRAY

20        Prudential Tower

21        800 Boylston Street

22        Boston, Massachusetts 02199-3600

23        (617) 951-7000

24

25
```

1    ALSO PRESENT:

2         Miles Tag, Videographer

3         Leah Shenfeld, Videographer Trainee

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C O N T E N T S

2    EXAMINATION OF SCOTT UEBELE                     PAGE

3           By Mr. SanFilippo.......................  7

4           By Mr. O'Beirne........................  79

5

6

7

8

9

10

11

12

13                    E X H I B I T S

14                (Attached to Transcript)

15   Exhibit 1    Shah e-mail to Wendel, 7/26/17...  33

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S: | 11:43:50 |
| 2 | THE VIDEOGRAPHER:  Here begins Disk | 12:40:40 |
| 3 | Number 1 in the videotaped deposition of Scott | 12:41:52 |
| 4 | Uebele in the matter of Donnelly versus Linden | 12:41:56 |
| 5 | Capital Partners III, L.P. et al. in the United | 12:42:00 |
| 6 | States District Court for the District of South | 12:42:05 |
| 7 | Carolina, Charleston Division, Case Number 2: | 12:42:08 |
| 8 | 20-cv-3719-RMG.  Today's date is September 30th, | 12:42:13 |
| 9 | 2021.  The time on the video monitor is 12:42 p.m. | 12:42:25 |
| 10 | This video deposition -- the videographer | 12:42:33 |
| 11 | today is Miles Tag, representing Planet Depos. | 12:42:35 |
| 12 | This video deposition is taking place at 901 15th | 12:42:39 |
| 13 | Street, Northwest, Suite 700, Washington, D.C. | 12:42:44 |
| 14 | 20005.  Would counsel please voice-identify | 12:42:48 |
| 15 | themselves and state whom they represent. | 12:42:52 |
| 16 | MR. SANFILIPPO:  Nick SanFilippo from | 12:42:54 |
| 17 | McGuireWoods on behalf of Patrick Donnelly. | 12:42:55 |
| 18 | MR. DEMERS:  Greg Demers from Ropes & | 12:42:58 |
| 19 | Gray on above behalf of the deponent. | 12:42:59 |
| 20 | MR. O'BEIRNE:  Phil O'Beirne from Stein | 12:43:02 |
| 21 | Mitchell on behalf of defendants. | 12:43:03 |
| 22 | THE VIDEOGRAPHER:  The court reporter | 12:43:04 |
| 23 | today is Karen Young, also representing Planet | 12:43:05 |
| 24 | Depos.  Will the reporter please swear in the | 12:43:07 |
| 25 | witness, and then we may begin. | 12:43:09 |

1                     SCOTT UEBELE,                          12:43:20

2          having been duly sworn, testified as follows:     12:43:20

3          EXAMINATION BY COUNSEL FOR PATRICK K. DONNELLY    12:43:20

4                        -  -  -                             12:43:20

5     BY MR. SANFILIPPO:                                     12:43:21

6          Q    Good -- yeah, what a great way to start,     12:43:21

7     right?  Good afternoon, Mr. Uebele.  As I -- as I      12:43:27

8     already introduced myself before this deposition,      12:43:30

9     but my name's Nick SanFilippo.  I'm going to be        12:43:32

10    asking you some questions today.  I do appreciate      12:43:34

11    you taking time out of your busy schedule to come      12:43:37

12    here, and I just want to go over some ground rules     12:43:40

13    before we get started.  Have you been deposed          12:43:42

14    before?                                                12:43:45

15         A    Once.                                        12:43:45

16         Q    Okay, so you're somewhat familiar with       12:43:46

17    deposition procedure, I imagine; is that correct?      12:43:49

18         A    That is correct.                             12:43:50

19         Q    Couple ground rules.  First of all, you      12:43:51

20    know, I'm going to ask you questions.  I ask you to    12:43:55

21    respond to my questions.  If you can, let's try to     12:43:58

22    not talk over each other.  So let me get my            12:44:02

23    question fully out.  Your counsel may want to          12:44:05

24    object, and then answer my question.  Is that fair?    12:44:08

25         A    That's fair.                                 12:44:10

1      Q     That just makes it easier for the court          12:44:10

2   reporter.  Second of all, if I ask a question             12:44:14

3   that's just a bad question or is confusing in some         12:44:17

4   way and you're not sure what I mean, feel free to          12:44:19

5   ask me for clarification.  Is that fair?                   12:44:22

6      A     That's fair.                                      12:44:25

7      Q     Otherwise, if you don't ask for                   12:44:26

8   clarification, I'm going to assume that you                12:44:27

9   understood the question.  Does that make sense?            12:44:29

10      A     That makes sense.                                12:44:32

11      Q     Okay.  If you need to take a break at any         12:44:33

12   time, just ask me.  I'm happy to accommodate you.         12:44:34

13   The only thing that I -- I ask is that if I've            12:44:37

14   asked a question and there's a question pending,          12:44:39

15   that you answer the question before we take a             12:44:42

16   break.  Is that -- is that fair?                          12:44:44

17      A     That is fair.                                    12:44:45

18      Q     Okay.  Is there any reason why you                12:44:47

19   wouldn't be able to testify truthfully today, such        12:44:49

20   as, you know, memory loss, medication, drugs or           12:44:52

21   alcohol or anything like that?                            12:44:56

22      A     There are no impairments.                        12:44:57

23      Q     Okay, great.  Tell me about your -- your          12:45:00

24   deposition that you took prior to this case.  What        12:45:05

25   was that about?                                           12:45:07

1    A    That was a case on behalf of my older          12:45:08

2  brother and a business dispute with also his          12:45:14

3  significant other, so I was just deposed as          12:45:17

4  third-party witness.          12:45:21

5    Q    Okay.  Can you tell me about your          12:45:22

6  education please?          12:45:24

7    A    I have a undergrad degree from Bucknell          12:45:25

8  University and a master's degree in finance from          12:45:29

9  Seton Hall University.          12:45:33

10    Q    When did you graduate from Bucknell?          12:45:34

11    A    2000.          12:45:39

12    Q    And when did you graduate from Seton          12:45:39

13  Hall?          12:45:42

14    A    May of 2006.          12:45:42

15    Q    Okay.  Master's degree in finance -- is          12:45:43

16  that the same as an MBA or --          12:45:53

17    A    It's an MBA with a finance concentration.          12:45:53

18    Q    Okay.  And then after you graduated from          12:45:56

19  your MBA position, what was your first working          12:46:01

20  position?          12:46:06

21    A    So I worked through my master's program.          12:46:06

22  So I was employed with Prudential Financial in a --          12:46:10

23  it's what we called our plan accounting department.          12:46:15

24  I was still there through majority of my undergrad          12:46:18

25  and my last semester -- before my last semester, I          12:46:21

| | | |
|---|---|---|
| 1 | took a new job with a company called InTest | 12:46:25 |
| 2 | Corporation, which is a semiconductor test | 12:46:28 |
| 3 | manufacturer, and I took a finance -- pretty | 12:46:30 |
| 4 | diverse finance role with them.  It's a smaller | 12:46:37 |
| 5 | public company. | 12:46:40 |
| 6 |     Q    Okay.  And how long were you with InTest? | 12:46:40 |
| 7 |     A    Two years, and then I -- yeah. | 12:46:42 |
| 8 |     Q    And then what? | 12:46:44 |
| 9 |     A    I moved to a company called Research | 12:46:45 |
| 10 | Pharmaceutical Services, started as the director of | 12:46:48 |
| 11 | financial compliance.  I moved up to global VP of | 12:46:51 |
| 12 | finance there after five -- I was there for five | 12:46:55 |
| 13 | and a half years. | 12:46:58 |
| 14 |     Q    Okay.  Do you recall what year you | 12:46:59 |
| 15 | started working at Research Pharmaceutical | 12:47:01 |
| 16 | Services? | 12:47:03 |
| 17 |     A    2007. | 12:47:04 |
| 18 |     Q    And when did you leave their employ? | 12:47:05 |
| 19 |     A    2013. | 12:47:08 |
| 20 |     Q    Okay. | 12:47:09 |
| 21 |     A    June of 2013. | 12:47:09 |
| 22 |     Q    Okay, and then what position did you take | 12:47:11 |
| 23 | after that? | 12:47:13 |
| 24 |     A    I took the chief financial officer role | 12:47:13 |
| 25 | with Chesapeake IRB -- | 12:47:16 |

1      Q      Okay.                                          12:47:18

2      A      -- in 2013, and I've been with that            12:47:19

3  organization through till today, which is still          12:47:21

4  Advarra.                                                  12:47:24

5      Q      Okay.  And are you still the chief             12:47:24

6  financial officer of Advarra?                             12:47:26

7      A      No, I'm now the president, chief research      12:47:27

8  services officer of Advarra.                              12:47:31

9      Q      Okay.  So 2013, do you know who owned --       12:47:33

10  or what entity owned Chesapeake IRB?                     12:47:52

11      A      I wouldn't know which fund, but it was        12:47:55

12  Audax out of Boston.                                     12:47:59

13      Q      Okay.  And then subsequently thereafter,      12:48:00

14  Chesapeake was acquired by Linden, correct?              12:48:08

15      A      Correct.                                       12:48:10

16      Q      Okay, and what if any involvement did you     12:48:10

17  have in that transaction?                                12:48:12

18      A      I was the chief financial officer and one     12:48:13

19  of the primary members of the executive team            12:48:17

20  supporting the exit from Audax through to the sale       12:48:19

21  to Linden through a normal exit process for private      12:48:24

22  equity, multiple party sale process.                     12:48:27

23      Q      Did you interface with Linden employees       12:48:31

24  at all?                                                   12:48:33

25      A      Yes.                                           12:48:34

```
1      Q    Okay.  Who from Linden did you interface        12:48:35
2    with?                                                   12:48:37
3      A    At that time would be Tony Davis, Kam           12:48:38
4    Shaw and Adam Friedman were the primary deal team       12:48:42
5    that we interacted with presale and thereafter.         12:48:47
6      Q    Okay.  Did you interface with any               12:48:50
7    operating partners from Linden at that time?            12:48:53
8      A    At that time, introduce would have been         12:48:55
9    Pat Donnelly, who was introduced as exclusive to        12:48:58
10   Linden, but I was unaware if he was operating           12:49:01
11   partner or not at that time.  I believe he was          12:49:05
12   newer to the firm.                                      12:49:08
13     Q    Okay.  What do you mean by exclusive to         12:49:09
14   Linden?                                                 12:49:10
15     A    That's how he was introduced in the             12:49:10
16   meeting, was just that he was exclusive to working      12:49:12
17   with Linden at that time.                               12:49:14
18     Q    Okay.  Do you recall the first time you         12:49:15
19   met Mr. Donnelly?                                        12:49:17
20     A    Yes, it was in Dallas, Texas at the             12:49:18
21   Houlihan Lokey offices in October of 2015.             12:49:24
22     Q    Okay.  And what did you discuss at that         12:49:28
23   meeting at Houlihan Lokey?                              12:49:31
24     A    That was our actual -- we would call it a       12:49:34
25   banker process, so it was an individual meeting.  I     12:49:38
```

| | | |
|---|---|---|
| 1 | believe we had about 13 over two weeks.  Linden was | 12:49:41 |
| 2 | one of them.  Pat was there at that meeting, and | 12:49:44 |
| 3 | after that time, we would have gone over the full | 12:49:48 |
| 4 | nature of what was Chesapeake IRB, the opportunity | 12:49:51 |
| 5 | at -- at hand for acquisition by Linden, and | 12:49:54 |
| 6 | ultimately what type of direction we were looking | 12:49:57 |
| 7 | to take as a management team. | 12:49:59 |
| 8 | Q    Okay.  Was that the first meeting that | 12:50:01 |
| 9 | Chesapeake IRB had with Linden as far as you know | 12:50:08 |
| 10 | related to this process? | 12:50:12 |
| 11 | A    As far as I know, yes. | 12:50:13 |
| 12 | Q    Okay, okay.  And what was Mr. Donnelly's | 12:50:14 |
| 13 | involvement in that meeting? | 12:50:18 |
| 14 | A    He was part of the I'll say industry | 12:50:19 |
| 15 | expertise that was supporting Linden in evaluating | 12:50:27 |
| 16 | the deal at hand. | 12:50:31 |
| 17 | Q    Okay.  How did -- do you know how | 12:50:36 |
| 18 | Chesapeake ultimately chose to go to Linden, or | 12:50:55 |
| 19 | Audax ultimately chose to sell Chesapeake to | 12:51:00 |
| 20 | Linden? | 12:51:05 |
| 21 | MR. DEMERS:  Object to form. | 12:51:05 |
| 22 | MR. O'BEIRNE:  Same. | 12:51:07 |
| 23 | MR. DEMERS:  You can answer. | 12:51:07 |
| 24 | A    I would not know.  We engaged a banker in | 12:51:08 |
| 25 | the process, which was Houlihan Lokey, to find | 12:51:10 |

1    credible acquisition partners.  It was a process          12:51:14

2    that they helped support, and like I said, there          12:51:17

3    were I believe 12 or 13 different parties that            12:51:21

4    evaluated, and it would have been through a formal        12:51:24

5    sale process that --                                      12:51:27

6         Q    Okay.                                           12:51:29

7         A    -- had multiple gates in it, so primary,        12:51:29

8    second bids and ability to close.                         12:51:33

9         Q    Were you involved in that formal sale           12:51:34

10   process decision?                                         12:51:36

11        A    We reviewed at that time some of the bids       12:51:38

12   and also some of the fit for what we thought              12:51:41

13   management team would be supportive of.                   12:51:44

14        Q    Okay.  What -- what do you mean when you        12:51:46

15   say fit?                                                  12:51:48

16        A    In terms of direction of private equity,        12:51:49

17   where they kind of thought the next step.  So most        12:51:55

18   private equity firms have a thesis on where they          12:52:00

19   would want to take the organization.  So some of          12:52:03

20   those are not always in line with existing                12:52:04

21   management, or there's at least one party that was        12:52:08

22   in the process that we would have exhausted their         12:52:12

23   entire fund and it would be inability to do future        12:52:15

24   M and A for us, which would have also been less           12:52:20

25   desirable.  We still felt we had a lot of growth as       12:52:23

1    an organization.  So some of that feedback was          12:52:27

2    supplied by Jeff Wendel and myself as the               12:52:30

3    management team.                                        12:52:32

4         Q    Okay.  Did you analyze Linden's thesis?       12:52:33

5         A    We went through -- Linden had a follow-on     12:52:35

6    conversation with us around their direction, what       12:52:39

7    they call their value creation plan.                    12:52:41

8         Q    Uh-huh.                                       12:52:44

9         A    We talked early on, which still had a lot     12:52:45

10   of acquisition heavy in terms of looking at             12:52:48

11   continuing to consolidate in the institutional          12:52:51

12   review board space and some other related               12:52:53

13   opportunities around it, and we felt very               12:52:58

14   comfortable that they were a firm that would want       12:53:00

15   to continue to grow this organization aggressively.     12:53:02

16        Q    Okay.  Was Mr. Donnelly involved in those     12:53:05

17   conversations?                                          12:53:07

18        A    He was involved in the value creation         12:53:07

19   plan meetings, yes.                                     12:53:10

20        Q    Okay.  Had you had prior experience           12:53:11

21   working with other private equity firms before          12:53:13

22   this?                                                   12:53:16

23        A    Not as the CFO.  I worked in a private        12:53:17

24   equity-backed organization at my last job, Research     12:53:21

25   Pharmaceutical Services.  Warburg Pincus was the        12:53:26

| | |
|---|---|
| 1 | primary private equity firm, and before that was | 12:53:29 |
| 2 | Cartesian Capital, which is a smaller firm that | 12:53:32 |
| 3 | came to us via a SPAC investment, and also briefly | 12:53:35 |
| 4 | with the deal team with KKR, and then obviously as | 12:53:38 |
| 5 | I mentioned, with Audax before Linden, so for a | 12:53:42 |
| 6 | couple years with them. | 12:53:45 |
| 7 | Q    Okay.  Had you heard of Linden before the | 12:53:46 |
| 8 | -- the proposed sale of Chesapeake IRB? | 12:53:49 |
| 9 | A    I had not. | 12:53:52 |
| 10 | Q    Okay.  Did you do investigation of Linden | 12:53:53 |
| 11 | in conjunction with the sale of Chesapeake? | 12:54:03 |
| 12 | A    Once we learn who the firms are, I find | 12:54:06 |
| 13 | it's best to learn about the overall firms that are | 12:54:09 |
| 14 | going to be meeting with us and what type of other | 12:54:12 |
| 15 | assets they've looked at, and I was able to learn | 12:54:15 |
| 16 | that they're a health care-focused firm that had a | 12:54:19 |
| 17 | couple of different ventures, including pharma | 12:54:22 |
| 18 | services, which was exceeding to me. | 12:54:25 |
| 19 | Q    Okay.  Did you have any opinion about | 12:54:26 |
| 20 | Linden's use of operating partners -- | 12:54:37 |
| 21 | MR. DEMERS:  Objection to form. | 12:54:40 |
| 22 | BY MR. SANFILIPPO: | 12:54:41 |
| 23 | Q    -- with respect to considering them as a | 12:54:41 |
| 24 | place where Chesapeake could end up? | 12:54:49 |
| 25 | MR. DEMERS:  Objection to form. | 12:54:51 |

| | | |
|---|---|---|
| 1 | MR. O'BEIRNE:  And foundation. | 12:54:53 |
| 2 | MR. DEMERS:  You can answer. | 12:54:54 |
| 3 | A    I -- it's very common for most firms to | 12:54:55 |
| 4 | have consultants or other partners within a firm, | 12:55:00 |
| 5 | be it members of the actual deal team or other | 12:55:06 |
| 6 | operating partners for private equity to come in, | 12:55:09 |
| 7 | so I was familiar with a lot of third-party | 12:55:12 |
| 8 | opinions.  Actually working directly for an | 12:55:15 |
| 9 | operating partner relationship with the private | 12:55:19 |
| 10 | equity firm, this would have been the first one. | 12:55:22 |
| 11 | Q    Okay.  Did you have any opinion about | 12:55:24 |
| 12 | whether or not working directly with Mr. Donnelly | 12:55:32 |
| 13 | would be beneficial to Chesapeake IRB? | 12:55:35 |
| 14 | MR. O'BEIRNE:  Form, foundation. | 12:55:38 |
| 15 | MR. DEMERS:  Objection.  You can answer. | 12:55:39 |
| 16 | A    I had no opinion one way or the other. | 12:55:40 |
| 17 | Q    Okay.  Had you met Mr. Donnelly prior to | 12:55:43 |
| 18 | this?  When I say "this," I mean the sale process | 12:55:54 |
| 19 | of Chesapeake to Linden. | 12:55:56 |
| 20 | A    I had not met him in person, no. | 12:55:57 |
| 21 | Q    Had you met him other than in person? | 12:56:00 |
| 22 | A    I knew who he was through my prior | 12:56:08 |
| 23 | company.  RPS ultimately sold to KKR and PRA, and I | 12:56:11 |
| 24 | had learned who he was through that from his time | 12:56:17 |
| 25 | at PRA. | 12:56:19 |

1    Q    Okay.                                          12:56:20

2    A    So through colleagues.  I'd never met him     12:56:23

3  in person.  You know, just knew of the person.        12:56:25

4    Q    Did you form any opinion about Mr.            12:56:28

5  Donnelly prior to meeting him?                        12:56:31

6    A    No.                                            12:56:32

7    Q    So did you end up working with Mr.            12:56:32

8  Donnelly directly at all prior to his becoming the    12:57:20

9  CEO of Advarra?                                        12:57:25

10   A    Very little direct unless it was in group     12:57:28

11 setting.  I worked more with the Linden deal team     12:57:31

12 on CFO responsibilities.  I would say that our CEO    12:57:36

13 had more direct one-on-one interaction with Pat.      12:57:40

14   Q    Did Linden's thesis, when they were          12:57:43

15 pitching you and your team to sell, Chesapeake to     12:58:04

16 Linden, mention the term "add-on acquisitions"?       12:58:11

17        MR. DEMERS:  Objection to form.               12:58:13

18        MR. O'BEIRNE:  Foundation.                    12:58:16

19        MR. DEMERS:  You can answer.                  12:58:16

20   A    Yes.                                           12:58:17

21   Q    Okay.  And what did they say about add-on     12:58:18

22 acquisitions?                                         12:58:22

23   A    Very important to actually continue the       12:58:22

24 growth story, so additional acquisitions would be     12:58:27

25 core to how we felt our next steps to grow as an      12:58:33

1    organization could be accelerated.                    12:58:36

2        Q    Okay.  Did Linden indicate whether or not    12:58:38

3    they intended to use the capital of the fund to       12:58:40

4    make add-on acquisitions?                             12:58:48

5            MR. O'BEIRNE:  Form, foundation.              12:58:50

6            MR. DEMERS:  You can answer.                  12:58:51

7        A    They did not mention whether -- although     12:58:52

8    they did mention they have additional what they       12:58:57

9    call dry powder, so additional capital available,     12:58:59

10   should we have the right acquisition opportunity,     12:59:02

11   but part of what we had done at Chesapeake prior to   12:59:05

12   Linden with Audax and part of our ability to do so    12:59:08

13   is we create significant cash flow, and a lot of      12:59:12

14   our acquisition -- all of the acquisition prior and   12:59:16

15   during the time with Linden was via cash generated    12:59:20

16   and debt capacity generated by the organization, so   12:59:24

17   no additional dry powder will be required, but they   12:59:27

18   did mention they have additional available if         12:59:31

19   needed.                                               12:59:33

20       Q    Were you involved in the Chesapeake IRB-     12:59:33

21   Schulman IRB merger?                                  13:00:07

22       A    I was involved to the extent that once       13:00:09

23   there was I'll say a agreement by parties to move     13:00:12

24   forward, supporting the full data room and            13:00:16

25   evaluation of materials from that -- that data        13:00:19

| | | |
|---|---|---|
| 1 | room.  So it was a very fast process with condensed | 13:00:22 |
| 2 | diligence period.  Given competitor set, there | 13:00:27 |
| 3 | wasn't any blinded -- or unblinded information, so | 13:00:33 |
| 4 | clients were -- were redacted so you didn't know | 13:00:36 |
| 5 | who the client was, but I reviewed all of the | 13:00:39 |
| 6 | material in the data room, going through what we | 13:00:42 |
| 7 | thought next steps would be of putting together a | 13:00:45 |
| 8 | combined entity, integration planning et cetera. | 13:00:47 |
| 9 | So yes, I was involved in that regard. | 13:00:50 |
| 10 | Q    Okay.  Was Mr. Donnelly involved in | 13:00:52 |
| 11 | diligence with respect to that transaction? | 13:00:55 |
| 12 | MR. O'BEIRNE:  Form, foundation. | 13:00:57 |
| 13 | MR. DEMERS:  You can answer. | 13:00:59 |
| 14 | A    I would not know.  I didn't -- I don't | 13:00:59 |
| 15 | have data room log-ins and things like that, but we | 13:01:01 |
| 16 | discussed it at least at one board meeting that he | 13:01:07 |
| 17 | was at. | 13:01:09 |
| 18 | Q    You and Mr. Donnelly discussed diligence | 13:01:10 |
| 19 | at a board meeting that -- | 13:01:13 |
| 20 | A    No, the entire board of directors | 13:01:14 |
| 21 | discussed diligence, including -- I was not on the | 13:01:16 |
| 22 | board, but I was a member at all of our core board | 13:01:19 |
| 23 | meetings, so we discussed the opportunity and some | 13:01:23 |
| 24 | of our diligence findings. | 13:01:25 |
| 25 | Q    Okay.  Did you attend any of Linden's | 13:01:27 |

| | | |
|---|---|---|
| 1 | Monday morning meetings? | 13:01:34 |
| 2 | MR. O'BEIRNE:  Objection, form. | 13:01:36 |
| 3 | MR. DEMERS:  You can answer. | 13:01:37 |
| 4 | A     No.  I would have attended -- no, that | 13:01:37 |
| 5 | was with Audax.  Apologies. | 13:01:44 |
| 6 | Q     So did you have any visibility into what, | 13:01:47 |
| 7 | if anything, Pat was doing with respect to the | 13:02:12 |
| 8 | Chesapeake-Schulman merger? | 13:02:15 |
| 9 | A     No, I would not. | 13:02:18 |
| 10 | Q     Okay.  Are you an investor in LCP III? | 13:02:19 |
| 11 | A     No. | 13:02:36 |
| 12 | Q     Or LCP IV? | 13:02:36 |
| 13 | A     No. | 13:02:38 |
| 14 | Q     So did you come to understand that Pat | 13:02:39 |
| 15 | would be stepping in as CEO of the merged entity? | 13:02:53 |
| 16 | A     I was aware at -- immediately preceding | 13:02:58 |
| 17 | close of the acquisition, so -- it was a | 13:03:03 |
| 18 | combination agreement, so immediately preceding, I | 13:03:07 |
| 19 | was made aware of that change. | 13:03:10 |
| 20 | Q     Okay.  How were you made aware of that | 13:03:13 |
| 21 | change? | 13:03:15 |
| 22 | A     Jeff Wendel informed me directly. | 13:03:15 |
| 23 | Q     Okay.  What did he say to you? | 13:03:20 |
| 24 | A     That he would not be the CEO of the | 13:03:21 |
| 25 | company, but he was staying with the company and | 13:03:24 |

1    that the next CEO of the company would be Pat          13:03:26

2    Donnelly.                                              13:03:29

3        Q    How did you feel about that?                  13:03:30

4        A    I knew that Jeff was not going to be the      13:03:31

5    CEO of the company for some time because his           13:03:33

6    demeanor changed.  I assumed that the next CEO         13:03:37

7    would be Michael Woods as a result, who was the CEO    13:03:42

8    of Schulman.  I was a little surprised that it was     13:03:45

9    neither of them, but I had no positive nor negative    13:03:48

10   reaction to -- to the announcement.                    13:03:56

11       Q    Okay.  Once Mr. Donnelly became CEO, did      13:03:59

12   you work with him directly?                            13:04:05

13       A    Yes.                                          13:04:06

14       Q    Okay.  Did you report to him directly?        13:04:07

15       A    Yes.                                          13:04:09

16       Q    So you didn't report to Mr. Wendel.           13:04:09

17       A    No.                                           13:04:11

18       Q    Okay.  What was your working relationship     13:04:12

19   with Mr. Donnelly like?                                13:04:17

20       A    I would say that -- again, any                13:04:18

21   relationship, it would have ups and downs.  You        13:04:27

22   know, tried to learn as much as I could working        13:04:30

23   with Pat.  I found him in one-on-one settings          13:04:33

24   within generous with his time and his counsel, and     13:04:35

25   I appreciated that.  I would say that we didn't        13:04:39

```
 1   always agree on next steps or in how we handled        13:04:42
 2   full management team meetings and things like that,    13:04:46
 3   but that's life, right?  You know, people have         13:04:51
 4   different opinions on how to -- how to drive things    13:04:55
 5   forward, and I -- I voiced when I disagreed with       13:04:58
 6   him, and I appreciated that he allowed me to voice     13:05:00
 7   my disagreements.  There's a lot to unpack there.      13:05:05
 8        Q    Okay.  Was that abnormal?  Did you have      13:05:10
 9   an abnormal amount of -- strike that.  Did you have    13:05:12
10   a normal amount of disagreements with Mr. Donnelly?    13:05:16
11             MR. DEMERS:  Objection to form.  You can     13:05:19
12   answer.                                                13:05:20
13             MR. O'BEIRNE:  Same.                         13:05:20
14        A    I don't know that I had more                 13:05:21
15   disagreements than Pat than with others.  I think     13:05:26
16   disagreements happen.  I think that's okay, but I      13:05:31
17   would say that there are times that our                13:05:34
18   disagreements were fairly foundational to -- with      13:05:36
19   respect to the business direction.                     13:05:40
20        Q    Such as when?                                13:05:42
21        A    Mostly around decisions within either        13:05:45
22   management promotions and hires, or the other one I    13:05:53
23   would call out would be within our core M and A and    13:05:56
24   direction that we would head.  I would be very         13:06:01
25   candid.  We had -- I would have disagreed with         13:06:06
```

| | | |
|---|---|---|
| 1 | approach on Quorum.  I was very much in support of | 13:06:09 |
| 2 | doing a Quorum deal, what it would do for the | 13:06:12 |
| 3 | company.  It was something we long sought after, | 13:06:16 |
| 4 | and Pat I would say frankly didn't want to do that | 13:06:18 |
| 5 | deal. | 13:06:21 |
| 6 | Q    Why didn't Mr. Donnelly want to do that | 13:06:21 |
| 7 | deal? | 13:06:24 |
| 8 | A    I -- | 13:06:24 |
| 9 | MR. DEMERS:  Objection to form.  You can | 13:06:24 |
| 10 | answer. | 13:06:25 |
| 11 | THE WITNESS:  I can't answer that. | 13:06:25 |
| 12 | BY MR. SANFILIPPO: | 13:06:26 |
| 13 | Q    Let me strike that question.  Did Mr. | 13:06:26 |
| 14 | Donnelly express to you why he didn't want to do | 13:06:28 |
| 15 | the Quorum deal? | 13:06:30 |
| 16 | A    He raised concerns. | 13:06:32 |
| 17 | Q    Okay. | 13:06:34 |
| 18 | A    And they were concerns that we all noted. | 13:06:35 |
| 19 | They had some revenue challenges.  He raised some | 13:06:40 |
| 20 | logistical concerns with it being in Seattle and | 13:06:45 |
| 21 | that it would require a lot of hands-on time for | 13:06:49 |
| 22 | management and a fair amount of reduction in force, | 13:06:52 |
| 23 | as some of his concerns.  However, I would say that | 13:06:56 |
| 24 | the offsets to that were very much in our favor, | 13:07:01 |
| 25 | and I viewed strongly that we should do the deal. | 13:07:08 |

| | | |
|---|---|---|
| 1 | So I can't answer beyond those concerns.  We were | 13:07:11 |
| 2 | all aware of those concerns, but I can't answer for | 13:07:15 |
| 3 | him as to why he would go beyond those concerns. | 13:07:17 |
| 4 | Q    Okay.  Did you -- did you -- it sounds to | 13:07:19 |
| 5 | me like the objections that you're raising are | 13:07:30 |
| 6 | business objections, so would you characterize Mr. | 13:07:33 |
| 7 | Donnelly's objections as personal or business, or | 13:07:37 |
| 8 | how would you characterize his objections? | 13:07:42 |
| 9 | MR. DEMERS:  Objection to form. | 13:07:44 |
| 10 | BY MR. SANFILIPPO: | 13:07:45 |
| 11 | Q    I realize that's a bad question, but if | 13:07:45 |
| 12 | you could answer that? | 13:07:47 |
| 13 | MR. DEMERS:  You can answer. | 13:07:49 |
| 14 | A    The business objections I -- I can | 13:07:49 |
| 15 | understand.  However, the overwhelming evidence of | 13:07:55 |
| 16 | the positives to those concerns as to what it would | 13:07:59 |
| 17 | do for our organization, our positioning in the | 13:08:04 |
| 18 | marketplace.  Our ability to tell a story of size, | 13:08:06 |
| 19 | scale, reach and geographic far outweighed to | 13:08:11 |
| 20 | myself and many members of the management team as | 13:08:16 |
| 21 | to what we would get, and I would say that Pat | 13:08:19 |
| 22 | still very much did not want to do the deal when | 13:08:23 |
| 23 | many others, including the overall board and | 13:08:25 |
| 24 | management team, was in favor of the deal. | 13:08:28 |
| 25 | Q    Ultimately was the deal done? | 13:08:30 |

| | | |
|---|---|---|
| 1 | A    Yes, it was. | 13:08:32 |
| 2 | Q    Okay.  Did Mr. Donnelly -- strike that. | 13:08:33 |
| 3 | How did Mr. Donnelly react once the deal was | 13:08:43 |
| 4 | completed? | 13:08:46 |
| 5 | A    Deal was done and we moved forward with | 13:08:47 |
| 6 | putting individuals in place, and to be frank, Pat | 13:08:55 |
| 7 | and I immediately transitioned to the next process, | 13:08:59 |
| 8 | which was an exit process to sell the company from | 13:09:03 |
| 9 | Linden to a new capital provider, so both of us | 13:09:07 |
| 10 | spent much more time moving on to the next | 13:09:13 |
| 11 | endeavor. | 13:09:16 |
| 12 | Q    Did Mr. Donnelly work to integrate Quorum | 13:09:16 |
| 13 | into Advarra after the transaction? | 13:09:21 |
| 14 | A    Mr. Donnelly made a couple of trips out | 13:09:24 |
| 15 | to Seattle, yes, as did many of us.  We actually | 13:09:31 |
| 16 | put Randall Hein in as the senior integration | 13:09:34 |
| 17 | leader from the management team, and we had a very | 13:09:38 |
| 18 | robust integration plan and time line that was | 13:09:41 |
| 19 | supported by the broader Advarra organization.  It | 13:09:45 |
| 20 | would not be a one-person job. | 13:09:47 |
| 21 | Q    Did Mr. Donnelly put up roadblocks to the | 13:09:50 |
| 22 | integration of Quorum into Advarra? | 13:09:57 |
| 23 | MR. DEMERS:  Objection to form.  You can | 13:09:59 |
| 24 | answer. | 13:10:01 |
| 25 | A    No. | 13:10:01 |

| | | |
|---|---|---|
| 1 | Q    Do you recall how many positions were | 13:10:01 |
| 2 | terminated as the result Advarra's acquisition of | 13:10:04 |
| 3 | Quorum? | 13:10:08 |
| 4 | MR. O'BEIRNE:  Objection, form. | 13:10:11 |
| 5 | MR. DEMERS:  You can answer. | 13:10:13 |
| 6 | A    Some rough numbers here, but there were | 13:10:14 |
| 7 | approximately a dozen positions eliminated with the | 13:10:17 |
| 8 | deal preclose that the prior management team was | 13:10:20 |
| 9 | responsible for, and then approximately 30ish | 13:10:23 |
| 10 | positions within the first 45 days post close that | 13:10:26 |
| 11 | were reduced both from the entity acquired as well | 13:10:30 |
| 12 | as the acquiring entity.  So Advarra also | 13:10:34 |
| 13 | eliminated some lower performing individuals to | 13:10:38 |
| 14 | retain more staff in Seattle as a result. | 13:10:40 |
| 15 | Q    Okay, so roughly 40 terminations? | 13:10:43 |
| 16 | A    Roughly. | 13:10:46 |
| 17 | Q    Do you recall how many of those | 13:10:47 |
| 18 | individuals Mr. Donnelly personally terminated? | 13:10:49 |
| 19 | A    My best guess would be approximately | 13:10:55 |
| 20 | four, which would have been the -- the founder | 13:11:03 |
| 21 | management team, so Cami Gearhadt and a few others. | 13:11:08 |
| 22 | That would have been it. | 13:11:13 |
| 23 | Q    Okay.  How confident are you that that | 13:11:14 |
| 24 | number is correct? | 13:11:17 |
| 25 | A    I'm pretty confident.  Maybe it was six | 13:11:18 |

| | | |
|---|---|---|
| 1 | or seven, but it wasn't the majority. | 13:11:28 |
| 2 | Q    How many of those people -- strike that. | 13:11:30 |
| 3 | Do you know how many of those people Mr. Donnelly | 13:11:37 |
| 4 | had to make the ultimate decision on terminating? | 13:11:41 |
| 5 | MR. O'BEIRNE:  Form, foundation. | 13:11:47 |
| 6 | MR. DEMERS:  You can answer. | 13:11:48 |
| 7 | A    They were all preidentified as part of | 13:11:49 |
| 8 | our diligence planning and management supported. | 13:11:56 |
| 9 | So you know, the time line, for example, to | 13:12:01 |
| 10 | eliminate the CFO would have been mine to have | 13:12:05 |
| 11 | made, but we knew that there was only going to be | 13:12:08 |
| 12 | one CFO, and I was the one who was determined to be | 13:12:11 |
| 13 | the CFO moving forward.  So the time line to move | 13:12:14 |
| 14 | on in that regard would have been mine. | 13:12:17 |
| 15 | So many of the positions were identified | 13:12:19 |
| 16 | by management -- various management of Advarra, and | 13:12:22 |
| 17 | we followed to where that was at.  The vast | 13:12:27 |
| 18 | majority of the positions that were eliminated were | 13:12:31 |
| 19 | in the IRB operational groups, which would have | 13:12:33 |
| 20 | fallen under Jeff Wendel. | 13:12:36 |
| 21 | Q    Who would ultimately decide whether it | 13:12:38 |
| 22 | was you who would continue on as CFO or the CFO of | 13:12:41 |
| 23 | Quorum would continue on? | 13:12:45 |
| 24 | A    I would imagine that would be a | 13:12:47 |
| 25 | combination of Pat and the board. | 13:12:49 |

| | | |
|---|---|---|
| 1 | Q    Okay.  Do you think Mr. Donnelly was | 13:12:51 |
| 2 | acting maliciously in not wanting to do the Quorum | 13:13:09 |
| 3 | acquisition? | 13:13:13 |
| 4 | MR. DEMERS:  Objection to form. | 13:13:13 |
| 5 | MR. O'BEIRNE:  Yeah. | 13:13:15 |
| 6 | MR. DEMERS:  You can answer. | 13:13:16 |
| 7 | A    Stubborn would be the term I would use. | 13:13:16 |
| 8 | Q    Okay, but do you think he was breaching | 13:13:21 |
| 9 | his fiduciary duties to the shareholders? | 13:13:25 |
| 10 | MR. DEMERS:  Objection to form, legal | 13:13:29 |
| 11 | conclusion.  You can answer. | 13:13:32 |
| 12 | A    I would not be able to say that.  I | 13:13:33 |
| 13 | thought he -- I would say I don't think he was | 13:13:39 |
| 14 | breaching his fiduciary responsibility in that | 13:13:41 |
| 15 | regard.  It was just difficult because we had a lot | 13:13:44 |
| 16 | going on. | 13:13:47 |
| 17 | Q    Okay. | 13:13:48 |
| 18 | A    So -- | 13:13:49 |
| 19 | Q    So I mean, if I understand your | 13:13:50 |
| 20 | testimony, you just think Pat was wrong not to | 13:13:53 |
| 21 | acquire Quorum.  Is that fair? | 13:13:58 |
| 22 | MR. O'BEIRNE:  Form, foundation. | 13:14:00 |
| 23 | MR. DEMERS:  You can answer. | 13:14:01 |
| 24 | A    I would say that that's true. | 13:14:01 |
| 25 | Q    Okay. | 13:14:04 |

```
1        A    Yes.                                    13:14:04

2        Q    Have you ever been wrong in any of your 13:14:04

3   business decisions that you've made in your career? 13:14:06

4        A    Absolutely.                             13:14:09

5        Q    Okay.  So did Pat ever come to you after 13:14:10

6   that transaction and say you know what, Quorum did 13:14:22

7   add some value to this company?                   13:14:25

8        A    No.                                     13:14:27

9        Q    Okay.  So did you -- I'm just going to   13:14:27

10  try to run through some questions here.  Did you   13:14:52

11  have any involvement in the sourcing of the Project 13:14:55

12  Flight transaction, the merger of Schulman and     13:14:57

13  Chesapeake?                                        13:15:00

14            MR. O'BEIRNE:  Form, foundation.         13:15:01

15            MR. DEMERS:  You can answer.             13:15:03

16       A    Sourcing, no.  It's a well known         13:15:03

17  competitor set --                                  13:15:05

18       Q    Okay.                                    13:15:07

19       A    -- that exists in the IRB community.     13:15:07

20       Q    Do you know how that -- that deal was    13:15:09

21  sourced?                                           13:15:12

22            MR. O'BEIRNE:  Same.                     13:15:12

23       A    Not involved in any direct conversations, 13:15:12

24  but my best understanding, it was conversations    13:15:16

25  between Linden and North Lane directly.            13:15:18
```

1      Q    Okay.  Do you have any knowledge                    13:15:20

2  regarding the preparation of the proposal for the            13:15:25

3  merger?                                                       13:15:30

4      A    For the combination agreement, in terms             13:15:30

5  of we met as management teams.  There were some              13:15:33

6  structuring in terms of high-level management                13:15:40

7  decisions that the respective private equity firms           13:15:41

8  made following those meetings.  We set course and            13:15:47

9  closed maybe 75 days later.  Might have even been            13:15:51

10  90 days later that we actually closed from there,           13:15:55

11  but --                                                      13:16:01

12      Q    Was Mr. Donnelly involved in the meetings          13:16:07

13  you just described?                                         13:16:10

14      A    He would have been involved in the                 13:16:11

15  meeting in Chicago, which is when we met with each          13:16:13

16  other, and then the meetings thereafter included            13:16:15

17  the private equity teams but NOT the management             13:16:19

18  teams of Advarra, or I guess at that time it was            13:16:21

19  Chesapeake or Schulman.  The management teams were          13:16:25

20  not in those meetings.                                      13:16:28

21      Q    Okay, but at that time Mr. Donnelly               13:16:29

22  wasn't on the management team, was he?                      13:16:31

23      A    Correct, he was not -- he was just the            13:16:33

24  chairman of our board.                                      13:16:35

25      Q    Okay, so are you saying because the               13:16:36

| | | |
|---|---|---|
| 1 | management teams weren't involved, you weren't | 13:16:38 |
| 2 | involved, and therefore, you don't know?  Is that | 13:16:41 |
| 3 | what you mean? | 13:16:43 |
| 4 | MR. O'BEIRNE:  Objection to form, | 13:16:44 |
| 5 | foundation. | 13:16:45 |
| 6 | MR. DEMERS:  You can answer. | 13:16:47 |
| 7 | A    I was not in the room. | 13:16:47 |
| 8 | Q    So you don't know whether or not Mr. | 13:16:48 |
| 9 | Donnelly was involved in additional meetings. | 13:16:52 |
| 10 | MR. O'BEIRNE:  Same. | 13:16:54 |
| 11 | MR. DEMERS:  You can answer. | 13:16:55 |
| 12 | A    I would not be able to answer that, | 13:16:57 |
| 13 | correct. | 13:17:00 |
| 14 | Q    Do you know whether or not Mr. Donnelly | 13:17:00 |
| 15 | was involved in the preparation of the proposal? | 13:17:02 |
| 16 | MR. O'BEIRNE:  Same. | 13:17:06 |
| 17 | BY MR. SANFILIPPO: | 13:17:06 |
| 18 | Q    In the deal structure? | 13:17:06 |
| 19 | A    I would not be able to answer that. | 13:17:07 |
| 20 | Q    Do you know whether or not Mr. Donnelly | 13:17:10 |
| 21 | was involved in due diligence of the merger? | 13:17:12 |
| 22 | A    Yes, he was involved in due diligence, as | 13:17:16 |
| 23 | was management team. | 13:17:18 |
| 24 | Q    Right.  What -- what involvement did Mr. | 13:17:19 |
| 25 | Donnelly specifically have related to the merger? | 13:17:21 |

1   Strike that question.  What involvement did Mr.          13:17:31

2   Donnelly specifically have related to due diligence      13:17:34

3   on the merger?                                           13:17:38

4       A    I believe I mentioned before, I would not       13:17:39

5   know exactly which elements he reviewed.  I know he      13:17:43

6   was involved in follow-on board meeting discussion       13:17:46

7   where we evaluated positives and negatives of that       13:17:50

8   particular deal and findings from due diligence,         13:17:55

9   but I would not know what data elements he, you          13:17:59

10  know, directly reviewed et cetera.                       13:18:03

11          (Deposition Exhibit Number 1 was marked          13:18:45

12  for identification.)                                     13:18:45

13  BY MR. SANFILIPPO:                                       13:18:45

14      Q    Mr. Uebele, you've been handed a document       13:18:45

15  that's been previously marked as Exhibit 1, bearing      13:18:48

16  Bates stamp LINDEN_PKD_0011439.  Do you recognize        13:18:51

17  this e-mail?                                             13:18:58

18      A    Generally, yes.                                 13:18:59

19      Q    Okay.  Have you seen this before?               13:19:06

20      A    I'm sure I have.                                13:19:08

21      Q    Okay.  And this was an e-mail that was          13:19:10

22  sent from Mr. Shah to a number of people, including      13:19:15

23  you, correct?                                            13:19:18

24      A    That's correct.                                 13:19:18

25      Q    Okay.  And you see in the second                13:19:18

1   paragraph, Mr. Shah says, "Pat has shared templates                13:19:24

2   that should be extremely helpful."  Let me stop                    13:19:28

3   there.  Did I read that correctly?                                 13:19:32

4        A    Yes.                                                     13:19:35

5        Q    Okay.  Did you see any templates that Mr.                13:19:37

6   Donnelly provided related to this transaction?                     13:19:41

7        A    He referenced also a binder that he's                    13:19:44

8   used in his past around supporting integrations, so                13:19:48

9   I would say yes, I saw those materials.                            13:19:53

10       Q    Okay.  Did you review those materials?                   13:19:56

11       A    Yes.                                                     13:19:58

12       Q    Did you find those materials helpful?                    13:19:59

13       A    We had similar templates already in place                13:20:01

14  for multiple acquisitions before.  I would say I                   13:20:05

15  know that we continued to use the existing                         13:20:09

16  integration trackers that we had put in place for                  13:20:12

17  the several deals done before Project Flight.                      13:20:15

18       Q    Okay.                                                    13:20:19

19       A    So we ultimately used what we had in                     13:20:20

20  place.                                                             13:20:23

21       Q    Okay.  Did you make any modifications to                 13:20:23

22  those templates based on Mr. Donnelly's templates?                 13:20:25

23       A    I'm sure that we made certain                            13:20:29

24  modifications based on that.  In form, they were                   13:20:31

25  relatively the same.                                               13:20:36

```
1        Q    So you made substantive modifications        13:20:38

2    based on Mr. Donnelly's templates?                     13:20:44

3             MR. O'BEIRNE:  Objection, form.               13:20:47

4             MR. DEMERS:  You can answer.                  13:20:48

5        A    I would say no.                               13:20:48

6        Q    So there were no substantive changes.  In    13:20:49

7    form, they were relatively the same.  What changes     13:20:55

8    did you make as a result of reviewing Mr.              13:20:58

9    Donnelly's --                                          13:21:00

10       A    I'm certain --                                13:21:01

11            MR. O'BEIRNE:  Same -- same objections.       13:21:04

12   BY MR. SANFILIPPO:                                     13:21:05

13       Q    -- templates?                                 13:21:05

14       A    Yeah.                                         13:21:07

15            MR. DEMERS:  You can answer.                  13:21:07

16       A    Okay.  I am certain that we may have          13:21:08

17   added or modified slightly some of the existing        13:21:10

18   language, and I would say in general, we would have    13:21:17

19   looked at updating that based on time lines, would     13:21:20

20   be the big thing that we would have likely changed,    13:21:23

21   time lines to complete certain integration             13:21:28

22   milestones.                                            13:21:30

23       Q    Okay, and you see in the third sentence       13:21:36

24   of the second paragraph, it says, "The big             13:21:38

25   integration topics are the following," and then        13:21:41
```

1    that's a list of seven items?                          13:21:44

2         A    I do.                                        13:21:46

3         Q    Okay, okay, and do you agree that the        13:21:46

4    seven items listed there are big integration           13:21:53

5    topics?                                                13:21:55

6              MR. O'BEIRNE:  Form.                         13:21:57

7              MR. DEMERS:  Same objection.  You can        13:21:57

8    answer.                                                13:21:58

9         A    Yes, I'd agree.                              13:21:59

10        Q    Okay.  I mean, I got a form objection        13:22:01

11   there, so let's do it this way.  Is -- are --          13:22:08

12   strike that.  Are operations processes and SOPs        13:22:14

13   important to the integration?                          13:22:18

14             MR. O'BEIRNE:  Form.                         13:22:20

15             MR. DEMERS:  You can answer.                 13:22:22

16        A    Critical.                                    13:22:22

17        Q    Is -- well, what does SOP stand for?         13:22:23

18        A    Standard operating procedures.              13:22:27

19        Q    And I.T. stands for?                         13:22:30

20        A    Information technology.                      13:22:32

21        Q    Is information technology important to       13:22:33

22   the integration of two companies?                      13:22:37

23        A    Critical.                                    13:22:42

24        Q    And BD -- what does that stand for?          13:22:42

25        A    Business development.                        13:22:46

```
1        Q    Okay.  Are business development people      13:22:46

2   and strategy important to the merger of two          13:22:49

3   companies?                                           13:22:52

4            MR. O'BEIRNE:  Form.                         13:22:52

5            MR. DEMERS:  You can answer.                 13:22:53

6        A    Critical.                                   13:22:54

7        Q    Are personnel decisions and timing         13:22:55

8   important to the integration of two companies?       13:22:59

9            MR. O'BEIRNE:  Same.                         13:23:02

10            MR. DEMERS:  You can answer.                13:23:03

11        A    Yes.                                       13:23:03

12        Q    Are facilities and real estate important  13:23:04

13   to the integration of two companies?                13:23:06

14            MR. O'BEIRNE:  Same.                        13:23:08

15            MR. DEMERS:  You can answer.                13:23:09

16        A    Yes, but not urgent.                       13:23:10

17        Q    Are insurance and benefits important to    13:23:11

18   the integration of two companies?                   13:23:17

19            MR. O'BEIRNE:  Same.                        13:23:19

20        A    Yes.                                       13:23:20

21        Q    Is go-to-market strategy regarding brand  13:23:21

22   messaging and marketing important to the            13:23:26

23   integration of two companies?                       13:23:29

24            MR. O'BEIRNE:  Same objection.              13:23:31

25            MR. DEMERS:  You can answer.                13:23:32
```

| | | |
|---|---|---|
| 1 | A    Yes. | 13:23:33 |
| 2 | Q    Were the seven topics listed here | 13:23:33 |
| 3 | important specifically to the integration of | 13:23:40 |
| 4 | Chesapeake and Schulman? | 13:23:41 |
| 5 | MR. O'BEIRNE:  Same. | 13:23:44 |
| 6 | A    Yes. | 13:23:45 |
| 7 | Q    And then in the next sentence, it says, | 13:23:45 |
| 8 | "For topics 1 through 6, Pat will be involved and | 13:23:48 |
| 9 | coordinate between Raven and Blue Jay."  Do you see | 13:23:52 |
| 10 | that? | 13:23:56 |
| 11 | A    Yes. | 13:23:56 |
| 12 | Q    Do you know what Raven meant? | 13:23:56 |
| 13 | A    Raven is Chesapeake IRB. | 13:23:58 |
| 14 | Q    And what is Blue Jay? | 13:24:00 |
| 15 | A    Schulman IRB. | 13:24:01 |
| 16 | Q    Okay.  Was Mr. Donnelly involved with | 13:24:02 |
| 17 | topics 1 through 6 with respect to the Chesapeake | 13:24:07 |
| 18 | IRB-Schulman IRB merger? | 13:24:11 |
| 19 | MR. O'BEIRNE:  Form, foundation. | 13:24:15 |
| 20 | MR. DEMERS:  You can answer. | 13:24:16 |
| 21 | A    Yes. | 13:24:16 |
| 22 | Q    Okay, let me ask it a different way.  Do | 13:24:17 |
| 23 | you know whether Mr. Donnelly was involved with | 13:24:22 |
| 24 | topics 1 through 6 for the Chesapeake IRB-Schulman | 13:24:25 |
| 25 | IRB merger? | 13:24:30 |

| | | |
|---|---|---|
| 1 | MR. O'BEIRNE:  Same. | 13:24:32 |
| 2 | MR. DEMERS:  You can answer. | 13:24:32 |
| 3 | A    Yes. | 13:24:33 |
| 4 | Q    Was Mr. Donnelly involved with topics 1 | 13:24:33 |
| 5 | through 6 for the Chesapeake IRB-Schulman IRB | 13:24:36 |
| 6 | merger? | |
| 7 | MR. O'BEIRNE:  Same. | 13:24:40 |
| 8 | MR. DEMERS:  You can answer. | 13:24:40 |
| 9 | A    Yes. | 13:24:41 |
| 10 | Q    Do you know whether Mr. Donnelly | 13:24:41 |
| 11 | coordinated between Chesapeake IRB and Schulman IRB | 13:24:48 |
| 12 | with respect to topics 1 through 6? | 13:24:51 |
| 13 | MR. O'BEIRNE:  Same. | 13:24:54 |
| 14 | A    Yes, we had a kickoff meeting in Raleigh, | 13:24:54 |
| 15 | North Carolina, which Pat served as a coordinating | 13:24:58 |
| 16 | party along with Jeff Wendel and Michael Woods in | 13:25:03 |
| 17 | the pre-closing period.  It's a hammer drill. | 13:25:08 |
| 18 | MR. O'BEIRNE:  Guys, keep up the | 13:25:29 |
| 19 | drilling. | 13:25:30 |
| 20 | BY MR. SANFILIPPO: | 13:25:31 |
| 21 | Q    Do you believe it was a collaborative and | 13:25:31 |
| 22 | iterative process? | 13:25:38 |
| 23 | A    Yes. | 13:25:40 |
| 24 | MR. O'BEIRNE:  Form -- well, hold on, | 13:25:41 |
| 25 | form, foundation. | 13:25:44 |

| | | | |
|---|---|---|---|
| 1 | | MR. DEMERS:  You can answer. | 13:25:44 |
| 2 | A | Yes. | 13:25:45 |
| 3 | Q | Did Mr. Donnelly take the lead with | 13:25:45 |
| 4 | respect to coordinating operations processes and | | | 13:25:50 |
| 5 | SOPs for the Chesapeake IRB-Schulman IRB merger? | | | 13:25:56 |
| 6 | A | No. | 13:26:01 |
| 7 | Q | Okay.  Why not? | 13:26:02 |
| 8 | A | Lauri Carlile did | 13:26:03 |
| 9 | Q | Okay, okay.  Did Mr. Donnelly take the | 13:26:05 |
| 10 | lead with respect to coordinating information | | | 13:26:08 |
| 11 | technology between Chesapeake IRB and Schulman IRB? | | | 13:26:12 |
| 12 | | MR. O'BEIRNE:  Form. | 13:26:16 |
| 13 | | THE WITNESS:  No. | 13:26:17 |
| 14 | | MR. O'BEIRNE:  Sorry.  Objection, form. | 13:26:18 |
| 15 | | MR. DEMERS:  You can answer. | 13:26:20 |
| 16 | | THE WITNESS:  Nitin Uplekar. | 13:26:21 |
| 17 | BY MR. SANFILIPPO: | | | 13:26:23 |
| 18 | Q | So there are -- were there individuals | 13:26:23 |
| 19 | who took the lead for each of these things other | | | 13:26:25 |
| 20 | than Mr. Donnelly? | | | 13:26:27 |
| 21 | A | Yes. | 13:26:28 |
| 22 | Q | Okay.  Did Mr. Donnelly oversee what they | 13:26:28 |
| 23 | were doing? | | | 13:26:31 |
| 24 | A | Jeff Wendel did. | 13:26:31 |
| 25 | Q | Okay.  So you're saying Mr. Donnelly was | 13:26:36 |

1  involved and he coordinated but he didn't take the          13:26:41

2  lead and oversee them.                                      13:26:44

3         MR. O'BEIRNE:  Form.                                 13:26:45

4  BY MR. SANFILIPPO:                                          13:26:46

5      Q    Is that -- is that -- do I understand              13:26:46

6  your testimony?                                             13:26:48

7         MR. DEMERS:  You can answer.                         13:26:48

8      A    The way I would characterize it is is              13:26:49

9  that Pat would serve as an executive -- you know,           13:26:51

10 executive sponsor of teams established, but that            13:26:54

11 the work groups and the individuals who operated in         13:26:57

12 those decisions in the preacquisition period and            13:27:01

13 post-acquisition period would have been responsible         13:27:05

14 for driving all of that forward.                            13:27:08

15     Q    What do you mean by an executive sponsor?          13:27:10

16     A    So often it would be -- an executive               13:27:12

17 sponsor would be for a project someone who was seen         13:27:16

18 at a high level as vested interest in a                     13:27:20

19 collaborative partner but not a day in, day out             13:27:23

20 decision-maker in any project that would take               13:27:27

21 place.                                                      13:27:30

22     Q    Okay.                                              13:27:30

23     A    An example would be if there were a firm          13:27:30

24 dispute between the teams, the executive sponsor            13:27:37

25 would give some guidance on how to resolve said            13:27:40

| | | |
|---|---|---|
| 1 | dispute. | 13:27:43 |
| 2 | Q   Okay.  So it wouldn't be providing | 13:27:43 |
| 3 | day-to-day guidance, but if there was a major issue | 13:27:46 |
| 4 | between the teams, then he might provide guidance? | 13:27:49 |
| 5 | Is that what you're saying? | 13:27:52 |
| 6 | MR. DEMERS:  Objection, form. | 13:27:53 |
| 7 | MR. O'BEIRNE:  Same. | 13:27:54 |
| 8 | MR. DEMERS:  You can answer. | 13:27:54 |
| 9 | A   Executive sponsors, as I would say it, do | 13:27:55 |
| 10 | not have ground in the day-to-day actual operation | 13:28:02 |
| 11 | or what actually is in place.  They're more there | 13:28:06 |
| 12 | to help collaborate, coordinate teaming of people. | 13:28:09 |
| 13 | So I would say the general feedback on that would | 13:28:12 |
| 14 | be as if there was philosophical differences | 13:28:16 |
| 15 | amongst the team, to help provide some guidance on | 13:28:21 |
| 16 | how to resolve those.  Could be personality | 13:28:24 |
| 17 | conflicts or could be decision-making on I want to | 13:28:28 |
| 18 | go left and I want to go right, and they'll help | 13:28:29 |
| 19 | come in and provide counsel. | 13:28:32 |
| 20 | Q   Do you know if Mr. Donnelly actually | 13:28:33 |
| 21 | provided such guidance with respect to any of these | 13:28:36 |
| 22 | topics? | 13:28:40 |
| 23 | A   I'm sure at points in time, he did. | 13:28:41 |
| 24 | Q   Did you -- did you -- I may have already | 13:28:44 |
| 25 | asked you this.  I apologize, but did you work | 13:29:23 |

| | | |
|---|---|---|
| 1 | directly with Mr. Donnelly leading up to the | 13:29:26 |
| 2 | Chesapeake-Schulman merger? | 13:29:28 |
| 3 | A    My interaction with Mr. Donnelly | 13:29:31 |
| 4 | individually moving up to the merger would have | 13:29:34 |
| 5 | only been if I sat in a meeting at kickoff for this | 13:29:38 |
| 6 | integration planning in Raleigh. | 13:29:45 |
| 7 | Q    Okay.  Do you have any knowledge | 13:29:47 |
| 8 | regarding the amount of time Mr. Donnelly spent | 13:29:56 |
| 9 | working on the Chesapeake IRB-Schulman IRB merger? | 13:30:01 |
| 10 | MR. O'BEIRNE:  Form. | 13:30:06 |
| 11 | MR. DEMERS:  You can answer. | 13:30:07 |
| 12 | A    Pre -- preclose, I would say I cannot | 13:30:08 |
| 13 | answer that question. | 13:30:12 |
| 14 | Q    Did you ever work directly for Linden? | 13:30:13 |
| 15 | A    No. | 13:31:16 |
| 16 | Q    Okay.  Did you ever have any agreement | 13:31:17 |
| 17 | whereby Linden would compensate you directly? | 13:31:23 |
| 18 | A    No. | 13:31:26 |
| 19 | Q    Did you ever receive any cash bonuses | 13:31:27 |
| 20 | from Linden? | 13:31:31 |
| 21 | A    From Linden, no.  Only from Chesapeake or | 13:31:31 |
| 22 | Advarra. | 13:31:35 |
| 23 | Q    Did you ever receive any transaction fees | 13:31:36 |
| 24 | from Linden? | 13:31:40 |
| 25 | A    From Linden, no.  Only from -- | 13:31:41 |

1      Q      Okay.                                          13:31:42

2      A      Transaction bonus from Chesapeake, or          13:31:42

3   Advarra.                                                  13:31:46

4      Q      Have you ever seen Mr. Donnelly's              13:31:47

5   operating partner agreement?                              13:31:51

6      A      No.                                             13:31:52

7      Q      Do you have any knowledge or evidence          13:31:52

8   related to the terms of Mr. Donnelly's operating          13:31:54

9   partner agreement?                                        13:31:57

10      A      No.                                            13:31:58

11      Q      Have you ever seen Mr. Donnelly's Advarra     13:31:58

12   employment agreement?                                    13:32:04

13      A      Yes.                                           13:32:06

14      Q      You have.                                      13:32:06

15      A      Yes, I signed it.                              13:32:07

16      Q      Okay.  Tell me about that.                     13:32:08

17      A      I signed his agreement, and it would have     13:32:10

18   been in 2018.  I can't remember the exact day, but       13:32:15

19   it was in 2018, and I would have received that for       13:32:19

20   signature, reviewed it, signed it, and then he           13:32:26

21   countersigned it on behalf of the company.               13:32:28

22      Q      Okay.  Do you know if Mr. Shah signed it?      13:32:30

23      A      I don't recall.                                13:32:33

24      Q      Do you recall whether or not Mr. Shah was     13:32:34

25   employed by Advarra after Mr. Donnelly became CEO        13:32:41

1    of Advarra?                                          13:32:47

2         A     Mr. Shah?  Kam?  He was never employed by  13:32:47

3    Advarra.                                             13:32:51

4         Q     Do you know if Mr. Shah ever held a vice   13:32:51

5    presidency position with Advarra?                    13:32:56

6         A     No, no pay for any work at Advarra.  He    13:32:57

7    probably was on a board of directors slate as a      13:33:03

8    member of various legal entities as a member, which  13:33:07

9    could have held a vice president title, but I don't  13:33:13

10   recall it.  He was normally either the secretary or  13:33:15

11   treasurer, but they may have used his actual Linden  13:33:18

12   -- he was a vice president in Linden, but never an   13:33:21

13   employee of Advarra.                                 13:33:24

14        Q     Okay.  Were you ever told why Mr.          13:33:26

15   Donnelly was chosen to become the CEO of Advarra?    13:33:52

16              MR. O'BEIRNE:  Form, foundation.           13:33:58

17              MR. DEMERS:  You can answer.               13:34:00

18        A     I was told that it would be helpful for    13:34:01

19   us in presenting ourselves as a larger organization  13:34:02

20   for next acquisition, whereas Jeff would not have     13:34:09

21   been viewed as credibly in that regard, given he'd    13:34:14

22   only been the CEO of Chesapeake IRB, a smaller        13:34:18

23   entity.                                              13:34:22

24        Q     Okay.  Did you agree with that or          13:34:22

25   disagree with that, or did you have no opinion with   13:34:25

| | | |
|---|---|---|
| 1 | respect to it? | 13:34:29 |
| 2 | MR. O'BEIRNE:  Form. | 13:34:31 |
| 3 | BY MR. SANFILIPPO: | 13:34:31 |
| 4 | Q    Let me ask that a different way.  Do you | 13:34:31 |
| 5 | have any opinion with respect to that? | 13:34:34 |
| 6 | A    I can't argue the fact that Jeff had only | 13:34:36 |
| 7 | been CEO of Chesapeake and Pat had worked as CEO of | 13:34:39 |
| 8 | PRA and Aptiv, which were both larger organizations | 13:34:45 |
| 9 | than Chesapeake IRB had been, so I was not in a | 13:34:50 |
| 10 | position to refute that idea. | 13:34:54 |
| 11 | Q    Do you know if there were any other | 13:34:57 |
| 12 | candidates for the Advarra CEO position beside | 13:35:04 |
| 13 | Ms. Donnelly? | 13:35:08 |
| 14 | MR. O'BEIRNE:  Form, foundation. | 13:35:14 |
| 15 | MR. DEMERS:  You can answer. | 13:35:14 |
| 16 | A    I was not aware of any.  Well, that's not | 13:35:14 |
| 17 | true.  I would've thought it would have been, if | 13:35:15 |
| 18 | not Jeff Wendel, Michael Woods, as I'd mentioned | 13:35:16 |
| 19 | earlier. | 13:35:20 |
| 20 | Q    Okay.  Do you know when Mr. Donnelly | 13:35:21 |
| 21 | signed his Advarra employment agreement | 13:35:33 |
| 22 | approximately? | 13:35:36 |
| 23 | A    I would -- best guess would be in January | 13:35:36 |
| 24 | or February, but it was after the close of the new | 13:35:39 |
| 25 | year. | 13:35:41 |

1      Q    Okay.  Did Mr. Donnelly serve as CEO          13:35:41

2  prior to that?                                          13:35:46

3      A    Yes.                                           13:35:47

4      Q    When did Mr. Donnelly begin serving as        13:35:48

5  CEO of Advarra in your eyes?                            13:35:52

6      A    He was presented to Advarra as the CEO        13:35:55

7  the day after the acquisition.                          13:36:01

8      Q    Okay.                                          13:36:02

9      A    And I believe we announced it publicly        13:36:04

10 within days as well.                                    13:36:07

11     Q    Do you know whether or not Mr. Donnelly's     13:36:08

12 Advarra employment agreement prohibited him from        13:36:12

13 being an operating partner while he was CEO of          13:36:15

14 Advarra?                                                13:36:20

15          MR. O'BEIRNE:  Form, found --                  13:36:21

16          MR. DEMERS:  Objection, form.                  13:36:22

17          MR. O'BEIRNE:  Yeah, form, foundation and     13:36:23

18 calls for a legal conclusion.                           13:36:25

19          MR. DEMERS:  Same objection.  You can         13:36:27

20 answer.                                                 13:36:28

21     A    I don't recall if it would precluded him      13:36:29

22 from being operating partner, but the agreement         13:36:32

23 calls out specifically that he's to give his time,      13:36:34

24 energy and efforts to -- that's his primary             13:36:37

25 responsibility.  It's similar to the employment         13:36:44

1    agreement on core standing, as all of us would have          13:36:45

2    signed.                                                       13:36:49

3        Q    Did you feel that Mr. Donnelly was not              13:36:50

4    giving his full time and attention to being CEO of            13:36:52

5    Advarra?                                                      13:36:56

6        A    I would say I would have liked his                  13:36:57

7    involvement more in the first few months of his               13:37:01

8    role as CEO.  I would say personally my involvement           13:37:06

9    with Pat, we spent substantive time from the summer           13:37:12

10   of 2018 through the exit where I felt he did give             13:37:17

11   very much - his primary responsibility to me would            13:37:21

12   be he was my boss, and we collaborated on moving              13:37:24

13   the company forward and preparing it for the next             13:37:28

14   exit, which ultimately was about 12 months after              13:37:30

15   that.                                                         13:37:34

16       Q    Okay.  Do you have any opinion with                 13:37:34

17   respect to the job Mr. Donnelly did running                    13:37:35

18   Advarra?                                                      13:37:39

19       A    My opinion?  As I mentioned before, I               13:37:41

20   thought Pat did a good job providing individual               13:37:46

21   counsel.  I know that that was helpful to me.  He             13:37:50

22   helped us mature our organization in terms of                 13:37:56

23   things like our operating plan development and how            13:37:58

24   we think about things.  Personally, I was not a fan           13:38:00

25   of how we create a lot of management tension and              13:38:06

1   intentional in-fighting to pit us against one                13:38:12

2   another, which I thought was counter to our                  13:38:17

3   direction and efforts.                                       13:38:19

4          And you know, I would say that every                  13:38:22

5   personality is different, but as much as I found             13:38:27

6   Pat engaging on an individual basis, Pat always was          13:38:30

7   not engaging at the employee level at times, which           13:38:34

8   worked counter to how we would go about things, but          13:38:38

9   you know, everybody makes mistakes and everybody             13:38:43

10  has different styles.  His style was different than          13:38:46

11  my style.                                                    13:38:50

12     Q    Was Mr. Donnelly involved with developing           13:38:52

13  the strategic direction of Advarra at all?                   13:38:55

14     A    The strategic direction of Advarra would            13:38:57

15  have been part of what we discussed at that value            13:39:03

16  plan and acted upon it.  Pat along with myself and           13:39:06

17  others was involved in looking at other M and A              13:39:10

18  opportunities, thinking about future direction and           13:39:14

19  positioning, and ultimately preparing the company            13:39:17

20  for execution -- tactical execution on what we had           13:39:21

21  defined previously, and I would say that Pat also            13:39:25

22  helped, along with myself and substantively Randall          13:39:28

23  as well in creating a strategy deck for potential            13:39:33

24  exit that LEK Consultants helped prepare and                 13:39:38

25  formalize.  So he was engaged in that, yes.                  13:39:41

1     Q    Okay.  When you say management     13:39:44

2  in-fighting -- did I -- did I say that right?     13:39:47

3     A    Yes, you did.     13:39:50

4     Q    Okay.  What -- what do you mean by that?     13:39:51

5     A    Pat encouraged active dispute and -- and     13:39:53

6  counterarguments not always in a professional     13:40:02

7  manner.  It would be okay to be direct, frank and     13:40:04

8  -- and condescending.  That was part of his     13:40:10

9  approach, I think creating some chaos to provide     13:40:16

10  him the ability to see where things went with it.     13:40:21

11  That was his style, to the best of my observation.     13:40:25

12     Q    I mean, it sounds to me like what you're     13:40:31

13  saying is is that he wanted to test ideas sort of     13:40:44

14  in a -- in a furnace.  Is that -- am I wrong about     13:40:45

15  that?     13:40:49

16     MR. O'BEIRNE:  Objection, form, misstates     13:40:49

17  prior testimony.     13:40:51

18     MR. DEMERS:  Same objection.  You can     13:40:52

19  answer.     13:40:53

20     A    Not my words.     13:40:53

21     Q    Agreed.     13:40:57

22     A    I would say that -- less about testing     13:40:58

23  ideas and more about forcing there to be a fair     13:41:05

24  amount of arguments and chaos to provide     13:41:12

25  opportunity to take ownership of narrative and     13:41:20

| | | |
|---|---|---|
| 1 | discussion.  So if we all felt the best direction | 13:41:23 |
| 2 | was to go in one way, we would eventually find | 13:41:27 |
| 3 | ourselves through some guidance of conversation | 13:41:32 |
| 4 | into some other dispute that was not essential to | 13:41:36 |
| 5 | the original decision-making, and then Pat would be | 13:41:41 |
| 6 | able to come in and insert himself into process to | 13:41:43 |
| 7 | provide path forward. | 13:41:47 |
| 8 | Q    Can you provide examples of this? | 13:41:48 |
| 9 | A    Not going to be able to point to an | 13:41:57 |
| 10 | e-mail, but I would say that it was not uncommon in | 13:42:00 |
| 11 | our CLT, which is corporate leadership team | 13:42:04 |
| 12 | meetings that the amount of dispute and distrust | 13:42:08 |
| 13 | that was created forced people to not align | 13:42:14 |
| 14 | teaming, so it was a group of individuals and not a | 13:42:19 |
| 15 | cohesive management team.  It happened at many of | 13:42:22 |
| 16 | our meetings, and Pat would reference that that was | 13:42:26 |
| 17 | not uncommon for any of his past management teams | 13:42:30 |
| 18 | either, to have level of in-fighting.  It was just | 13:42:34 |
| 19 | something that he felt was okay. | 13:42:38 |
| 20 | Q    How would Mr. Donnelly force people to | 13:42:40 |
| 21 | not align teaming? | 13:42:54 |
| 22 | A    Good examples would be to try and recast | 13:42:57 |
| 23 | things either through a Chesapeake IRB or Schulman | 13:43:09 |
| 24 | IRB narrative.  Good example would be to say as we | 13:43:12 |
| 25 | were coming together and looking at how things may | 13:43:17 |

1   best proceed moving forward, Pat would say                13:43:20

2   something like Michele, why don't you -- Michele          13:43:22

3   Russell-Einhorn, why don't you tell, you know,           13:43:27

4   Lauri and Jeff what you thought, which is that            13:43:30

5   Chesapeake did shitty work, and then kind of fall        13:43:33

6   away from the scenario, which was very toxic and         13:43:38

7   unnecessary type of barb to create a lot of active       13:43:43

8   in-fighting and dissension there.  That would be a       13:43:47

9   good example.                                            13:43:52

10       Q    Okay, and then you said he would come          13:43:52

11  back into the conversation at a later point?             13:43:55

12       A    Yes.                                           13:43:58

13       Q    And do what?                                   13:43:59

14       A    Probably chastise people for not working       13:44:00

15  as a team, even though it started that way, and          13:44:09

16  then give some level of I think this is a good           13:44:12

17  direction and off we go.                                 13:44:16

18       Q    Did you ever have any understanding as to      13:44:17

19  why Mr. Donnelly was doing this?                         13:44:23

20       MR. O'BEIRNE:  Form, foundation.                    13:44:26

21       MR. DEMERS:  You can answer.                        13:44:27

22       A    I think he enjoyed seeing people give          13:44:28

23  each other the business, personally.                     13:44:32

24       Q    Were there any positive outcomes to -- as      13:44:36

25  a result of these kind of frank discussions you're       13:44:42

1    describing?                                              13:44:45

2         A    We made decisions and moved forward.  It       13:44:46

3    created a lot of animosity.                              13:44:55

4         Q    Did you have any knowledge of whether or       13:44:57

5    not Mr. Donnelly was involved in the ERG                 13:45:31

6    acquisition --                                           13:45:37

7              MR. O'BEIRNE:  Form and foundation.            13:45:37

8    BY MR. SANFILIPPO:

9         Q    -- by ProPharma?                               13:45:39

10             MR. DEMERS:  You can answer.                    13:45:39

11        A    No, I would have no knowledge of that.          13:45:39

12        Q    Did you have any involvement in the Drug        13:45:41

13   Safety Solutions acquisition by ProPharma?               13:45:43

14             MR. O'BEIRNE:  I think you meant said           13:45:46

15   Advarra.                                                  13:45:49

16             MR. SANFILIPPO:  Well --                        13:45:50

17             THE WITNESS:  Drug Safety Solutions was         13:45:51

18   acquired by ProPharma Group.  We -- we, Chesapeake       13:45:55

19   IRB, had tried to make that an acquisition for us        13:45:57

20   and had done substantive diligence on Drug Safety        13:46:05

21   Solutions as well as affiliated MaGil IRB and their      13:46:09

22   IBC, and it's my understanding that Pat was              13:46:14

23   influential in moving the Drug Safety Solution           13:46:22

24   component of that to ProPharma Group and away from       13:46:24

25   Chesapeake IRB.                                          13:46:27

1    BY MR. SANFILIPPO:                                    13:46:28

2         Q    Okay, for the record, what does IRB stand    13:46:28

3    for?                                                   13:46:31

4         A    Institutional review board.                 13:46:31

5         Q    And what does IBC stand for?                13:46:33

6         A    Independent biosafety --                    13:46:35

7         Q    Is it IBS?                                  13:46:37

8         A    It's committee.  I --                       13:46:44

9         Q    Committee?                                  13:46:46

10        A    Yeah, sorry.  Forgot the C.                 13:46:46

11        Q    Independent biosafety committee?            13:46:48

12        A    Correct.                                    13:46:53

13        Q    Okay, and do you know how it was            13:46:53

14   determined that DSS would go to ProPharma and the     13:46:57

15   IRB piece would go to Advarra?                        13:47:03

16        A    The IRB piece, pretty clear cut why it      13:47:05

17   would go to -- I believe at that point it was still   13:47:09

18   Chesapeake IRB.                                       13:47:11

19        Q    You're right.                               13:47:11

20        A    And that it would go as our core service    13:47:12

21   and made sense.  Pat channeled away the -- the Drug   13:47:17

22   Safety Solutions component, pharmacovigilance, et     13:47:25

23   cetera, and sent it over to the ProPharma Group       13:47:30

24   team as a expansion of their potential consulting     13:47:33

25   opportunities, although that was one of the           13:47:36

1   companies we were trying for some time to get to          13:47:39

2   come work with us as part of our expansion of what        13:47:44

3   was Chesapeake IRB as our value creation plan.            13:47:47

4        Q    Okay, and did you disagree with Mr.            13:47:50

5   Donnelly's --                                             13:47:53

6        A    I did.                                          13:47:54

7        Q    Okay.  Do you -- you believe it was Mr.        13:47:54

8   Donnelly's sole decision to do that?  Is that --         13:47:56

9        A    No, I believe he was influential in it as     13:47:59

10  part of, you know, where he thought the assets fit.       13:48:02

11       Q    Did you come to understand why Mr.             13:48:05

12  Donnelly thought the assets fit better with              13:48:10

13  ProPharma?                                                13:48:13

14       A    Not on the ProPharma team.  I understand       13:48:14

15  why it would fit there, but I also understand why        13:48:21

16  it would fit with us.                                     13:48:24

17            MR. SANFILIPPO:  We've been going for at       13:48:48

18  least an hour.  You want to take a little break?          13:48:51

19            MR. DEMERS:  Take five minutes?  You want      13:48:51

20  five?                                                     13:48:54

21            THE WITNESS:  Sure, five's fine.               13:48:54

22            MR. DEMERS:  Yeah.                             13:48:55

23            THE VIDEOGRAPHER:  Please stand by.  Here      13:48:56

24  marks the end of Disk Number 1 in the videotaped         13:48:58

25  deposition of Scott Uebele.  We are off the record       13:49:01

| | | |
|---|---|---|
| 1 | at 1:49 p.m. | 13:49:03 |
| 2 | (Recessed at 1:49 p.m.) | 13:49:06 |
| 3 | (Reconvened at 2:03 p.m.) | 13:49:06 |
| 4 | THE VIDEOGRAPHER: Here begins Disk | 14:03:14 |
| 5 | Number 2 in the videotaped deposition of Scott | 14:03:28 |
| 6 | Uebele. We are back on the record at 2:03 p.m. | 14:03:31 |
| 7 | BY MR. SANFILIPPO: | 14:03:34 |
| 8 | Q    Mr. Uebele, prior to being sworn in | 14:03:34 |
| 9 | today, did you -- strike that conversation. Mr. | 14:03:45 |
| 10 | Uebele, after being sworn in today, did you have | 14:03:49 |
| 11 | any conversations with anyone regarding the | 14:03:51 |
| 12 | substance of your testimony? | 14:03:53 |
| 13 | A    Since I have been sworn in? | 14:03:55 |
| 14 | Q    Yeah. | 14:03:57 |
| 15 | A    No. | 14:03:57 |
| 16 | Q    Okay. And then at any time have you had | 14:03:58 |
| 17 | any conversations with Mr. O'Beirne or anyone from | 14:04:01 |
| 18 | his firm regarding your testimony? | 14:04:06 |
| 19 | A    No. | 14:04:08 |
| 20 | Q    Okay. At any time did you have any | 14:04:09 |
| 21 | conversations with anyone at Linden regarding your | 14:04:14 |
| 22 | testimony? | 14:04:17 |
| 23 | A    No. | 14:04:18 |
| 24 | Q    Okay. Did you discuss your testimony | 14:04:19 |
| 25 | with Mr. Wendel? | 14:04:25 |

1      A     No.  We only commented that we are really      14:04:28
2  excited to be here.                                      14:04:34
3      Q     I do appreciate you coming today.              14:04:35
4      A     Sorry, that probably doesn't translate        14:04:38
5  well, does it?                                           14:04:40
6      Q     Okay.  Other than your conversations with      14:04:41
7  counsel or anyone at his firm -- I do not want to        14:04:51
8  get into those conversations, did you discuss your       14:04:54
9  -- the substance of your testimony with anyone else      14:04:56
10 before coming here today?                                14:05:02
11     A     No.                                            14:05:03
12     Q     You didn't have any involvement with the       14:05:03
13 preparation of Linden Capital Partner IV's private       14:05:29
14 placement memorandum, did you?                           14:05:32
15     A     No.                                            14:05:33
16     Q     Okay.  Are you -- do you have any              14:05:34
17 knowledge with respect to how Linden referred to         14:05:40
18 Mr. Donnelly outside of the -- strike that.  Do you      14:05:42
19 have any knowledge with respect to how Linden            14:05:50
20 referred to Mr. Donnelly to potential investors?         14:05:53
21         MR. DEMERS:  Objection to form,                  14:06:00
22 foundation.  You can answer.                             14:06:01
23     A     I only was involved in conversations and       14:06:02
24 can only speak to conversations I was a party to.        14:06:06
25 Pat was our CEO.                                          14:06:09

```
1        Q    Okay.  So you don't know whether or not      14:06:11

2   Linden was referring to Mr. Donnelly as an            14:06:19

3   operating partner after he became CEO of Advarra?     14:06:21

4             MR. DEMERS:  Same objection.                 14:06:26

5             MR. O'BEIRNE:  Asked and answered.           14:06:27

6             MR. DEMERS:  You can answer.                  14:06:28

7        A    Would not -- would not know any              14:06:29

8   conversations that they had.                          14:06:31

9        Q    Now, with respect to Mr. Donnelly's         14:06:32

10  employment agreement -- strike that.  After Mr.       14:06:48

11  Donnelly became the CEO of Advarra, who was the       14:07:02

12  shareholder -- or who were the shareholders of        14:07:07

13  Advarra, to your knowledge?                           14:07:10

14            MR. O'BEIRNE:  Sorry, vague and compound.    14:07:13

15            MR. DEMERS:  You can answer.                  14:07:15

16       A    Shareholders of Advarra, primary            14:07:15

17  shareholder would have been Linden and associated     14:07:18

18  funds.  Individual shareholders would have also --    14:07:20

19  well, I guess when Pat became CEO's the question?     14:07:24

20       Q    Yeah, after.                                 14:07:29

21       A    North Lane Capital Partners.  We also       14:07:30

22  would have had various members of management and      14:07:33

23  other board members.  So that at that point I would   14:07:37

24  include Michael Woods as board John Potthoff as a     14:07:40

25  board member, Pat Donnelly would have a board         14:07:45
```

| | | |
|---|---|---|
| 1 | membership equity holding.  I have an equity | 14:07:46 |
| 2 | holding, Lauri Carlile, Robann Cunningham et | 14:07:49 |
| 3 | cetera.  So these were members of management.  I | 14:07:53 |
| 4 | don't believe -- I think there was -- Audax | 14:07:55 |
| 5 | Mezzanine was a rollover shareholder, and I believe | 14:07:58 |
| 6 | also a couple of the debt providers also had | 14:08:02 |
| 7 | capital as well as a debt position, best of my | 14:08:07 |
| 8 | knowledge. | 14:08:11 |
| 9 | Q   Okay.  Do you know what percentage of | 14:08:12 |
| 10 | Advarra Linden owned after the Chesapeake-Schulman | 14:08:17 |
| 11 | merger? | 14:08:25 |
| 12 | MR. O'BEIRNE:  Form, foundation. | 14:08:26 |
| 13 | MR. DEMERS:  You can answer. | 14:08:27 |
| 14 | A   I believe it was 64 percent. | 14:08:28 |
| 15 | Q   Okay.  Did Linden have a controlling | 14:08:29 |
| 16 | stake in Advarra? | 14:08:46 |
| 17 | MR. DEMERS:  Objection. | 14:08:51 |
| 18 | MR. O'BEIRNE:  Same. | 14:08:51 |
| 19 | MR. DEMERS:  You can answer. | 14:08:52 |
| 20 | A   Yes. | 14:08:52 |
| 21 | Q   Okay.  How do you define a controlling | 14:08:52 |
| 22 | stake? | 14:08:54 |
| 23 | A   Greater than 50 percent and ability to | 14:08:55 |
| 24 | make board decisions. | 14:08:57 |
| 25 | Q   Okay.  And Linden had the ability to make | 14:08:59 |

| | | |
|---|---|---|
| 1 | board decisions? | 14:09:04 |
| 2 | A    They were -- they had two board seats. | 14:09:05 |
| 3 | Plus I would say Pat and his relationship in the | 14:09:10 |
| 4 | past would be a Linden-appointed board member, as | 14:09:14 |
| 5 | would so be John Potthoff and Jeff Wendel, versus | 14:09:20 |
| 6 | Eugene Krichevsky and I think Michael Woods.  So | 14:09:25 |
| 7 | the board membership would skew heavily towards | 14:09:31 |
| 8 | those either in Linden or affiliated with Linden. | 14:09:34 |
| 9 | Q    So how did -- do you know what Project | 14:09:38 |
| 10 | Bearcat is? | 14:10:48 |
| 11 | A    Yes. | 14:10:48 |
| 12 | Q    Okay.  How did Project Bearcat come | 14:10:48 |
| 13 | about? | 14:10:51 |
| 14 | MR. O'BEIRNE:  Form, foundation. | 14:10:52 |
| 15 | MR. DEMERS:  You can answer. | 14:10:53 |
| 16 | A    Decision to start looking at exit process | 14:10:53 |
| 17 | for Advarra. | 14:10:56 |
| 18 | Q    Okay.  So -- so what does Project Bearcat | 14:10:58 |
| 19 | mean?  Sorry.  Let me ask that question. | 14:11:03 |
| 20 | A    Project Bearcat was the code for our | 14:11:05 |
| 21 | decision as an organization to put forth to sell | 14:11:12 |
| 22 | from Linden and find a new equity partner.  Project | 14:11:15 |
| 23 | -- every -- every M and A transaction gets a | 14:11:19 |
| 24 | project name.  It was originally Project Ace.  I | 14:11:22 |
| 25 | will tell you I'm the one who said no, I don't like | 14:11:26 |

| | |
|---|---|
| 1 | that, and we went through and ultimately decided on | 14:11:32 |
| 2 | a variety of different college teams, and we | 14:11:34 |
| 3 | settled on Bearcat, given we had an office in | 14:11:36 |
| 4 | Cincinnati, as a joke, and it stuck.  So I still | 14:11:40 |
| 5 | get my W-2 -- I guess it was my bone up into the | 14:11:43 |
| 6 | Bearcat entity, Bearcat, Inc., which still exists, | 14:11:47 |
| 7 | which is kind of ridiculous, but they stick, is the | 14:11:50 |
| 8 | end of it. | 14:11:54 |
| 9 |     Q    What is Bearcat, Inc.? | 14:11:54 |
| 10 |     A    That's the ultimate parent company that | 14:11:56 |
| 11 | sits above the acquired Advarra, Inc. organization. | 14:11:59 |
| 12 | So it's a blocker entity for tax purposes, Bearcat | 14:12:04 |
| 13 | Inc. | 14:12:12 |
| 14 |     Q    Okay.  Does Linden own Bearcat, Inc.? | 14:12:12 |
| 15 |     A    No, Linden has a -- they are -- they is | 14:12:16 |
| 16 | their fund, and there are several individuals also | 14:12:23 |
| 17 | from Linden who have equity positions in that, as | 14:12:25 |
| 18 | do I, as does Pat, as does majority of that being | 14:12:29 |
| 19 | Genstar and its related funds. | 14:12:31 |
| 20 |     Q    I see.  So was Bearcat, Inc. created as a | 14:12:32 |
| 21 | result of sale of -- | 14:12:35 |
| 22 |     A    Yes. | 14:12:37 |
| 23 |     Q    -- Advarra from Linden to Genstar? | 14:12:37 |
| 24 |     MR. DEMERS:  You can answer. | 14:12:40 |
| 25 |     A    Yes. | 14:12:41 |

```
 1      Q    I see.  So how did -- do you know how the        14:12:42

 2   idea for Project Bearcat was initiated?                  14:12:56

 3           MR. O'BEIRNE:  Form, foundation.                 14:13:00

 4           MR. DEMERS:  Same objection.  You can            14:13:01

 5   answer.                                                  14:13:02

 6      A    Private equity, utilization of thesis and        14:13:02

 7   decision to create liquidity for the fund, but           14:13:07

 8   that's their decision.                                   14:13:10

 9      Q    So it came from Linden.                          14:13:11

10      A    Yes.                                             14:13:12

11      Q    Okay, and then how did you first find out        14:13:12

12   that Linden intended to sell Advarra?                    14:13:17

13      A    Most CFOs are the first people to know           14:13:20

14   that it's going.                                         14:13:25

15      Q    Okay.                                            14:13:26

16      A    And so I received a call probably either         14:13:27

17   from Pat or from Linden directly to say that we're       14:13:31

18   going to start on an exit process, and off we go.        14:13:34

19      Q    Okay.  You don't recall whether -- who it        14:13:38

20   was that made that call to you?                          14:13:41

21      A    I'm sure there were several of them.             14:13:43

22   Broadly, we discussed going out, and we had engaged      14:13:45

23   ultimately Jefferies in 2018 after positive              14:13:50

24   reaction at the Jefferies Health Care Conference.        14:13:58

25   We further put -- and I will say Pat was very            14:14:02
```

1   instrumental in helping go to the JPMorgan Health      14:14:05

2   Care Conference and handling individual meetings       14:14:08

3   there, and there was a lot of demand and               14:14:11

4   receptivity for Advarra as an asset, and we were       14:14:14

5   planning to go with an earlier exit in 2019, and we    14:14:18

6   delayed that for the Quorum acquisition, and then      14:14:24

7   we went thereafter.                                    14:14:28

8       Q    Okay.  Who ultimately made the decision       14:14:29

9   to acquire Quorum?  Do you know?                       14:14:32

10      A    I would say it was Linden that drove that      14:14:34

11  decision.                                              14:14:38

12      Q    Okay.                                         14:14:39

13      A    It'll -- it'll go to a board vote, so         14:14:44

14  board members have to vote on it.                      14:14:46

15      Q    Do you know if Mr. Donnelly voted on          14:14:47

16  that?                                                  14:14:49

17      A    Not in the board to know where he was at      14:14:50

18  on it.                                                 14:14:52

19      Q    Okay.  Can you just help me understand        14:14:53

20  what happens at these conference, Jefferies,           14:15:03

21  JPMorgan?                                              14:15:06

22           MR. O'BEIRNE:  Form, foundation.              14:15:07

23           MR. DEMERS:  You can answer.                  14:15:08

24      A    So give you a good one because I was at       14:15:09

25  the Jefferies Health Care Conference.  Today,          14:15:12

| | | |
|---|---|---|
| 1 | investor meeting, variety of private equity firms | 14:15:16 |
| 2 | look for I'll call the equivalent of speed dating. | 14:15:21 |
| 3 | So Pat and I had a converted hotel room with a | 14:15:25 |
| 4 | conference table in it, and the two of us sat there | 14:15:28 |
| 5 | and had 30-minute meetings over the course of eight | 14:15:31 |
| 6 | hours with a variety of potential investors.  Same | 14:15:34 |
| 7 | thing on day two. | 14:15:39 |
| 8 | JPMorgan's a little bit more casual.  To | 14:15:42 |
| 9 | my understanding -- I have not been there directly, | 14:15:46 |
| 10 | but my understanding are meetings are more lunchy, | 14:15:49 |
| 11 | dinner, you know, grab a beverage and talk for a | 14:15:52 |
| 12 | while, but it's more, again, I'd say the equivalent | 14:15:57 |
| 13 | of speed dating and just a little bit of what's the | 14:16:01 |
| 14 | asset, what's it like, does it fit with what we | 14:16:03 |
| 15 | think in our next acquisition for a platform | 14:16:06 |
| 16 | company, and the bankers at this point already, | 14:16:09 |
| 17 | Jefferies heavily involved in creating that slate | 14:16:13 |
| 18 | of meetings.  So it's already kind of going through | 14:16:16 |
| 19 | them to help coordinate, collaborate for us who | 14:16:21 |
| 20 | would be paired up with. | 14:16:24 |
| 21 | Q    Do you know whether Jefferies sends | 14:16:25 |
| 22 | information about companies that are potentially | 14:16:31 |
| 23 | for sale to potential investors prior to them | 14:16:33 |
| 24 | meeting with you at these conferences? | 14:16:37 |
| 25 | A    There may be some -- some teaser | 14:16:38 |

1  documents that are created for the Jefferies Health      14:16:41

2  Care Conference.  We had a little pitch deck that        14:16:45

3  was shared at the conference directly with them.         14:16:51

4  Same thing with the JPMorgan Health Care                 14:16:55

5  Conference, kind of a leave-behind, if you will,         14:16:58

6  but some high-level teaser doc also would have been      14:17:00

7  sent out more than likely, but I was not on those        14:17:05

8  e-mails.                                                 14:17:08

9       Q    Okay.  Do you know if Mr. Donnelly was         14:17:08

10  involved in creating any of those materials?            14:17:10

11       A    He would have been.  So would I, yes.         14:17:12

12       Q    Did you -- were you involved in creating      14:17:16

13  those documents?                                        14:17:19

14       A    I was involved intimately in our pitch        14:17:19

15  deck process.                                           14:17:25

16       Q    Okay, and so what happened with respect       14:17:27

17  to the sale that we're discussing after these           14:17:35

18  conferences?                                            14:17:37

19       A    Follow-on information to Jefferies, the       14:17:38

20  coordinating banker, that information shared from       14:17:43

21  Jefferies direct to Linden and discussed at the        14:17:48

22  board.  We discussed it more broadly than just the     14:17:52

23  executive session at the board, so I was a             14:17:56

24  participant in those discussions around reaction to    14:18:00

25  how we presented as a team.                            14:18:02

1      So it'd just be Pat and I in the majority          14:18:04

2   of those meetings, talk about time line, and then a   14:18:07

3   little bit of process dynamics, as they would say,    14:18:11

4   for next steps, which was to try to run a front-run   14:18:16

5   process, which would be a series of what they call    14:18:19

6   gold card meetings for people who were heavily        14:18:23

7   interested to allow them to get in front of a more    14:18:26

8   formal process documentation.  So there's normally    14:18:28

9   a process document as a teaser document goes out.     14:18:31

10  If parties are interested, they sign up for the       14:18:35

11  terms of effectively an auction process, you know,    14:18:37

12  when your bids are due, your access to management     14:18:42

13  teams, access to data rooms and things like that.     14:18:45

14      Q    Okay.  And so you sent those documents       14:18:48

15  out; is that correct?                                 14:18:55

16      A    Correct.                                      14:18:55

17      Q    And then did you receive any bids back?      14:18:56

18      A    We don't -- the bids go to the bankers.      14:18:58

19  The bankers discuss with the controlling capital      14:19:01

20  partner, and then the controlling capital partner     14:19:04

21  puts it to board vote ultimately on final decision,   14:19:07

22  but we -- I am aware that we receive multiple bids     14:19:11

23  from the formal gold card process with high-level     14:19:14

24  guidance, and as the first-round bids were due,       14:19:18

25  those who participated in gold card meetings put in   14:19:24

1    their final bid to try and close.                    14:19:26

2        Q    What's a gold card meeting?                  14:19:28

3        A    Banker term.  They'll either call it a       14:19:30

4    fireside chat or a gold card meeting like you've      14:19:33

5    been preselected to be a preferred buyer and you      14:19:39

6    get early access to management, which would be Pat    14:19:42

7    and I.                                                14:19:46

8        Q    Okay.  Who preselects them?                  14:19:47

9        A    Jefferies.                                   14:19:56

10       Q    Okay.  When does Linden get involved in      14:19:56

11   this?                                                 14:19:59

12            MR. O'BEIRNE:  Form, foundation.             14:19:59

13       A    I'm sure there's a dialogue between          14:20:01

14   Jefferies and Linden, but the banker's job is to      14:20:03

15   help select qualified next step acquirers.            14:20:07

16       Q    Okay.  Do you know if Mr. Donnelly was       14:20:10

17   involved in those conversations with Jefferies and    14:20:14

18   Linden related to the preselection of buyers?         14:20:18

19            MR. DEMERS:  Same.                           14:20:22

20       A    I would not be able to answer that.          14:20:22

21       Q    Would it be unusual for a CEO to be          14:20:25

22   involved in those type of conversations?              14:20:28

23            MR. DEMERS:  Same objection.                 14:20:30

24       A    I would -- I would have no answer to         14:20:32

25   that.  I'm not involved.                              14:20:37

| | | |
|---|---|---|
| 1 | Q    Okay.  So who were the gold card bidders | 14:20:38 |
| 2 | for Advarra? | 14:20:49 |
| 3 | A    Meetings, various.  For Advarra, you | 14:20:50 |
| 4 | know, Omers, Ontario Teachers with NOVO Capital, | 14:20:56 |
| 5 | Warburg Pincus with GTCR, Genstar.  Let me keep | 14:21:02 |
| 6 | thinking here.  Partners, and about six others that | 14:21:08 |
| 7 | are just escaping my mind right now. | 14:21:17 |
| 8 | Q    Okay, and then did there come a time when | 14:21:19 |
| 9 | those bidders were narrowed down? | 14:21:22 |
| 10 | A    Those bidders who were supremely | 14:21:25 |
| 11 | interested and convey that to Jefferies were given | 14:21:27 |
| 12 | additional access, and that was whittled down to | 14:21:31 |
| 13 | three prospective up-front bidders.  Leonard Green | 14:21:33 |
| 14 | Partners was in there and a couple others, | 14:21:37 |
| 15 | apologies, in the first round, and those -- those | 14:21:40 |
| 16 | bidders would have been Genstar, and then the combo | 14:21:42 |
| 17 | bids of Ontario Teachers with NOVO Capital, NOVO | 14:21:46 |
| 18 | Holdings, and the other combo was Warburg Pincus | 14:21:49 |
| 19 | with a GTCR. | 14:21:54 |
| 20 | Q    Okay.  Did you review any of those bids? | 14:21:56 |
| 21 | A    Those bids were not put in front of us | 14:21:59 |
| 22 | until final bid. | 14:22:02 |
| 23 | Q    Okay. | 14:22:04 |
| 24 | A    Our first round, which would have been | 14:22:12 |
| 25 | their final bid. | 14:22:21 |

1       Q     Our first round, which would have been          14:22:22

2    their final bid.  Is that what you said?                 14:22:22

3       A     Correct.                                         14:22:23

4       Q     So what -- what does that mean?  I mean,         14:22:23

5    help me understand what you're saying.                   14:22:28

6       A     Best analogy would be I have a                   14:22:30

7    prospective buyer for your home, and your -- your        14:22:36

8    house is going to go on the market and we'll get         14:22:38

9    you in while you're kind of getting it ready to go       14:22:41

10   so that when it goes on the market, you're able to       14:22:44

11   effectively be the first mover advantage.  Those         14:22:46

12   people who were in our gold card meeting, the terms      14:22:50

13   of the process are that there was an initial first-      14:22:55

14   round bid, indication of interest, they call it.         14:22:58

15          That is still true, but for those who             14:23:04

16   moved faster and got additional access to               14:23:07

17   management, the three firms, they were told that if      14:23:10

18   they could create a compelling offer that allowed        14:23:13

19   for the process to stop and give their best and          14:23:17

20   final, that they could have the chance to close it       14:23:21

21   in front of a longer protracted process that had         14:23:26

22   multiple other parties involved in doing diligence.      14:23:29

23   So basically you get a first-mover advantage if          14:23:32

24   you're able to give your best and final on the day       14:23:34

25   that first-round indication of interest is done,         14:23:38

| | | |
|---|---|---|
| 1 | you got to get your work done and close or give | 14:23:41 |
| 2 | your ability to sign the paperwork, if you will, at | 14:23:44 |
| 3 | that point in time relatively. | 14:23:48 |
| 4 | Q    Okay.  And so you received three of those | 14:23:50 |
| 5 | best and final offers. | 14:23:55 |
| 6 | A    Correct. | 14:23:57 |
| 7 | Q    What would you refer to those as?  What | 14:23:57 |
| 8 | term do you use to refer to like that level of | 14:24:00 |
| 9 | offer that you got right there? | 14:24:02 |
| 10 | A    We call it the BAFO. | 14:24:03 |
| 11 | Q    You just call it a -- okay, all right.  I | 14:24:05 |
| 12 | just want to make sure we're on the same page. | 14:24:07 |
| 13 | Okay, so you received the three best and final | 14:24:09 |
| 14 | offers, and were you involved in selecting between | 14:24:12 |
| 15 | the three best and final offers? | 14:24:16 |
| 16 | A    Ultimately it is the board of directors | 14:24:19 |
| 17 | who make the decision.  We were asked by Mr. | 14:24:22 |
| 18 | Donnelly as a management team which one of the | 14:24:27 |
| 19 | partners did we like the most for vision, future | 14:24:31 |
| 20 | collaboration, you know, which one excited us and | 14:24:37 |
| 21 | we wanted to work with.  Not that it would, you | 14:24:40 |
| 22 | know, be the sole determinant, but if there are two | 14:24:44 |
| 23 | relatively equal bids, management excitement and | 14:24:47 |
| 24 | enthusiasm for a partner could drive a decision one | 14:24:50 |
| 25 | way or the other. | 14:24:54 |

1      Q    Okay.  And did you make a recommendation?          14:24:55

2      A    Yes.                                               14:24:57

3      Q    And who did you recommend?                         14:24:58

4      A    Genstar.                                           14:24:59

5      Q    Okay.  Was there management consensus on           14:25:00

6  that recommendation?                                        14:25:06

7      A    Other than Mr. Donnelly, yes.                      14:25:06

8      Q    Okay.  And what was Mr. Donnelly's                 14:25:08

9  position with respect to Genstar?                           14:25:11

10     A    Safe to say that Mr. Donnelly's position          14:25:13

11 is he was not interested in working for Genstar             14:25:17

12 again.                                                      14:25:20

13     Q    Okay.  What did Mr. Donnelly say that             14:25:20

14 made you believe that he was not interested in              14:25:23

15 working with Genstar again?                                 14:25:25

16     A    Several.  Good example was when they were         14:25:26

17 our first gold card meeting, he told me I'm going           14:25:30

18 to do that one solo, and I was a little surprised           14:25:35

19 when he showed up on the day of.  So I was glad he          14:25:38

20 showed up, but he said he didn't -- didn't want to          14:25:41

21 work for them again.  He told me several stories of         14:25:46

22 his time and how he felt that they -- you know,             14:25:50

23 they being board membership and advisory board of          14:25:56

24 Genstar didn't collaborate well with him, and he           14:26:01

25 also said that they are focused on growth and not          14:26:04

1    always supportive of existing management teams, and            14:26:08

2    that many members of his management team had a bad             14:26:10

3    experience.  I believe he was owned by them twice.            14:26:14

4    So we had many a conversation about I'll say                  14:26:17

5    broadly his distaste for his time with them and his           14:26:23

6    unwillingness to work with them again.                        14:26:26

7         Q    Okay.  So after you had these                       14:26:29

8    conversations with Mr. Donnelly and made your                 14:26:41

9    recommendation, what happened next in the process             14:26:42

10   from your perspective?                                        14:26:45

11        A    From my perspective, there were two very            14:26:47

12   compelling bids ultimately.  One was between                  14:26:51

13   Genstar.  The other one was Ontario Teachers with             14:26:54

14   NOVO.  The management excitement for Genstar was a            14:26:57

15   big part of Linden's decision, to my understanding.           14:27:03

16   Pat said he did not want do the deal and told us              14:27:09

17   that Genstar still wanted to do the deal with or              14:27:14

18   without management.  So if we weren't interested,             14:27:18

19   they would still want to do the deal, is what he              14:27:20

20   conveyed to us.                                               14:27:23

21        Q    Okay.                                               14:27:24

22        A    But the deal still went through and we              14:27:25

23   still closed.                                                 14:27:28

24        Q    Okay.  What was it about Ontario                    14:27:29

25   Teachers' bid that made you less excited to work              14:27:32

| | | |
|---|---|---|
| 1 | with them? | 14:27:35 |
| 2 | MR. O'BEIRNE:  Form, foundation. | 14:27:37 |
| 3 | MR. DEMERS:  You can answer. | 14:27:38 |
| 4 | BY MR. SANFILIPPO: | 14:27:38 |
| 5 | Q    You said you were more excited to work | 14:27:38 |
| 6 | with Genstar, right? | 14:27:40 |
| 7 | MR. O'BEIRNE:  Same. | 14:27:43 |
| 8 | A    True. | 14:27:43 |
| 9 | Q    So why -- why were you more excited to | 14:27:44 |
| 10 | work with Genstar than Ontario Teachers? | 14:27:46 |
| 11 | MR. O'BEIRNE:  Same. | 14:27:46 |
| 12 | MR. DEMERS:  You can answer. | 14:27:47 |
| 13 | A    For me, it's a little bit of the type of | 14:27:47 |
| 14 | fund.  Teachers with NOVO is a long-term capital | 14:27:50 |
| 15 | hold, so your ability to invest alongside them and | 14:27:53 |
| 16 | realize a return as a member of management is more | 14:27:57 |
| 17 | difficult, as opposed to a traditional private | 14:28:00 |
| 18 | equity firm that has a time line for hold and exit. | 14:28:05 |
| 19 | Teachers and NOVO are both interested in cash | 14:28:09 |
| 20 | generation, a long term -- very long-term value | 14:28:12 |
| 21 | creation, so you're talking potentially being in | 14:28:16 |
| 22 | their fund for up to a decade or more. | 14:28:19 |
| 23 | Genstar also brought in a real strong | 14:28:23 |
| 24 | thought around additional M and A and tech as a | 14:28:27 |
| 25 | next step, which to me, having been with the | 14:28:31 |

1    organization for at that time would be six years,          14:28:34

2    you start thinking about what is the next                  14:28:38

3    mountaintop for the company and where else can you         14:28:40

4    take it and grow it.  We'd been very successful at         14:28:42

5    growing as an IRB, and then what is the next               14:28:45

6    opportunity for us, and Genstar had a real nice            14:28:49

7    thought around what to do, whereas Teachers with           14:28:53

8    NOVO was I would say more conservative and if it           14:28:56

9    ain't broke, don't fix it, which is fine, but in           14:29:01

10   terms of rolling up your sleeve and being excited          14:29:04

11   to engage in new opportunities with the same               14:29:07

12   company, Genstar offered us that, and that's -- you        14:29:10

13   know, they'll never read it, but it's no disrupt to        14:29:16

14   Teachers and NOVA.  I actually really liked them as        14:29:19

15   individuals.  It was just in comparing one to the          14:29:21

16   other, which one spoke to me more.                         14:29:23

17         Q     Did you have any doubts about Ontario          14:29:25

18   Teachers' ability to close?                                14:29:30

19         A     No, they're a huge fund and they had a         14:29:32

20   great partner with NOVO, and NOVO put probably an          14:29:35

21   even bigger amount of money and bought our direct          14:29:39

22   competitor, WCG.  That's Western and Copernicus            14:29:43

23   Group, WCG.  They bought them alone with Leonard           14:29:49

24   Green Partner, so Teachers along with NOVO I'm sure        14:29:53

25   would be able to get there.                                14:29:57

| | | |
|---|---|---|
| 1 | Q    Okay.  Did you have any doubts about | 14:29:58 |
| 2 | their certainty aspect of the deal with respect to | 14:30:01 |
| 3 | Ontario Teachers? | 14:30:05 |
| 4 |          MR. O'BEIRNE:  Form, foundation. | 14:30:07 |
| 5 |          MR. DEMERS:  Same objection.  You can | 14:30:07 |
| 6 | answer. | 14:30:08 |
| 7 | A    When I say did I have doubts, no, but I | 14:30:08 |
| 8 | felt very confident that Genstar would be able to | 14:30:14 |
| 9 | -- had the compelling price, the speed to get | 14:30:18 |
| 10 | through process and the certainty to close, whereas | 14:30:21 |
| 11 | Teachers has two different -- you know, that bid | 14:30:24 |
| 12 | required two different investment committees to go | 14:30:29 |
| 13 | through and inherently creates probably a little | 14:30:31 |
| 14 | inefficiency in their process with two different | 14:30:33 |
| 15 | parties having to agree on all decisions as opposed | 14:30:36 |
| 16 | to just one. | 14:30:38 |
| 17 | Q    Did Ontario Teachers have a higher bid | 14:30:39 |
| 18 | than Genstar, do you recall? | 14:30:42 |
| 19 | A    At one point at least, yes, and they may | 14:30:45 |
| 20 | ultimately have been slightly higher than Genstar. | 14:30:48 |
| 21 | Q    Since Genstar acquired Advarra, have | 14:30:51 |
| 22 | there been any M and A transactions with respect to | 14:30:57 |
| 23 | Advarra? | 14:31:00 |
| 24 | A    Several. | 14:31:00 |
| 25 | Q    Okay.  And what -- what transactions are | 14:31:00 |

| | | |
|---|---|---|
| 1 | those? | 14:31:03 |
| 2 | A    We acquired Forte Research.  It's a site | 14:31:04 |
| 3 | technology business, 60 days post close, so we -- | 14:31:08 |
| 4 | immediately the day that -- the day after our funds | 14:31:12 |
| 5 | flow, we had our management kickoff meeting with | 14:31:14 |
| 6 | them.  We acquired -- let me think about this here. | 14:31:17 |
| 7 | We acquired IRB Co., which is a small IRB deal, in | 14:31:22 |
| 8 | early 2020.  We acquired Integreview IRB in | 14:31:28 |
| 9 | November of 2020.  We acquired YourEncore, which is | 14:31:32 |
| 10 | a consulting organization, in December of 2020. | 14:31:35 |
| 11 | We acquired Long Boat, which is a patient | 14:31:37 |
| 12 | recruitment and investigator training platform, in | 14:31:42 |
| 13 | November of 2020, and we acquired Bio-Optronics, | 14:31:45 |
| 14 | which is another site technology business, in | 14:31:49 |
| 15 | February of '21, so we've been very aggressive in | 14:31:51 |
| 16 | our M and A since acquisition date. | 14:31:55 |
| 17 | Q    Did you ever witness any behavior by Mr. | 14:32:00 |
| 18 | Donnelly -- strike that.  Do you know if Mr. | 14:32:20 |
| 19 | Donnelly ever advocated for you to receive a | 14:32:42 |
| 20 | closing bonus for the Advarra transaction? | 14:32:45 |
| 21 | MR. O'BEIRNE:  Form, foundation. | 14:32:49 |
| 22 | MR. DEMERS:  You can answer. | 14:32:49 |
| 23 | A    For the Advarra transaction, that would | 14:32:50 |
| 24 | be the -- | 14:32:53 |
| 25 | Q    Sale of Advarra. | 14:32:54 |

```
 1        A     Sale of Advarra to Genstar.              14:32:55

 2             MR. O'BEIRNE:  Same.                      14:32:58

 3   BY MR. SANFILIPPO:                                  14:33:00

 4        Q     Correct.                                 14:33:00

 5        A     I believe we put together a bonus pool   14:33:01

 6   for a few individuals who were involved that did    14:33:04

 7   not have equity.  I don't believe I received a      14:33:09

 8   closing bonus for that transaction.                 14:33:11

 9        Q     Okay.  Who were the people that you put  14:33:13

10   together?                                           14:33:17

11        A     I believe there were two of them, Travis 14:33:17

12   Milnes and Julie Blasighim.                         14:33:19

13        Q     Do you know if they received a closing   14:33:22

14   bonus?                                              14:33:26

15        A     Yes, they did.                           14:33:27

16        Q     You don't believe that you received a    14:33:28

17   closing bonus; is that correct?                     14:33:40

18        A     I don't recall.  Honestly, I don't recall 14:33:41

19   receiving a closing bonus for that transaction.  It 14:33:46

20   sounds horrible, but that's true.                   14:33:55

21        Q     Did Mr. Donnelly ever discuss his payment 14:33:57

22   structure with Linden with you?                     14:34:12

23             MR. O'BEIRNE:  Form, foundation.          14:34:16

24             MR. DEMERS:  Same objection.  You can     14:34:17

25   answer.                                             14:34:18
```

| | | |
|---|---|---|
| 1 | A    No. | 14:34:18 |
| 2 | Q    Did Mr. -- Mr. Donnelly ever complain to | 14:34:19 |
| 3 | you that Linden wasn't paying him? | 14:34:22 |
| 4 | MR. O'BEIRNE:  Same. | 14:34:24 |
| 5 | MR. DEMERS:  You can answer. | 14:34:25 |
| 6 | A    Yes, he said that he took a discount to | 14:34:25 |
| 7 | work for Advarra, and he felt he was entitled to a | 14:34:30 |
| 8 | million dollars a year of base consideration, but | 14:34:33 |
| 9 | he's doing this as a discounted rate than what he | 14:34:36 |
| 10 | would have made before. | 14:34:40 |
| 11 | Q    Okay, so he felt he was entitled to a | 14:34:41 |
| 12 | million dollars in salary?  Is that what you're | 14:34:48 |
| 13 | saying? | 14:34:50 |
| 14 | A    Yes. | 14:34:50 |
| 15 | Q    For being the CEO of Advarra? | 14:34:50 |
| 16 | A    Yes. | 14:34:52 |
| 17 | Q    Okay.  Did he say why he agreed to do it | 14:34:53 |
| 18 | at a discount? | 14:34:55 |
| 19 | A    No. | 14:34:58 |
| 20 | Q    Just a few -- very few last questions | 14:35:10 |
| 21 | here, sir.  Do you -- do you have any knowledge | 14:35:14 |
| 22 | regarding ProPharma Group's acquisition of Xendo? | 14:35:15 |
| 23 | A    No. | 14:35:21 |
| 24 | Q    Do you have any knowledge regarding | 14:35:21 |
| 25 | ProPharma Group's acquisition of Sofus? | 14:35:23 |

1    A    No.                                        14:35:25

2    Q    Do you have any knowledge regarding        14:35:25

3  ProPharma Group's acquisition of Solutions in     14:35:28

4  Health?                                           14:35:31

5    A    No.                                        14:35:31

6        MR. SANFILIPPO:  Okay, I believe that's     14:35:32

7  all the questions I have for you, sir.  Thanks very 14:35:37

8  much.  I think Mr. O'Beirne may be asking you some 14:35:39

9  questions.                                        14:35:42

10       EXAMINATION BY COUNSEL FOR THE DEFENDANTS

11  BY MR. O'BEIRNE:                                  14:35:44

12    Q    Yes, Mr. Uebele.  You want to take        14:35:44

13  another break or are we okay to press on?         14:35:47

14    A    Let's do it.

15       MR. O'BEIRNE:  Everybody else okay to       14:35:49

16  press on?                                         14:35:51

17       MR. SANFILIPPO:  Yeah.

18  BY MR. O'BEIRNE:

19    Q    Great.  Counsel asked you some questions  14:35:52

20  about taking meetings in connection with the      14:35:56

21  prospect of Project Bearcat.  I think we called   14:35:59

22  them like gold star meetings or whoever were the  14:36:01

23  short list people.  You recall that?              14:36:04

24    A    Yes.                                       14:36:06

25    Q    What was the name of the -- what was the  14:36:07

| | | |
|---|---|---|
| 1 | term you used? | 14:36:08 |
| 2 | A    Gold card. | 14:36:09 |
| 3 | Q    Gold card.  Sorry.  Gold star.  I don't | 14:36:10 |
| 4 | know -- I got a bunch of little kids.  That's why I | 14:36:11 |
| 5 | say gold star.  And it was you and Mr. Donnelly | 14:36:15 |
| 6 | that attended these gold card meetings? | 14:36:18 |
| 7 | A    Correct. | 14:36:21 |
| 8 | Q    And it was in your opinion his obligation | 14:36:21 |
| 9 | as the CEO one of his duties to attend them with | 14:36:24 |
| 10 | you? | 14:36:27 |
| 11 | MR. SANFILIPPO:  Objection, form. | 14:36:27 |
| 12 | MR. DEMERS:  You can answer. | 14:36:28 |
| 13 | A    Yes. | 14:36:29 |
| 14 | Q    All right.  Were you taken aback when he | 14:36:29 |
| 15 | suggested he wouldn't attend the -- let me start | 14:36:32 |
| 16 | again.  Make sure to wait a second so counsel can | 14:36:38 |
| 17 | get his objection in.  Were you taken aback when | 14:36:41 |
| 18 | Mr. Donnelly suggested he would not attend the | 14:36:43 |
| 19 | Genstar gold card meeting with you? | 14:36:46 |
| 20 | MR. SANFILIPPO:  Objection, form, | 14:36:48 |
| 21 | foundation. | 14:36:50 |
| 22 | MR. DEMERS:  Same objection.  You can | 14:36:50 |
| 23 | answer. | 14:36:51 |
| 24 | A    Yes, I was taken aback. | 14:36:52 |
| 25 | Q    Did that occur to you to be consistent or | 14:36:54 |

| | | |
|---|---|---|
| 1 | inconsistent with the fiduciary duties that he owed | 14:36:57 |
| 2 | to Advarra? | 14:36:59 |
| 3 | MR. SANFILIPPO:  Objection, form, | 14:37:00 |
| 4 | foundation, calls for a legal conclusion. | 14:37:01 |
| 5 | MR. DEMERS:  Same objection.  You can | 14:37:03 |
| 6 | answer. | 14:37:04 |
| 7 | A    I would think his fiduciary | 14:37:04 |
| 8 | responsibility as CEO would be that he would attend | 14:37:09 |
| 9 | all of those meetings. | 14:37:11 |
| 10 | Q    Do you recall Mr. Donnelly bringing | 14:37:13 |
| 11 | documents from his time previously working for | 14:37:18 |
| 12 | Genstar to Bearcat closing meetings? | 14:37:23 |
| 13 | MR. SANFILIPPO:  Objection, form, | 14:37:26 |
| 14 | foundation. | 14:37:27 |
| 15 | MR. DEMERS:  You can answer. | 14:37:28 |
| 16 | A    Yes, he did. | 14:37:28 |
| 17 | Q    What kind of documents did he bring? | 14:37:30 |
| 18 | A    Brought e-mail that he wanted to discuss | 14:37:33 |
| 19 | with the SAB member Bob Conway and the partner, | 14:37:36 |
| 20 | Dave Golde, regarding his dismissal from PRA. | 14:37:43 |
| 21 | Q    Do you recall the date when that had | 14:37:47 |
| 22 | occurred, that underlying dismissal? | 14:37:50 |
| 23 | A    I want to say it was probably in 2005 | 14:37:52 |
| 24 | would be my best guess when he departed PRA. | 14:37:56 |
| 25 | Q    More than ten years before the Bearcat | 14:37:59 |

1    transaction?                                          14:38:01

2         A    Yes.                                        14:38:01

3         Q    What was your reaction when he brought      14:38:02

4    hard-copy printouts of more than ten-year-old         14:38:05

5    e-mails to confront the Genstar executives with?      14:38:08

6              MR. SANFILIPPO:  Objection, form,           14:38:11

7    foundation.                                           14:38:12

8              MR. DEMERS:  Same objection.  You can       14:38:14

9    answer.                                               14:38:15

10        A    Not sure why he would have -- that's it.    14:38:15

11        Q    Did that seem to be -- to you a             14:38:24

12   productive or a counterproductive action for Mr.      14:38:26

13   Donnelly to have taken in connection with closing     14:38:28

14   the Bearcat deal?                                     14:38:32

15             MR. SANFILIPPO:  Objection, form,           14:38:33

16   foundation.                                           14:38:34

17             MR. DEMERS:  Same objection.  You can       14:38:34

18   answer.                                               14:38:35

19        A    I would say that would be                   14:38:35

20   counterproductive to working with Genstar.            14:38:36

21        Q    Was there a time during the attempt to      14:38:38

22   close the Bearcat transaction where you reached out   14:38:42

23   to Linden personnel to express your concerns of Mr.   14:38:45

24   Donnelly's conduct vis-a-vis Genstar in the deal?     14:38:48

25             MR. SANFILIPPO:  Objection, form.           14:38:51

| | | |
|---|---|---|
| 1 | MR. DEMERS:  Same.  You can answer. | 14:38:53 |
| 2 | A    Yeah, I reached out to them on multiple | 14:38:54 |
| 3 | occasions that I felt he was trying to work at | 14:38:56 |
| 4 | cross-purposes from allowing that deal to proceed | 14:39:00 |
| 5 | and close. | 14:39:04 |
| 6 | Q    And the board of Advarra, prior to those | 14:39:04 |
| 7 | efforts, had concluded that closing the Genstar | 14:39:09 |
| 8 | deal was in the best interest of Advarra? | 14:39:13 |
| 9 | MR. SANFILIPPO:  Objection, form, | 14:39:15 |
| 10 | foundation. | 14:39:16 |
| 11 | MR. DEMERS:  You can answer. | 14:39:16 |
| 12 | A    Correct. | 14:39:17 |
| 13 | Q    Do you recall -- so let's -- just to | 14:39:19 |
| 14 | orient you to the time period, prior to the | 14:39:29 |
| 15 | combination of Chesapeake and Schulman together to | 14:39:32 |
| 16 | make Advarra, Mr. Donnelly was the chairman of | 14:39:36 |
| 17 | Chesapeake, correct? | 14:39:40 |
| 18 | A    That is correct. | 14:39:42 |
| 19 | Q    As the chairman of Chesapeake, was he | 14:39:43 |
| 20 | compensated from sort of a base salary or draw | 14:39:46 |
| 21 | standpoint? | 14:39:49 |
| 22 | MR. SANFILIPPO:  Objection, form, | 14:39:50 |
| 23 | foundation. | 14:39:50 |
| 24 | MR. DEMERS:  You can answer. | 14:39:51 |
| 25 | A    Both of our independent board members, | 14:39:52 |

1  Pat and John Potthoff, received quarterly stipends          14:39:56

2  for meeting attendance as well as reimbursement of          14:39:58

3  their travel expenses.          14:39:59

4      Q    And in addition, was there an agreement          14:40:01

5  providing for vesting over time of shares in his          14:40:04

6  role as the chairman?          14:40:08

7          MR. SANFILIPPO:  Objection, form,          14:40:09

8  foundation.          14:40:10

9          MR. DEMERS:  You can answer.          14:40:11

10     A    There would be incentive equity shares          14:40:12

11 that were tethered to a time vest portion, yes.          14:40:16

12     Q    Incentive equity specifically connected          14:40:21

13 to time vesting for the amount of time he served as          14:40:24

14 the chairman.          14:40:27

15         MR. SANFILIPPO:  Objection, form.          14:40:28

16         MR. DEMERS:  You can answer.          14:40:29

17     A    It would be -- time vest would be in your          14:40:30

18 role with the organization.  So in this case as a          14:40:36

19 member of the board, your time would be from start          14:40:39

20 to each vesting cliff, so it'd be on an annual          14:40:45

21 basis, a portion of those shares would be vested as          14:40:49

22 it would be purchased regardless of employment at          14:40:51

23 that point in time.          14:40:55

24     Q    And then separate from incentive equity          14:40:55

25 that he obtained time vesting for in connection          14:41:00

| | | |
|---|---|---|
| 1 | with his service as the chairman, when he became | 14:41:04 |
| 2 | the CEO of the new entry, Advarra, he also received | 14:41:06 |
| 3 | incentive equity in connection with that job, | 14:41:10 |
| 4 | right, sir? | 14:41:13 |
| 5 | MR. SANFILIPPO:  Objection, form, | 14:41:13 |
| 6 | foundation. | 14:41:14 |
| 7 | MR. DEMERS:  You can answer. | 14:41:14 |
| 8 | A    Yes. | 14:41:15 |
| 9 | Q    Did he continue to also be the chairman | 14:41:15 |
| 10 | or did he step down as chairman to become the CEO? | 14:41:19 |
| 11 | MR. SANFILIPPO:  Same objections. | 14:41:22 |
| 12 | MR. DEMERS:  You can answer. | 14:41:23 |
| 13 | A    He remained chairman of the -- no, Tony | 14:41:23 |
| 14 | Davis became chairman of the board. | 14:41:27 |
| 15 | Q    And is it your understanding that Linden | 14:41:29 |
| 16 | made the decision to vest and give Mr. Donnelly the | 14:41:33 |
| 17 | incentive equity that would have been attached to | 14:41:37 |
| 18 | his chairman role in addition to his CEO equity, | 14:41:42 |
| 19 | even though he wasn't serving as the chairman | 14:41:47 |
| 20 | through 2019? | 14:41:49 |
| 21 | MR. SANFILIPPO:  Objection, form, | 14:41:50 |
| 22 | foundation, calls for a legal conclusion. | 14:41:51 |
| 23 | MR. DEMERS:  Same objection.  You can | 14:41:53 |
| 24 | answer. | 14:41:54 |
| 25 | A    The original incentive equity issuance | 14:41:54 |

1   that he received remained, as well as the new one.            14:41:57

2       Q    Do you recall whether that was a                     14:42:00

3   discretionary decision, i.e., him shifting from              14:42:02

4   chairman to CEO would otherwise have terminated his          14:42:06

5   incentive equity, but the decision was made to               14:42:08

6   allow him to keep the additional incentive equity?           14:42:10

7           MR. SANFILIPPO:  Objection, form,                     14:42:13

8   foundation.                                                  14:42:13

9           MR. DEMERS:  Same objection.  You can                 14:42:14

10  answer.                                                      14:42:15

11      A    I would not be able to able to answer if            14:42:15

12  it was a discretionary decision or not.                      14:42:18

13      Q    Understood.  Do you have an opinion as              14:42:20

14  what increase in value as a factor of the sale of            14:42:25

15  Advarra having acquired Quorum presented?                    14:42:31

16          MR. SANFILIPPO:  Objection, form,                     14:42:35

17  foundation.                                                  14:42:37

18  BY MR. O'BEIRNE:                                             14:42:37

19      Q    That was an awkward question.  Let me try           14:42:37

20  that again.  You mentioned previously being in              14:42:40

21  favor of the Quorum acquisition, yes?                        14:42:42

22      A    Yes.                                                14:42:44

23      Q    Is it your opinion that the Quorum                  14:42:44

24  acquisition ended up benefitting Advarra as                 14:42:47

25  reflected in the sale price during Bearcat?                  14:42:50

| | | |
|---|---|---|
| 1 | MR. SANFILIPPO:  Objection, form. | 14:42:52 |
| 2 | MR. DEMERS:  You can answer. | 14:42:53 |
| 3 | A    Yes, considerably. | 14:42:54 |
| 4 | Q    Okay.  What is your opinion as far as -- | 14:42:55 |
| 5 | as an estimate of how much additional sale value | 14:42:59 |
| 6 | the Quorum acquisition afforded to Advarra? | 14:43:01 |
| 7 | MR. SANFILIPPO:  Objection, form, | 14:43:04 |
| 8 | foundation. | 14:43:05 |
| 9 | MR. DEMERS:  You can answer. | 14:43:06 |
| 10 | A    Somewhere between two and three hundred | 14:43:06 |
| 11 | million dollars of extra equity return. | 14:43:09 |
| 12 | Q    You were the CFO of Chesapeake before the | 14:43:12 |
| 13 | Schulman-Chesapeake merger to create Advarra? | 14:43:33 |
| 14 | A    Correct. | 14:43:37 |
| 15 | Q    And then you remained the CEO after the | 14:43:37 |
| 16 | merger? | 14:43:40 |
| 17 | A    CFO. | 14:43:40 |
| 18 | Q    I said -- sorry.  Let me start again. | 14:43:41 |
| 19 | You were the CFO of Chesapeake before the merger | 14:43:43 |
| 20 | and then remained the CFO of the new entity Advarra | 14:43:46 |
| 21 | after the merger. | 14:43:50 |
| 22 | A    That's correct. | 14:43:50 |
| 23 | Q    Being CFO was a full-time job? | 14:43:51 |
| 24 | A    Yes. | 14:43:54 |
| 25 | Q    And you worked closely with Mr. Wendel | 14:43:54 |

| | |
|---|---|
| 1 | when he was the CEO of Chesapeake prior to the | 14:43:57 |
| 2 | merger, right? | 14:44:00 |
| 3 | A    That's correct. | 14:44:01 |
| 4 | Q    And in your opinion, the CEO job was a | 14:44:01 |
| 5 | full-time job? | 14:44:05 |
| 6 | MR. SANFILIPPO:  Objection, form, | 14:44:06 |
| 7 | foundation. | 14:44:06 |
| 8 | MR. DEMERS:  Same objection.  You can | 14:44:07 |
| 9 | answer. | 14:44:08 |
| 10 | A    Yes. | 14:44:08 |
| 11 | Q    And when Mr. Donnelly took over as the | 14:44:08 |
| 12 | CEO, was it your understanding as a shareholder of | 14:44:16 |
| 13 | Advarra that he would be taking that capacity -- it | 14:44:19 |
| 14 | would be a full-time job for him to be the CEO of | 14:44:23 |
| 15 | Advarra? | 14:44:26 |
| 16 | MR. SANFILIPPO:  Objection, form, | 14:44:27 |
| 17 | foundation. | 14:44:28 |
| 18 | MR. DEMERS:  Same objection.  You can | 14:44:28 |
| 19 | answer. | 14:44:29 |
| 20 | A    Yes, that would be my understanding. | 14:44:29 |
| 21 | Q    And did you have an understanding as to | 14:44:30 |
| 22 | what Linden expected as far as Mr. Donnelly | 14:44:32 |
| 23 | devoting his full time and energies to be the CEO | 14:44:35 |
| 24 | of Advarra? | 14:44:38 |
| 25 | MR. SANFILIPPO:  Objection, form, | 14:44:39 |

| | | |
|---|---|---|
| 1 | foundation. | 14:44:40 |
| 2 | MR. DEMERS:  Same objection.  You can | 14:44:40 |
| 3 | answer. | 14:44:41 |
| 4 | A    Can you please repeat the question? | 14:44:42 |
| 5 | Q    Sure. | 14:44:45 |
| 6 | A    I apologize to have to do this again. | 14:44:46 |
| 7 | Q    That's fine.  Did you have an | 14:44:48 |
| 8 | understanding as to Linden's expectation as | 14:44:49 |
| 9 | reflected in comments either they made to you or in | 14:44:51 |
| 10 | your presence or Mr. Donnelly repeated to you about | 14:44:54 |
| 11 | their expectations as far as him being a full-time | 14:44:57 |
| 12 | CEO of Advarra? | 14:45:00 |
| 13 | MR. SANFILIPPO:  Objection, form, | 14:45:01 |
| 14 | foundation. | 14:45:03 |
| 15 | MR. DEMERS:  Same objection.  You can | 14:45:03 |
| 16 | answer. | 14:45:04 |
| 17 | THE WITNESS:  I don't know what Linden's | 14:45:04 |
| 18 | specific expectations are other than he was the | 14:45:06 |
| 19 | CEO, and that is who I worked for and viewed him as | 14:45:09 |
| 20 | my boss in that capacity. | 14:45:14 |
| 21 | MR. O'BEIRNE:  That's all the questions I | 14:45:39 |
| 22 | have. | 14:45:41 |
| 23 | MR. SANFILIPPO:  Can I just have -- can | 14:46:03 |
| 24 | we go off the record for five minutes, let me | 14:46:04 |
| 25 | collect my thoughts and then we might be done here. | 14:46:07 |

1              THE VIDEOGRAPHER:  We are going off the        14:46:08

2    record.  The time on the video monitor is 2:46 p.m.     14:46:10

3                   (Recessed at 2:46 p.m.)                   14:46:14

4                   (Reconvened at 2:54 p.m.)                 14:46:14

5              THE VIDEOGRAPHER:  We are back on the          14:54:21

6    record.  The time on the video monitor is 2:54 p.m.     14:54:31

7              MR. SANFILIPPO:  No further questions for      14:54:35

8    the witness.                                             14:54:36

9              THE VIDEOGRAPHER:  Here marks the end of       14:54:45

10   the videotaped deposition of Scott Uebele.  We are      14:54:47

11   off the record at 2:54 p.m.                             14:54:49

12                   (Off the record at 2:54 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2          I, Karen Young, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true and

5    correct record of the testimony given; that said

6    testimony was taken by me stenographically and

7    thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested, and that I am neither counsel for or

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 10th day

15   of October, 2021.

16                                    *Karen Young*

17   _____

18   NOTARY PUBLIC IN AND FOR

19   THE DISTRICT OF COLUMBIA

20

21   My commission expires:

22   July 31, 2024

23

24

25

| A | | | |
|---|---|---|---|
| **aback** | **accounting** | 42:11, 42:20, | 77:1, 78:7, |
| 80:14, 80:17, | 9:23 | 74:14 | 78:15, 81:2, |
| 80:24 | **ace** | **adam** | 83:6, 83:8, |
| **ability** | 60:24 | 12:4 | 83:16, 85:2, |
| 14:8, 19:12, | **acquire** | **add** | 86:15, 86:24, |
| 25:18, 50:10, | 29:21, 63:9 | 30:7 | 87:6, 87:13, |
| 59:23, 59:25, | **acquired** | **add-on** | 87:20, 88:13, |
| 70:2, 73:15, | 11:14, 27:11, | 18:16, 18:21, | 88:15, 88:24, |
| 74:18 | 53:18, 61:11, | 19:4 | 89:12 |
| **able** | 75:21, 76:2, | **added** | **advarra's** |
| 8:19, 16:15, | 76:6, 76:7, | 35:17 | 27:2 |
| 29:12, 32:12, | 76:8, 76:9, | **addition** | **advisory** |
| 32:19, 51:6, | 76:11, 76:13, | 84:4, 85:18 | 71:23 |
| 51:9, 67:20, | 86:15 | **additional** | **advocated** |
| 69:10, 69:24, | **acquirers** | 18:24, 19:8, | 76:19 |
| 74:25, 75:8, | 67:15 | 19:9, 19:17, | **affiliated** |
| 86:11 | **acquiring** | 19:18, 32:9, | 53:21, 60:8 |
| **abnormal** | 27:12 | 68:12, 69:16, | **affixed** |
| 23:8, 23:9 | **acquisition** | 73:24, 86:6, | 91:14 |
| **about** | 13:5, 14:1, | 87:5 | **afforded** |
| 8:23, 8:25, | 15:10, 19:10, | **advantage** | 87:6 |
| 9:5, 13:1, | 19:14, 21:17, | 69:11, 69:23 | **after** |
| 16:13, 16:19, | 27:2, 29:3, | **advarra** | 9:18, 10:12, |
| 17:11, 18:4, | 45:20, 47:7, | 11:4, 11:6, | 10:23, 13:3, |
| 18:21, 22:3, | 53:6, 53:13, | 11:8, 18:9, | 24:3, 26:13, |
| 44:16, 48:14, | 53:19, 63:6, | 26:13, 26:19, | 30:5, 44:25, |
| 48:24, 49:8, | 64:15, 76:16, | 26:22, 27:12, | 46:24, 47:7, |
| 49:18, 50:14, | 78:22, 78:25, | 28:16, 31:18, | 48:14, 56:10, |
| 50:22, 50:23, | 79:3, 86:21, | 43:22, 44:3, | 58:3, 58:10, |
| 60:13, 64:22, | 86:24, 87:6 | 44:11, 44:25, | 58:20, 59:10, |
| 66:2, 68:6, | **acquisitions** | 45:1, 45:3, | 62:23, 65:17, |
| 72:4, 72:24, | 18:16, 18:22, | 45:5, 45:6, | 72:7, 76:4, |
| 74:2, 74:17, | 18:24, 19:4, | 45:13, 45:15, | 87:15, 87:21 |
| 75:1, 76:6, | 34:14 | 46:12, 46:21, | **afternoon** |
| 79:20, 89:10 | **acted** | 47:5, 47:6, | 7:7 |
| **above** | 49:16 | 47:12, 47:14, | **again** |
| 6:19, 61:11 | **acting** | 48:5, 48:18, | 22:20, 64:12, |
| **absolutely** | 29:2 | 49:13, 49:14, | 71:12, 71:15, |
| 30:4 | **action** | 53:15, 54:15, | 71:21, 72:6, |
| **accelerated** | 82:12 | 58:3, 58:11, | 80:16, 86:20, |
| 19:1 | **active** | 58:13, 58:16, | 87:18, 89:6 |
| **access** | 50:5, 52:7 | 59:10, 59:16, | **against** |
| 66:12, 66:13, | **actual** | 60:17, 61:11, | 49:1 |
| 67:6, 68:12, | 12:24, 17:5, | 61:23, 62:12, | **aggressive** |
| 69:16 | 42:10, 45:11 | 63:4, 68:2, | 76:15 |
| **accommodate** | **actually** | 68:3, 75:21, | **aggressively** |
| 8:12 | 17:8, 18:23, | 75:23, 76:20, | 15:15 |
| | 26:15, 31:10, | 76:23, 76:25, | **agree** |
| | | | 23:1, 36:3, |

36:9, 45:24,
75:15
**agreed**
50:21, 78:17
**agreement**
19:23, 21:18,
31:4, 43:16,
44:5, 44:9,
44:12, 44:17,
46:21, 47:12,
47:22, 48:1,
58:10, 84:4
**ain't**
74:9
**al**
1:10, 6:5
**alcohol**
8:21
**align**
51:13, 51:21
**all**
7:19, 8:2,
11:24, 18:8,
19:14, 20:5,
20:22, 24:18,
25:2, 28:7,
41:14, 48:1,
49:13, 51:1,
70:11, 75:15,
79:7, 80:14,
81:9, 89:21
**allow**
66:7, 86:6
**allowed**
23:6, 69:18
**allowing**
83:4
**alone**
74:23
**along**
39:16, 49:16,
49:22, 74:24
**alongside**
73:15
**already**
7:8, 34:13,
42:24, 64:16,
64:18

**also**
4:1, 6:23, 9:2,
14:12, 14:24,
16:3, 27:12,
34:7, 49:21,
55:15, 58:18,
58:21, 59:6,
61:16, 65:6,
71:25, 73:23,
85:2, 85:9
**although**
19:7, 54:25
**always**
14:20, 23:1,
49:6, 50:6, 72:1
**amongst**
42:15
**amount**
23:9, 23:10,
24:22, 43:8,
50:24, 51:12,
74:21, 84:13
**analogy**
69:6
**analyze**
15:4
**animosity**
53:3
**announced**
47:9
**announcement**
22:10
**annual**
84:20
**another**
49:2, 76:14,
79:13
**answer**
7:24, 8:15,
13:23, 17:2,
17:15, 18:19,
19:6, 20:13,
21:3, 23:12,
24:10, 24:11,
25:1, 25:2,
25:12, 25:13,
26:24, 27:5,
28:6, 29:6,

29:11, 29:23,
30:15, 32:6,
32:11, 32:12,
32:19, 35:4,
35:15, 36:8,
36:15, 37:5,
37:10, 37:15,
37:25, 38:20,
39:2, 39:8,
40:1, 40:15,
41:7, 42:8,
43:11, 43:13,
45:17, 46:15,
47:20, 50:19,
52:21, 53:10,
57:22, 58:6,
58:15, 59:13,
59:19, 60:15,
61:24, 62:5,
63:23, 67:20,
67:24, 73:3,
73:12, 75:6,
76:22, 77:25,
78:5, 80:12,
80:23, 81:6,
81:15, 82:9,
82:18, 83:1,
83:11, 83:24,
84:9, 84:16,
85:7, 85:12,
85:24, 86:10,
86:11, 87:2,
87:9, 88:9,
88:19, 89:3,
89:16
**answered**
58:5
**any**
8:11, 8:18,
11:16, 12:6,
16:19, 17:11,
18:4, 20:3,
20:25, 21:6,
22:20, 30:2,
30:11, 30:23,
31:1, 34:5,
34:21, 41:20,
42:21, 43:7,

43:16, 43:19,
43:23, 44:7,
45:6, 46:5,
46:11, 46:16,
48:16, 51:17,
52:18, 52:24,
53:4, 53:12,
56:11, 56:16,
56:17, 56:20,
57:12, 57:16,
57:19, 58:7,
65:10, 66:17,
68:20, 74:17,
75:1, 75:22,
76:17, 78:21,
78:24, 79:2,
91:10
**anyone**
56:11, 56:17,
56:21, 57:7,
57:9
**anything**
8:21, 21:7
**apologies**
21:5, 68:15
**apologize**
42:25, 89:6
**appreciate**
7:10, 57:3
**appreciated**
22:25, 23:6
**approach**
24:1, 50:9
**approximately**
27:7, 27:9,
27:19, 46:22
**aptiv**
46:8
**argue**
46:6
**arguments**
50:24
**around**
15:6, 15:13,
23:21, 34:8,
65:24, 73:24,
74:7
**asked**
8:14, 42:25,

58:5, 70:17,
79:19
**asking**
7:10, 79:8
**aspect**
75:2
**asset**
63:4, 64:14
**assets**
16:15, 55:10,
55:12
**associated**
58:17
**assume**
8:8
**assumed**
22:6
**attached**
5:14, 85:17
**attempt**
82:21
**attend**
20:25, 80:9,
80:15, 80:18,
81:8
**attendance**
84:2
**attended**
21:4, 80:6
**attention**
48:4
**auction**
66:11
**audax**
11:12, 11:20,
13:19, 16:5,
19:12, 21:5,
59:4
**available**
19:9, 19:18
**aware**
21:16, 21:19,
21:20, 25:2,
46:16, 66:22
**away**
52:6, 53:24,
54:21
**awkward**
86:19

**B**

**back**
52:11, 56:6,
66:17, 90:5
**bad**
8:3, 25:11,
72:2
**bafo**
70:10
**banker**
12:25, 13:24,
65:20, 67:3
**banker's**
67:14
**bankers**
64:16, 66:18,
66:19
**barb**
52:7
**base**
78:8, 83:20
**based**
34:22, 34:24,
35:2, 35:19
**basically**
69:23
**basis**
49:6, 84:21
**bates**
33:16
**bd**
36:24
**bearcat**
60:10, 60:12,
60:18, 60:20,
61:3, 61:6,
61:9, 61:12,
61:14, 61:20,
62:2, 79:21,
81:12, 81:25,
82:14, 82:22,
86:25
**bearing**
33:15
**beato**
2:3, 3:11
**became**
22:11, 44:25,

58:3, 58:11,
58:19, 85:1,
85:14
**because**
22:5, 29:15,
31:25, 63:24
**become**
45:15, 85:10
**becoming**
18:8
**been**
7:2, 7:13,
11:2, 12:8,
14:4, 14:24,
17:10, 27:20,
27:22, 28:10,
28:14, 30:2,
31:9, 31:14,
33:14, 33:15,
41:13, 43:5,
44:18, 45:21,
45:22, 46:7,
46:9, 46:17,
49:15, 55:17,
56:13, 58:17,
64:9, 65:6,
65:11, 67:5,
68:16, 68:24,
69:1, 73:25,
74:4, 75:20,
75:22, 76:15,
85:17
**before**
2:12, 7:8,
7:13, 7:14,
8:15, 9:25,
15:21, 16:1,
16:5, 16:7,
33:4, 33:19,
34:14, 34:17,
48:19, 57:10,
78:10, 81:25,
87:12, 87:19,
91:2
**begin**
6:25, 47:4
**begins**
6:2, 56:4

**behalf**
3:2, 3:9, 3:17,
6:17, 6:19,
6:21, 9:1, 44:21
**behavior**
76:17
**being**
24:20, 47:13,
47:22, 48:4,
56:8, 56:10,
61:18, 71:23,
73:21, 74:10,
78:15, 86:20,
87:23, 89:11
**believe**
12:11, 13:1,
14:3, 33:4,
39:21, 47:9,
54:17, 55:7,
55:9, 59:4,
59:5, 59:14,
71:14, 72:3,
77:5, 77:7,
77:11, 77:16,
79:6
**beneficial**
17:13
**benefits**
37:17
**benefitting**
86:24
**beside**
46:12
**best**
16:13, 27:19,
30:24, 46:23,
50:11, 51:1,
52:1, 59:7,
69:6, 69:19,
69:24, 70:5,
70:13, 70:15,
81:24, 83:8
**better**
55:12
**between**
30:25, 38:9,
39:11, 40:11,
41:24, 42:4,

67:13, 70:14,
72:12, 87:10
**beverage**
64:11
**beyond**
25:1, 25:3
**bid**
67:1, 68:22,
68:25, 69:2,
69:14, 72:25,
75:11, 75:17
**bidders**
68:1, 68:9,
68:10, 68:13,
68:16
**bids**
14:8, 14:11,
66:12, 66:17,
66:18, 66:22,
66:24, 68:17,
68:20, 68:21,
70:23, 72:12
**big**
35:20, 35:24,
36:4, 72:15
**bigger**
74:21
**binder**
34:7
**bio-optronics**
76:13
**biosafety**
54:6, 54:11
**bit**
64:8, 64:13,
66:3, 73:13
**blasighim**
77:12
**blinded**
20:3
**blocker**
61:12
**blue**
38:9, 38:14
**board**
15:12, 20:16,
20:19, 20:20,
20:22, 25:23,

28:25, 31:24,
33:6, 45:7,
54:4, 58:23,
58:24, 58:25,
59:24, 60:1,
60:2, 60:4,
60:7, 63:13,
63:14, 63:17,
65:22, 65:23,
66:21, 70:16,
71:23, 83:6,
83:25, 84:19,
85:14
**boat**
76:11
**bob**
81:19
**bone**
61:5
**bonus**
44:2, 76:20,
77:5, 77:8,
77:14, 77:17,
77:19
**bonuses**
43:19
**boss**
48:12, 89:20
**boston**
3:22, 11:12
**both**
26:9, 27:11,
46:8, 73:19,
83:25
**bought**
74:21, 74:23
**boulevard**
3:5
**boylston**
3:21
**brand**
37:21
**breaching**
29:8, 29:14
**break**
8:11, 8:16,
55:18, 79:13
**briefly**
16:3

**bring**
81:17
**bringing**
81:10
**broader**
26:19
**broadly**
62:22, 65:22,
72:5
**broke**
74:9
**brother**
9:2
**brought**
73:23, 81:18,
82:3
**bucknell**
9:7, 9:10
**bunch**
80:4
**business**
9:2, 23:19,
25:6, 25:7,
25:14, 30:3,
36:25, 37:1,
52:23, 76:3,
76:14
**busy**
7:11
**buyer**
67:5, 69:7
**buyers**
67:18

---
C
---
**call**
12:24, 15:7,
19:9, 23:23,
62:16, 62:20,
64:2, 66:5,
67:3, 69:14,
70:10, 70:11
**called**
9:23, 10:1,
10:9, 79:21
**calls**
47:18, 47:23,
81:4, 85:22

**came**
16:3, 62:9
**cami**
27:21
**can't**
24:11, 25:1,
25:2, 44:18,
46:6
**candid**
23:25
**candidates**
46:12
**cannot**
43:12
**capacity**
19:16, 88:13,
89:20
**capital**
1:9, 6:5, 16:2,
19:3, 19:9,
26:9, 57:13,
58:21, 59:7,
66:19, 66:20,
68:4, 68:17,
73:14
**card**
66:6, 66:23,
66:25, 67:2,
67:4, 68:1,
69:12, 71:17,
80:2, 80:3,
80:6, 80:19
**care**
62:24, 63:2,
63:25, 65:2,
65:4
**care-focused**
16:16
**career**
30:3
**carlile**
40:8, 59:2
**carolina**
1:2, 6:7, 39:15
**cartesian**
16:2
**case**
1:8, 6:7, 8:24,

9:1, 84:18,
91:11
**cash**
19:13, 19:15,
43:19, 73:19
**casual**
64:8
**ceo**
18:9, 18:12,
21:15, 21:24,
22:1, 22:5,
22:6, 22:7,
22:11, 44:25,
45:15, 45:22,
46:7, 46:12,
47:1, 47:5,
47:6, 47:13,
48:4, 48:8,
57:25, 58:3,
58:11, 67:21,
78:15, 80:9,
81:8, 85:2,
85:10, 85:18,
86:4, 87:15,
88:1, 88:4,
88:12, 88:14,
88:23, 89:12,
89:19
**ceo's**
58:19
**certain**
34:23, 35:10,
35:16, 35:21
**certainty**
75:2, 75:10
**certificate**
91:1
**certify**
91:4
**cetera**
20:8, 33:10,
54:23, 59:3
**cfo**
15:23, 18:12,
28:10, 28:12,
28:13, 28:22,
87:12, 87:17,
87:19, 87:20,

87:23
**cfos**
62:13
**chairman**
31:24, 83:16,
83:19, 84:6,
84:14, 85:1,
85:9, 85:10,
85:13, 85:14,
85:18, 85:19,
86:4
**challenges**
24:19
**chance**
69:20
**change**
21:19, 21:21
**changed**
22:6, 35:20
**changes**
35:6, 35:7
**channeled**
54:21
**chaos**
50:9, 50:24
**characterize**
25:6, 25:8,
41:8
**charleston**
1:3, 6:7
**chastise**
52:14
**chat**
67:4
**chesapeake**
10:25, 11:10,
11:14, 13:4,
13:9, 13:18,
13:19, 16:8,
16:11, 16:24,
17:13, 17:19,
18:15, 19:11,
19:20, 30:13,
31:19, 38:4,
38:13, 38:17,
38:24, 39:5,
39:11, 40:5,
40:11, 43:9,

43:21, 44:2,
45:22, 46:7,
46:9, 51:23,
52:5, 53:18,
53:25, 54:18,
55:3, 83:15,
83:17, 83:19,
87:12, 87:19,
88:1
**chesapeake-schul-
man**
21:8, 43:2,
59:10
**chicago**
31:15
**chief**
10:24, 11:5,
11:7, 11:18
**chose**
13:18, 13:19
**chosen**
45:15
**cincinnati**
61:4
**clarification**
8:5, 8:8
**clear**
54:16
**client**
20:5
**clients**
20:4
**cliff**
84:20
**close**
14:8, 21:17,
27:10, 46:24,
67:1, 69:20,
70:1, 74:18,
75:10, 76:3,
82:22, 83:5
**closed**
31:9, 31:10,
72:23
**closely**
87:25
**closing**
76:20, 77:8,

77:13, 77:17,
77:19, 81:12,
82:13, 83:7
**clt**
51:11
**code**
60:20
**cohesive**
51:15
**collaborate**
42:12, 64:19,
71:24
**collaborated**
48:12
**collaboration**
70:20
**collaborative**
39:21, 41:19
**colleagues**
18:2
**collect**
89:25
**college**
61:2
**columbia**
2:13, 91:19
**combination**
21:18, 28:25,
31:4, 83:15
**combined**
20:8
**combo**
68:16, 68:18
**come**
7:11, 17:6,
21:14, 30:5,
42:19, 51:6,
52:10, 55:2,
55:11, 60:12,
68:8
**comfortable**
15:14
**coming**
51:25, 57:3,
57:10
**commented**
57:1
**comments**
89:9

commission
91:21
committee
54:8, 54:9,
54:11
committees
75:12
common
17:3
community
30:19
companies
36:22, 37:3,
37:8, 37:13,
37:18, 37:23,
55:1, 64:22
company
10:1, 10:5,
10:9, 17:23,
21:25, 22:1,
22:5, 24:3,
26:8, 30:7,
44:21, 48:13,
49:19, 61:10,
64:16, 74:3,
74:12
comparing
74:15
compelling
69:18, 72:12,
75:9
compensate
43:17
compensated
83:20
competitor
20:2, 30:17,
74:22
complain
78:2
complete
35:21
completed
26:4
compliance
10:11
component
53:24, 54:22

compound
58:14
concentration
9:17
concerns
24:16, 24:18,
24:20, 24:23,
25:1, 25:2,
25:3, 25:16,
82:23
concluded
83:7
conclusion
29:11, 47:18,
81:4, 85:22
condensed
20:1
condescending
50:8
conduct
82:24
conference
62:24, 63:2,
63:20, 63:25,
64:4, 65:2,
65:3, 65:5
conferences
64:24, 65:18
confident
27:23, 27:25,
75:8
conflicts
42:17
confront
82:5
confusing
8:3
conjunction
16:11
connected
84:12
connection
79:20, 82:13,
84:25, 85:3
consensus
71:5
conservative
74:8

considerably
87:3
consideration
78:8
considering
16:23
consistent
80:25
consolidate
15:11
consultants
17:4, 49:24
consulting
54:24, 76:10
continue
15:15, 18:23,
28:22, 28:23,
85:9
continued
34:15
continuing
15:11
controlling
59:15, 59:21,
66:19, 66:20
conversation
15:6, 51:3,
52:11, 56:9,
72:4
conversations
15:17, 30:23,
30:24, 56:11,
56:17, 56:21,
57:6, 57:8,
57:23, 57:24,
58:8, 67:17,
67:22, 72:8
converted
64:3
convey
68:11
conveyed
72:20
conway
81:19
coordinate
38:9, 42:12,
64:19

coordinated
39:11, 41:1
coordinating
39:15, 40:4,
40:10, 65:20
copernicus
74:22
core
18:25, 20:22,
23:23, 48:1,
54:20
corporate
51:11
corporation
10:2
correct
7:17, 7:18,
11:14, 11:15,
27:24, 31:23,
32:13, 33:23,
33:24, 54:12,
66:15, 66:16,
69:3, 70:6,
77:4, 77:17,
80:7, 83:12,
83:17, 83:18,
87:14, 87:22,
88:3, 91:5
correctly
34:3
could
16:24, 19:1,
22:22, 25:12,
42:16, 42:17,
45:9, 69:18,
69:20, 70:24
counsel
6:14, 7:3,
7:23, 22:24,
42:19, 48:21,
57:7, 79:10,
79:19, 80:16,
91:9
counter
49:2, 49:8
counterarguments
50:6
counterproductive
82:12, 82:20

countersigned
44:21
couple
7:19, 16:6,
16:17, 26:14,
59:6, 68:14
course
31:8, 64:5
court
1:1, 6:6, 6:22,
8:1
create
19:13, 48:25,
52:7, 62:7,
69:18, 87:13
created
51:13, 53:3,
61:20, 65:1
creates
75:13
creating
49:23, 50:9,
64:17, 65:10,
65:12
creation
15:7, 15:18,
55:3, 73:21
credible
14:1
credibly
45:21
critical
36:16, 36:23,
37:6
cross-purposes
83:4
cunningham
59:2
cut
54:16
cv--rmg
6:8

**D**

dallas
12:20
data
19:24, 19:25,

20:6, 20:15,
33:9, 66:13
date
6:8, 76:16,
81:21
dating
64:2, 64:13
dave
81:20
davis
12:3, 85:14
day
41:19, 44:18,
47:7, 64:7,
69:24, 71:19,
76:4, 91:14
day-to-day
42:3, 42:10
days
27:10, 31:9,
31:10, 47:10,
76:3
deal
12:4, 13:16,
16:4, 17:5,
18:11, 24:2,
24:5, 24:7,
24:15, 24:25,
25:22, 25:24,
25:25, 26:3,
26:5, 27:8,
30:20, 32:18,
33:8, 72:16,
72:17, 72:19,
72:22, 75:2,
76:7, 82:14,
82:24, 83:4,
83:8
deals
34:17
debt
19:16, 59:6,
59:7
decade
73:22
december
76:10
decide
28:21

decided
61:1
decision
14:10, 28:4,
55:8, 60:16,
60:21, 62:7,
62:8, 63:8,
63:11, 66:21,
70:17, 70:24,
72:15, 85:16,
86:3, 86:5,
86:12
decision-maker
41:20
decision-making
42:17, 51:5
decisions
23:21, 30:3,
31:7, 37:7,
41:12, 53:2,
59:24, 60:1,
75:15
deck
49:23, 65:2,
65:15
defendants
1:11, 3:9,
6:21, 79:10
define
59:21
defined
49:21
degree
9:7, 9:8, 9:15
delayed
63:6
demand
63:3
demeanor
22:6
demers
3:18, 6:18,
13:21, 13:23,
16:21, 16:25,
17:2, 17:15,
18:17, 18:19,
19:6, 20:13,
21:3, 23:11,

24:9, 25:9,
25:13, 26:23,
27:5, 28:6,
29:4, 29:6,
29:10, 29:23,
30:15, 32:6,
32:11, 35:4,
35:15, 36:7,
36:15, 37:5,
37:10, 37:15,
37:25, 38:20,
39:2, 39:8,
40:1, 40:15,
41:7, 42:6,
42:8, 43:11,
45:17, 46:15,
47:16, 47:19,
50:18, 52:21,
53:10, 55:19,
55:22, 57:21,
58:4, 58:6,
58:15, 59:13,
59:17, 59:19,
60:15, 61:24,
62:4, 63:23,
67:19, 67:23,
73:3, 73:12,
75:5, 76:22,
77:24, 78:5,
80:12, 80:22,
81:5, 81:15,
82:8, 82:17,
83:1, 83:11,
83:24, 84:9,
84:16, 85:7,
85:12, 85:23,
86:9, 87:2,
87:9, 88:8,
88:18, 89:2,
89:15
departed
81:24
department
9:23
deponent
6:19
depos
6:11, 6:24

deposed
7:13, 9:3
deposition
1:13, 2:1, 6:3,
6:10, 6:12, 7:8,
7:17, 8:24,
33:11, 55:25,
56:5, 90:10,
91:3
described
31:13
describing
53:1
desirable
14:25
determinant
70:22
determined
28:12, 54:14
developing
49:12
development
36:25, 37:1,
48:23
devoting
88:23
dialogue
67:13
differences
42:14
different
14:3, 16:17,
23:4, 38:22,
46:4, 49:5,
49:10, 61:2,
75:11, 75:12,
75:14
difficult
29:15, 73:17
diligence
20:2, 20:11,
20:18, 20:21,
20:24, 28:8,
32:21, 32:22,
33:2, 33:8,
53:20, 69:22
dinner
64:11

direct
18:10, 18:13,
30:23, 50:7,
65:21, 74:21
direction
13:6, 14:16,
15:6, 23:19,
23:24, 49:3,
49:13, 49:14,
49:18, 51:1,
52:17, 91:8
directly
17:8, 17:12,
18:8, 21:22,
22:12, 22:14,
30:25, 33:10,
43:1, 43:14,
43:17, 62:17,
64:9, 65:3
director
10:10
directors
20:20, 45:7,
70:16
disagree
45:25, 55:4
disagreed
23:5, 23:25
disagreements
23:7, 23:10,
23:15, 23:16,
23:18
discount
78:6, 78:18
discounted
78:9
discretionary
86:3, 86:12
discuss
12:22, 56:24,
57:8, 66:19,
77:21, 81:18
discussed
20:16, 20:18,
20:21, 20:23,
49:15, 62:22,
65:21, 65:22
discussing
65:17

discussion
33:6, 51:1
discussions
52:25, 65:24
disk
6:2, 55:24,
56:4
dismissal
81:20, 81:22
dispute
9:2, 41:24,
42:1, 50:5,
51:4, 51:12
disrupt
74:13
dissension
52:8
distaste
72:5
district
1:1, 1:2, 2:13,
6:6, 91:19
distrust
51:12
diverse
10:4
division
1:3, 6:7
doc
65:6
document
33:14, 66:9
documentation
66:8
documents
65:1, 65:13,
66:14, 81:11,
81:17
doing
21:7, 24:2,
40:23, 52:19,
69:22, 78:9
dollars
78:8, 78:12,
87:11
done
19:11, 25:25,
26:5, 34:17,

53:20, 69:25,
70:1, 89:25
donnelly
1:6, 3:2, 6:4,
6:17, 7:3, 12:9,
12:19, 15:16,
17:12, 17:17,
18:5, 18:8,
20:10, 20:18,
22:2, 22:11,
22:19, 23:10,
24:6, 24:14,
26:2, 26:3,
26:12, 26:14,
26:21, 27:18,
28:3, 29:1,
31:12, 31:21,
32:9, 32:14,
32:20, 32:25,
33:2, 34:6,
38:16, 38:23,
39:4, 39:10,
40:3, 40:9,
40:20, 40:22,
40:25, 42:20,
43:1, 43:3,
43:8, 44:25,
45:15, 46:13,
46:20, 47:1,
47:4, 48:3,
48:17, 49:12,
51:20, 52:19,
53:5, 55:12,
57:18, 57:20,
58:2, 58:11,
58:25, 63:15,
65:9, 67:16,
70:18, 71:7,
71:13, 72:8,
76:18, 76:19,
77:21, 78:2,
80:5, 80:18,
81:10, 82:13,
83:16, 85:16,
88:11, 88:22,
89:10
donnelly's
13:12, 25:7,

34:22, 35:2,
35:9, 44:4,
44:8, 44:11,
47:11, 55:5,
55:8, 58:9,
71:8, 71:10,
82:24
**doubts**
74:17, 75:1,
75:7
**down**
68:9, 68:12,
85:10
**downs**
22:21
**dozen**
27:7
**draw**
83:20
**drill**
39:17
**drilling**
39:19
**drive**
23:4, 70:24
**driving**
41:14
**drove**
63:10
**drug**
53:12, 53:17,
53:20, 53:23,
54:21
**drugs**
8:20
**dry**
19:9, 19:17
**dss**
54:14
**due**
32:21, 32:22,
33:2, 33:8,
66:12, 66:24
**duly**
7:2
**during**
19:15, 82:21,
86:25

**duties**
29:9, 80:9,
81:1
**dynamics**
66:3

**E**

**e-mail**
5:15, 33:17,
33:21, 51:10,
81:18
**e-mails**
65:8, 82:5
**each**
7:22, 31:15,
40:19, 52:23,
84:20
**earlier**
46:19, 63:5
**early**
15:9, 67:6,
76:8
**easier**
8:1
**education**
9:6
**effectively**
66:11, 69:11
**efforts**
47:24, 49:3,
83:7
**eight**
64:5
**either**
23:21, 45:10,
51:18, 51:23,
60:8, 62:16,
67:3, 89:9
**elements**
33:5, 33:9
**eliminate**
28:10
**eliminated**
27:7, 27:13,
28:18
**else**
57:9, 74:3,
79:15

**employ**
10:18
**employed**
9:22, 44:25,
45:2, 91:10
**employee**
45:13, 49:7
**employees**
11:23
**employment**
44:12, 46:21,
47:12, 47:25,
58:10, 84:22
**encouraged**
50:5
**end**
16:24, 18:7,
55:24, 61:8,
90:9
**endeavor**
26:11
**ended**
86:24
**energies**
88:23
**energy**
47:24
**engage**
74:11
**engaged**
13:24, 49:25,
62:22
**engaging**
49:6, 49:7
**enjoyed**
52:22
**enthusiasm**
70:24
**entire**
14:23, 20:20
**entities**
45:8
**entitled**
78:7, 78:11
**entity**
11:10, 20:8,
21:15, 27:11,
27:12, 45:23,

61:6, 61:12,
87:20
**entry**
85:2
**equal**
70:23
**equity**
11:22, 14:16,
14:18, 15:21,
16:1, 17:6,
17:10, 31:7,
31:17, 59:1,
60:22, 61:17,
62:6, 64:1,
73:18, 77:7,
84:10, 84:12,
84:24, 85:3,
85:17, 85:18,
85:25, 86:5,
86:6, 87:11
**equity-backed**
15:24
**equivalent**
64:2, 64:12
**erg**
53:5
**escaping**
68:7
**esquire**
3:3, 3:10, 3:18
**essential**
51:4
**established**
41:10
**estate**
37:12
**estimate**
87:5
**et**
1:10, 6:5,
20:8, 33:10,
54:22, 59:2
**eugene**
60:6
**evaluated**
14:4, 33:7
**evaluating**
13:15

| | | | |
|---|---|---|---|
| **evaluation** | 41:10, 41:15, | **fact** | **fiduciary** |
| 19:25 | 41:16, 41:24, | 46:6 | 29:9, 29:14, |
| **even** | 42:9, 65:23 | **factor** | 81:1, 81:7 |
| 31:9, 52:15, | **executives** | 86:14 | **final** |
| 74:21, 85:19 | 82:5 | **fair** | 66:21, 67:1, |
| **eventually** | **exhausted** | 7:24, 7:25, | 68:22, 68:25, |
| 51:2 | 14:22 | 8:5, 8:6, 8:16, | 69:2, 69:20, |
| **ever** | **exhibit** | 8:17, 24:22, | 69:24, 70:5, |
| 30:2, 30:5, | 5:15, 33:11, | 29:21, 50:23 | 70:13, 70:15 |
| 43:14, 43:16, | 33:15 | **fairly** | **finance** |
| 43:19, 43:23, | **existing** | 23:18 | 9:8, 9:15, |
| 44:4, 44:11, | 14:20, 34:15, | **fall** | 9:17, 10:3, |
| 45:4, 45:14, | 35:17, 72:1 | 52:5 | 10:4, 10:12 |
| 52:18, 76:17, | **exists** | **fallen** | **financial** |
| 76:19, 77:21, | 30:19, 61:6 | 28:20 | 9:22, 10:11, |
| 78:2 | **exit** | **familiar** | 10:24, 11:6, |
| **every** | 11:20, 11:21, | 7:16, 17:7 | 11:18, 91:11 |
| 49:4, 60:23 | 26:8, 48:10, | **fan** | **find** |
| **everybody** | 48:14, 49:24, | 48:24 | 13:25, 16:12, |
| 49:9, 79:15 | 60:16, 62:18, | **far** | 34:12, 51:2, |
| **evidence** | 63:5, 73:18 | 13:9, 13:11, | 60:22, 62:11 |
| 25:15, 44:7 | **expansion** | 25:19, 87:4, | **findings** |
| **exact** | 54:24, 55:2 | 88:22, 89:11 | 20:24, 33:8 |
| 44:18 | **expectation** | **fast** | **fine** |
| **exactly** | 89:8 | 20:1 | 55:21, 74:9, |
| 33:5 | **expectations** | **faster** | 89:7 |
| **examination** | 89:11, 89:18 | 69:16 | **fireside** |
| 5:2, 7:3, 79:10 | **expected** | **favor** | 67:4 |
| **example** | 88:22 | 24:24, 25:24, | **firm** |
| 28:9, 41:23, | **expenses** | 86:21 | 12:12, 15:14, |
| 51:24, 52:9, | 84:3 | **february** | 16:1, 16:2, |
| 71:16 | **experience** | 46:24, 76:15 | 16:16, 17:4, |
| **examples** | 15:20, 72:3 | **feedback** | 17:10, 41:23, |
| 51:8, 51:22 | **expertise** | 15:1, 42:13 | 56:18, 57:7, |
| **exceeding** | 13:15 | **feel** | 73:18 |
| 16:18 | **expires** | 8:4, 22:3, 48:3 | **firms** |
| **excited** | 91:21 | **fees** | 14:18, 15:21, |
| 57:2, 70:20, | **express** | 43:23 | 16:12, 16:13, |
| 72:25, 73:5, | 24:14, 82:23 | **felt** | 17:3, 31:7, |
| 73:9, 74:10 | **extent** | 14:25, 15:13, | 64:1, 69:17 |
| **excitement** | 19:22 | 18:25, 48:10, | **first** |
| 70:23, 72:14 | **extra** | 51:1, 51:19, | 7:19, 9:19, |
| **exclusive** | 87:11 | 71:22, 75:8, | 12:18, 13:8, |
| 12:9, 12:13, | **extremely** | 78:7, 78:11, | 17:10, 27:10, |
| 12:16 | 34:2 | 83:3 | 48:7, 62:11, |
| **execution** | **eyes** | **few** | 62:13, 68:15, |
| 49:20 | 47:5 | 27:21, 48:7, | 68:24, 69:1, |
| **executive** | | 77:6, 78:20 | 69:11, 69:13, |
| 11:19, 41:9, | **F** | | |
| | **facilities** | | |
| | 37:12 | | |

71:17
**first-mover**
69:23
**first-round**
66:24, 69:25
**fit**
14:12, 14:15,
55:10, 55:12,
55:15, 55:16,
64:14
**five**
10:12, 55:19,
55:20, 89:24
**five's**
55:21
**fix**
74:9
**flight**
30:12, 34:17
**flow**
19:13, 76:5
**focused**
71:25
**follow-on**
15:5, 33:6,
65:19
**followed**
28:17
**following**
31:8, 35:25
**follows**
7:2
**force**
24:22, 51:20
**forced**
51:13
**forcing**
50:23
**foregoing**
91:3, 91:4
**forgot**
54:10
**form**
13:21, 16:21,
16:25, 17:14,
18:4, 18:17,
19:5, 20:12,
21:2, 23:11,

24:9, 25:9,
26:23, 27:4,
28:5, 29:4,
29:10, 29:22,
30:14, 32:4,
34:24, 35:3,
35:7, 36:6,
36:10, 36:14,
37:4, 38:19,
39:24, 39:25,
40:12, 40:14,
41:3, 42:6,
43:10, 45:16,
46:2, 46:14,
47:15, 47:16,
47:17, 50:16,
52:20, 53:7,
57:21, 59:12,
60:14, 62:3,
63:22, 67:12,
73:2, 75:4,
76:21, 77:23,
80:11, 80:20,
81:3, 81:13,
82:6, 82:15,
82:25, 83:9,
83:22, 84:7,
84:15, 85:5,
85:21, 86:7,
86:16, 87:1,
87:7, 88:6,
88:16, 88:25,
89:13
**formal**
14:4, 14:9,
66:8, 66:23
**formalize**
49:25
**forte**
76:2
**forth**
60:21
**forward**
19:24, 23:5,
26:5, 28:13,
41:14, 48:13,
51:7, 52:1, 53:2
**found**
22:23, 47:15,

49:5
**foundation**
17:1, 17:14,
18:18, 19:5,
20:12, 28:5,
29:22, 30:14,
32:5, 38:19,
39:25, 45:16,
46:14, 47:17,
52:20, 53:7,
57:22, 59:12,
60:14, 62:3,
63:22, 67:12,
73:2, 75:4,
76:21, 77:23,
80:21, 81:4,
81:14, 82:7,
82:16, 83:10,
83:23, 84:8,
85:6, 85:22,
86:8, 86:17,
87:8, 88:7,
88:17, 89:1,
89:14
**foundational**
23:18
**founder**
27:20
**four**
27:20
**frank**
26:6, 50:7,
52:25
**frankly**
24:4
**free**
8:4
**friedman**
12:4
**front**
66:7, 68:21,
69:21
**front-run**
66:4
**full**
13:3, 19:24,
23:2, 48:4,
88:23

**full-time**
87:23, 88:5,
88:14, 89:11
**fully**
7:23
**fund**
11:11, 14:23,
19:3, 61:16,
62:7, 73:14,
73:22, 74:19
**funds**
58:18, 61:19,
76:4
**furnace**
50:14
**further**
62:25, 90:7
**future**
14:23, 49:18,
70:19

---
G
---

**gates**
14:7
**gearhadt**
27:21
**general**
35:18, 42:13
**generally**
33:18
**generated**
19:15, 19:16
**generation**
73:20
**generous**
22:24
**genstar**
61:19, 61:23,
68:5, 68:16,
71:4, 71:9,
71:11, 71:15,
71:24, 72:13,
72:14, 72:17,
73:6, 73:10,
73:23, 74:6,
74:12, 75:8,
75:18, 75:20,
75:21, 77:1,

80:19, 81:12,
82:5, 82:20,
82:24, 83:7
**geographic**
25:19
**getting**
69:9
**give**
41:25, 47:23,
48:10, 52:16,
52:22, 63:24,
69:19, 69:24,
70:1, 85:16
**given**
20:2, 45:21,
61:3, 68:11,
91:5
**giving**
48:4
**glad**
71:19
**global**
10:11
**go**
7:12, 13:18,
25:3, 42:18,
49:8, 51:2,
52:17, 54:14,
54:15, 54:17,
54:20, 62:18,
63:1, 63:5,
63:13, 66:18,
69:8, 69:9,
75:12, 89:24
**go-to-market**
37:21
**goes**
66:9, 69:10
**going**
7:9, 7:20, 8:8,
16:14, 20:6,
22:4, 28:11,
29:16, 30:9,
51:9, 55:17,
62:14, 62:18,
62:22, 64:18,
69:8, 71:17,
90:1

**gold**
66:6, 66:23,
66:25, 67:2,
67:4, 68:1,
69:12, 71:17,
79:22, 80:2,
80:3, 80:5,
80:6, 80:19
**golde**
81:20
**gone**
13:3
**good**
7:6, 7:7,
48:20, 51:22,
51:24, 52:9,
52:16, 63:24,
71:16
**grab**
64:11
**graduate**
9:10, 9:12
**graduated**
9:18
**gray**
3:19, 6:19
**great**
7:6, 8:23,
74:20, 79:19
**greater**
59:23
**green**
68:13, 74:24
**greg**
6:18
**gregory**
3:18
**ground**
7:12, 7:19,
42:10
**group**
18:10, 51:14,
53:18, 53:24,
54:23, 74:23
**group's**
78:22, 78:25,
79:3
**groups**
28:19, 41:11

**grow**
15:15, 18:25,
74:4
**growing**
74:5
**growth**
14:25, 18:24,
71:25
**gtcr**
68:5, 68:19
**guess**
27:19, 31:18,
46:23, 58:19,
61:5, 81:24
**guidance**
41:25, 42:3,
42:4, 42:15,
42:21, 51:3,
66:24
**guys**
39:18

**H**

**half**
10:13
**hall**
9:9, 9:13
**hammer**
39:17
**hand**
13:5, 13:16,
91:14
**handed**
33:14
**handled**
23:1
**handling**
63:2
**hands-on**
24:21
**happen**
23:16
**happened**
51:15, 65:16,
72:9
**happens**
63:20
**happy**
8:12

**hard-copy**
82:4
**head**
23:24
**health**
16:16, 62:24,
63:1, 63:25,
65:1, 65:4, 79:4
**heard**
16:7
**heavily**
60:7, 64:17,
66:6
**heavy**
15:10
**hein**
26:16
**held**
2:1, 45:4, 45:9
**help**
42:12, 42:15,
42:18, 63:19,
64:19, 67:15,
69:5
**helped**
14:2, 48:22,
49:22, 49:24
**helpful**
34:2, 34:12,
45:18, 48:21
**helping**
63:1
**here**
6:2, 7:12,
27:6, 30:10,
38:2, 55:23,
56:4, 57:2,
57:10, 68:6,
76:6, 78:21,
89:25, 90:9
**hereby**
91:3
**hereunto**
91:13
**high**
41:18
**high-level**
31:6, 65:6,

66:23
**higher**
75:17, 75:20
**himself**
51:6
**hires**
23:22
**hold**
39:24, 73:15,
73:18
**holding**
59:1, 59:2
**holdings**
68:18
**home**
69:7
**honestly**
77:18
**horrible**
77:20
**hotel**
64:3
**houlihan**
12:21, 12:23,
13:25
**hour**
55:18
**hours**
64:6
**house**
69:8
**however**
24:23, 25:15
**huge**
74:19
**hundred**
87:10

**I**

**ibc**
53:22, 54:5
**ibs**
54:7
**idea**
46:10, 62:2
**ideas**
50:13, 50:23
**identification**
33:12

**identified**
28:15
**iii**
1:9, 6:5, 21:10
**imagine**
7:17, 28:24
**immediately**
21:16, 21:18,
26:7, 76:4
**impairments**
8:22
**important**
18:23, 36:13,
36:21, 37:2,
37:8, 37:12,
37:17, 37:22,
38:3
**in-fighting**
49:1, 50:2,
51:18, 52:8
**inability**
14:23
**inc**
61:6, 61:9,
61:11, 61:13,
61:14, 61:20
**incentive**
84:10, 84:12,
84:24, 85:3,
85:17, 85:25,
86:5, 86:6
**include**
58:24
**included**
31:16
**including**
16:17, 20:21,
25:23, 33:22
**inconsistent**
81:1
**increase**
86:14
**independent**
54:6, 54:11,
83:25
**indicate**
19:2
**indication**
69:14, 69:25

**individual**
12:25, 48:20,
49:6, 58:18,
63:2
**individually**
43:4
**individuals**
26:6, 27:13,
27:18, 40:18,
41:11, 51:14,
61:16, 74:15,
77:6
**industry**
13:14
**inefficiency**
75:14
**influential**
53:23, 55:9
**information**
20:3, 36:20,
36:21, 40:10,
64:22, 65:19,
65:20
**informed**
21:22
**inherently**
75:13
**initial**
69:13
**initiated**
62:2
**insert**
51:6
**institutional**
15:11, 54:4
**instrumental**
63:1
**insurance**
37:17
**integrate**
26:12
**integration**
20:8, 26:16,
26:18, 26:22,
34:16, 35:21,
35:25, 36:4,
36:13, 36:22,
37:8, 37:13,

37:18, 37:23,
38:3, 43:6
**integrations**
34:8
**integreview**
76:8
**intended**
19:3, 62:12
**intentional**
49:1
**interacted**
12:5
**interaction**
18:13, 43:3
**interest**
41:18, 69:14,
69:25, 83:8,
91:11
**interested**
66:7, 66:10,
68:11, 71:11,
71:14, 72:18,
73:19
**interface**
11:23, 12:1,
12:6
**intest**
10:1, 10:6
**intimately**
65:14
**introduce**
12:8
**introduced**
7:8, 12:9,
12:15
**invest**
73:15
**investigation**
16:10
**investigator**
76:12
**investment**
16:3, 75:12
**investor**
21:10, 64:1
**investors**
57:20, 64:6,
64:23

**involved**
14:9, 15:16,
15:18, 19:20,
19:22, 20:9,
20:10, 30:23,
31:12, 31:14,
32:1, 32:2,
32:9, 32:15,
32:21, 32:22,
33:6, 38:8,
38:16, 38:23,
39:4, 41:1,
49:12, 49:17,
53:5, 57:23,
64:17, 65:10,
65:12, 65:14,
67:10, 67:17,
67:22, 67:25,
69:22, 70:14,
77:6
**involvement**
11:16, 13:13,
30:11, 32:24,
33:1, 48:7,
48:8, 53:12,
57:12
**irb**
10:25, 11:10,
13:4, 13:9,
16:8, 17:13,
19:20, 19:21,
28:19, 30:19,
38:13, 38:15,
38:18, 38:25,
39:5, 39:11,
40:5, 40:11,
43:9, 45:22,
46:9, 51:23,
51:24, 53:19,
53:21, 53:25,
54:2, 54:15,
54:16, 54:18,
55:3, 74:5,
76:7, 76:8
**irb-schulman**
38:18, 38:24,
39:5, 40:5, 43:9
**ish**
27:9

**issuance**
85:25
**issue**
42:3
**it'd**
66:1, 84:20
**it'll**
63:13
**items**
36:1, 36:4
**iterative**
39:22
**iv**
21:12
**iv's**
57:13

### J

**january**
46:23
**jay**
38:9, 38:14
**jeff**
15:2, 21:22,
22:4, 28:20,
39:16, 40:24,
45:20, 46:6,
46:18, 52:4,
60:5
**jefferies**
62:23, 62:24,
63:20, 63:25,
64:17, 64:21,
65:1, 65:19,
65:21, 67:9,
67:14, 67:17,
68:11
**job**
1:23, 10:1,
15:24, 26:20,
48:17, 48:20,
67:14, 85:3,
87:23, 88:4,
88:5, 88:14
**john**
58:24, 60:5,
84:1
**joke**
61:4

**jpmorgan**
63:1, 63:21,
65:4
**jpmorgan's**
64:8
**julie**
77:12
**july**
91:22
**june**
10:21

### K

**kam**
12:3, 45:2
**karen**
1:25, 2:12,
6:23, 91:2
**keep**
39:18, 68:5,
86:6
**kickoff**
39:14, 43:5,
76:5
**kids**
80:4
**kind**
14:17, 52:5,
52:25, 61:7,
64:18, 65:5,
69:9, 81:17
**kkr**
16:4, 17:23
**knew**
17:22, 18:3,
22:4, 28:11
**know**
7:20, 8:20,
11:9, 11:11,
13:9, 13:11,
13:17, 13:24,
18:3, 20:4,
20:14, 22:22,
23:3, 23:14,
28:3, 28:9,
30:6, 30:20,
32:2, 32:8,
32:14, 32:20,

33:5, 33:9,
33:10, 34:15,
38:12, 38:23,
39:10, 41:9,
42:20, 44:22,
45:4, 46:11,
46:20, 47:11,
48:21, 49:4,
49:9, 52:3,
54:13, 55:10,
58:1, 58:7,
59:9, 60:9,
62:1, 62:13,
63:9, 63:15,
63:17, 64:11,
64:21, 65:9,
66:11, 67:16,
68:4, 70:20,
70:22, 71:22,
74:13, 75:11,
76:18, 77:13,
80:4, 89:17
**knowledge**
31:1, 43:7,
44:7, 53:4,
53:11, 57:17,
57:19, 58:13,
59:8, 78:21,
78:24, 79:2
**known**
30:16
**krichevsky**
60:6

### L

**lane**
30:25, 58:21
**language**
35:18
**larger**
45:19, 46:8
**last**
9:25, 15:24,
78:20
**later**
31:9, 31:10,
52:11
**lauri**
40:8, 52:4,

59:2
**lcp**
21:10, 21:12
**lead**
40:3, 40:10,
40:19, 41:2
**leader**
26:17
**leadership**
51:11
**leading**
43:1
**leah**
4:3
**learn**
16:12, 16:13,
16:15, 22:22
**learned**
17:24
**least**
14:21, 20:16,
55:18, 75:19
**leave**
10:18
**leave-behind**
65:5
**left**
42:18
**legal**
29:10, 45:8,
47:18, 81:4,
85:22
**lek**
49:24
**leonard**
68:13, 74:23
**less**
14:24, 50:22,
72:25
**let's**
7:21, 36:11,
79:14, 83:13
**level**
41:18, 49:7,
51:18, 52:16,
70:8
**life**
23:3

**liked**
48:6, 74:14
**likely**
35:20, 65:7
**linden**
1:9, 6:4,
11:14, 11:21,
11:23, 12:1,
12:7, 12:10,
12:14, 12:17,
13:1, 13:5,
13:9, 13:15,
13:18, 13:20,
15:5, 16:5,
16:7, 16:10,
17:19, 18:11,
18:16, 19:2,
19:12, 19:15,
26:9, 30:25,
43:14, 43:17,
43:20, 43:21,
43:24, 43:25,
45:11, 45:12,
56:21, 57:13,
57:17, 57:19,
58:2, 58:17,
59:10, 59:15,
59:25, 60:8,
60:22, 61:14,
61:15, 61:17,
61:23, 62:9,
62:12, 62:17,
63:10, 65:21,
67:10, 67:14,
67:18, 77:22,
78:3, 82:23,
85:15, 88:22
**linden's**
15:4, 16:20,
18:14, 20:25,
72:15, 89:8,
89:17
**linden-appointed**
60:4
**linden_pkd**
33:16
**line**
14:20, 26:18,

28:9, 28:13,
66:2, 73:18
**lines**
35:19, 35:21
**liquidity**
62:7
**list**
36:1, 79:23
**listed**
36:4, 38:2
**little**
18:10, 22:8,
55:18, 64:8,
64:13, 65:2,
66:3, 71:18,
73:13, 75:13,
80:4
**llp**
2:3, 3:4, 3:11
**log-ins**
20:15
**logistical**
24:20
**lokey**
12:21, 12:23,
13:25
**long**
10:6, 24:3,
73:20, 76:11
**long-term**
73:14, 73:20
**longer**
69:21
**look**
64:2
**looked**
16:15, 35:19
**looking**
13:6, 15:10,
49:17, 51:25,
60:16
**loss**
8:20
**lot**
14:25, 15:9,
17:7, 19:13,
23:7, 24:21,
29:15, 48:25,

52:7, 53:3, 63:3
**lower**
27:13
**lunchy**
64:10

**M**

**made**
21:19, 21:20,
26:14, 28:11,
30:3, 31:8,
34:23, 35:1,
53:2, 54:21,
62:20, 63:8,
71:14, 72:8,
72:25, 78:10,
85:16, 86:5,
89:9
**magil**
53:21
**major**
42:3
**majority**
9:24, 28:1,
28:18, 61:18,
66:1
**make**
8:9, 19:4,
28:4, 34:21,
35:8, 53:19,
59:24, 59:25,
70:12, 70:17,
71:1, 80:16,
83:16
**makes**
8:1, 8:10, 49:9
**maliciously**
29:2
**management**
13:7, 14:13,
14:21, 15:3,
23:2, 23:22,
24:22, 25:20,
25:24, 26:17,
27:8, 27:21,
28:8, 28:16,
31:5, 31:6,
31:17, 31:19,

31:22, 32:1,
32:23, 48:25,
50:1, 51:15,
51:17, 58:22,
59:3, 66:12,
67:6, 69:17,
70:18, 70:23,
71:5, 72:1,
72:2, 72:14,
72:18, 73:16,
76:5
**manner**
50:7
**manufacturer**
10:3
**many**
25:20, 25:23,
26:15, 27:1,
27:17, 28:2,
28:3, 28:15,
51:15, 72:2,
72:4
**marked**
33:11, 33:15
**market**
69:8, 69:10
**marketing**
37:22
**marketplace**
25:18
**marks**
55:24, 90:9
**massachusetts**
3:22
**master's**
9:8, 9:15, 9:21
**material**
20:6
**materials**
19:25, 34:9,
34:10, 34:12,
65:10
**matter**
6:4
**mature**
48:22
**maybe**
27:25, 31:9

**mba**
9:16, 9:17,
9:19
**mcguirewoods**
3:4, 6:17
**mclean**
3:6
**mean**
8:4, 12:13,
14:14, 17:18,
29:19, 32:3,
36:10, 41:15,
50:4, 50:12,
60:19, 69:4
**meant**
38:12, 53:14
**medication**
8:20
**meeting**
12:16, 12:23,
12:25, 13:2,
13:8, 13:13,
16:14, 18:5,
20:16, 20:19,
31:15, 33:6,
39:14, 43:5,
64:1, 64:24,
67:2, 67:4,
69:12, 71:17,
76:5, 80:19,
84:2
**meetings**
15:19, 20:23,
21:1, 23:2,
31:8, 31:12,
31:16, 31:20,
32:9, 51:12,
51:16, 63:2,
64:5, 64:10,
64:18, 66:2,
66:6, 66:25,
68:3, 79:20,
79:22, 80:6,
81:9, 81:12
**member**
20:22, 45:8,
58:25, 60:4,
73:16, 81:19,

84:19
**members**
11:19, 17:5,
25:20, 58:22,
58:23, 59:3,
63:14, 72:2,
83:25
**membership**
59:1, 60:7,
71:23
**memorandum**
57:14
**memory**
8:20
**mention**
18:16, 19:7,
19:8, 19:18
**mentioned**
16:5, 33:4,
46:18, 48:19,
86:20
**merged**
21:15
**merger**
19:21, 21:8,
30:12, 31:3,
32:21, 32:25,
33:3, 37:2,
38:18, 38:25,
39:6, 40:5,
43:2, 43:4,
43:9, 59:11,
87:13, 87:16,
87:19, 87:21,
88:2
**messaging**
37:22
**met**
12:19, 17:17,
17:20, 17:21,
18:2, 31:5,
31:15
**mezzanine**
59:5
**michael**
22:7, 39:16,
46:18, 58:24,
60:6

**michele**
52:2
**might**
31:9, 42:4,
89:25
**miles**
4:2, 6:11
**milestones**
35:22
**million**
78:8, 78:12,
87:11
**milnes**
77:12
**mind**
68:7
**mine**
28:10, 28:14
**minute**
64:5
**minutes**
55:19, 89:24
**missner**
2:3, 3:11
**misstates**
50:16
**mistakes**
49:9
**mitchell**
2:3, 3:11, 6:21
**modifications**
34:21, 34:24,
35:1
**modified**
35:17
**monday**
21:1
**money**
74:21
**monitor**
6:9, 90:2, 90:6
**months**
48:7, 48:14
**more**
18:11, 18:13,
23:14, 26:10,
27:14, 42:11,
48:7, 50:23,

64:8, 64:10,
64:12, 65:7,
65:22, 66:7,
73:5, 73:9,
73:16, 73:22,
74:8, 74:16,
81:25, 82:4
**morning**
21:1
**most**
14:17, 17:3,
62:13, 70:19
**mostly**
23:21
**mountaintop**
74:3
**move**
19:23, 28:13
**moved**
10:9, 10:11,
26:5, 53:2,
69:16
**mover**
69:11
**moving**
26:10, 28:13,
43:4, 48:12,
52:1, 53:23
**much**
22:22, 24:1,
24:24, 25:22,
26:10, 48:11,
49:5, 79:8, 87:5
**multiple**
11:22, 14:7,
34:14, 66:22,
69:22, 83:2
**myself**
7:8, 15:2,
25:20, 49:16,
49:22

**N**

**name**
60:24, 79:25
**name's**
7:9
**narrative**
50:25, 51:24

**narrowed**
68:9
**nature**
13:4
**need**
8:11
**needed**
19:19
**negative**
22:9
**negatives**
33:7
**neither**
22:9, 91:9
**never**
18:2, 45:2,
45:12, 74:13
**new**
10:1, 26:9,
46:24, 60:22,
74:11, 85:2,
86:1, 87:20
**newer**
12:12
**next**
14:17, 18:25,
20:7, 22:1,
22:6, 23:1,
26:7, 26:10,
38:7, 45:20,
48:13, 64:15,
66:4, 67:15,
72:9, 73:25,
74:2, 74:5
**nice**
74:6
**nicholas**
3:3
**nick**
6:16, 7:9
**nitin**
40:16
**normal**
11:21, 23:10
**normally**
45:10, 66:8
**north**
30:25, 39:15,

58:21
**northwest**
2:4, 3:12, 6:13
**notarial**
91:14
**notary**
2:13, 91:1,
91:18
**noted**
24:18
**notice**
2:12
**nova**
74:14
**november**
76:9, 76:13
**novo**
68:4, 68:17,
72:14, 73:14,
73:19, 74:8,
74:20, 74:24
**number**
6:3, 6:7,
27:24, 33:11,
33:22, 55:24,
56:5
**numbers**
27:6

**O**

**o'beirne**
3:10, 5:4,
6:20, 13:22,
17:1, 17:14,
18:18, 19:5,
20:12, 21:2,
23:13, 27:4,
28:5, 29:5,
29:22, 30:14,
30:22, 32:4,
32:10, 32:16,
35:3, 35:11,
36:6, 36:14,
37:4, 37:9,
37:14, 37:19,
37:24, 38:5,
38:19, 39:1,
39:7, 39:13,

39:18, 39:24,
40:12, 40:14,
41:3, 42:7,
43:10, 45:16,
46:2, 46:14,
47:15, 47:17,
50:16, 52:20,
53:7, 53:14,
56:17, 58:5,
58:14, 59:12,
59:18, 60:14,
62:3, 63:22,
67:12, 73:2,
73:7, 73:11,
75:4, 76:21,
77:2, 77:23,
78:4, 79:8,
79:11, 79:15,
79:18, 86:18,
89:21
**object**
7:24, 13:21
**objection**
16:21, 16:25,
17:15, 18:17,
21:2, 23:11,
24:9, 25:9,
26:23, 27:4,
29:4, 29:10,
32:4, 35:3,
36:7, 36:10,
37:24, 40:14,
42:6, 47:16,
47:19, 50:16,
50:18, 57:21,
58:4, 59:17,
62:4, 67:23,
75:5, 77:24,
80:11, 80:17,
80:20, 80:22,
81:3, 81:5,
81:13, 82:6,
82:8, 82:15,
82:17, 82:25,
83:9, 83:22,
84:7, 84:15,
85:5, 85:21,
85:23, 86:7,

86:9, 86:16, 87:1, 87:7, 88:6, 88:8, 88:16, 88:18, 88:25, 89:2, 89:13, 89:15

**objections**
25:5, 25:6, 25:7, 25:8, 25:14, 35:11, 85:11

**obligation**
80:8

**observation**
50:11

**obtained**
84:25

**obviously**
16:4

**occasions**
83:3

**occur**
80:25

**occurred**
81:22

**october**
12:21, 91:15

**offer**
69:18, 70:9

**offered**
74:12

**offers**
70:5, 70:14, 70:15

**office**
61:3

**officer**
10:24, 11:6, 11:8, 11:18, 91:2

**offices**
2:2, 12:21

**offsets**
24:24

**often**
41:16

**older**
9:1

**omers**
68:4

**once**
7:15, 16:12, 19:22, 22:11, 26:3

**one**
11:18, 13:2, 14:21, 17:10, 17:16, 20:16, 23:22, 28:12, 49:1, 51:2, 54:25, 60:25, 63:24, 70:18, 70:20, 70:24, 71:18, 72:12, 72:13, 74:15, 74:16, 75:16, 75:19, 80:9, 86:1

**one-on-one**
18:13, 22:23

**one-person**
26:20

**only**
8:13, 28:11, 43:5, 43:21, 43:25, 45:22, 46:6, 57:1, 57:23, 57:24

**ontario**
68:4, 68:17, 72:13, 72:24, 73:10, 74:17, 75:3, 75:17

**operated**
41:11

**operating**
12:7, 12:10, 16:20, 17:6, 17:9, 36:18, 44:5, 44:8, 47:13, 47:22, 48:23, 58:3

**operation**
42:10

**operational**
28:19

**operations**
36:12, 40:4

**opinion**
16:19, 17:11, 17:16, 18:4, 45:25, 46:5, 48:16, 48:19, 80:8, 86:13, 86:23, 87:4, 88:4

**opinions**
17:8, 23:4

**opportunities**
15:13, 49:18, 54:25, 74:11

**opportunity**
13:4, 19:10, 20:23, 50:25, 74:6

**opposed**
73:17, 75:15

**organization**
11:3, 14:19, 15:1, 15:15, 15:24, 19:1, 19:16, 25:17, 26:19, 45:19, 48:22, 60:21, 61:11, 74:1, 76:10, 84:18

**organizations**
46:8

**orient**
83:14

**original**
51:5, 85:25

**originally**
60:24

**other**
7:22, 9:3, 15:12, 15:21, 16:14, 17:4, 17:5, 17:16, 17:21, 23:22, 31:16, 40:19, 46:11, 49:17, 51:4, 52:23, 57:6, 58:23,

68:18, 69:22, 70:25, 71:7, 72:13, 74:16, 89:18

**others**
23:15, 25:23, 27:21, 49:17, 68:6, 68:14

**otherwise**
8:7, 86:4, 91:12

**ourselves**
45:19, 51:3

**out**
7:11, 7:23, 11:12, 23:23, 26:14, 41:19, 47:23, 62:11, 62:22, 65:7, 66:9, 66:15, 82:22, 83:2

**outcome**
91:12

**outcomes**
52:24

**outside**
57:18

**outweighed**
25:19

**over**
7:12, 7:22, 13:1, 13:3, 54:23, 64:5, 84:5, 88:11

**overall**
16:13, 25:23

**oversee**
40:22, 41:2

**overwhelming**
25:15

**owed**
81:1

**own**
61:14

**owned**
11:9, 11:10, 59:10, 72:3

**ownership**
50:25

| P |
|---|

**page**
5:2, 70:12
**pages**
1:24
**paired**
64:20
**paperwork**
70:2
**paragraph**
34:1, 35:24
**parent**
61:10
**part**
13:14, 19:11,
19:12, 28:7,
49:15, 50:8,
55:2, 55:10,
72:15
**participant**
65:24
**participated**
66:25
**particular**
33:8
**parties**
14:3, 19:23,
66:10, 69:22,
75:15, 91:10
**partner**
12:11, 17:9,
41:19, 44:5,
44:9, 47:13,
47:22, 57:13,
58:3, 60:22,
66:20, 70:24,
74:20, 74:24,
81:19
**partners**
1:9, 6:5, 12:7,
14:1, 16:20,
17:4, 17:6,
58:21, 68:6,
68:14, 70:19
**party**
11:22, 14:21,
39:16, 57:24

**past**
34:8, 51:17,
60:4
**pat**
12:9, 13:2,
18:13, 21:7,
21:14, 22:1,
22:23, 23:15,
24:4, 25:21,
26:6, 28:25,
29:20, 30:5,
34:1, 38:8,
39:15, 41:9,
46:7, 48:9,
48:20, 49:6,
49:16, 49:21,
50:5, 51:5,
51:16, 52:1,
53:22, 54:21,
57:25, 58:19,
58:25, 60:3,
61:18, 62:17,
62:25, 64:3,
66:1, 67:6,
72:16, 84:1
**path**
51:7
**patient**
76:11
**patrick**
1:6, 3:2, 6:17,
7:3
**pay**
45:6
**paying**
78:3
**payment**
77:21
**pending**
8:14
**people**
23:3, 28:2,
28:3, 33:22,
37:1, 42:12,
51:13, 51:20,
52:14, 52:22,
62:13, 66:6,
69:12, 77:9,

79:23
**percent**
59:14, 59:23
**percentage**
59:9
**performing**
27:13
**period**
20:2, 39:17,
41:12, 41:13,
83:14
**person**
17:20, 17:21,
18:3
**personal**
25:7
**personality**
42:16, 49:5
**personally**
27:18, 48:8,
48:24, 52:23
**personnel**
37:7, 82:23
**perspective**
72:10, 72:11
**pharma**
16:17
**pharmaceutical**
10:10, 10:15,
15:25
**pharmacovigilance**
54:22
**phil**
6:20
**philip**
3:10
**philosophical**
42:14
**piece**
54:15, 54:16
**pincus**
15:25, 68:5,
68:18
**pit**
49:1
**pitch**
65:2, 65:14
**pitching**
18:15

**place**
6:12, 16:24,
26:6, 34:13,
34:16, 34:20,
41:21, 42:11
**placement**
57:14
**plaintiff**
1:7
**plan**
9:23, 15:7,
15:19, 26:18,
48:23, 49:16,
55:3
**planet**
6:11, 6:23
**planning**
20:8, 28:8,
43:6, 63:5
**platform**
64:15, 76:12
**please**
6:14, 6:24,
9:6, 55:23, 89:4
**plus**
60:3
**point**
51:9, 52:11,
54:17, 58:23,
64:16, 70:3,
75:19, 84:23
**points**
42:23
**pool**
77:5
**portion**
84:11, 84:21
**position**
9:19, 9:20,
10:22, 45:5,
46:10, 46:12,
59:7, 71:9,
71:10
**positioning**
25:17, 49:19
**positions**
27:1, 27:7,
27:10, 28:15,

28:18, 61:17
**positive**
22:9, 52:24,
62:23
**positives**
25:16, 33:7
**post**
27:10, 76:3
**post-acquisition**
41:13
**potential**
49:23, 54:24,
57:20, 64:6,
64:23
**potentially**
64:22, 73:21
**potthoff**
58:24, 60:5,
84:1
**powder**
19:9, 19:17
**pra**
17:23, 17:25,
46:8, 81:20,
81:24
**pre**
43:12
**pre-closing**
39:17
**preacquisition**
41:12
**preceding**
21:16, 21:18
**preclose**
27:8, 43:12
**precluded**
47:21
**preferred**
67:5
**preidentified**
28:7
**preparation**
31:2, 32:15,
57:13
**prepare**
49:24
**preparing**
48:13, 49:19

**presale**
12:5
**preselected**
67:5
**preselection**
67:18
**preselects**
67:8
**presence**
89:10
**present**
4:1
**presented**
47:6, 65:25,
86:15
**presenting**
45:19
**presidency**
45:5
**president**
11:7, 45:9,
45:12
**press**
79:13, 79:16
**pretty**
10:3, 27:25,
54:16
**previously**
33:15, 49:21,
81:11, 86:20
**price**
75:9, 86:25
**primary**
11:19, 12:4,
14:7, 16:1,
47:24, 48:11,
58:16
**printouts**
82:4
**prior**
8:24, 15:20,
17:17, 17:22,
18:5, 18:8,
19:11, 19:14,
27:8, 47:2,
50:17, 56:8,
64:23, 83:6,
83:14, 88:1

**private**
11:21, 14:16,
14:18, 15:21,
15:23, 16:1,
17:6, 17:9,
31:7, 31:17,
57:13, 62:6,
64:1, 73:17
**probably**
45:7, 52:14,
57:4, 62:16,
74:20, 75:13,
81:23
**procedure**
7:17
**procedures**
36:18
**proceed**
52:1, 83:4
**process**
11:21, 11:22,
12:25, 13:10,
13:25, 14:1,
14:5, 14:10,
14:22, 17:18,
20:1, 26:7,
26:8, 39:22,
51:6, 60:16,
62:18, 65:15,
66:3, 66:5,
66:8, 66:9,
66:11, 66:23,
69:13, 69:19,
69:21, 72:9,
75:10, 75:14
**processes**
36:12, 40:4
**productive**
82:12
**professional**
50:6
**program**
9:21
**prohibited**
47:12
**project**
30:11, 34:17,
41:17, 41:20,

60:9, 60:12,
60:18, 60:20,
60:22, 60:24,
62:2, 79:21
**promotions**
23:22
**propharma**
53:9, 53:13,
53:18, 53:24,
54:14, 54:23,
55:13, 55:14,
78:22, 78:25,
79:3
**proposal**
31:2, 32:15
**proposed**
16:8
**prospect**
79:21
**prospective**
68:13, 69:7
**protracted**
69:21
**provide**
42:4, 42:15,
42:19, 50:9,
50:24, 51:7,
51:8
**provided**
34:6, 42:21
**provider**
26:9
**providers**
59:6
**providing**
42:2, 48:20,
84:5
**prudential**
3:20, 9:22
**public**
2:13, 10:5,
91:1, 91:18
**publicly**
47:9
**purchased**
84:22
**purposes**
61:12

| | | | |
|---|---|---|---|
| **pursuant** | **randall** | 70:4, 70:13, | 29:15, 45:21 |
| 2:12 | 26:16, 49:22 | 77:7, 77:13, | **regarding** |
| **put** | **rate** | 77:16, 84:1, | 31:2, 37:21, |
| 26:16, 26:21, | 78:9 | 85:2, 86:1 | 43:8, 56:11, |
| 34:16, 60:21, | **raven** | **receiving** | 56:18, 56:21, |
| 62:25, 66:25, | 38:9, 38:12, | 77:19 | 78:22, 78:24, |
| 68:21, 74:20, | 38:13 | **receptivity** | 79:2, 81:20 |
| 77:5, 77:9 | **reach** | 63:4 | **regardless** |
| **puts** | 25:19 | **recessed** | 84:22 |
| 66:21 | **reached** | 56:2, 90:3 | **reimbursement** |
| **putting** | 82:22, 83:2 | **recognize** | 84:2 |
| 20:7, 26:6 | **react** | 33:16 | **related** |
| | 26:3 | **recommend** | 13:10, 15:12, |
| **Q** | **reaction** | 71:3 | 32:25, 33:2, |
| **qualified** | 22:10, 62:24, | **recommendation** | 34:6, 44:8, |
| 67:15 | 65:24, 82:3 | 71:1, 71:6, | 61:19, 67:18, |
| **quarterly** | **read** | 72:9 | 91:10 |
| 84:1 | 34:3, 74:13 | **reconvened** | **relationship** |
| **question** | **reading** | 56:3, 90:4 | 17:9, 22:18, |
| 7:23, 7:24, | 91:8 | **record** | 22:21, 60:3 |
| 8:2, 8:3, 8:9, | **ready** | 54:2, 55:25, | **relatively** |
| 8:14, 8:15, | 69:9 | 56:6, 89:24, | 34:25, 35:7, |
| 24:13, 25:11, | **real** | 90:2, 90:6, | 70:3, 70:23 |
| 33:1, 43:13, | 37:12, 73:23, | 90:11, 90:12, | **remained** |
| 58:19, 60:19, | 74:6 | 91:5 | 85:13, 86:1, |
| 86:19, 89:4 | **realize** | **recruitment** | 87:15, 87:20 |
| **questions** | 25:11, 73:16 | 76:12 | **remember** |
| 7:10, 7:20, | **really** | **redacted** | 44:18 |
| 7:21, 30:10, | 57:1, 74:14 | 20:4 | **repeat** |
| 78:20, 79:7, | **reason** | **reduced** | 89:4 |
| 79:9, 79:19, | 8:18 | 27:11, 91:7 | **repeated** |
| 89:21, 90:7 | **recall** | **reduction** | 89:10 |
| **quorum** | 10:14, 12:18, | 24:22 | **report** |
| 24:1, 24:2, | 27:1, 27:17, | **refer** | 22:14, 22:16 |
| 24:15, 26:12, | 44:23, 44:24, | 70:7, 70:8 | **reported** |
| 26:22, 27:3, | 45:10, 47:21, | **reference** | 1:25 |
| 28:23, 29:2, | 62:19, 75:18, | 51:16 | **reporter** |
| 29:21, 30:6, | 77:18, 79:23, | **referenced** | 6:22, 6:24, |
| 63:6, 63:9, | 81:10, 81:21, | 34:7 | 8:2, 91:1 |
| 86:15, 86:21, | 83:13, 86:2 | **referred** | **represent** |
| 86:23, 87:6 | **recast** | 57:17, 57:20 | 6:15 |
| **R** | 51:22 | **referring** | **representing** |
| **raised** | **receive** | 58:2 | 6:11, 6:23 |
| 24:16, 24:19 | 43:19, 43:23, | **reflected** | **requested** |
| **raising** | 66:17, 66:22, | 86:25, 89:9 | 91:9 |
| 25:5 | 76:19 | **refute** | **require** |
| **raleigh** | **received** | 46:10 | 24:21 |
| 39:14, 43:6 | 44:19, 62:16, | **regard** | **required** |
| | | 20:9, 28:14, | 19:17, 75:12 |

| | | | |
|---|---|---|---|
| **research** | **right** | **sab** | 83:1, 85:11, |
| 10:9, 10:15, | 7:7, 19:10, | 81:19 | 85:23, 86:9, |
| 11:7, 15:24, | 23:3, 32:24, | **safe** | 88:8, 88:18, |
| 76:2 | 42:18, 50:2, | 71:10 | 89:2, 89:15 |
| **resolve** | 54:19, 68:7, | **safety** | **sanfilippo** |
| 41:25, 42:16 | 70:9, 70:11, | 53:13, 53:17, | 3:3, 5:3, 6:16, |
| **respect** | 73:6, 80:14, | 53:20, 53:23, | 7:5, 7:9, 16:22, |
| 16:23, 20:11, | 85:4, 88:2 | 54:22 | 24:12, 25:10, |
| 21:7, 23:19, | **roadblocks** | **said** | 32:17, 33:13, |
| 38:17, 39:12, | 26:21 | 14:2, 41:25, | 35:12, 39:20, |
| 40:4, 40:10, | **robann** | 52:10, 53:14, | 40:17, 41:4, |
| 42:21, 46:1, | 59:2 | 60:25, 69:2, | 46:3, 53:8, |
| 46:5, 48:17, | **robust** | 71:20, 71:25, | 53:16, 54:1, |
| 57:17, 57:19, | 26:18 | 72:16, 73:5, | 55:17, 56:7, |
| 58:9, 65:16, | **role** | 78:6, 87:18, | 73:4, 77:3, |
| 71:9, 75:2, | 10:4, 10:24, | 91:5 | 79:6, 79:17, |
| 75:22 | 48:8, 84:6, | **salary** | 80:11, 80:20, |
| **respective** | 84:18, 85:18 | 78:12, 83:20 | 81:3, 81:13, |
| 31:7 | **rolling** | **sale** | 82:6, 82:15, |
| **respond** | 74:10 | 11:20, 11:22, | 82:25, 83:9, |
| 7:21 | **rollover** | 14:5, 14:9, | 83:22, 84:7, |
| **responsibilities** | 59:5 | 16:8, 16:11, | 84:15, 85:5, |
| 18:12 | **room** | 17:18, 61:21, | 85:11, 85:21, |
| **responsibility** | 19:24, 20:1, | 64:23, 65:17, | 86:7, 86:16, |
| 29:14, 47:25, | 20:6, 20:15, | 76:25, 77:1, | 87:1, 87:7, |
| 48:11, 81:8 | 32:7, 64:3 | 86:14, 86:25, | 88:6, 88:16, |
| **responsible** | **rooms** | 87:5 | 88:25, 89:13, |
| 27:9, 41:13 | 66:13 | **same** | 89:23, 90:7 |
| **result** | **ropes** | 9:16, 13:22, | **sat** |
| 22:7, 27:2, | 3:19, 6:18 | 23:13, 30:22, | 43:5, 64:4 |
| 27:14, 35:8, | **rough** | 32:10, 32:16, | **saw** |
| 52:25, 61:21 | 27:6 | 34:25, 35:7, | 34:9 |
| **retain** | **roughly** | 35:11, 36:7, | **say** |
| 27:14 | 27:15, 27:16 | 37:9, 37:14, | 13:14, 14:15, |
| **return** | **round** | 37:19, 37:24, | 17:18, 18:12, |
| 73:16, 87:11 | 68:15, 68:24, | 38:5, 39:1, | 18:21, 19:23, |
| **revenue** | 69:1, 69:14 | 39:7, 39:13, | 21:23, 22:20, |
| 24:19 | **rps** | 42:7, 47:19, | 22:25, 23:17, |
| **review** | 17:23 | 50:18, 58:4, | 24:4, 24:23, |
| 15:12, 34:10, | **rules** | 59:18, 62:4, | 25:21, 29:12, |
| 54:4, 68:20 | 7:12, 7:19 | 64:6, 65:4, | 29:13, 29:24, |
| **reviewed** | **run** | 67:19, 67:23, | 30:6, 34:9, |
| 14:11, 20:5, | 30:10, 66:4 | 70:12, 73:7, | 34:14, 35:5, |
| 33:5, 33:10, | **running** | 73:11, 74:11, | 35:18, 42:9, |
| 44:20 | 48:17 | 75:5, 77:2, | 42:13, 43:12, |
| **reviewing** | **russell-einhorn** | 77:24, 78:4, | 48:6, 48:8, |
| 35:8 | 52:3 | 80:22, 81:5, | 49:4, 49:21, |
| **ridiculous** | | 82:8, 82:17, | 50:1, 50:2, |
| 61:7 | **S** | | |
| | **s** | | |
| | 6:1 | | |

50:22, 51:10,
51:24, 52:1,
60:3, 62:17,
62:25, 63:10,
64:12, 66:3,
71:10, 71:13,
72:4, 74:8,
75:7, 78:17,
80:5, 81:23,
82:19
**saying**
31:25, 40:25,
42:5, 50:13,
69:5, 78:13
**says**
34:1, 35:24,
38:7
**scale**
25:19
**scenario**
52:6
**schedule**
7:11
**schulman**
19:21, 22:8,
30:12, 31:19,
38:4, 38:15,
39:11, 40:11,
51:23, 83:15
**schulman-chesape-**
**ake**
87:13
**scott**
1:13, 2:1, 5:2,
6:3, 7:1, 55:25,
56:5, 90:10
**seal**
91:14
**seats**
60:2
**seattle**
24:20, 26:15,
27:14
**second**
8:2, 14:8,
33:25, 35:24,
80:16
**secretary**
45:10

**see**
33:25, 34:5,
35:23, 38:9,
50:10, 61:20,
62:1
**seeing**
52:22
**seem**
82:11
**seen**
33:19, 41:17,
44:4, 44:11
**select**
67:15
**selecting**
70:14
**sell**
13:19, 18:15,
26:8, 60:21,
62:12
**semester**
9:25
**semiconductor**
10:2
**sends**
64:21
**senior**
26:16
**sense**
8:9, 8:10,
54:21
**sent**
33:22, 54:23,
65:7, 66:14
**sentence**
35:23, 38:7
**separate**
84:24
**september**
1:15, 6:8
**series**
66:5
**serve**
41:9, 47:1
**served**
39:15, 84:13
**service**
54:20, 85:1

**services**
10:10, 10:16,
11:8, 15:25,
16:18
**serving**
47:4, 85:19
**session**
65:23
**set**
20:2, 30:17,
31:8, 91:13
**seton**
9:9, 9:12
**setting**
18:11
**settings**
22:23
**settled**
61:3
**seven**
28:1, 36:1,
36:4, 38:2
**several**
34:17, 61:16,
62:21, 71:16,
71:21, 75:24
**shah**
5:15, 33:22,
34:1, 44:22,
44:24, 45:2,
45:4
**shared**
34:1, 65:3,
65:20
**shareholder**
58:12, 58:17,
59:5, 88:12
**shareholders**
29:9, 58:12,
58:16, 58:18
**shares**
84:5, 84:10,
84:21
**shaw**
12:4
**shenfeld**
4:3
**shifting**
86:3

**shitty**
52:5
**short**
79:23
**shorthand**
91:1
**should**
19:10, 24:25,
34:2
**showed**
71:19, 71:20
**sign**
66:10, 70:2
**signature**
44:20
**signature-pz3os**
91:16
**signed**
44:15, 44:17,
44:20, 44:22,
46:21, 48:2
**significant**
9:3, 19:13
**signing**
91:8
**similar**
34:13, 47:25
**since**
56:13, 75:21,
76:16
**sir**
78:21, 79:7,
85:4
**site**
76:2, 76:14
**sits**
61:11
**six**
27:25, 68:6,
74:1
**size**
25:18
**skew**
60:7
**slate**
45:7, 64:17
**sleeve**
74:10

**slightly**
35:17, 75:20
**small**
76:7
**smaller**
10:4, 16:2,
45:22
**sofus**
78:25
**sold**
17:23
**sole**
55:8, 70:22
**solo**
71:18
**solution**
53:23
**solutions**
53:13, 53:17,
53:21, 54:22,
79:3
**some**
7:10, 7:12,
8:3, 14:11,
14:12, 14:19,
15:1, 15:12,
20:23, 22:5,
24:19, 24:23,
27:6, 27:13,
30:7, 30:10,
31:5, 35:17,
41:25, 42:15,
50:9, 51:3,
51:4, 52:16,
55:1, 64:25,
65:6, 79:8,
79:19
**someone**
41:17
**something**
24:3, 51:19,
52:2
**somewhat**
7:16
**somewhere**
87:10
**sop**
36:17

**sops**
36:12, 40:5
**sorry**
40:14, 54:10,
57:4, 58:14,
60:19, 80:3,
87:18
**sort**
50:13, 83:20
**sought**
24:3
**sounds**
25:4, 50:12,
77:20
**sourced**
30:21
**sourcing**
30:11, 30:16
**south**
1:2, 6:6
**spac**
16:3
**space**
15:12
**speak**
57:24
**specific**
89:18
**specifically**
32:25, 33:2,
38:3, 47:23,
84:12
**speed**
64:2, 64:13,
75:9
**spent**
26:10, 43:8,
48:9
**spoke**
74:16
**sponsor**
41:10, 41:15,
41:17, 41:24
**sponsors**
42:9
**staff**
27:14
**stake**
59:16, 59:22

**stamp**
33:16
**stand**
36:17, 36:24,
54:2, 54:5,
55:23
**standard**
36:18
**standing**
48:1
**standpoint**
83:21
**stands**
36:19
**star**
79:22, 80:3,
80:5
**start**
7:6, 60:16,
62:18, 74:2,
80:15, 84:19,
87:18
**started**
7:13, 10:10,
10:15, 52:15
**state**
6:15
**states**
1:1, 6:6
**staying**
21:25
**stein**
2:3, 3:11, 6:20
**stenographically**
91:6
**step**
14:17, 67:15,
73:25, 85:10
**stepping**
21:15
**steps**
18:25, 20:7,
23:1, 66:4
**stick**
61:7
**still**
9:24, 11:3,
11:5, 14:25,

15:9, 25:22,
54:17, 61:4,
61:6, 69:15,
72:17, 72:19,
72:22, 72:23
**stipends**
84:1
**stop**
34:2, 69:19
**stories**
71:21
**story**
18:24, 25:18
**strategic**
49:13, 49:14
**strategy**
37:2, 37:21,
49:23
**street**
2:4, 3:12,
3:21, 6:13
**strike**
23:9, 24:13,
26:2, 28:2,
33:1, 36:12,
56:9, 57:18,
58:10, 76:18
**strong**
73:23
**strongly**
24:25
**structure**
32:18, 77:22
**structuring**
31:6
**stubborn**
29:7
**stuck**
61:4
**style**
49:10, 49:11,
50:11
**styles**
49:10
**subsequently**
11:13
**substance**
56:12, 57:9

**substantive**
35:1, 35:6,
48:9, 53:20
**substantively**
49:22
**successful**
74:4
**suggested**
80:15, 80:18
**suite**
2:5, 3:5, 3:13,
6:13
**summer**
48:9
**supplied**
15:2
**support**
14:2, 24:1
**supported**
26:19, 28:8
**supporting**
11:20, 13:15,
19:24, 34:8
**supportive**
14:13, 72:1
**supremely**
68:10
**sure**
8:4, 33:20,
34:23, 42:23,
55:21, 62:21,
67:13, 70:12,
74:24, 80:16,
82:10, 89:5
**surprised**
22:8, 71:18
**swear**
6:24
**sworn**
7:2, 56:8,
56:10, 56:13

**T**

**table**
64:4
**tactical**
49:20
**tag**
4:2, 6:11

**take**
8:11, 8:15,
10:22, 13:7,
14:19, 40:3,
40:9, 41:1,
41:20, 50:25,
55:18, 55:19,
74:4, 79:12
**taken**
80:14, 80:17,
80:24, 82:13,
91:3, 91:6
**taking**
6:12, 7:11,
79:20, 88:13
**talk**
7:2, 64:11,
66:2
**talked**
15:9
**talking**
73:21
**tax**
61:12
**teachers**
68:4, 68:17,
72:13, 72:25,
73:10, 73:14,
73:19, 74:7,
74:14, 74:18,
74:24, 75:3,
75:11, 75:17
**team**
11:19, 12:4,
13:7, 14:13,
15:3, 16:4,
17:5, 18:11,
18:15, 23:2,
25:20, 25:24,
26:17, 27:8,
27:21, 31:22,
32:23, 42:15,
51:11, 51:15,
52:15, 54:24,
55:14, 65:25,
70:18, 72:2
**teaming**
42:12, 51:14,

51:21
**teams**
31:5, 31:17,
31:18, 31:19,
32:1, 41:10,
41:24, 42:4,
51:17, 61:2,
66:13, 72:1
**teaser**
64:25, 65:6,
66:9
**tech**
73:24
**technology**
36:20, 36:21,
40:11, 76:3,
76:14
**tell**
8:23, 9:5,
25:18, 44:16,
52:3, 60:25
**templates**
34:1, 34:5,
34:13, 34:22,
35:2, 35:13
**ten**
81:25
**ten-year-old**
82:4
**tension**
48:25
**term**
18:16, 29:7,
67:3, 70:8,
73:20, 80:1
**terminated**
27:2, 27:18,
86:4
**terminating**
28:4
**terminations**
27:15
**terms**
14:16, 15:10,
31:4, 31:6,
44:8, 48:22,
66:11, 69:12,
74:10

**test**
10:2, 50:13
**testified**
7:2
**testify**
8:19
**testimony**
29:20, 41:6,
50:17, 56:12,
56:18, 56:22,
56:24, 57:9,
91:5, 91:6
**testing**
50:22
**tethered**
84:11
**texas**
12:20
**th**
2:4, 3:12, 6:8,
6:12, 91:14
**thanks**
79:7
**themselves**
6:15
**thereafter**
11:13, 12:5,
31:16, 63:7,
91:7
**therefore**
32:2
**thesis**
14:18, 15:4,
18:14, 62:6
**thing**
8:13, 35:20,
64:7, 65:4
**things**
20:15, 23:2,
23:4, 40:19,
48:23, 48:24,
49:8, 50:10,
51:23, 51:25,
66:13
**think**
23:15, 23:16,
29:1, 29:8,
29:13, 29:20,

48:24, 50:9,
52:16, 52:22,
53:14, 59:4,
60:6, 64:15,
76:6, 79:8,
79:21, 81:7
**thinking**
49:18, 68:6,
74:2
**third**
35:23
**third-party**
9:4, 17:7
**thought**
14:12, 14:17,
20:7, 29:13,
46:17, 48:20,
49:2, 52:4,
55:10, 55:12,
73:24, 74:7
**thoughts**
89:25
**three**
68:13, 69:17,
70:4, 70:13,
70:15, 87:10
**through**
9:21, 9:24,
11:3, 11:20,
11:21, 14:4,
15:5, 17:22,
17:24, 18:2,
20:6, 30:10,
38:8, 38:17,
38:24, 39:5,
39:12, 48:10,
51:3, 51:23,
61:1, 64:18,
72:22, 75:10,
75:13, 85:20
**thursday**
1:15
**till**
11:3
**time**
6:9, 7:11,
8:12, 12:3,
12:7, 12:8,

12:11, 12:17,
12:18, 13:3,
14:11, 17:24,
19:15, 22:5,
22:24, 24:21,
26:10, 26:18,
28:9, 28:13,
31:18, 31:21,
35:19, 35:21,
42:23, 43:8,
47:23, 48:4,
48:9, 55:1,
56:16, 56:20,
66:2, 68:8,
70:3, 71:22,
72:5, 73:18,
74:1, 81:11,
82:21, 83:14,
84:5, 84:11,
84:13, 84:17,
84:19, 84:23,
84:25, 88:23,
90:2, 90:6
**times**
23:17, 49:7
**timing**
37:7
**title**
45:9
**today**
6:11, 6:23,
7:10, 8:19,
11:3, 56:9,
56:10, 57:3,
57:10, 63:25
**today's**
6:8
**together**
20:7, 51:25,
77:5, 77:10,
83:15
**told**
45:14, 45:18,
69:17, 71:17,
71:21, 72:16
**tony**
12:3, 85:13
**took**
8:24, 10:1,

10:3, 10:24,
40:19, 78:6,
88:11
**topics**
35:25, 36:5,
38:2, 38:8,
38:17, 38:24,
39:4, 39:12,
42:22
**towards**
60:7
**tower**
3:20
**toxic**
52:6
**trackers**
34:16
**traditional**
73:17
**trainee**
4:3
**training**
76:12
**transaction**
11:17, 20:11,
26:13, 30:6,
30:12, 34:6,
43:23, 44:2,
60:23, 76:20,
76:23, 77:8,
77:19, 82:1,
82:22
**transactions**
75:22, 75:25
**transcript**
5:14, 91:4
**transitioned**
26:7
**translate**
57:4
**travel**
84:3
**travis**
77:11
**treasurer**
45:11
**tried**
22:22, 53:19

**trips**
26:14
**true**
29:24, 46:17,
69:15, 73:8,
77:20, 91:4
**truthfully**
8:19
**try**
7:21, 30:10,
51:22, 66:4,
67:1, 86:19
**trying**
55:1, 83:3
**twice**
72:3
**two**
10:7, 13:1,
36:22, 37:2,
37:8, 37:13,
37:18, 37:23,
60:2, 64:4,
64:7, 70:22,
72:11, 75:11,
75:12, 75:14,
77:11, 87:10
**type**
13:6, 16:14,
52:7, 67:22,
73:13
**typewriting**
91:7
**tysons**
3:5

**U**

**uebele**
1:13, 2:1, 5:2,
6:4, 7:1, 7:7,
33:14, 55:25,
56:6, 56:8,
56:10, 79:12,
90:10
**uh-huh**
15:8
**ultimate**
28:4, 61:10
**ultimately**
13:6, 13:18,

13:19, 17:23,
25:25, 28:21,
34:19, 48:14,
49:19, 61:1,
62:23, 63:8,
66:21, 70:16,
72:12, 75:20
**unaware**
12:10
**unblinded**
20:3
**uncommon**
51:10, 51:17
**under**
28:20, 91:7
**undergrad**
9:7, 9:24
**underlying**
81:22
**understand**
21:14, 25:15,
29:19, 41:5,
55:11, 55:14,
55:15, 63:19,
69:5
**understanding**
30:24, 52:18,
53:22, 64:9,
64:10, 72:15,
85:15, 88:12,
88:20, 88:21,
89:8
**understood**
8:9, 86:13
**united**
1:1, 6:5
**university**
9:8, 9:9
**unless**
18:10
**unnecessary**
52:7
**unpack**
23:7
**until**
68:22
**unusual**
67:21

**unwillingness**
72:6
**up-front**
68:13
**updating**
35:19
**uplekar**
40:16
**ups**
22:21
**urgent**
37:16
**use**
16:20, 19:3,
29:7, 34:15,
70:8
**utilization**
62:6

---
**V**
---

**vague**
58:14
**value**
15:7, 15:18,
30:7, 49:15,
55:3, 73:20,
86:14, 87:5
**variety**
61:2, 64:1,
64:6
**various**
28:16, 45:8,
58:22, 68:3
**vast**
28:17
**ventures**
16:17
**versus**
6:4, 60:5
**vest**
84:11, 84:17,
85:16
**vested**
41:18, 84:21
**vesting**
84:5, 84:13,
84:20, 84:25
**via**
16:3, 19:15

**vice**
45:4, 45:9,
45:12
**video**
6:9, 6:10,
6:12, 90:2, 90:6
**videographer**
4:2, 4:3, 6:2,
6:10, 6:22,
55:23, 56:4,
90:1, 90:5, 90:9
**videotaped**
1:13, 2:1, 6:3,
55:24, 56:5,
90:10
**viewed**
24:25, 45:21,
89:19
**virginia**
3:6
**vis-a-vis**
82:24
**visibility**
21:6
**vision**
70:19
**voice**
23:6
**voice-identify**
6:14
**voiced**
23:5
**vote**
63:13, 63:14,
66:21
**voted**
63:15
**vp**
10:11

---
**W**
---

**w-2**
61:5
**wait**
80:16
**want**
7:12, 7:23,
14:19, 15:14,

24:4, 24:6,
24:14, 25:22,
42:17, 42:18,
55:18, 55:19,
57:7, 70:12,
71:20, 72:16,
72:19, 79:12,
81:23
**wanted**
50:13, 70:21,
72:17, 81:18
**wanting**
29:2
**warburg**
15:25, 68:5,
68:18
**washington**
1:14, 2:6,
3:14, 6:13
**way**
7:6, 8:4,
17:16, 36:11,
38:22, 41:8,
46:4, 51:2,
52:15, 70:25
**wcg**
74:22, 74:23
**we'll**
69:8
**we're**
62:17, 65:17,
70:12
**we've**
55:17, 76:15
**weeks**
13:1
**wendel**
5:15, 15:2,
21:22, 22:16,
28:20, 39:16,
40:24, 46:18,
56:25, 60:5,
87:25
**went**
15:5, 50:10,
61:1, 63:7,
72:22
**weren't**
32:1, 72:18

**western**
74:22
**whereas**
45:20, 74:7,
75:10
**whereby**
43:17
**whereof**
91:13
**whether**
17:12, 19:2,
19:7, 28:21,
32:8, 32:14,
32:20, 38:23,
39:10, 44:24,
47:11, 53:4,
58:1, 62:19,
64:21, 86:2
**whittled**
68:12
**whoever**
79:22
**within**
17:4, 22:24,
23:21, 23:23,
27:10, 47:10
**without**
72:18
**witness**
3:17, 6:25,
9:4, 24:11,
40:13, 40:16,
53:17, 55:21,
76:17, 89:17,
90:8, 91:13
**woods**
22:7, 39:16,
46:18, 58:24,
60:6
**words**
50:20
**work**
22:12, 26:12,
41:11, 42:25,
43:14, 45:6,
52:5, 55:2,
70:1, 70:21,
71:21, 72:6,

72:25, 73:5,
73:10, 78:7,
83:3
**worked**
9:21, 15:23,
18:11, 46:7,
49:8, 87:25,
89:19
**working**
9:19, 10:15,
12:16, 15:21,
17:8, 17:12,
18:7, 22:18,
22:22, 43:9,
52:14, 71:11,
71:15, 81:11,
82:20
**would've**
46:17
**wouldn't**
8:19, 11:11,
42:2, 80:15
**wrong**
29:20, 30:2,
50:14

**X**

**xendo**
78:22

**Y**

**yeah**
7:6, 10:7,
29:5, 35:14,
47:17, 54:10,
55:22, 56:14,
58:20, 79:17,
83:2
**year**
10:14, 46:25,
78:8
**years**
10:7, 10:13,
16:6, 74:1,
81:25
**young**
1:25, 2:12,
6:23, 91:2

**yourencore**
76:9

**0**

**0011439**
33:16
**02199**
3:22
**03**
56:3, 56:6

**1**

**1**
56:1, 56:2
**10**
91:14
**1000**
3:5
**12**
1:16, 6:9,
14:3, 48:14
**13**
13:1, 14:3
**15**
2:4, 3:12, 6:12
**17**
5:15
**1750**
3:5

**2**

**2**
6:7, 56:3,
56:6, 90:2,
90:3, 90:4,
90:6, 90:11,
90:12
**20**
1:9, 6:8
**2000**
9:11
**20005**
2:6, 3:14, 6:14
**2005**
81:23
**2006**
9:14
**2007**
10:17

**2013**
10:19, 10:21,
11:2, 11:9
**2015**
12:21
**2018**
44:18, 44:19,
48:10, 62:23
**2019**
63:5, 85:20
**202**
2:7, 3:15
**2020**
76:8, 76:9,
76:10, 76:13
**2021**
1:15, 6:9,
91:15
**2024**
91:22
**21**
76:15
**22201**
3:6
**26**
5:15
**2:-cv--rmg**
1:9

**3**

**30**
1:15, 6:8,
27:9, 64:5
**31**
91:22
**33**
5:15
**3600**
3:22
**3719**
1:9, 6:8
**398679**
1:23

**4**

**40**
27:15
**42**
1:16, 6:9

**45**
27:10
**46**
90:2, 90:3
**49**
56:1, 56:2

**5**

**50**
59:23
**5000**
3:7
**54**
90:4, 90:6,
90:11, 90:12

**6**

**60**
76:3
**617**
3:23
**64**
59:14

**7**

**700**
2:5, 3:13, 6:13
**7000**
3:23
**703**
3:7
**712**
3:7
**737**
2:7, 3:15
**75**
31:9
**7777**
2:7, 3:15
**79**
5:4

**8**

**800**
3:21

**9**

**90**
31:10

**901**
2:4, 3:12, 6:12
**91**
1:24
**951**
3:23