

# Transcript of Jeffrey Wendel

**Date:** September 30, 2021
**Case:** Donnelly -v- Linden Capital Partners III, L.P., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Charleston Division

- - - - - - - - - - - - - - - - x

PATRICK K. DONNELLY,                    :

                    Plaintiff,          :

            v.                          : Case No.

LINDEN CAPITAL PARTNERS III,            : 2:20-cv-3719-RMG

L.P., et al.,                           :

                    Defendants.         :

- - - - - - - - - - - - - - - - x

        Videotaped Deposition of JEFFREY WENDEL

                    Washington, D.C.

            Thursday, September 30, 2021

                    9:04 a.m.

Job No. 398679

Pages 1 - 110

Reported by:  Karen Young

1    Videotaped Deposition of JEFFREY WENDEL, held

2 at the offices of:

3         STEIN MITCHELL BEATO & MISSNER LLP

4         901 15th Street, Northwest

5         Suite 700

6         Washington, D.C. 20005

7         (202) 737-7777

8

9

10

11

12         Pursuant to notice, before Karen Young,

13 Notary Public of the District of Columbia.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            A P P E A R A N C E S

 2   ON BEHALF OF PATRICK K. DONNELLY:

 3         NICHOLAS D. SANFILIPPO, ESQUIRE

 4         MCGUIREWOODS LLP

 5         1750 Tysons Boulevard, Suite 1000

 6         McLean, Virginia 22201

 7         (703) 712-5000

 8

 9   ON BEHALF OF THE DEFENDANTS:

10         PHILIP J. O'BEIRNE, ESQUIRE

11         STEIN MITCHELL BEATO & MISSNER LLP

12         901 15th Street, Northwest

13         Suite 700

14         Washington, D.C. 20005

15         (202) 737-7777

16

17   ON BEHALF OF THE WITNESS:

18         GREGORY L. DEMERS, ESQUIRE

19         ROPES & GRAY

20         Prudential Tower

21         800 Boylston Street

22         Boston, Massachusetts 02199-3600

23         (617) 951-7000

24

25
```

1    ALSO PRESENT:

2          Miles Tag, Videographer

3          Leah Shenfeld, Videographer Trainee

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 C O N T E N T S

2    EXAMINATION OF JEFFREY WENDEL                    PAGE

3         By Mr. SanFilippo......................   7

4         By Mr. O'Bierne........................  89

5

6

7

8

9

10

11

12

13               E X H I B I T S

14              (Attached to Transcript)

15   Exhibit 1    Employment Agreement Between

16         Patrick K. Donnelly and Advarra, Inc..... 100

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 09:04:30 |
| 2 | THE VIDEOGRAPHER:  Here begins Disk | 09:04:30 |
| 3 | Number 1 in the videotaped deposition of Jeff | 09:06:02 |
| 4 | Wendel in the matter of Donnelly V Linden Capital | 09:06:04 |
| 5 | Partners III, L.P. et al. in the United States | 09:06:09 |
| 6 | District Court for the District of South Carolina, | 09:06:14 |
| 7 | Charleston Division, Case Number 2:20-cv-3719-RMG. | 09:06:18 |
| 8 | Today's date is September 30th, 2021. | 09:06:30 |
| 9 | The time on the video monitor is 9:04 a.m.  The | 09:06:34 |
| 10 | videographer today is Miles Tag, representing | 09:06:39 |
| 11 | Planet Depos.  This video deposition is taking | 09:06:42 |
| 12 | place at 901 15th Street, Northwest, Suite 700, | 09:06:45 |
| 13 | Washington, D.C. 20005.  Would counsel please | 09:06:52 |
| 14 | voice-identify themselves and state whom they | 09:06:57 |
| 15 | represent. | 09:06:59 |
| 16 | MR. SANFILIPPO:  Nick SanFilippo from | 09:06:59 |
| 17 | McGuireWoods for Patrick Donnelly. | 09:07:00 |
| 18 | MR. DEMERS:  Greg Demers from Ropes & | 09:07:03 |
| 19 | Gray on behalf of the deponent. | 09:07:04 |
| 20 | MR. O'BEIRNE:  Phillip O'Beirne from | 09:07:06 |
| 21 | Stein Mitchell, representing defendants. | 09:07:07 |
| 22 | THE VIDEOGRAPHER:  The court reporter | 09:07:09 |
| 23 | today is Karen Young, also representing Planet | 09:07:10 |
| 24 | Depos.  Will the reporter please swear in the | 09:07:13 |
| 25 | witness and then we may proceed? | 09:07:15 |

| | | |
|---|---|---|
| 1 | JEFFREY WENDEL, | 09:07:25 |
| 2 | having been duly sworn, testified as follows: | 09:07:25 |
| 3 | EXAMINATION BY COUNSEL FOR PATRICK K. DONNELLY | 09:07:25 |
| 4 | - - - | 09:07:25 |
| 5 | BY MR. SANFILIPPO: | 09:07:26 |
| 6 | Q    Good morning, Mr. Wendel. | 09:07:26 |
| 7 | A    Hi.  How you doing? | 09:07:28 |
| 8 | Q    Good, thank you.  I want to thank you for | 09:07:30 |
| 9 | taking time out of your busy day to come here and | 09:07:32 |
| 10 | talk to me.  I know you've -- | 09:07:35 |
| 11 | A    Sure. | 09:07:35 |
| 12 | Q    -- got things you'd rather be doing. | 09:07:37 |
| 13 | Have you ever been deposed before? | 09:07:39 |
| 14 | A    Not personally.  I've been -- I've been | 09:07:40 |
| 15 | deposed I guess in a UCMJ type proceeding, but not, | 09:07:42 |
| 16 | you know, commercial. | 09:07:48 |
| 17 | Q    Universal Court of Military Justice? | 09:07:49 |
| 18 | A    Right. | 09:07:51 |
| 19 | Q    So you were in the -- you were in the | 09:07:52 |
| 20 | military? | 09:07:53 |
| 21 | A    Yeah, I was.  I was a submarine officer. | 09:07:53 |
| 22 | Q    Thank you for your service. | 09:07:56 |
| 23 | A    Thanks. | 09:07:58 |
| 24 | Q    So you know, I take it that because | 09:07:59 |
| 25 | you've been deposed before, that you're somewhat | 09:08:02 |

| | | |
|---|---|---|
| 1 | familiar with the process.  You know, I'm asking | 09:08:05 |
| 2 | you questions under oath.  You know, if you -- if | 09:08:06 |
| 3 | you have any -- if you're not able to understand | 09:08:09 |
| 4 | the questions that I'm asking you, if I ask you a | 09:08:12 |
| 5 | question that's just a bad question or it's a | 09:08:15 |
| 6 | confusing question or you're not sure what I mean, | 09:08:17 |
| 7 | feel free to ask me for clarification.  Is that | 09:08:19 |
| 8 | fair? | 09:08:21 |
| 9 | A    Yeah, fair. | 09:08:21 |
| 10 | Q    If -- if you want to take a break at any | 09:08:23 |
| 11 | time, just let me know.  The only thing that I ask | 09:08:27 |
| 12 | is that you not do so while a question is pending. | 09:08:29 |
| 13 | Is that fair? | 09:08:32 |
| 14 | A    Fair enough. | 09:08:32 |
| 15 | Q    So if I ask a question -- | 09:08:33 |
| 16 | A    Right. | 09:08:34 |
| 17 | Q    -- you answer it, and then we -- | 09:08:35 |
| 18 | A    Right. | 09:08:35 |
| 19 | Q    -- can take a break. | |
| 20 | A    Take a break, right. | 09:08:36 |
| 21 | Q    Have -- you know, is there -- is there | 09:08:38 |
| 22 | anything that would prevent you from testifying | 09:08:41 |
| 23 | truthfully today, any medication, any illness, any | 09:08:43 |
| 24 | memory loss? | 09:08:46 |
| 25 | A    No. | 09:08:47 |

| | | |
|---|---|---|
| 1 | Q    Okay. | 09:08:47 |
| 2 | A    No. | 09:08:48 |
| 3 | Q    So Mr. Wendel, what -- what is your | 09:08:48 |
| 4 | current title? | 09:08:51 |
| 5 | A    I would guess it's essentially either | 09:08:52 |
| 6 | retired or perhaps a flaneur, but no, so I'm -- I | 09:08:55 |
| 7 | retired from Advarra last year. | 09:09:03 |
| 8 | Q    Okay, okay, and then prior to that, what | 09:09:07 |
| 9 | was your title? | 09:09:09 |
| 10 | A    I was president of Advarra. | 09:09:10 |
| 11 | Q    And how long were you with Advarra | 09:09:13 |
| 12 | overall? | 09:09:16 |
| 13 | A    Well, it started out as Chesapeake IRB. | 09:09:16 |
| 14 | Q    Right. | 09:09:19 |
| 15 | A    So I started there in 2006, so roughly 14 | 09:09:19 |
| 16 | years. | 09:09:22 |
| 17 | Q    Okay.  And what was your title in 2006 | 09:09:23 |
| 18 | when you joined Advarra? | 09:09:28 |
| 19 | A    2006 for -- Advarra was like -- | 09:09:30 |
| 20 | Q    I'm sorry. | 09:09:36 |
| 21 | A    Sorry. | |
| 22 | Q    Chesapeake IRB.  When you joined | 09:09:36 |
| 23 | Chesapeake IRB in 2006 -- | 09:09:40 |
| 24 | A    I was -- I think I was the vice president | 09:09:40 |
| 25 | in operations.  I eventually became the CEO. | 09:09:41 |

1      Q    Okay.  Do you recall what year you became          09:09:44

2  the CEO?                                                     09:09:46

3      A    I'm going to say 2013ish, 2013 probably.           09:09:47

4      Q    And prior to joining Chesapeake IRB, what          09:09:51

5  did you do?                                                 09:09:55

6      A    I was a president of a systems                     09:09:55

7  integration company.                                        09:09:59

8      Q    And which one was that?                            09:10:00

9      A    It was called RWD Technologies.                    09:10:01

10     Q    Okay, and how long were you there?                 09:10:05

11     A    About nine years.                                  09:10:06

12     Q    Okay.  Were you the president the whole            09:10:07

13 time?                                                       09:10:09

14     A    No.  Probably five, six years.                     09:10:09

15     Q    Okay.  And then -- so that takes us back           09:10:15

16 to roughly 2000 when you started there; is that             09:10:22

17 right?                                                       09:10:24

18     A    I started there in like '94.                       09:10:24

19     Q    Oh, sorry.                                         09:10:26

20     A    Yeah.                                              09:10:27

21     Q    '94.  And then what did you do prior to            09:10:27

22 1994?                                                       09:10:31

23     A    I was a director at a division of Singer,          09:10:31

24 did realtime simulators, things like aircraft,              09:10:36

25 submarines, offshore oil platforms.                         09:10:41

| | | |
|---|---|---|
| 1 | Q    Sure.  If I ask you about anything that's | 09:10:42 |
| 2 | classified, I have no intention -- | 09:10:43 |
| 3 | A    Don't worry. | 09:10:43 |
| 4 | Q    -- to do that.  If I start to go down | 09:10:45 |
| 5 | that road, just -- | 09:10:46 |
| 6 | A    Yeah. | 09:10:47 |
| 7 | Q    -- tell me that you can't talk about it | 09:10:47 |
| 8 | and I'll understand. | 09:10:49 |
| 9 | A    No. | 09:10:50 |
| 10 | Q    So -- and then -- when did you join | 09:10:52 |
| 11 | Singer? | 09:10:54 |
| 12 | A    In '82 when I got out of the Navy. | 09:10:54 |
| 13 | Q    Okay, and how long were you in the Navy? | 09:10:56 |
| 14 | A    Five years. | 09:10:58 |
| 15 | Q    And where did you go to school? | 09:10:59 |
| 16 | A    I went to the Naval Academy. | 09:11:02 |
| 17 | Q    Naval Academy? | 09:11:04 |
| 18 | A    Yeah. | 09:11:06 |
| 19 | Q    Great.  It's a great institution.  And I | 09:11:07 |
| 20 | assume you just -- it was just a -- the four-year | 09:11:09 |
| 21 | Naval Academy track, right? | 09:11:12 |
| 22 | A    Yeah, I had a five-year commitment. | 09:11:14 |
| 23 | Q    Five-year, and then -- | 09:11:16 |
| 24 | A    So I graduated '77, got out in '82.  Then | 09:11:16 |
| 25 | I stayed on as a reserve officer until I retired. | 09:11:18 |

```
1        Q     Okay.                                      09:11:21

2        A     Eventually was the -- a senior officer     09:11:22

3    assigned to the deputy chief of Naval operations     09:11:24

4    for submarine warfare.                               09:11:27

5        Q     Well, I know I already said this, but I    09:11:28

6    want to say it on the record.  Thank you for your    09:11:30

7    service.                                             09:11:31

8        A     Sure.                                      09:11:31

9        Q     I really do appreciate it.  Have you ever  09:11:32

10   worked for a private equity firm directly?           09:11:38

11           MR. O'BEIRNE:  Objection, form.              09:11:44

12           MR. DEMERS:  You can answer.                 09:11:46

13           THE WITNESS:  Sorry.                         09:11:46

14           MR. DEMERS:  You can answer.                 09:11:46

15           THE WITNESS:  Not as a member of the         09:11:47

16   private equity organization.  Obviously as a         09:11:48

17   portfolio company CEO.                               09:11:50

18   BY MR. SANFILIPPO:                                   09:11:52

19       Q     Right, but no direct employment with --    09:11:52

20       A     No, no.                                    09:11:54

21       Q     Okay, so you -- have you ever been --      09:11:55

22   you've never been directly employed by Linden?       09:11:56

23       A     No.                                        09:11:59

24       Q     Okay.  Was Chesapeake IRB the first        09:12:00

25   company you worked for in the health care space?     09:12:07
```

1     A     Yes, although the systems integration      09:12:10

2  company that I worked for, one of our main          09:12:15

3  verticals was health care, so probably 50 percent   09:12:17

4  of our systems deployments were in the health care  09:12:21

5  space.                                              09:12:24

6     Q     Okay, okay.  How did you end up            09:12:24

7  transitioning -- what made you transition from      09:12:27

8  systems integration to the IRB space in particular? 09:12:31

9     A     Well, we -- we had initially taken the     09:12:35

10  organization -- the RWD company public.  The owner, 09:12:38

11  or the primary shareholder didn't -- when we did   09:12:44

12  the initial offering, wanted to retain like 55     09:12:48

13  percent ownership so he still had control.  Much to 09:12:51

14  many of our chagrin, that had a detrimental impact  09:12:55

15  on its valuation.  It's basically still a private   09:13:00

16  company for all practical purposes.  We couldn't    09:13:02

17  convince him to do a secondary offering, and        09:13:05

18  subsequently, we came to, you know, just a -- or at 09:13:08

19  least I came to a fork in the road and just said    09:13:12

20  hey, I think I need to do something else.           09:13:14

21     Q     Okay, okay, that makes sense, but why did  09:13:15

22  you choose the IRB space?                           09:13:19

23     A     Well, because the -- the opportunity that  09:13:21

24  was presented to me through a -- an accounting      09:13:22

25  friend was working with Chesapeake, and they were   09:13:26

| | | |
|---|---|---|
| 1 | on the verge of doing what I had done all that | 09:13:28 |
| 2 | time, which is basically take -- install | 09:13:31 |
| 3 | enterprise-wide systems that sort of transform the | 09:13:34 |
| 4 | business operations, both from a people process and | 09:13:38 |
| 5 | technology perspective.  What our company was good | 09:13:41 |
| 6 | at was coming in and helping you figure out what | 09:13:42 |
| 7 | you needed, both from a -- you know, a business | 09:13:44 |
| 8 | process reengineering, from a technology | 09:13:48 |
| 9 | implementation and from a people configuration. | 09:13:51 |
| 10 | Our premise was if you're not strong in those three | 09:13:53 |
| 11 | areas, you're eventually not going to have a | 09:13:56 |
| 12 | successful outcome. | 09:13:59 |
| 13 | Q      Okay. | 09:14:00 |
| 14 | A      So Chesapeake had a unique opportunity -- | 09:14:00 |
| 15 | I did not -- while a good percentage of our | 09:14:03 |
| 16 | deployments were actually in support of clinical | 09:14:06 |
| 17 | research, I never heard an -- I never even heard of | 09:14:09 |
| 18 | an IRB.  In fact, when I met the owner, even going | 09:14:13 |
| 19 | to the web site, I was still perplexed what -- it | 09:14:17 |
| 20 | wasn't the world's best web site. | 09:14:20 |
| 21 | Q      Right. | |
| 22 | A      But I asked him to explain what it was. | 09:14:22 |
| 23 | So I had no -- no knowledge specifically of IRBs, | 09:14:24 |
| 24 | no -- no thirst to go there, but it was just -- I | 09:14:27 |
| 25 | saw it as an opportunity to help them transform | 09:14:31 |

| | | |
|---|---|---|
| 1 | that business, and he eventually wanted to do a | 09:14:33 |
| 2 | transaction, so it -- it was interesting. | 09:14:36 |
| 3 | Q    So it came to be obviously that Linden | 09:14:40 |
| 4 | acquires Chesapeake and/or merges it with Schulman. | 09:14:54 |
| 5 | Can you tell me about that process and how that | 09:14:58 |
| 6 | came to be in your mind? | 09:15:00 |
| 7 | MR. O'BEIRNE:  Form. | 09:15:07 |
| 8 | MR. DEMERS:  You can answer. | 09:15:07 |
| 9 | A    Okay.  Just to be clear, it was from | 09:15:08 |
| 10 | privately held Chesapeake -- | 09:15:10 |
| 11 | Q    Right. | 09:15:11 |
| 12 | A    -- to privately owned Audax Chesapeake, | 09:15:11 |
| 13 | to then a Linden transaction. | 09:15:14 |
| 14 | Q    Okay.  Can you tell me about the | 09:15:15 |
| 15 | acquisition of Chesapeake by Audax? | 09:15:19 |
| 16 | A    Okay, the -- the transaction involving | 09:15:22 |
| 17 | Linden buying Chesapeake.  Typical -- | 09:15:27 |
| 18 | MR. O'BEIRNE:  Sorry, he asked you Audax, | 09:15:31 |
| 19 | and you're answering Linden, just to make sure | 09:15:34 |
| 20 | we're not talking past each other. | 09:15:35 |
| 21 | A    Linden -- Linden acquiring -- | 09:15:38 |
| 22 | Q    No, I'm -- I'm sorry.  I did -- I did -- | 09:15:38 |
| 23 | he -- Mr. O'Beirne's correct.  I -- I want to take | 09:15:39 |
| 24 | a step back sort of -- | 09:15:43 |
| 25 | A    Okay. | 09:15:43 |

1        Q    -- the beginning of what he said and just          09:15:43

2   kind of go through it.                                       09:15:44

3        A    Okay.                                              09:15:45

4        Q    So you said Chesapeake was acquired by             09:15:45

5   Audax?                                                       09:15:47

6        A    Right.                                             09:15:47

7        Q    Can you tell me about that process, how            09:15:48

8   that --                                                      09:15:50

9        A    So we -- we ran a modest transaction,              09:15:50

10  went through the, you know, typical management               09:15:53

11  presentations, had, you know, several bidders at             09:15:56

12  the end, picked Audax.  So the -- the same usual             09:15:59

13  and customary things that you would do in all                09:16:03

14  subsequent transactions we did, just on a smaller            09:16:07

15  basis.                                                       09:16:09

16       Q    Okay, and then eventually you said Linden          09:16:11

17  acquired --                                                  09:16:16

18       A    Yeah, so then Linden subsequently                  09:16:16

19  acquired the Audax-owned asset known as Chesapeake           09:16:19

20  IRB.                                                         09:16:23

21       Q    Okay.  How did that come about?                    09:16:24

22       A    Well, it's a typical -- I guess we were            09:16:25

23  doing pretty well and typical hold period, so we             09:16:28

24  went, entered into a transaction and, you know, did          09:16:33

25  the normal private equity transaction process.               09:16:36

| | | |
|---|---|---|
| 1 | Q    Okay.  What was your involvement in the | 09:16:40 |
| 2 | sale process of Chesapeake to Linden, if any? | 09:16:42 |
| 3 | A    So I was -- I was a CEO, so I was the -- | 09:16:46 |
| 4 | I was the point person that led that, both from the | 09:16:50 |
| 5 | -- working with Linden -- excuse me, working with | 09:16:55 |
| 6 | Audax to say hey, is this a good time, should we do | 09:16:58 |
| 7 | that, to being involved with any of the -- yeah, | 09:17:00 |
| 8 | the book -- what do they calL it?  Confidential, | 09:17:04 |
| 9 | the CIM, confidential information memorandums, | 09:17:08 |
| 10 | preparing the team for -- preparing the | 09:17:12 |
| 11 | organization for sale, you know, which is -- which | 09:17:14 |
| 12 | we had started basically the day that we got | 09:17:17 |
| 13 | purchased, and prior to that, we had started as a | 09:17:21 |
| 14 | private company. | 09:17:23 |
| 15 | So tuning those particular things up from | 09:17:24 |
| 16 | a financial perspective, so making ourselves | 09:17:27 |
| 17 | presentable to organizations, leading the team that | 09:17:30 |
| 18 | eventually created the deck, and then also | 09:17:33 |
| 19 | identifying the executives that would be part of | 09:17:37 |
| 20 | the management presentations, getting the -- the | 09:17:39 |
| 21 | bids back, analyzing them from a fit perspective | 09:17:43 |
| 22 | both from a price, but more importantly from what's | 09:17:48 |
| 23 | life -- after the day that the money slides across | 09:17:51 |
| 24 | the table, what's life going to be like, are they | 09:17:54 |
| 25 | going to be able to support our growth aspirations, | 09:17:57 |

1  which was a -- which was a same criteria at the        09:18:00

2  first -- you know, the first sale of Audax.            09:18:03

3        Looked at the let's say agreements from a        09:18:06

4  -- from a leverage perspective, from a covenant        09:18:12

5  perspective.  Could organizations come in -- you       09:18:15

6  know, it's one thing to get a deal.  Can a deal be     09:18:17

7  consummated?  So, you know, certainty of close, if     09:18:21

8  you will.                                              09:18:24

9        Q    Uh-huh.                                     09:18:24

10       A    So basically everything that you would      09:18:25

11  expect a CEO that would have responsibility for the   09:18:27

12  operation of the organization as well as a            09:18:30

13  fiduciary responsibility to the shareholders of the   09:18:33

14  deal.  So I was the point person that did that,       09:18:37

15  worked directly with Audax to eventually say we       09:18:40

16  think this is a team that would win.  We were very    09:18:43

17  fortunate in going from one great organization to     09:18:48

18  another great organization, so -- so I guess we did   09:18:51

19  okay.                                                 09:18:54

20       Q    What -- what were the factors about         09:18:55

21  Linden specifically that made you want to go with     09:18:56

22  them?                                                 09:18:59

23            MR. O'BEIRNE:  Form.                         09:19:00

24  BY MR. SANFILIPPO:                                     09:19:01

25       Q    I mean, you did say you recommended         09:19:01

| | | |
|---|---|---|
| 1 | Linden, correct? | 09:19:04 |
| 2 | MR. O'BEIRNE:  Same. | 09:19:05 |
| 3 | MR. DEMERS:  You can answer. | 09:19:06 |
| 4 | A    Yeah, I did. | 09:19:06 |
| 5 | Q    Okay, and so what were the reasons that | 09:19:07 |
| 6 | you did that? | 09:19:09 |
| 7 | MR. O'BEIRNE:  Same. | 09:19:11 |
| 8 | MR. DEMERS:  You can answer. | 09:19:11 |
| 9 | MR. O'BEIRNE:  Sorry, and I don't mean to | 09:19:12 |
| 10 | -- | 09:19:14 |
| 11 | THE WITNESS:  No, no, no, no. | 09:19:14 |
| 12 | MR. O'BEIRNE:  I'm just making these for | 09:19:15 |
| 13 | the record. | 09:19:17 |
| 14 | THE WITNESS:  No, I get -- I get the -- I | 09:19:18 |
| 15 | get the -- you know, I'm here to, you know, do what | 09:19:18 |
| 16 | you guys need to do.  So I'm sorry, can you repeat | 09:19:20 |
| 17 | the question again?  I know you'll -- | 09:19:22 |
| 18 | BY MR. SANFILIPPO: | 09:19:24 |
| 19 | Q    Sure. | 09:19:24 |
| 20 | A    -- give another form, but -- | |
| 21 | Q    Sure.  What were the reasons that you | 09:19:25 |
| 22 | recommended Linden to Audax as the purchaser? | 09:19:28 |
| 23 | A    Okay. | 09:19:32 |
| 24 | MR. O'BEIRNE:  Form. | 09:19:33 |
| 25 | MR. DEMERS:  You can answer. | 09:19:34 |

1    A    For me it's -- it's the same in any type          09:19:34
2    of transaction, even whether it's a business deal      09:19:38
3    with just a client -- client perspective.  First of    09:19:39
4    all, when you're -- when you're giving your            09:19:43
5    ownership and you're going to work for someone         09:19:46
6    else, like I said, is that some -- is that an          09:19:47
7    organization that maybe has a share, the same          09:19:49
8    mission, guiding principles that your team has that    09:19:54
9    you would like to be part of, is it -- is it a         09:19:56
10   group that you can work with?  Does the group have     09:19:58
11   the ability, in the case of a private equity firm,     09:20:01
12   especially when you're in the mid-market, does it      09:20:04
13   have the ability both available and -- and             09:20:07
14   demonstrated ability to pass -- to help you take       09:20:11
15   your organization from where it is to where it         09:20:14
16   could be.  That includes obviously financial          09:20:16
17   wherewithal, but it also as importantly requires       09:20:19
18   domain expertise.                                      09:20:24
19   Q    Uh-huh.                                           09:20:25
20   A    Specifically in our case it would be             09:20:26
21   health care as well as, you know, helping an           09:20:28
22   organization at any point, any organization can        09:20:31
23   improve itself, whether it's back office operations    09:20:35
24   or whether it's financial reporting, whether it's,     09:20:39
25   you know, ESG type things, whether it's, you know,     09:20:42

| | | |
|---|---|---|
| 1 | how you present yourself from a marketing | 09:20:46 |
| 2 | perspective. | 09:20:48 |
| 3 | So as we went through the things, those | 09:20:48 |
| 4 | were our checklists.  Those are our checklists in | 09:20:51 |
| 5 | my opinion in every transaction that we did. | 09:20:52 |
| 6 | Q    Okay. | 09:20:54 |
| 7 | A    And Linden came up in our -- in my view | 09:20:54 |
| 8 | and apparently Audax's as well as superior in all | 09:20:57 |
| 9 | respects to the competition at the time. | 09:21:01 |
| 10 | Q    Were you involved in any acquisitions as | 09:21:03 |
| 11 | president or CEO of an organization? | 09:21:12 |
| 12 | MR. O'BEIRNE:  Objection to the form. | 09:21:15 |
| 13 | MR. DEMERS:  You can answer. | 09:21:16 |
| 14 | A    Yeah, so -- so Chesapeake did three or | 09:21:16 |
| 15 | four acquisitions under the Audax framework, again, | 09:21:23 |
| 16 | same type of a scenario.  The first one was a -- | 09:21:28 |
| 17 | was a smaller entity, so it was fairly easy.  The | 09:21:31 |
| 18 | second one was a substantial acquisition of a | 09:21:34 |
| 19 | Canadian company that did similar services.  So | 09:21:36 |
| 20 | again, if you're asking am I familiar with the due | 09:21:38 |
| 21 | diligence process and the -- the transactional deal | 09:21:41 |
| 22 | mechanics, yeah, absolutely. | 09:21:46 |
| 23 | Q    Okay. | 09:21:47 |
| 24 | A    So we did -- we did several transactions | 09:21:48 |
| 25 | that were transformed either from a -- expanding | 09:21:51 |

```
1    our capabilities either directly in what we were        09:21:57
2    doing or perhaps adjacent kind of opportunities.        09:22:00
3    We also picked things that were able to be fairly       09:22:03
4    creative from a purchase price perspective, and         09:22:08
5    then we would, you know, evaluate whether the deal      09:22:11
6    would be perhaps debt or -- you know, debt or           09:22:14
7    equity or a combination.  So if you're -- so if         09:22:16
8    you're asking do I know how to do it, my answer         09:22:18
9    would be yeah.                                          09:22:21
10        Q    Okay.  When did you first meet Pat            09:22:22
11   Donnelly?                                               09:22:26
12        A    Well, I met him a couple times, you know,     09:22:26
13   tangentially at conferences like DIA, so I knew who     09:22:33
14   he was.  I mean, he's a hard guy to sort of forget,     09:22:36
15   you know.  I'm short.  He's pretty tall.                09:22:39
16        Q    He is pretty tall.
17        A    So --
18        Q    I am not tall.                                09:22:42
19        A    Once you -- once you meet him, he's sort      09:22:43
20   of a -- you know, not a forgettable person, if you      09:22:45
21   will.                                                   09:22:48
22        Q    Uh-huh.                                       09:22:49
23        A    But my probably first real interaction        09:22:49
24   with him was when he was part of the Linden due         09:22:53
25   diligence team.                                         09:22:57
```

| | |
|---|---|
| 1 | Q    Okay, okay.  Do you recall the first | 09:22:58 |
| 2 | conversation you had with Mr. Donnelly related to | 09:23:01 |
| 3 | Linden due diligence of Chesapeake? | 09:23:04 |
| 4 | A    Not really, no. | 09:23:06 |
| 5 | Q    Okay, okay.  Do you recall the first time | 09:23:07 |
| 6 | you spoke to anyone at Linden related to Linden's | 09:23:13 |
| 7 | acquisition or potential acquisition of Chesapeake? | 09:23:18 |
| 8 | A    Well, that would have been again in the | 09:23:21 |
| 9 | -- in the process of Audax's sale to Linden, and so | 09:23:26 |
| 10 | those conversations would have been primarily in | 09:23:30 |
| 11 | management presentations or subsequent -- you know, | 09:23:35 |
| 12 | you get down to the finalists and you have the -- | 09:23:39 |
| 13 | the more serious due diligence. | 09:23:42 |
| 14 | Q    Okay. | 09:23:44 |
| 15 | A    I don't -- I guess when you're asking -- | 09:23:45 |
| 16 | I don't recall having any one-on-one conversation | 09:23:47 |
| 17 | that was not known to -- as part of the due | 09:23:53 |
| 18 | diligence process in either case. | 09:23:56 |
| 19 | Q    What do you mean, in either case? | 09:23:59 |
| 20 | A    Pat Donnelly or Linden. | 09:24:03 |
| 21 | Q    Okay.  Had you worked with operating | 09:24:04 |
| 22 | partners at any other private equity firm prior to | 09:24:15 |
| 23 | Linden's potential acquisition of Chesapeake? | 09:24:20 |
| 24 | A    So my experience would have been working | 09:24:23 |
| 25 | directly for one private equity, and I don't recall | 09:24:28 |

| | | |
|---|---|---|
| 1 | that they had any operating partners. | 09:24:31 |
| 2 | Q Okay. | 09:24:33 |
| 3 | A They didn't use that type of model. | 09:24:33 |
| 4 | Q What -- what did you understand Mr. | 09:24:35 |
| 5 | Donnelly's role to be with respect to Linden's | 09:24:39 |
| 6 | potential acquisition of Chesapeake? | 09:24:41 |
| 7 | MR. O'BEIRNE: Objection to form. | 09:24:44 |
| 8 | MR. DEMERS: Objection to form. You can | 09:24:45 |
| 9 | answer. | 09:24:47 |
| 10 | MR. O'BEIRNE: And foundation. | 09:24:47 |
| 11 | MR. DEMERS: You can answer. | 09:24:49 |
| 12 | BY MR. SANFILIPPO: | 09:24:50 |
| 13 | Q Well, let me ask it differently. | 09:24:50 |
| 14 | A Okay. | 09:24:52 |
| 15 | Q Did you have any understanding of Mr. | 09:24:52 |
| 16 | Donnelly's role with respect to Linden's potential | 09:24:54 |
| 17 | acquisition of Chesapeake? | 09:24:58 |
| 18 | MR. O'BEIRNE: Same. | 09:25:00 |
| 19 | MR. DEMERS: You can answer. | 09:25:00 |
| 20 | A Well, I mean, I guess I would say I | 09:25:01 |
| 21 | didn't spend a lot of time thinking about that. I | 09:25:04 |
| 22 | mean, he was part of -- when you're doing the | 09:25:06 |
| 23 | presentations, he was one of a number of Linden | 09:25:09 |
| 24 | and/or paid consultants at the time that were | 09:25:13 |
| 25 | evaluating, you know, the goodness of our entity. | 09:25:18 |

1  So I didn't -- I didn't spend much time thinking            09:25:22

2  about what the relationship was other than I knew           09:25:27

3  they worked for them and they were part of the              09:25:31

4  evaluation team.  I'm not sure that's answering             09:25:33

5  your question, but that's a fact.                           09:25:35

6      Q    Sure.  Did you have any understanding at           09:25:37

7  the time of how Linden uses operating partners              09:25:42

8  generally?                                                  09:25:46

9          MR. DEMERS:  Objection to form.                     09:25:47

10         MR. O'BEIRNE:  Same.                                09:25:49

11         MR. DEMERS:  You can answer.                        09:25:49

12         THE WITNESS:  Again, I would say I -- you           09:25:52

13  know, once let's say under Linden ownership, I             09:25:54

14  understood the basic concept of an operating               09:25:58

15  partner, but that was kind of it.                          09:26:00

16  BY MR. SANFILIPPO:                                         09:26:03

17      Q    Okay.  What was your understanding of the         09:26:03

18  basic concept of an operating partner?                     09:26:06

19         MR. O'BEIRNE:  Foundation.                          09:26:09

20         MR. DEMERS:  You can answer.                        09:26:09

21      A    I would say that they -- at least in my           09:26:10

22  experience, they're someone that was assigned to           09:26:19

23  your company to provide support as was needed.             09:26:22

24      Q    So after Linden acquires Chesapeake, what         09:26:27

25  involvement did you have with the merger with --           09:26:52

| | | |
|---|---|---|
| 1 | between Chesapeake and Schulman to make Advarra? | 09:26:55 |
| 2 | MR. O'BEIRNE:  Objection to form. | 09:26:59 |
| 3 | MR. DEMERS:  You can answer. | 09:27:00 |
| 4 | A    Okay.  Well, essentially we had -- we | 09:27:01 |
| 5 | decided -- I had a longstanding relationship with | 09:27:05 |
| 6 | their CEO, okay, so we were not -- not unknown to | 09:27:09 |
| 7 | each other.  Once the opportunity let's say in a | 09:27:12 |
| 8 | very nascent way presented itself, we decided as a | 09:27:18 |
| 9 | group that myself and that CEO would go off on a | 09:27:22 |
| 10 | little clandestine operation, if you want to call | 09:27:27 |
| 11 | it that, where in my case I was the only person in | 09:27:30 |
| 12 | our company that knew that there were even | 09:27:34 |
| 13 | discussions going on, I assume the same level of | 09:27:36 |
| 14 | confidentiality on the other side.  And so for a | 09:27:40 |
| 15 | period of about six or seven months, in a sense I | 09:27:42 |
| 16 | was the point person in terms of going back and | 09:27:46 |
| 17 | forth between, you know, Chesapeake and -- and | 09:27:49 |
| 18 | Schulman. | 09:27:54 |
| 19 | Q    Okay.  Now, prior to the merger of | 09:27:54 |
| 20 | Chesapeake and Schulman, what was Mr. Donnelly's | 09:27:57 |
| 21 | role with respect to Chesapeake? | 09:28:00 |
| 22 | MR. DEMERS:  Objection.  You can answer. | 09:28:03 |
| 23 | BY MR. SANFILIPPO: | 09:28:04 |
| 24 | Q    If you recall. | 09:28:04 |
| 25 | A    Yeah, okay, so that was -- so he was | 09:28:06 |

| | | |
|---|---|---|
| 1 | obviously a member of the board, and he provided | 09:28:22 |
| 2 | some level of oversight of what we were doing. | 09:28:26 |
| 3 | Q    Who was the -- you said the CEO of | 09:28:32 |
| 4 | Schulman? | 09:28:42 |
| 5 | A    Yes. | 09:28:42 |
| 6 | Q    Who was that? | 09:28:42 |
| 7 | A    A guy named Michael Woods. | 09:28:43 |
| 8 | Q    Okay, and so after you and Mr. Woods had | 09:28:46 |
| 9 | your clandestine operation -- | 09:28:48 |
| 10 | A    And that's maybe a -- | 09:28:51 |
| 11 | Q    Sure. | 09:28:52 |
| 12 | A    I might have chosen a different word. | 09:28:53 |
| 13 | Let's put it that way.  That has -- that has -- | 09:28:55 |
| 14 | well, no, let's just -- let's get it on the record | 09:28:57 |
| 15 | so it's clear, okay?  That has an air of unsavory | 09:28:59 |
| 16 | activity. | 09:29:05 |
| 17 | Q    I understood it as a turn of phrase. | 09:29:05 |
| 18 | A    Okay.  Well, I just want to make -- you | 09:29:07 |
| 19 | know, because somebody else is going to read -- or | 09:29:08 |
| 20 | listen to this stuff, and they're going to say oh, | 09:29:09 |
| 21 | that sounds really weird.  It was absolutely above | 09:29:11 |
| 22 | board, known to all parties.  There were no | 09:29:17 |
| 23 | discussions that were not within the fiduciary | 09:29:19 |
| 24 | responsibility or just good thing.  It was | 09:29:24 |
| 25 | conducted in a manner that was confidential to the | 09:29:27 |

| | | |
|---|---|---|
| 1 | two chief executive officers and their team. | 09:29:31 |
| 2 | Q    Understood. | 09:29:34 |
| 3 | A    So I -- I made sure that none of my | 09:29:35 |
| 4 | people -- I literally -- they did not know that we | 09:29:38 |
| 5 | were doing this until we announced it from a board | 09:29:41 |
| 6 | resolution.  I suspect Mr. -- Mr. Woods did the | 09:29:44 |
| 7 | same thing, but there was no -- I was not out on an | 09:29:48 |
| 8 | activity that was hey, Jeff, just go out and root | 09:29:51 |
| 9 | around and figure out what you can find.  I mean, | 09:29:57 |
| 10 | it was a -- you know, a chain of command type | 09:30:00 |
| 11 | activity.  Let me make sure that's a hundred | 09:30:04 |
| 12 | percent clear. | 09:30:07 |
| 13 | Q    Understood, sir.  I am in no way here to | 09:30:08 |
| 14 | -- | |
| 15 | A    Okay. | |
| 16 | Q    -- impugn your character.  So after you | 09:30:12 |
| 17 | met with Mr. Woods -- | 09:30:14 |
| 18 | A    Right. | |
| 19 | Q    -- what -- what happened then?  What | 09:30:19 |
| 20 | steps did you take? | 09:30:21 |
| 21 | A    Well, there was a period of -- of back | 09:30:21 |
| 22 | and forth.  The first thing was like, you know, | 09:30:23 |
| 23 | initial kumbaya, hey, what do you think?  And there | 09:30:25 |
| 24 | was a lot of goodness from a synergy perspective. | 09:30:29 |
| 25 | Even though we did the same things, we did them in | 09:30:34 |

1    a slightly different manner, had a slightly                09:30:36

2    different set of clients.                                  09:30:39

3          And so there was also -- hey, it was no              09:30:40

4    surprise to me or I think anyone else that that            09:30:43

5    industry was going to be consolidated.  There was a        09:30:46

6    bunch of tiny things that did an important task in         09:30:49

7    the clinical research.  It was ripe for                    09:30:52

8    consolidation.  It's one reason why I joined               09:30:54

9    Chesapeake initially.  So it was a logical thing to        09:30:57

10   do, but we -- you know, but just because it's a            09:31:00

11   good thing maybe financially or capability wise            09:31:02

12   doesn't mean it's a good thing to do.                      09:31:07

13        Q    Uh-huh.                                          09:31:10

14        A    So we kind of worked through those               09:31:10

15   scenarios, you know, sort of the idea of how might         09:31:12

16   it look, and we got to a point where the four              09:31:15

17   parties, the two private equity companies and              09:31:19

18   ourselves agreed it made sense, and then we went to        09:31:22

19   a more formal -- I don't want to infer that this           09:31:25

20   process was not formal, because it certainly was,          09:31:31

21   but we, you know, made it more of a transactional          09:31:35

22   process -- a process with a transaction in mind.           09:31:37

23        Q    Was it -- pardon my terminology if it's          09:31:41

24   inaccurate here.  I'm trying to get the concept,           09:31:48

25   but was it a -- sort of a direct merger or was             09:31:51

| | | |
|---|---|---|
| 1 | there -- was it shopped about, do you know? | 09:31:55 |
| 2 | A    No, it was a direct -- | 09:31:57 |
| 3 | MR. DEMERS:  Objection.  You can answer. | 09:31:59 |
| 4 | MR. O'BEIRNE:  Yeah, okay. | 09:32:00 |
| 5 | A    I'm sorry.  Sorry, I jumped the gun | 09:32:01 |
| 6 | there.  It was a direct merger. | 09:32:04 |
| 7 | Q    Okay.  And so who -- did you -- so you | 09:32:05 |
| 8 | met with Mr. Woods, and -- and then what? | 09:32:17 |
| 9 | Diligence happened? | 09:32:21 |
| 10 | A    Well, I guess we had a series -- I would | 09:32:23 |
| 11 | say -- it wasn't like we met one time and -- and | 09:32:29 |
| 12 | then we moved on.  It was a series of, you know, | 09:32:31 |
| 13 | okay, this makes sense, I'm going to report back | 09:32:35 |
| 14 | to, you know, my team, you report back to your | 09:32:39 |
| 15 | team, and eventually we kind of nicked it down | 09:32:41 |
| 16 | where we saw -- we saw there was a way forward, and | 09:32:45 |
| 17 | then it -- then it transformed itself to more what | 09:32:48 |
| 18 | I would call a typical transaction as opposed to a | 09:32:52 |
| 19 | focused conversation.  That's a -- that's a good | 09:32:55 |
| 20 | way to describe it. | 09:33:00 |
| 21 | Q    Sure. | 09:33:01 |
| 22 | A    It's probably not technical, but -- | 09:33:02 |
| 23 | Q    When did Mr. Donnelly get involved? | 09:33:03 |
| 24 | A    I would say probably around the time that | 09:33:06 |
| 25 | we were doing the -- or the board was deciding | 09:33:14 |

1    whether we were going to proceed.                     09:33:17

2        Q    Okay, and what was Mr. Donnelly's           09:33:19

3    involvement, to your knowledge?                       09:33:26

4        A    Well, he was -- let me try to remember.      09:33:27

5    At that time he was not -- no, he would have -- I      09:33:37

6    guess I didn't see any difference between his          09:33:40

7    operational -- excuse me, operating partner day to     09:33:43

8    day before or after except that we had one more        09:33:50

9    topic to talk about, which was the potential           09:33:53

10   merger.                                                09:34:02

11       Q    Okay.  Did -- strike that.  Was Mr.          09:34:02

12   Donnelly involved in doing due diligence on            09:34:10

13   Schulman?                                              09:34:14

14       A    Yeah, once we -- once we decided to go        09:34:15

15   forward, he participated as part of a team that        09:34:20

16   went through that.                                     09:34:26

17       Q    Okay.  Do you know whether Mr. Donnelly       09:34:27

18   attended any investment team meetings related to       09:34:30

19   that?                                                  09:34:32

20       MR. O'BEIRNE:  Objection, form,                    09:34:34

21   foundation.                                            09:34:35

22       MR. DEMERS:  You can answer.                       09:34:35

23       A    When you say investment team, meaning --      09:34:37

24       Q    Linden's investment team.                     09:34:38

25       MR. O'BEIRNE:  Same.                               09:34:41

1    A    Meaning -- I'm struggling with the term          09:34:42

2  "investment team."  Does that include -- I mean,        09:34:49

3  what -- what specifically about it?                     09:34:50

4    Q    Do you know if Mr. Donnelly attended any         09:34:51

5  meetings with Linden partners to discuss the merger     09:34:53

6  of Chesapeake and Schulman?                             09:35:00

7         MR. O'BEIRNE:  Same.                             09:35:04

8         MR. DEMERS:  You can answer.                     09:35:04

9    A    I would imagine he did.  I'm not sure he         09:35:05

10 shared that with me, so --                              09:35:07

11   Q    Okay.  Did you attend any meetings with         09:35:09

12 Linden partners regarding the merger of Schulman        09:35:12

13 and Chesapeake?                                         09:35:17

14        MR. O'BEIRNE:  Form.                             09:35:19

15        MR. DEMERS:  You can answer.                     09:35:19

16   A    I'm -- just so we're clear, I'm defining        09:35:20

17 partner as someone that would be a significant          09:35:23

18 stakeholder in the -- in the entity called Linden.      09:35:26

19   Q    Sure.  I'm not -- that's fair.  I'm not         09:35:31

20 trying to discern between -- necessarily between a      09:35:36

21 partner and a vice president or principal.              09:35:39

22   A    Okay.                                            09:35:41

23   Q    But someone who works directly for Linden       09:35:42

24 managing the investment that they have in               09:35:45

25 Chesapeake and Schulman, did you meet directly with     09:35:47

1    any of those people?                              09:35:50

2         A    Oh, yeah, yeah, Kam Shah and Tony Davis    09:35:51

3    specifically.                                     09:35:58

4         Q    Were -- was Mr. Donnelly involved in     09:35:58

5    those meeting?                                    09:36:01

6         A    Sometimes, and sometimes not.           09:36:03

7         Q    Okay.                                    09:36:04

8         A    But again, that was a -- that would be   09:36:05

9    like a usual -- the usual course of business.     09:36:07

10        Q    Okay.  Did -- did Mr. Donnelly provide   09:36:09

11   you with any advice and counsel regarding the     09:36:14

12   operations of the entity?                         09:36:18

13             MR. DEMERS:  Objection to form.  You can 09:36:21

14   answer.                                           09:36:22

15             MR. O'BEIRNE:  Same.                     09:36:22

16        A    I don't -- I don't recall anything that I 09:36:23

17   would say was particularly material.              09:36:37

18        Q    Okay.                                    09:36:40

19        A    I mean, obviously as a -- well, I'll just 09:36:50

20   let it stay there.                                09:36:54

21        Q    Did you have anything that you --        09:36:55

22        A    No, no.                                  09:36:57

23        Q    -- wanted to add?                        09:36:58

24        A    No.                                      09:36:59

25        Q    So after the merger --                  09:37:00

| 1  | A    Uh-huh. | 09:37:08 |
| 2  | Q    What was your position after the merger? | 09:37:09 |
| 3  | A    So after the merger, I was the president | 09:37:12 |
| 4  | of Advarra. | 09:37:16 |
| 5  | Q    Okay, and Mr. Donnelly came on board as | 09:37:18 |
| 6  | the CEO; is that correct? | 09:37:21 |
| 7  | A    Correct. | 09:37:22 |
| 8  | Q    Okay.  When did you learn that you would | 09:37:23 |
| 9  | not be the CEO of the combined entity? | 09:37:25 |
| 10 | A    October 3rd of I think it was 2017, so -- | 09:37:28 |
| 11 | so a few -- maybe a week or so before the -- the | 09:37:39 |
| 12 | actual consummation of the deal. | 09:37:45 |
| 13 | Q    Okay.  How did you learn that? | 09:37:49 |
| 14 | A    I was asked to come up to Chicago, meet | 09:37:50 |
| 15 | with Tony, Kam and Pat. | 09:37:54 |
| 16 | Q    Okay.  Who actually spoke to you at that | 09:37:58 |
| 17 | meeting and told you that you would not be the CEO? | 09:38:01 |
| 18 | A    Who specifically said the words? | 09:38:04 |
| 19 | Q    Yeah. | 09:38:08 |
| 20 | A    I'm pretty sure it was Tony.  I mean, he | 09:38:09 |
| 21 | was -- he had the lead, so -- | 09:38:16 |
| 22 | Q    What reasons did he give you for that, if | 09:38:18 |
| 23 | you recall? | 09:38:22 |
| 24 | A    That -- I guess they fundamentally -- I | 09:38:22 |
| 25 | maybe don't -- they start -- Pat was I guess better | 09:38:49 |

1    suited to do it.                                    09:38:54

2            MR. DEMERS:  And -- and for all of these    09:38:55

3    questions, he's not asking you to kind of           09:38:57

4    speculate.  It's only for --                        09:38:58

5            THE WITNESS:  Yeah.                          09:38:58

6            MR. DEMERS:  -- what --                      09:38:58

7            THE WITNESS:  Yeah.                          09:38:58

8            MR. DEMERS:  -- you actually recall.         09:38:59

9            THE WITNESS:  Yeah, yeah.                    09:39:00

10   BY MR. SANFILIPPO:                                   09:39:01

11       Q    Yeah, so you don't -- am I correct in      09:39:01

12   understanding that you don't recall specifically     09:39:03

13   what reasons he gave you?                            09:39:05

14       A    That's probably -- that's a fair           09:39:07

15   assessment, yeah.  I mean, I got the point.  I --    09:39:13

16   kind of didn't really matter I guess.                09:39:21

17       Q    Do you recall whether he gave you any      09:39:23

18   reasons?                                             09:39:26

19       A    Yeah, they gave -- you know, they gave me  09:39:27

20   some -- I guess, like I said, I guess the -- the     09:39:30

21   general way I would sum it up was they thought that  09:39:38

22   perhaps Pat from a scale perspective might have      09:39:41

23   more experience, be the way I'd describe it.  I'm    09:39:44

24   not saying -- you know, I mean, that's --            09:39:49

25       Q    Do you know who made the decision to make  09:39:51

1   Mr. Donnelly CEO?                                         09:39:53

2            MR. O'BEIRNE:  Form, foundation.                09:39:57

3            MR. DEMERS:  You can answer.                     09:39:58

4       A    I have no direct knowledge of who made          09:39:59

5   the decision, nor how it would have even come up as      09:40:01

6   a topic.                                                 09:40:05

7       Q    Do you feel that decision was the right         09:40:06

8   decision?                                                09:40:16

9       A    It's not what I would have done, but I          09:40:17

10  mean, it turned out okay.                                09:40:23

11      Q    Okay.  So after the merger, Mr.                 09:40:24

12  Donnelly's the CEO, you're the president.                09:40:31

13      A    Correct.                                        09:40:34

14      Q    How was your working relationship with          09:40:35

15  Mr. Donnelly?                                            09:40:36

16      A    I would say it would be what you would          09:40:37

17  expect of a relationship between a CEO and a             09:40:40

18  president.  You know, frankly, I continued to run        09:40:42

19  the operations.  I reported to him as -- you know,       09:40:47

20  I had -- you know, I understand how a chain of           09:40:51

21  command works, very respectful of that, so I did --      09:40:54

22  basically kept doing what I was doing, which also        09:41:00

23  involved the integration of the two entities, which      09:41:03

24  was not trivial.  So I led that component from an        09:41:05

25  operational perspective.                                 09:41:09

1        The next despondent -- or no, the next          09:41:12

2   person that sits in this chair did more or less the   09:41:16

3   financial piece of that, but I did all the           09:41:19

4   operations part.                                     09:41:21

5        Q    Okay.  And what did Mr. Donnelly do?       09:41:22

6        A    Oh, he was the CEO.  We reported in to     09:41:24

7   him as to what we were doing.                        09:41:29

8        Q    Okay.  Did you have a good working         09:41:30

9   relationship with Mr. Donnelly?                      09:41:33

10        A    Yeah.                                      09:41:34

11        Q    Did you feel he was capable as the CEO?    09:41:34

12        A    Yeah, yeah.                                09:41:37

13        Q    Did you have any issues with the amount    09:41:41

14   of hours that Mr. Donnelly was working?              09:41:46

15             MR. O'BEIRNE:  Form.                       09:41:51

16             MR. DEMERS:  You can answer.               09:41:52

17        A    I would say at times, it appeared to me    09:41:52

18   that he was perhaps distracted on other tasks not    09:42:05

19   necessarily related to Advarra.                      09:42:09

20        Q    What is the basis for that belief?         09:42:13

21        A    Well, let's say -- so I'm not a person     09:42:23

22   that needs a lot of guidance as to -- or hand-       09:42:29

23   holding.  You tell me what to do, I go off and do    09:42:34

24   it.  I do two things.  If I have a question, I come  09:42:35

25   back and ask you hey, I'm thinking about this, what  09:42:37

1    do you think?  And the second thing, I report back          09:42:39

2    as to what the status is specifically if something          09:42:41

3    appears on the horizon as being a problem, okay?            09:42:44

4    That's just how I operate.                                  09:42:48

5         Q    Uh-huh.                                           09:42:49

6         A    Okay, so it's like have the cards face up         09:42:50

7    on the table, let me make sure that you're apprised         09:42:52

8    of the important things that we're doing.  You              09:42:56

9    don't need to know every little detail, and then,          09:42:58

10   you know, occasionally say given a choice between A         09:43:01

11   and B, what do you think, you know, if I -- if I           09:43:04

12   don't know what to do, but it's more of a -- I             09:43:06

13   won't say it's a tell, but it's more hey, I've             09:43:09

14   analyzed this situation, this is what we need to           09:43:12

15   do, are you okay doing that, that type of scenario.        09:43:14

16        Q    Okay.                                            09:43:18

17        A    So as those things came up, I would             09:43:18

18   obviously seek counsel, or seek -- seek an                 09:43:21

19   audience, okay, because it's appropriate for the           09:43:22

20   president of the organization to make sure the             09:43:25

21   CEO's fully informed.  There'd be times where I            09:43:27

22   would try to get in touch with Pat Donnelly, and it        09:43:32

23   might be honestly several days before I can get a          09:43:35

24   -- a phone audience.                                       09:43:38

25        Q    Okay.  Did you have an understanding as          09:43:39

| | |
|---|---|
| 1 | to what Mr. Donnelly was doing during those days | 09:43:44 |
| 2 | when you couldn't get ahold of him? | 09:43:50 |
| 3 | MR. O'BEIRNE:  Objection. | 09:43:53 |
| 4 | MR. DEMERS:  Objection.  You can answer. | 09:43:53 |
| 5 | MR. O'BEIRNE:  Calls for speculation. | 09:43:55 |
| 6 | BY MR. SANFILIPPO: | 09:43:57 |
| 7 | Q    I'm just asking if you had -- | 09:43:57 |
| 8 | A    Yes. | |
| 9 | Q    -- an understanding of what he was doing. | 09:43:59 |
| 10 | MR. O'BEIRNE:  Same. | 09:44:01 |
| 11 | A    I didn't think -- hey, at the end of the | 09:44:01 |
| 12 | day, I'm there to support and do what he needs to | 09:44:05 |
| 13 | have done.  What he's doing with his time that | 09:44:08 |
| 14 | weren't directly related to me I didn't speculate | 09:44:11 |
| 15 | nor pay much attention to, and -- | 09:44:14 |
| 16 | Q    Sure.  Did you ever talk to him about it? | 09:44:16 |
| 17 | A    No.  Like I never -- I guess if you're -- | 09:44:18 |
| 18 | I mean, to directly answer your question, I never | 09:44:21 |
| 19 | say hey, what the hell's going on, are you doing | 09:44:24 |
| 20 | something -- pardon that.  Sorry about that.  What | 09:44:27 |
| 21 | are -- what are you doing, I haven't been able to | 09:44:29 |
| 22 | get in touch you with for a couple of days.  So no, | 09:44:34 |
| 23 | and -- and I -- I would not let something -- I | 09:44:37 |
| 24 | mean, if the building was burning down and I | 09:44:40 |
| 25 | couldn't get in touch with him, I'd find another | 09:44:43 |

| | | |
|---|---|---|
| 1 | way to do that, but no, I didn't speculate or | 09:44:44 |
| 2 | inquire or have any real interest in what else was | 09:44:47 |
| 3 | going on. | 09:44:50 |
| 4 | Q    Were there any emergencies that came to a | 09:44:51 |
| 5 | head without response from Mr. Donnelly, to your | 09:44:57 |
| 6 | recollection? | 09:45:02 |
| 7 | A    No, because that would have been | 09:45:02 |
| 8 | something that I wouldn't have permitted to occur. | 09:45:05 |
| 9 | Q    Do you believe that Mr. Donnelly had | 09:45:08 |
| 10 | faith in you to run the operations of the company? | 09:45:28 |
| 11 | MR. DEMERS:  Objection to form.  You can | 09:45:30 |
| 12 | answer. | 09:45:33 |
| 13 | A    Well, if he didn't, it would have no | 09:45:34 |
| 14 | basis in factual performance, so I would assume. | 09:45:42 |
| 15 | He's a pretty smart guy and he would have therefore | 09:45:45 |
| 16 | had faith in me.  I had no indication that he | 09:45:49 |
| 17 | didn't. | 09:45:52 |
| 18 | Q    So is it fair to say that if Mr. Donnelly | 09:45:52 |
| 19 | let you run the operations of the company, he might | 09:46:00 |
| 20 | have done so because he had faith in you to do so? | 09:46:03 |
| 21 | MR. O'BEIRNE:  Form. | 09:46:06 |
| 22 | MR. DEMERS:  Objection.  You can answer. | 09:46:07 |
| 23 | THE WITNESS:  I'm sorry, could you say | 09:46:09 |
| 24 | that again?  I'm not sure I understood the -- | 09:46:11 |
| 25 | MR. SANFILIPPO:  Can you please read the | 09:46:14 |

1    question back to the witness, Karen?                    09:46:16

2           THE REPORTER:  Question:  "So is it fair         09:46:27

3    to say that if Mr. Donnelly let you run the

4    operations of the company, he might have done so

5    because he had faith in you to do so?"                  09:46:28

6           MR. DEMERS:  Same objection.  You can            09:46:28

7    answer.                                                 09:46:30

8           THE WITNESS:  Yeah, I mean, I'm not sure         09:46:34

9    how that -- I mean, the answer would be yeah, I         09:46:36

10   don't -- I would assume if he didn't, he would have    09:46:40

11   done something else.                                    09:46:43

12   BY MR. SANFILIPPO:                                      09:46:44

13      Q    Have you ever had any issues getting paid       09:46:44

14   by Linden some amount of compensation that you felt     09:46:50

15   they owed you?                                          09:46:55

16          MR. O'BEIRNE:  Form.                             09:46:56

17          MR. DEMERS:  You can answer.                     09:46:57

18      A    No.                                             09:46:57

19      Q    Are you aware of any other situation            09:46:58

20   where a individual has claimed that Linden has not      09:47:13

21   paid them an earned fee or bonus or monetary            09:47:19

22   amount?                                                 09:47:24

23          MR. O'BEIRNE:  Form, foundation.                 09:47:25

24          MR. DEMERS:  You can answer.                     09:47:26

25      A    No.                                             09:47:27

1     Q    Now, I know we talked about your                 09:47:33

2 background, but just to ask you directly, have you         09:48:07

3 ever been an operating partner for Linden?                 09:48:08

4     A    No.                                               09:48:10

5     Q    Do you know whether Mr. Donnelly was              09:48:10

6 working as an operating partner while he was the           09:48:35

7 CEO of Linden -- oh, strike that question.  Do you         09:48:38

8 know if Mr. Donnelly was working as an operating           09:48:42

9 partner while he was the CEO of Advarra?                   09:48:45

10         MR. O'BEIRNE:  Calls for speculation.             09:48:49

11         MR. DEMERS:  You can answer.                      09:48:51

12     A    Along the lines of speculation, I would          09:48:52

13 agree, but my -- at least my understanding of the         09:48:54

14 CEO role as a Linden -- as a person who works for         09:48:57

15 Linden is that was a full-time job.  So in other          09:49:03

16 words, like if someone -- like it was clear to me,        09:49:08

17 when I was the CEO of Linden, that's what I did.          09:49:10

18 As far as --                                              09:49:14

19         MR. DEMERS:  I think you said CEO, CEO of         09:49:14

20 Linden.                                                   09:49:16

21     A    Excuse me, yeah.  Maybe some day.  Of --         09:49:16

22 of Chesapeake slash -- I guess Chesapeake at that         09:49:20

23 time.  So that was made clear to me that that's a         09:49:23

24 full-time job, but I don't know -- I don't have any       09:49:27

25 speculation on, you know, Pat's situation.                09:49:30

| | | |
|---|---|---|
| 1 | MR. SANFILIPPO: Okay. I just want to | 09:49:34 |
| 2 | note for the record my objection to Mr. O'Beirne's | 09:49:35 |
| 3 | speaking objections. Speculation is a form | 09:49:38 |
| 4 | objection. You are welcome to make a form | 09:49:42 |
| 5 | objection. | 09:49:46 |
| 6 | THE WITNESS: Well, so as a -- as a | 09:49:47 |
| 7 | rebuttal -- or as a joinder to that -- | 09:49:48 |
| 8 | MR. DEMERS: He hasn't asked you -- | 09:49:52 |
| 9 | THE WITNESS: Oh, okay. Got it. | 09:49:55 |
| 10 | MR. DEMERS: -- a question, but if he | 09:49:56 |
| 11 | follows up, you're welcome to answer. | 09:49:56 |
| 12 | THE WITNESS: Okay, got it. Got it. | 09:49:59 |
| 13 | Thank you. | 09:50:02 |
| 14 | BY MR. SANFILIPPO: | 09:50:02 |
| 15 | Q    Mr. Wendel, in preparing for your | 09:50:02 |
| 16 | deposition today, did you ever meet with Mr. | 09:50:05 |
| 17 | O'Beirne? | 09:50:07 |
| 18 | A    I saw him in the hallway about ten | 09:50:07 |
| 19 | minutes before we started. | 09:50:09 |
| 20 | Q    Okay. Did you discuss the substance of | 09:50:10 |
| 21 | your testimony? | 09:50:12 |
| 22 | A    No. | 09:50:13 |
| 23 | Q    Okay. Did you discuss your testimony | 09:50:13 |
| 24 | with anyone from Mr. O'Beirne's law firm? | 09:50:17 |
| 25 | A    No. | 09:50:21 |

1      Q    So you -- am I correct that you were          09:50:21

2   still the president of Advarra when Advarra was       09:50:49

3   sold to Genstar?                                      09:50:53

4      A    Correct.                                      09:50:56

5      Q    Okay.  What was your involvement in that      09:50:57

6   transaction?                                          09:51:00

7      A    So I became fully involved when we            09:51:00

8   decided to start the process, which was started in    09:51:09

9   early -- let's see, it would have been 2019.          09:51:15

10     Q    Okay.                                         09:51:21

11     A    So my -- my main role -- so there was two     09:51:21

12  things to the -- that I think were germane to that    09:51:25

13  transaction.  One was to continue to hit on the       09:51:28

14  operating performance or exceed that, so that was     09:51:31

15  certainly a primary focus.  I became let's say        09:51:34

16  fully engaged in the sale process again when we       09:51:40

17  started going down the road of creating the -- the    09:51:43

18  CIMs and the strategy, and you know, what are we --   09:51:47

19  what are we looking for, how are we going to          09:51:51

20  present our strategy moving forward, so the typical   09:51:52

21  things that eventually result in a management         09:51:57

22  presentation.                                         09:51:59

23     Q    Okay.  Did -- do you know what Mr.            09:51:59

24  Donnelly's role was in the sale of Advarra?           09:52:05

25          MR. O'BEIRNE:  Form, foundation.              09:52:11

```
 1            MR. DEMERS:  You can answer.              09:52:12

 2       A    I mean, I -- no one, let's say,           09:52:12

 3  explicitly told me, but having been a CEO and done  09:52:14

 4  it, I assume he was doing the same thing that I     09:52:18

 5  would have done, you know, in terms of both the --  09:52:20

 6  you know, from a presenting the company perspective 09:52:24

 7  as well as grinding through the preparations and    09:52:29

 8  the due diligence.                                  09:52:32

 9       Q    Okay.  Do you have any understanding as   09:52:32

10  to whether Mr. Donnelly was doing things other than 09:52:36

11  things a CEO typically does when a company is sold? 09:52:40

12            MR. DEMERS:  Objection to form.           09:52:45

13            MR. O'BEIRNE:  And foundation.            09:52:47

14            MR. DEMERS:  You can answer.              09:52:47

15       A    I'm not sure what would fall into the     09:52:48

16  category of the something else.  If you can give me 09:52:55

17  an example, that might help.                        09:52:59

18       Q    Okay.  Well, work that would be performed 09:53:01

19  by an operating partner.  I'm just -- I'm just      09:53:04

20  trying to understand whether you have testimony     09:53:06

21  related to this or whether you don't know, do know. 09:53:08

22  Do you know what Mr. Donnelly was doing outside of  09:53:12

23  his typical work as a CEO?                          09:53:16

24            MR. O'BEIRNE:  Form, foundation.          09:53:18

25            MR. DEMERS:  You can answer.              09:53:19
```

1      A     I guess I would say not really with the          09:53:20

2  exception of prior to the -- to the CEO transition,       09:53:25

3  I know he was an operating partner and I know he          09:53:29

4  had at least one other entity that he was                09:53:32

5  overseeing, so I assume he did a similar function         09:53:34

6  for them that he did for us, but I have no -- no          09:53:38

7  direct knowledge, nor did I, you know, worry about        09:53:43

8  that.                                                    09:53:46

9      Q     Did you -- did you and Mr. Donnelly ever        09:53:46

10  discuss his operating partner position with Linden?     09:53:48

11      A     No.                                            09:53:52

12      Q     Did you ever discuss Mr. Donnelly's           09:53:52

13  operating partner position at Linden with anyone        09:53:55

14  who was employed by Linden?                             09:53:57

15      A     I don't recall having any conversation at     09:54:01

16  all relating to Mr. Donnelly being or not being an      09:54:05

17  operating partner or what tasks are explicitly          09:54:10

18  stated for that person to do.  I mean, I                09:54:17

19  observationally see what happens.  I assume that's      09:54:20

20  what -- you know, I don't have any direct               09:54:23

21  knowledge.  I don't --                                  09:54:25

22      Q     Okay.  In preparing for your testimony        09:54:26

23  today, did you speak to anyone at Linden?               09:54:27

24      A     Well, they told me that I'd eventually        09:54:30

25  get a subpoena, so yeah.                                09:54:33

| | | | |
|---|---|---|---|
| 1 | Q | Who was that? | 09:54:34 |
| 2 | A | Kam. | 09:54:35 |
| 3 | Q | Okay.  When did that occur? | 09:54:37 |
| 4 | A | Maybe -- maybe two weeks before the | 09:54:39 |
| 5 | subpoena arrived. | | 09:54:49 |
| 6 | Q | Apologies for that. | 09:54:50 |
| 7 | A | That's okay. | 09:54:52 |
| 8 | Q | Maybe two weeks before the subpoena came | 09:54:52 |
| 9 | out? | | 09:54:55 |
| 10 | A | Yeah. | 09:54:55 |
| 11 | Q | And did he tell you why you'd be getting | 09:54:56 |
| 12 | a subpoena? | | 09:55:00 |
| 13 | A | Well, he told me that there was a point | 09:55:00 |
| 14 | of contention, but you know -- | | 09:55:06 |
| 15 | Q | Did he tell you what the point of | 09:55:07 |
| 16 | contention was? | | 09:55:09 |
| 17 | A | No. | 09:55:10 |
| 18 | Q | Was Mr. Shah the only person that you | 09:55:10 |
| 19 | spoke to at Linden? | | 09:55:17 |
| 20 | A | Yes. | 09:55:18 |
| 21 | Q | Okay.  Did you discuss with anyone at | 09:55:19 |
| 22 | Linden what you would be testifying about? | | 09:55:24 |
| 23 | A | No.  I had no idea what the questions | 09:55:28 |
| 24 | were, so I wouldn't have any -- you know. | | 09:55:34 |
| 25 | Q | Do you have any knowledge of when Mr. | 09:55:36 |

1    Donnelly ceased being an operating partner?              09:56:05

2            MR. O'BEIRNE:  Form, foundation.                 09:56:09

3            MR. DEMERS:  You can answer.                      09:56:10

4      A    When he ceased being an operating                 09:56:11

5    partner?  No, I do not.                                  09:56:12

6      Q    Do you have any knowledge of the terms of         09:56:14

7    Mr. Donnelly's operating partner agreement?              09:56:34

8            MR. O'BEIRNE:  Same.                              09:56:38

9            THE WITNESS:  no.                                 09:56:38

10            MR. DEMERS:  You can answer.                      09:56:38

11            THE WITNESS:  No, I do not.  I'm sorry.           09:56:39

12    BY MR. SANFILIPPO:                                       09:56:42

13      Q    Do you have any knowledge regarding Mr.           09:56:42

14    Donnelly's membership in other boards of directors?      09:56:43

15            MR. O'BEIRNE:  Same.                              09:56:49

16      A    Could I name any of them, no.  I believe          09:56:51

17    that he might be involved with other organizations,      09:57:02

18    but I could not --                                       09:57:04

19      Q    Any knowledge --                                  09:57:07

20      A    I have no direct knowledge.                       09:57:07

21      Q    -- roles or responsibilities with --             09:57:09

22      A    No.                                               09:57:11

23            MR. DEMERS:  We've been going for close           09:57:42

24    to an hour.  Are you --                                  09:57:44

25            THE WITNESS:  Yeah, I'm fine, yeah.  Okay         09:57:46

```
 1    if I grab a -- grab a water?                        09:57:50
 2            MR. DEMERS:  Of course.                     09:57:54
 3            MR. O'BEIRNE:  I got you.                   09:57:55
 4    BY MR. SANFILIPPO:                                  09:57:56
 5        Q    Do you have any agreement --               09:57:56
 6            MR. O'BEIRNE:  Hold on.  Give me -- let     09:57:58
 7    me get back on the mic.                             09:57:59
 8            MR. SANFILIPPO:  Oh, sorry.                 09:58:00
 9            THE WITNESS:  Thank you.  Sorry.  Thank     09:58:01
10    you.                                                09:58:07
11    BY MR. SANFILIPPO:                                  09:58:11
12        Q    Take your time.                            09:58:11
13        A    Oh, sorry.                                 09:58:12
14        Q    No problem.  Take your time.  Are you      09:58:13
15    ready?                                              09:58:15
16        A    Yeah.                                      09:58:15
17        Q    Okay.  Do you -- do you have any direct    09:58:16
18    agreement with Linden that provides you             09:58:18
19    compensation?                                       09:58:20
20        A    Direct with Linden, no.                    09:58:21
21        Q    Have you ever had an agreement direct      09:58:26
22    with Linden that provides you compensation?         09:58:28
23        A    No.                                        09:58:30
24        Q    Now, did you have any involvement in       09:58:30
25    Linden's acquisition of Drug Safety Solutions?      09:58:47
```

| | | |
|---|---|---|
| 1 | MR. O'BEIRNE:  Objection to the form and | 09:58:54 |
| 2 | foundation. | 09:58:55 |
| 3 | MR. DEMERS:  You can answer. | 09:58:56 |
| 4 | A     Did I have any involvement in the -- | 09:58:56 |
| 5 | well, so that's a little bit of a complicated | 09:59:01 |
| 6 | question.  Drug Safety Solutions was a component | 09:59:07 |
| 7 | part of a thing called MaGil IRB.  I had been | 09:59:10 |
| 8 | working that opportunity, acquisition opportunity | 09:59:15 |
| 9 | for several years directly with its -- its owner, | 09:59:19 |
| 10 | it was a -- it was not a big entity, for the | 09:59:22 |
| 11 | purpose of adding an IRB and also adding some | 09:59:25 |
| 12 | ancillary services that they provided through the | 09:59:29 |
| 13 | DSS name, Drug Safety Solutions. | 09:59:31 |
| 14 | So I essentially took it to the -- to the | 09:59:35 |
| 15 | place where there was a deal on the table and a | 09:59:41 |
| 16 | deal consummated, or a deal framework consummated. | 09:59:43 |
| 17 | Subsequently, there was a decision taken to peel | 09:59:48 |
| 18 | off the Drug Safety Solutions component and the -- | 09:59:51 |
| 19 | the doctor that was associated with that, who | 09:59:56 |
| 20 | happened to be the owner, and move that to a | 09:59:59 |
| 21 | different portfolio company.  We retained primarily | 10:00:02 |
| 22 | the IRB piece.  So am I familiar with the details | 10:00:06 |
| 23 | from a due diligence deal perspective, absolutely. | 10:00:12 |
| 24 | Q     Okay. | 10:00:16 |
| 25 | A     So that's how that -- that's how that | 10:00:17 |

1    played out.  So we got one part of it, which was          10:00:19

2    frankly disappointing in that that provided us, as         10:00:26

3    small as it might have been, I think an opportunity         10:00:31

4    to more -- to accelerate our expansion into                10:00:35

5    ancillary services.                                        10:00:38

6        Q    So just to make sure I'm understanding            10:00:40

7    you right, you were disappointed that you only got         10:00:54

8    a small piece, and you felt that if you had gotten         10:00:56

9    a larger piece, you could have expanded your               10:00:58

10   opportunities in ancillary services?  Is that what         10:00:59

11   you were saying?                                           10:01:02

12       A    Yeah.                                             10:01:03

13            MR. O'BEIRNE:  Form, foundation.                  10:01:04

14   BY MR. SANFILIPPO:                                         

15       Q    Okay.                                             10:01:05

16       A    Yeah.                                             10:01:05

17       Q    Okay.  What was it about the other piece          10:01:06

18   that you thought could have expanded your                  10:01:08

19   opportunity?                                               10:01:12

20       A    Well, we had -- we had visions to do              10:01:12

21   biosafety reviews as opposed to research reviews,          10:01:17

22   typically -- things like the, you know, messenger          10:01:22

23   RNA and those types of studies where that IRB had a        10:01:26

24   tiny footprint in an IBC space.  They had three or         10:01:32

25   four projects, which we ended up keeping the               10:01:36

1    projects, but the -- the person that did that task          10:01:41

2    moved on to the -- to another portfolio company.            10:01:44

3    So that set us back from a -- let's say a                    10:01:47

4    acceleration perspective.  We needed to then beef            10:01:53

5    up our fledgling opportunity, if you will.                   10:01:56

6            Likewise, they did some, you know, drug              10:02:02

7    safety-related services.  Again, this is not --              10:02:05

8    this is not like a gigantic company at this point,           10:02:09

9    but it was an opportunity from my perspective to             10:02:13

10   see how adjacent that service really was, in other           10:02:18

11   words, would there be pull-through from hey, we're           10:02:22

12   doing good work over here, is it a likely thing              10:02:26

13   that a large pharma might employ us to do that.              10:02:29

14   Since it had some projects, it would be -- it'd be           10:02:32

15   a way for us to expand into that -- which is a               10:02:35

16   logical adjacency from a safety perspective just by          10:02:38

17   its name, just like if the primary goal of a IRB is          10:02:44

18   to provide the safe conduct from a human                     10:02:48

19   perspective of research, so it's -- was a fairly             10:02:51

20   logical scenario.                                            10:02:55

21       Q    Were you familiar with the operations of           10:02:57

22   ProPharma?                                                   10:03:00

23       A    I know of ProPharma.  I didn't -- I met            10:03:01

24   their CEO once.  I didn't --                                 10:03:03

25       Q    Okay.                                               10:03:05

```
1        A    You know, again, they're a portfolio         10:03:06
2   company.                                               10:03:09
3        Q    Is it fair to say that you then disagreed    10:03:09
4   with having the majority of DSS go into ProPharma      10:03:12
5   instead of Advarra?                                    10:03:16
6        A    Yeah, absolutely.                            10:03:18
7             MR. O'BEIRNE:  Hold on.  Form,               10:03:19
8   foundation.                                            10:03:21
9             THE WITNESS:  Sorry.                         10:03:21
10            MR. DEMERS:  Objection.  You can answer.     10:03:21
11            THE WITNESS:  Yeah, I absolutely             10:03:23
12  disagreed with that decision.                          10:03:25
13  BY MR. SANFILIPPO:                                     10:03:26
14       Q    Okay.  And do you know who made that         10:03:26
15  decision?                                              10:03:28
16       A    No.                                          10:03:30
17       Q    Okay.  Do you know -- strike that.  Do       10:03:35
18  you have any understanding of what Mr. Donnelly's      10:03:42
19  role in sourcing that deal was?                        10:03:44
20            MR. O'BEIRNE:  Same.                         10:03:46
21       A    Well, from my perspective, Mr. Donnelly      10:03:47
22  had no role in sourcing that opportunity.              10:03:50
23       Q    Okay.                                        10:03:53
24       A    That was something that I had been           10:03:54
25  working on for a period of time.  It eventually --     10:03:56
```

| | | |
|---|---|---|
| 1 | and many of these deals where you're working with a | 10:04:00 |
| 2 | smaller company and the initial owner, it's a long | 10:04:02 |
| 3 | courtship process as opposed to a company buying | 10:04:07 |
| 4 | another company.  So those had been ongoing | 10:04:09 |
| 5 | conversations over a period of years where we -- | 10:04:12 |
| 6 | I'd basically gotten it to a point where the -- the | 10:04:17 |
| 7 | owner was interested in actually considering a | 10:04:20 |
| 8 | transaction. | 10:04:25 |
| 9 |     Q    Are you referring to Dr. Gil Price? | 10:04:26 |
| 10 |     A    Yes. | 10:04:28 |
| 11 |     Q    Do you have any knowledge with respect to | 10:04:28 |
| 12 | Mr. Donnelly's relationship with Dr. Price? | 10:04:30 |
| 13 |     A    He -- I would say he had a similar | 10:04:34 |
| 14 | relationship that I did.  He's -- you know, Gil was | 10:04:37 |
| 15 | a person that is reasonably well known.  I know Pat | 10:04:40 |
| 16 | knew him from the industry.  Whether they ever | 10:04:44 |
| 17 | worked together or not I don't recall. | 10:04:47 |
| 18 |     Q    Okay.  Did you attend any meetings where | 10:04:49 |
| 19 | Mr. Donnelly and Mr. Price discussed the | 10:04:56 |
| 20 | acquisition of Drug Safety Solutions prior to the | 10:04:59 |
| 21 | transaction closing? | 10:05:10 |
| 22 |     A    No, no. | 10:05:11 |
| 23 |     Q    Okay. | 10:05:11 |
| 24 |     A    I was not involved with any of those | 10:05:11 |
| 25 | conversations, so no. | 10:05:16 |

| | |
|---|---|
| 1 | Q    Okay, so you don't know when Mr. Donnelly | 10:05:20 |
| 2 | and Mr. Price started discussing such a | 10:05:23 |
| 3 | transaction? | 10:05:26 |
| 4 | A    I don't -- | |
| 5 | MR. O'BEIRNE:  Objection, form. | 10:05:27 |
| 6 | MR. DEMERS:  You can answer. | 10:05:28 |
| 7 | A    I don't know it for a fact, but I'd be -- | 10:05:28 |
| 8 | I don't know, "certain" is probably too strong of a | 10:05:34 |
| 9 | word, but I doubt had that deal been on the verge | 10:05:36 |
| 10 | of being completed from a Advarra perspective, or I | 10:05:43 |
| 11 | guess it was Chesapeake at that time, that any | 10:05:48 |
| 12 | other entity within the family would have had | 10:05:53 |
| 13 | knowledge of that opportunity.  So if you're asking | 10:05:57 |
| 14 | me if it's a -- again, I go back to the sourcing | 10:05:59 |
| 15 | question.  I don't believe Mr. Donnelly had any | 10:06:04 |
| 16 | role in sourcing that opportunity.  He certainly | 10:06:06 |
| 17 | had a role in eventually shaping its -- the | 10:06:09 |
| 18 | configuration of the deal to split things -- two | 10:06:16 |
| 19 | things apart. | 10:06:20 |
| 20 | Q    Okay. | 10:06:21 |
| 21 | A    Because, you know, that was clear. | 10:06:21 |
| 22 | Q    So what -- what is the basis of your | 10:06:24 |
| 23 | belief that he didn't have any role in sourcing the | 10:06:26 |
| 24 | transaction? | 10:06:28 |
| 25 | A    Well, I guess he never said hey, I got | 10:06:28 |

1    this great idea, let's go purchase MaGil IRB.  It            10:06:39

2    was something that had started well before Linden            10:06:44

3    even owned us.  When we had conversations with the           10:06:48

4    principal, I never got a hey, by the way, I just             10:06:52

5    want to let you know you got a little channel                10:06:54

6    conflict here with your own organization because I          10:06:57

7    got another guy talking to me, another team talking         10:06:59

8    to me.  That doesn't mean people aren't sometimes           10:07:02

9    not fully transparent.  I'd see Gil Price as a very         10:07:05

10   transparent person, so from all those things, my           10:07:10

11   conclusion is that I'm the guy that sourced the            10:07:13

12   deal.                                                       10:07:17

13        Q    Okay.  What was the basis of your                 10:07:18

14   understanding that Mr. Donnelly had a role in               10:07:23

15   shaping the ultimate transaction?                           10:07:27

16        A    Well, he's the guy that informed me that          10:07:31

17   we were going to peel off Drug Safety Solutions to          10:07:34

18   ProPharma.                                                  10:07:39

19        Q    Okay, and how did you take that news?             10:07:39

20        A    Not well.  I thought it was frankly               10:07:43

21   prejudicial to good order, if you will, but I               10:07:47

22   presented my views of why I didn't think that made          10:07:52

23   sense and a decision was taken that that's the way          10:07:55

24   we went, and so you -- you know, you sold your own.         10:07:58

25        Q    Okay.  Who did you present your ideas on          10:08:01

| | | |
|---|---|---|
| 1 | why that wasn't a good idea to? | 10:08:04 |
| 2 | A    Pat, and I do think it came up at a -- it | 10:08:06 |
| 3 | came up in a forum where I believe, you know, Tony, | 10:08:13 |
| 4 | Kam, myself and Pat would have been involved. | 10:08:19 |
| 5 | Q    Do you understand -- strike that.  Yeah, | 10:08:22 |
| 6 | do you have any understanding of who made the final | 10:08:31 |
| 7 | decision to split DSS off? | 10:08:32 |
| 8 | MR. O'BEIRNE:  Form, foundation. | 10:08:35 |
| 9 | MR. DEMERS:  You can answer. | 10:08:36 |
| 10 | A    No one explicitly said by the way, I've | 10:08:37 |
| 11 | decided. | 10:08:43 |
| 12 | Q    Okay. | 10:08:43 |
| 13 | A    I mean, if you -- if you follow the chain | 10:08:43 |
| 14 | of command, again, I don't know the operating -- | 10:08:46 |
| 15 | operating partners or whatever status he was.  He's | 10:08:48 |
| 16 | the CEO at that point, right, so I mean -- | 10:08:52 |
| 17 | Q    Mr. Donnelly? | 10:08:58 |
| 18 | A    No, he was not.  No, he was not.  No one | 10:08:59 |
| 19 | said hey, by the way, I'm the final person that | 10:09:01 |
| 20 | decided. | 10:09:04 |
| 21 | Q    Okay. | 10:09:05 |
| 22 | A    Okay.  It was certainly not me. | 10:09:05 |
| 23 | Q    Okay.  Was Mr. Donnelly to your knowledge | 10:09:07 |
| 24 | involved in the due diligence of that deal? | 10:09:15 |
| 25 | MR. O'BEIRNE:  Same. | 10:09:17 |

1        MR. DEMERS:  You can answer.                    10:09:18

2     A    Other than I guess reviewing work that'd      10:09:21

3   already been completed.  This was not a gigantic --  10:09:24

4   a gigantic undertaking.  It was a -- it was a        10:09:30

5   typical add-on that we got pretty good at doing.     10:09:32

6     Q    So you said other than reviewing I guess      10:09:38

7   work that had already been completed.  Are you       10:09:51

8   saying he did work other than work that had already  10:09:54

9   been completed or --                                 10:09:56

10    A    No, I'm saying I led a due diligence          10:09:57

11  process to acquire what was -- we called the MaGil   10:10:02

12  IRB and its services that included all three parts.  10:10:05

13  We -- we presented our case from a business          10:10:09

14  perspective, this is why it makes sense.  We         10:10:12

15  presented it from a this is an appropriate           10:10:16

16  valuation from accretive perspective or a value      10:10:19

17  creation perspective.                                10:10:19

18         We laid out the plan for how it would be      10:10:30

19  integrated into our entity, and we laid out the      10:10:32

20  plan of why we felt this was a potential             10:10:35

21  opportunity to expand our adjacencies.  So that      10:10:38

22  work in my recollection was completely done before   10:10:41

23  the idea trans -- or presented itself that hey,      10:10:46

24  it'd be a great idea, just carve this piece off.     10:10:50

25  So other than -- whenever Pat became involved, he    10:10:54

| | | |
|---|---|---|
| 1 | would have been looking at, if I recall, completed | 10:10:58 |
| 2 | staff work, if you will, that just said okay, | 10:11:02 |
| 3 | that's the -- that's the -- you know. | 10:11:05 |
| 4 | Q    Okay. | 10:11:07 |
| 5 | A    That's a tight package. | 10:11:07 |
| 6 | Q    But I'm correct that ultimately the | 10:11:09 |
| 7 | transaction that was completed was not the | 10:11:12 |
| 8 | transaction that you pitched.  Is that fair to say? | 10:11:14 |
| 9 | A    That's -- | |
| 10 | MR. O'BEIRNE:  Form, foundation. | 10:11:16 |
| 11 | MR. DEMERS:  You can answer. | 10:11:18 |
| 12 | A    That's correct. | 10:11:18 |
| 13 | Q    So do you know what if any due diligence | 10:11:19 |
| 14 | work Mr. Donnelly did related to the ultimate | 10:11:23 |
| 15 | transaction? | 10:11:27 |
| 16 | MR. O'BEIRNE:  Same. | 10:11:27 |
| 17 | A    I guess no.  I mean, I -- I -- I know the | 10:11:29 |
| 18 | other CEO to my knowledge didn't do it, and there's | 10:11:38 |
| 19 | like -- here's what -- and my phraseology would be | 10:11:41 |
| 20 | here -- here's a completed, you know, body of work | 10:11:46 |
| 21 | that has three entities.  We're going to take this | 10:11:49 |
| 22 | piece and move it over here, and the other piece | 10:11:52 |
| 23 | will stay there.  So other than tick and tie in | 10:11:55 |
| 24 | the, you know, Johnny goes here and Mary goes over | 10:11:59 |
| 25 | there, nothing changed from my perspective that I | 10:12:04 |

| | | |
|---|---|---|
| 1 | recall from the deal dynamics, meaning the price, | 10:12:08 |
| 2 | the configuration, the price or anything else.  So | 10:12:11 |
| 3 | if there were due diligence done, it was -- I guess | 10:12:15 |
| 4 | -- I'm not aware of any. | 10:12:20 |
| 5 |     Q    Okay. | 10:12:22 |
| 6 |     A    And no one asked for our work papers or | 10:12:27 |
| 7 | anything else other than our presentation. | 10:12:32 |
| 8 |     Q    Did you have any -- a cordial | 10:12:34 |
| 9 | relationship with Mr. Donnelly, did you -- or was | 10:12:52 |
| 10 | it contentious?  I mean, how would you describe -- | 10:12:54 |
| 11 | strike that.  How would you describe your | 10:12:57 |
| 12 | relationship with Mr. Donnelly on a personal level? | 10:12:59 |
| 13 |          MR. O'BEIRNE:  Objection, form, | 10:13:02 |
| 14 | foundation. | 10:13:03 |
| 15 |          MR. DEMERS:  You can answer. | 10:13:03 |
| 16 |     A    Okay.  First of all, Pat's a really nice | 10:13:04 |
| 17 | guy.  He's a hard guy not to like, okay?  Second | 10:13:07 |
| 18 | thing is the relationship in my mind is -- is | 10:13:11 |
| 19 | pretty clear from a business perspective.  He's the | 10:13:13 |
| 20 | CEO and I'm the president that supports that.  So | 10:13:16 |
| 21 | regardless of if -- if I said he was the worst | 10:13:19 |
| 22 | person I ever met, that doesn't change how the | 10:13:23 |
| 23 | dynamics of the relationship from a business | 10:13:26 |
| 24 | perspective go forward, but he was a, you know, | 10:13:28 |
| 25 | nice guy to work with. | 10:13:32 |

1       Do we disagree at times on decisions?  We          10:13:35

2  just spent a few minutes talking about one.  Okay,     10:13:39

3  I do -- if I were to characterize anything that        10:13:42

4  made it a little bit challenging was that I believe    10:13:48

5  that -- I understand the -- the role that the CEO      10:13:50

6  plays and the importance that that be supported by     10:13:56

7  any subordinate senior leader, especially one that     10:14:03

8  just got in a sense demoted from that position.  So    10:14:07

9  I went out of my way to make sure that there was       10:14:12

10 nothing that I did that would ever call into           10:14:16

11 question Mr. Donnelly being the person in charge.      10:14:21

12      I think perhaps the different way of              10:14:29

13 operating is I think to some degree, Pat enjoys a      10:14:32

14 confrontational type of an approach within a           10:14:40

15 management team, and so that certainly changed the     10:14:43

16 dynamics a little bit.                                 10:14:47

17      Q    What do you mean by Mr. Donnelly enjoys a    10:14:49

18 confrontational type of approach?                      10:14:56

19      A    I would describe it, I would say that he     10:14:59

20 felt maybe that better solutions arise from when       10:15:15

21 there's tension within the group as opposed to more    10:15:20

22 of a, you know, collaborative -- I don't know,         10:15:23

23 collaborative approach.  I don't know how to           10:15:33

24 describe it.                                           10:15:35

25      Q    What kinds of tensions did you feel -- I     10:15:36

1    mean, strike that.  What kinds of tensions do you        10:15:41

2    mean?                                                    10:15:45

3        A    Well, it would not be uncommon for us to        10:15:47

4    have a conversation, then in the middle -- middle        10:15:56

5    of a group meeting, Pat maybe take a little bit          10:15:59

6    different divergence in what we were going to do in      10:16:06

7    a manner that was maybe not -- didn't maybe cast me      10:16:09

8    in the best light.                                       10:16:11

9            Now -- and I would describe most of those        10:16:14

10   as being relatively immaterial decisions.  I don't      10:16:16

11   know that we ever disagreed necessarily on a            10:16:20

12   material thing, but I guess I always felt there was     10:16:23

13   a -- there was just another way to approach it I         10:16:28

14   guess.                                                   10:16:32

15       Q    So if I'm understanding, are you saying         10:16:32

16   essentially you would propose a path or --               10:16:44

17       A    Right.                                          10:16:47

18       Q    -- something, and you would think it was        10:16:47

19   not material, and Mr. Donnelly would say no, let's       10:16:50

20   not do it that way, let's do it a different way?         10:16:54

21   Is that generally what you're saying?                    10:16:55

22           MR. DEMERS:  Objection to form.  You can         10:16:56

23   answer.                                                  10:16:57

24           MR. O'BEIRNE:  Same.                             10:16:58

25       A    Yeah, it was the way that's done.  I            10:16:59

1  mean, it's one -- it's one thing to have a -- to            10:17:05

2  present it as maybe not a great idea, hey, it's --          10:17:07

3  a position is put on the table.  It's going to get          10:17:12

4  tweaked.  I have no issue -- in fact, that's why --         10:17:16

5  that's what you just do.  There's a way to do that          10:17:19

6  in a manner that I think encourages folks to               10:17:22

7  contribute, and there's another way to do it where         10:17:27

8  it dissuades all but the hardiest souls to dissuade        10:17:30

9  -- to present a differing opinion.                         10:17:33

10      Q    Okay.                                            10:17:37

11      A    Again, it was at -- it was at -- you             10:17:40

12  know, that's just the -- hey, at the end of the            10:17:42

13  day, he's the CEO, I'm the president.  I have to           10:17:44

14  adjust to how he operates, but you're going down a         10:17:48

15  line of, you know, what was the relationship, and I        10:17:52

16  was being -- I frankly answered your questions, but        10:17:54

17  those were not -- I don't think anything that was          10:17:57

18  -- but it was just different, I guess is the way to        10:18:02

19  describe it.                                               10:18:05

20      Q    What's your understanding of how the             10:18:06

21  Schulman IRB merger was sourced?                           10:18:39

22          MR. O'BEIRNE:  Form, foundation.                  10:18:42

23          MR. DEMERS:  You can answer.                      10:18:43

24      A    How it was sourced, my -- or at least            10:18:45

25  what I was told was that a conversation between            10:18:52

1  Linden, I think specifically Tony Davis, and I        10:18:58

2  think it was North Lane Partners.                      10:19:03

3       Q    Okay.  How -- how did you hear that?         10:19:06

4       A    I was told in a meeting.  I believe it       10:19:08

5  was a board meeting.  I was a board member.            10:19:15

6       Q    Do you recall who told you that?            10:19:19

7       A    Tony Davis.  More over the lines of the      10:19:20

8  way of hey, guys, you know, I've been approached,      10:19:27

9  what do you all think, is the way I recall.            10:19:29

10      Q    Okay.  And do you recall whether Mr.         10:19:32

11  Donnelly was present at that meeting?                  10:19:34

12      A    I believe it was a board meeting, and so     10:19:36

13  if that was the case, he would have been present,      10:19:40

14  so yeah.                                               10:19:42

15      Q    Okay.                                         10:19:42

16      A    I doubt that would be a conversation that    10:19:43

17  would not have occurred.  That's a fairly             10:19:44

18  significant decision.                                  10:19:49

19      Q    Sure.  Do you recall Mr. Donnelly's          10:19:50

20  position with respect to the Schulman merger?         10:19:53

21      A    I recall him being supportive of that        10:19:57

22  idea since when you looked at the -- during Linden     10:20:00

23  diligence on acquiring us, we spent a lot of time      10:20:07

24  on value creation, one of those components being       10:20:11

25  what are the M and A opportunities.                    10:20:16

| 1 | Q    Uh-huh. | 10:20:19 |
| 2 | A    Hence my -- probably my commentary | 10:20:21 |
| 3 | earlier on the Drug Safety, but Schulman was -- we | 10:20:24 |
| 4 | were like second and third largest entities that | 10:20:29 |
| 5 | did this.  If you view that consolidation was going | 10:20:33 |
| 6 | to occur, which it actually has, that's an | 10:20:36 |
| 7 | opportunity that I think almost anyone would at | 10:20:41 |
| 8 | least pursue. | 10:20:44 |
| 9 | Q    So you also supported -- | 10:20:46 |
| 10 | A    Oh, absolutely.  Yeah, I'd been -- I'd | 10:20:50 |
| 11 | been trying to do it to the extent that, you know, | 10:20:52 |
| 12 | I mean, that's -- we had a -- it was just a logical | 10:20:57 |
| 13 | thing to do. | 10:21:03 |
| 14 | Q    What efforts had you undertaken to -- | 10:21:04 |
| 15 | A    Well -- | 10:21:08 |
| 16 | MR. DEMERS:  Just allow him to -- | 10:21:09 |
| 17 | THE WITNESS:  Yeah. | |
| 18 | MR. DEMERS:  -- finish the question so | 10:21:10 |
| 19 | that the -- | 10:21:11 |
| 20 | THE WITNESS:  Sorry. | 10:21:12 |
| 21 | MR. DEMERS:  -- court reporter can take | 10:21:14 |
| 22 | it down. | 10:21:15 |
| 23 | THE WITNESS:  Sorry. | 10:21:15 |
| 24 | BY MR. SANFILIPPO: | 10:21:16 |
| 25 | Q    It's quite all right, sir.  What I asked | 10:21:16 |

| 1 | was what efforts did you undertake to make that | 10:21:18 |
| 2 | happen. | 10:21:22 |
| 3 | A    Let me -- let me clarify that comment | 10:21:22 |
| 4 | because actions under -- actions that would have | 10:21:28 |
| 5 | been undertaken infers there was actual | 10:21:31 |
| 6 | presentation of a deal or an opportunity.  We -- | 10:21:38 |
| 7 | we, a number of CEOs of IRBs kind of all saw it the | 10:21:44 |
| 8 | same way, that there was opportunities for | 10:21:54 |
| 9 | consolidation in that perspective.  We -- we, and I | 10:21:56 |
| 10 | personally had a very high respect for the -- the | 10:22:00 |
| 11 | Schulman operation.  Back to the deal sourcing, as | 10:22:05 |
| 12 | far as I'm concerned, it came from, you know, the | 10:22:19 |
| 13 | private equity companies. | 10:22:22 |
| 14 | Q    Do you know what if any Mr. Donnelly -- | 10:22:26 |
| 15 | strike that.  Do you know what if any involvement | 10:22:36 |
| 16 | Mr. Donnelly had in drafting a deal proposal for | 10:22:38 |
| 17 | that merger? | 10:22:44 |
| 18 | MR. DEMERS:  Objection.  You can answer. | 10:22:46 |
| 19 | A    I have no knowledge of how the -- let's | 10:22:47 |
| 20 | say the framework was initially created. | 10:22:55 |
| 21 | Q    Do you have any knowledge with respect to | 10:23:01 |
| 22 | Mr. Donnelly's attendance of meetings related to | 10:23:03 |
| 23 | that transaction? | 10:23:08 |
| 24 | A    The only meetings that I'm familiar with | 10:23:09 |
| 25 | on this topic are as I described before, were some | 10:23:12 |

| | | |
|---|---|---|
| 1 | initial, you know, discussions between myself and | 10:23:16 |
| 2 | the other CEO with -- you know, consult with our | 10:23:23 |
| 3 | respective parties until there was a -- we had | 10:23:27 |
| 4 | collectively agreed that there was an opportunity | 10:23:31 |
| 5 | worth pursuing.  I don't -- I know of no | 10:23:35 |
| 6 | conversations between Mr. Donnelly and any other | 10:23:41 |
| 7 | entity that wasn't Linden related. | 10:23:45 |
| 8 | Q    Okay.  As CEO of Chesapeake, did you | 10:23:48 |
| 9 | attend Monday morning meetings with Linden? | 10:23:54 |
| 10 | MR. O'BEIRNE:  Objection, form, | 10:23:59 |
| 11 | foundation. | 10:24:00 |
| 12 | MR. DEMERS:  You can answer. | 10:24:00 |
| 13 | A    Okay, if -- if you're referring to the | 10:24:01 |
| 14 | Monday morning meetings that a typical private | 10:24:04 |
| 15 | equity company would have, the answer would be no. | 10:24:09 |
| 16 | We were on a weekly call-in meeting for a period of | 10:24:12 |
| 17 | time, first couple months. | 10:24:16 |
| 18 | Q    First couple months? | 10:24:19 |
| 19 | A    Yeah, maybe eight months, so something | 10:24:21 |
| 20 | like that. | 10:24:26 |
| 21 | Q    How long were you the CEO of Chesapeake | 10:24:26 |
| 22 | while Linden owned the company? | 10:24:30 |
| 23 | A    Until they acquired Advarra, so it would | 10:24:31 |
| 24 | have from -- they acquired us in the -- December | 10:24:36 |
| 25 | 31st of 2015, and I believe the Schulman deal | 10:24:39 |

| | | |
|---|---|---|
| 1 | closed like October-November of maybe '17.  I'm not | 10:24:52 |
| 2 | sure that's right, but -- | 10:24:58 |
| 3 | Q    Okay.  Was it your understanding that -- | 10:24:59 |
| 4 | strike that.  Do you have an understanding of | 10:25:12 |
| 5 | whether or not attending the Monday morning | 10:25:18 |
| 6 | meetings was part of your duties as CEO? | 10:25:21 |
| 7 | MR. O'BEIRNE:  Objection, form, | 10:25:28 |
| 8 | foundation. | 10:25:28 |
| 9 | MR. DEMERS:  You can answer. | 10:25:29 |
| 10 | A    I -- I don't know that any portfolio | 10:25:30 |
| 11 | company's CEO attends what I'm calling the typical | 10:25:35 |
| 12 | firm-wide management of a PE's meetings for -- | 10:25:39 |
| 13 | unless they're invited to address the group | 10:25:45 |
| 14 | probably for something that's not going so well. | 10:25:48 |
| 15 | That would be -- you would have access to a lot of | 10:25:53 |
| 16 | information that would be private to those | 10:25:58 |
| 17 | individual holdings, so I'm not aware of any CEO of | 10:26:01 |
| 18 | a private equity portfolio company participating in | 10:26:06 |
| 19 | Monday morning meetings. | 10:26:12 |
| 20 | Q    Okay.  Do you know whether Linden's | 10:26:13 |
| 21 | operating partners attended the Monday morning | 10:26:17 |
| 22 | meetings? | 10:26:20 |
| 23 | MR. O'BEIRNE:  Same. | 10:26:20 |
| 24 | MR. DEMERS:  Objection.  You can answer. | 10:26:22 |
| 25 | A    I have no firsthand knowledge whether | 10:26:23 |

1    they did or not.  I would suspect they did in              10:26:25

2    probably, you know, a cameo.  Like, you know, Pat          10:26:34

3    might have come in to talk about his portfolio             10:26:36

4    companies.  I doubt they would have been there for         10:26:39

5    the entire proceedings, but I have no firsthand            10:26:42

6    knowledge.                                                 10:26:49

7        Q    Do you have an understanding of Mr.               10:26:55

8    Donnelly's involvement with respect to the due            10:26:57

9    diligence of the Chesapeake-Schulman merger?              10:27:00

10            MR. O'BEIRNE:  Form, foundation.                 10:27:04

11            MR. DEMERS:  You can answer.                      10:27:05

12       A    Once we got the -- you know, once we had          10:27:06

13   the decision to move forward, I would say his role         10:27:18

14   is -- would be as you expected.  I primarily led           10:27:23

15   the operational perspective, meaning when we bring         10:27:26

16   these two things together, what would be the               10:27:32

17   synergies, what would be the potential add-ons we          10:27:35

18   might need, you know, who might be in charge of the        10:27:39

19   various components of the -- the IRB operation, if         10:27:43

20   you will, and the -- the financials associated with        10:27:46

21   that, here's their numbers, here's our numbers,            10:27:48

22   when we bring these things together, what are the          10:27:51

23   synergies from a savings perspective, what the             10:27:55

24   synergies from additional resources needed to              10:27:56

25   accelerate the expansion of that and the attendant         10:28:00

| | | |
|---|---|---|
| 1 | financial implications of the deal moving forward. | 10:28:04 |
| 2 | Your next participant here would have | 10:28:09 |
| 3 | been the person as CFO to like, you know, make -- | 10:28:12 |
| 4 | grind through all those details, make sure | 10:28:17 |
| 5 | everything comes together, and also would have | 10:28:20 |
| 6 | looked at the corporate functions like, you know, | 10:28:22 |
| 7 | finance and treasury and all those types of things. | 10:28:25 |
| 8 | Q    I apologize, but I'm not sure you | 10:28:33 |
| 9 | answered my question. | 10:28:36 |
| 10 | A    Okay. | 10:28:37 |
| 11 | Q    I was asking if you had any knowledge | 10:28:37 |
| 12 | related to Mr. Donnelly's involvement in the due | 10:28:39 |
| 13 | diligence process. | 10:28:44 |
| 14 | A    Okay.  I'm sorry, I'm sorry, that was -- | 10:28:45 |
| 15 | you're right.  That was a nonresponsive question. | 10:28:46 |
| 16 | Sorry -- or answer.  Sorry. | 10:28:49 |
| 17 | Q    No problem at all. | 10:28:50 |
| 18 | A    Pat would have reviewed the work that I | 10:28:52 |
| 19 | just described.  Obviously -- and you know, he was | 10:28:55 |
| 20 | -- I would say he was involved in that to a good | 10:28:59 |
| 21 | degree. | 10:29:03 |
| 22 | MR. DEMERS:  We getting close to a good | 10:29:04 |
| 23 | break point? | 10:29:09 |
| 24 | MR. SANFILIPPO:  Yeah, we can break now | 10:29:10 |
| 25 | if you want, if you want a break sir? | |

| | |
|---|---|
| 1 | THE WITNESS:  Sure, that's fine. | |
| 2 | MR. SANFILIPPO:  I don't have much more | 10:29:13 |
| 3 | honestly. | 10:29:15 |
| 4 | THE VIDEOGRAPHER:  Please stand by.  Here | 10:29:15 |
| 5 | marks the end in Disk Number 1 in the videotaped | 10:29:20 |
| 6 | deposition of Jeff Wendel.  We are off the record | 10:29:25 |
| 7 | at 10:29 a.m. | 10:29:29 |
| 8 | (Recessed at 10:29 a.m.) | 10:45:44 |
| 9 | (Reconvened at 10:45 a.m.) | 10:45:44 |
| 10 | THE VIDEOGRAPHER:  Here begins Disk | 10:45:52 |
| 11 | Number 2 in the videotaped deposition of Jeff | 10:45:53 |
| 12 | Wendel.  We are back on the record at 10:45 a.m. | 10:45:56 |
| 13 | BY MR. SANFILIPPO: | 10:46:00 |
| 14 | Q    Do you know -- strike that.  Did you | 10:46:00 |
| 15 | receive a closing bonus with respect to the sale of | 10:46:12 |
| 16 | Advarra? | 10:46:19 |
| 17 | A    Oh, a closing bonus.  I thought you said | 10:46:20 |
| 18 | a clothing bonus. | 10:46:24 |
| 19 | Q    Yeah. | 10:46:24 |
| 20 | MR. O'BEIRNE:  Obviously you did. | 10:46:26 |
| 21 | A    Seriously.  Yes, I did.  Yes, I did. | 10:46:27 |
| 22 | Q    Do you know how that bonus was | 10:46:31 |
| 23 | negotiated? | 10:46:33 |
| 24 | A    Not precisely.  I do know that we | 10:46:34 |
| 25 | eventually -- you're talking about the closing -- | 10:46:46 |

| | |
|---|---|
| 1 | I'm sorry, the closing of Advarra's sale to | 10:46:50 |
| 2 | Genstar? | 10:46:54 |
| 3 | Q    Correct. | 10:46:55 |
| 4 | A    I don't think there was a closing bonus. | 10:46:55 |
| 5 | Q    Okay. | 10:47:03 |
| 6 | A    I don't recall one. | 10:47:03 |
| 7 | Q    So you don't -- you don't recall | 10:47:04 |
| 8 | receiving anything -- a success fee or anything | 10:47:06 |
| 9 | like that? | 10:47:08 |
| 10 | A    I don't -- I mean, it sounds dumb, but I | 10:47:09 |
| 11 | don't -- I don't recall having a -- I believe -- or | 10:47:14 |
| 12 | I recall my compensation was related to the -- | 10:47:20 |
| 13 | let's say the proceeds from the -- from the sale. | 10:47:24 |
| 14 | No additional. | 10:47:27 |
| 15 | Q    Okay.  Do you -- did you receive a | 10:47:30 |
| 16 | closing fee or bonus upon the merger of Chesapeake | 10:47:34 |
| 17 | and Schulman? | 10:47:40 |
| 18 | A    Yes. | 10:47:41 |
| 19 | Q    Okay, and do you know how that was | 10:47:48 |
| 20 | negotiated? | 10:47:50 |
| 21 | A    I initially proposed a -- that a certain | 10:47:50 |
| 22 | group be provided transaction bonus, if you will, | 10:48:01 |
| 23 | and we came up with a number.  I'm assuming -- I | 10:48:07 |
| 24 | would say I presented a number or a proposal, and | 10:48:11 |
| 25 | it came back to me as here's the number, you | 10:48:18 |

| | | |
|---|---|---|
| 1 | allocate it.  The conduit for getting that piece of | 10:48:22 |
| 2 | information was Mr. Donnelly -- | 10:48:26 |
| 3 | Q    Okay. | 10:48:28 |
| 4 | A    -- again, in accordance with the chain of | 10:48:29 |
| 5 | command. | 10:48:31 |
| 6 | Q    Okay.  In conjunction with the sale of | 10:48:32 |
| 7 | Advarra, do you know if Mr. Donnelly ever advocated | 10:48:34 |
| 8 | for you to receive a closing bonus? | 10:48:38 |
| 9 | MR. O'BEIRNE:  Form, foundation. | 10:48:41 |
| 10 | MR. DEMERS:  You can answer. | 10:48:43 |
| 11 | A    No. | 10:48:44 |
| 12 | Q    Do you know whether Linden itself paid | 10:48:51 |
| 13 | anything -- any funds to acquire Schulman? | 10:49:11 |
| 14 | MR. O'BEIRNE:  Form, foundation. | 10:49:16 |
| 15 | MR. DEMERS:  You can answer. | 10:49:17 |
| 16 | A    I'm not sure I understand the question. | 10:49:20 |
| 17 | You're asking me did Linden pay any funds -- | 10:49:22 |
| 18 | Q    Yeah, let me rephrase the question. | 10:49:26 |
| 19 | A    Okay, I just want -- | 10:49:28 |
| 20 | Q    Do you know if Linden took any of the | 10:49:29 |
| 21 | capital of the fund and used it to acquire | 10:49:32 |
| 22 | Schulman? | 10:49:37 |
| 23 | MR. O'BEIRNE:  Same. | 10:49:38 |
| 24 | MR. DEMERS:  You can answer. | 10:49:39 |
| 25 | A    So let me state the question in my words | 10:49:40 |

1    and we can go from there.  I think you're asking me          10:49:44

2    as opposed to financing it with debt, did Linden             10:49:48

3    contribute equity and/or debt to consummate the              10:49:52

4    transaction.  Is that -- is that the question?               10:49:58

5        Q    Well, I mean, when you say contribute              10:49:59

6    equity, what do you mean by that?                            10:50:02

7            MR. O'BEIRNE:  Form, foundation.                     10:50:06

8            MR. DEMERS:  You can answer.                         10:50:07

9        A    So to me, there's -- there would be two             10:50:07

10   sources of -- typically of a deal.  One would be,            10:50:11

11   you know, much like your home mortgage, I'm going            10:50:19

12   to put so much of my cash down, and the rest is              10:50:22

13   going to be financed from typically a -- you know,           10:50:26

14   a prime and mezzanine subordinate debt.                      10:50:29

15       Q    Right.                                              10:50:32

16       A    So if you're asking me did Linden put              10:50:33

17   money down on their mortgage, I don't recall.                10:50:37

18       Q    Did you -- did you ever discuss the term           10:50:42

19   or the definition of the term "equity investment"           10:50:55

20   with people who were employees of Linden?                    10:50:59

21           MR. O'BEIRNE:  Objection.                           10:51:02

22           MR. DEMERS:  Objection.                             10:51:03

23           MR. O'BEIRNE:  Yeah, objection, form,               10:51:04

24   foundation, legal conclusion.                                10:51:05

25           MR. DEMERS:  You can answer.                         10:51:07

| | | |
|---|---|---|
| 1 | THE WITNESS:  Did I discuss the term | 10:51:10 |
| 2 | "equity investment." | 10:51:11 |
| 3 | BY MR. SANFILIPPO: | 10:51:12 |
| 4 | Q    Let me strike that question and -- | 10:51:12 |
| 5 | A    Okay. | 10:51:14 |
| 6 | Q    Just to be clear, did you ever discuss a | 10:51:14 |
| 7 | definition of the term "equity investment" with | 10:51:16 |
| 8 | employees of Linden? | 10:51:18 |
| 9 | MR. O'BEIRNE:  Same. | 10:51:21 |
| 10 | MR. DEMERS:  Same objection.  You can | 10:51:22 |
| 11 | answer. | 10:51:24 |
| 12 | A    I guess not, no.  Not that I recall. | 10:51:24 |
| 13 | Q    Okay.  Do you know at the end of the | 10:51:28 |
| 14 | Schulman-Chesapeake merger -- strike that.  Do you | 10:52:02 |
| 15 | know whether at the end of the Chesapeake-Schulman | 10:52:07 |
| 16 | merger, Linden owned any of the Chesapeake? | 10:52:15 |
| 17 | MR. O'BEIRNE:  Form, foundation. | 10:52:20 |
| 18 | MR. DEMERS:  You can answer. | 10:52:21 |
| 19 | A    Assuming ownership is equity, it's my | 10:52:22 |
| 20 | belief that they -- belief and recollection that | 10:52:36 |
| 21 | they owned equity in the -- the result of the | 10:52:40 |
| 22 | Schulman and Chesapeake merger to create Advarra. | 10:52:44 |
| 23 | Q    Okay.  How many private equity firms have | 10:52:49 |
| 24 | you worked with total? | 10:52:57 |
| 25 | A    Three. | 10:53:00 |

```
1        Q     Okay.  So when I say to you make an          10:53:03
2   equity investment, a private equity firm makes an      10:53:10
3   equity investment, what does that mean to you?         10:53:15
4             MR. O'BEIRNE:  Form, foundation.             10:53:17
5             MR. DEMERS:  You can answer.                 10:53:18
6        A     Well, so to me, the term "equity" would     10:53:19
7   probably come to play in two ways as a person.  One    10:53:27
8   would be I'd make an equity investment or a            10:53:31
9   commitment to a fund, so I would invest in, you        10:53:35
10  know, fund 7 of private equity company X.  I am not    10:53:38
11  aware of any vehicle for an individual investor to     10:53:45
12  make an equity -- or at least not that's been          10:53:50
13  afforded to me, to make a partnership-like equity      10:53:54
14  investment.                                            10:54:00
15            As far as it relates to a deal, my           10:54:01
16  understanding of the term "equity" is that at least    10:54:03
17  in my experience, the deals have either had two        10:54:09
18  components, an equity and a debt component, or         10:54:13
19  perhaps I guess potentially a total equity.  In        10:54:19
20  other words, I buy -- we merge together and I give     10:54:23
21  you -- all of your proceeds are in equity, or we       10:54:27
22  decide the other spectrum would be I give all of       10:54:32
23  your proceeds in cash.  I have typically seen          10:54:35
24  things that have been a combination of equity and      10:54:40
25  debt to finance the transaction.  I'm not sure         10:54:44
```

1    that's the question you're asking.                    10:54:48

2         Q    Is it your understanding that equity        10:54:51

3    investment refers to the source of the funds or the   10:54:53

4    use of the funds or both?                             10:54:58

5              MR. O'BEIRNE:  Objection.                    10:55:01

6              MR. DEMERS:  Objection.                      10:55:01

7              MR. O'BEIRNE:  Leading and compound.         10:55:02

8              MR. DEMERS:  You can answer.                 10:55:04

9         A    Okay, I'm obviously, you know, missing a    10:55:05

10   key point here, but to me, equity is ownership in     10:55:08

11   an organization.  Any other thing, debt, is a --      10:55:12

12   you know, a note against the -- the potential         10:55:19

13   equity of a -- of an organization.  So do I know --   10:55:21

14   do I believe that equity is involved in               10:55:25

15   transactions?  My answer would be yes.                10:55:30

16        Q    Are the terms "equity" and "ownership"      10:55:34

17   synonymous?                                           10:55:47

18             MR. O'BEIRNE:  Same.                         10:55:49

19             MR. DEMERS:  Objection.  You can answer.     10:55:49

20        A    Equity would be -- your percentage of       10:55:50

21   equity, if you owned ten percent of the equity, you   10:56:03

22   would own ten percent of the company, much like if    10:56:06

23   I own one share of IBM, I own one ten billionth of    10:56:10

24   the equity of IBM.                                    10:56:17

25        Q    I'm going to propose a definition for the   10:56:19

1    term "equity investment."  I want to see if you          10:56:48

2    agree with it, disagree with it, how you feel about      10:56:51

3    it.                                                       10:56:54

4        A    Okay.                                            10:56:54

5        Q    Equity investment is using capital to           10:56:55

6    take an ownership position for the purpose of            10:57:00

7    generating a return.                                     10:57:04

8            MR. O'BEIRNE:  Hold on.  Objection,               10:57:06

9    incomplete hypothetical, and to the extent it calls      10:57:07

10   for a legal --                                           10:57:10

11           MR. SANFILIPPO:  My question's --                 10:57:10

12           MR. O'BEIRNE:  It was not --                      10:57:10

13           MR. SANFILIPPO:  No, I --

14           MR. O'BEIRNE:  Okay.

15   BY MR. SANFILIPPO:

16       Q    Do you agree with that definition?  Now          10:57:16

17   you can make your record.                                10:57:18

18           MR. O'BEIRNE:  Sorry, that's what you             10:57:19

19   asked at the beginning, so I thought you were done.      10:57:19

20   Incomplete hypothetical and to the extent it calls       10:57:21

21   for a legal conclusion.                                  10:57:23

22           MR. DEMERS:  Same objection.  You can            10:57:24

23   answer.                                                   10:57:25

24           THE WITNESS:  Can you restate your               10:57:27

25   definition of equity?                                     10:57:28

| | | |
|---|---|---|
| 1 | MR. SANFILIPPO:  Will the reporter please | 10:57:30 |
| 2 | read the question back to the witness? | 10:57:32 |
| 3 | THE REPORTER:  Question:  "Equity | 10:57:48 |
| 4 | investment is using capital to take an ownership | |
| 5 | position for the purpose of generating a return." | |
| 6 | MR. O'BEIRNE:  Same. | 10:57:50 |
| 7 | MR. DEMERS:  Same.  You can answer. | 10:57:51 |
| 8 | THE WITNESS:  I would agree with that | 10:57:55 |
| 9 | statement. | 10:57:58 |
| 10 | BY MR. SANFILIPPO: | 10:57:59 |
| 11 | Q    When a private -- strike that.  If a | 10:57:59 |
| 12 | private equity company were to say to you "capital | 10:58:26 |
| 13 | invested," what would you take that term to mean? | 10:58:35 |
| 14 | MR. O'BEIRNE:  Object.  Sorry, you go | 10:58:40 |
| 15 | first. | 10:58:42 |
| 16 | MR. DEMERS:  Objection to form. | 10:58:43 |
| 17 | MR. O'BEIRNE:  Yeah, incomplete | 10:58:45 |
| 18 | hypothetical, calls for speculation. | 10:58:46 |
| 19 | MR. DEMERS:  You can answer. | 10:58:48 |
| 20 | MR. SANFILIPPO:  I would object to the | 10:58:49 |
| 21 | speaking objection.  Incomplete hypothetical is a | 10:58:51 |
| 22 | form objection. | 10:58:52 |
| 23 | MR. DEMERS:  You can answer. | 10:58:53 |
| 24 | THE WITNESS:  Okay, I'm sorry, I need to | 10:58:54 |
| 25 | ask you to repeat the question. | 10:58:56 |

| | | |
|---|---|---|
| 1 | MR. O'BEIRNE:  Before you do, to the | 10:58:58 |
| 2 | extent that you're asking questions that are | 10:59:00 |
| 3 | objectionable on multiple bases, I'm trying to help | 10:59:01 |
| 4 | by providing more specifics on the basis of my | 10:59:05 |
| 5 | objection so that you can fix the question. | 10:59:07 |
| 6 | MR. SANFILIPPO:  I would ask that you | 10:59:08 |
| 7 | make a form objection.  If I would like to clarify | 10:59:09 |
| 8 | what your form objection is, I will ask. | 10:59:11 |
| 9 | MR. O'BEIRNE:  Okay, I'm going to | 10:59:14 |
| 10 | continue making them as I see proper, but I | 10:59:15 |
| 11 | understand what you're saying.  I just wanted to | 10:59:18 |
| 12 | explain what I was doing. | 10:59:18 |
| 13 | MR. SANFILIPPO:  Okay, well, I continue | 10:59:19 |
| 14 | to note my objection your speaking objections. | 10:59:20 |
| 15 | Will the court reporter please read the question | 10:59:24 |
| 16 | back to the witness? | 10:59:25 |
| 17 | THE REPORTER:  Question:  "If a private | 10:59:39 |
| 18 | equity company were to say to you 'capital | |
| 19 | invested,' what would you take that term to mean?" | |
| 20 | MR. O'BEIRNE:  Same. | 10:59:40 |
| 21 | MR. DEMERS:  Same.  You can answer. | 10:59:40 |
| 22 | THE WITNESS:  Okay, I would mean that | 10:59:42 |
| 23 | they took their capital to, for lack of a better | 10:59:44 |
| 24 | term, acquire equity in an entity that they are | 10:59:50 |
| 25 | typically purchasing, and that is -- my commentary | 10:59:55 |

| | | |
|---|---|---|
| 1 | earlier would have said that there is also | 11:00:02 |
| 2 | potentially a debt component to finance that sale. | 11:00:06 |
| 3 | In my mind, I'm crystal clear the difference | 11:00:11 |
| 4 | between equity and debt.  Equity -- taking capital | 11:00:14 |
| 5 | to provide -- to purchase a component of the equity | 11:00:18 |
| 6 | in my view is money devoted to purchase ownership | 11:00:24 |
| 7 | in that entity. | 11:00:30 |
| 8 | BY MR. SANFILIPPO: | 11:00:33 |
| 9 | Q    Okay, was there -- was there anything | 11:00:33 |
| 10 | about my question that you didn't understand? | 11:00:36 |
| 11 | A    Well, I guess I would characterize it as | 11:00:38 |
| 12 | what I think is a pretty simple topic.  We kind of | 11:00:45 |
| 13 | -- I don't know that my answer has changed in | 11:00:53 |
| 14 | regards to how the question has been phrased, so | 11:00:55 |
| 15 | I'm just perplexed by that, but that's -- | 11:00:59 |
| 16 | Q    Do these seam like very basic concepts to | 11:01:02 |
| 17 | you? | 11:01:06 |
| 18 | A    Yeah. | 11:01:06 |
| 19 | Q    Are these terms commonly used in your | 11:01:06 |
| 20 | experience in the private equity world? | 11:01:20 |
| 21 | MR. O'BEIRNE:  Form, foundation. | 11:01:22 |
| 22 | MR. DEMERS:  Objection.  You can answer. | 11:01:23 |
| 23 | A    I'm not sure I have direct knowledge of | 11:01:25 |
| 24 | that, but I've experienced that type of discussion. | 11:01:32 |
| 25 | Q    Have you ever known these terms to mean | 11:01:39 |

```
1   anything other than what you've described here          11:01:41

2   today?                                                  11:01:43

3           MR. O'BEIRNE:  Same.                            11:01:44

4           MR. DEMERS:  Same objection.  You can           11:01:44

5   answer.                                                 11:01:46

6       A    No.                                            11:01:46

7       Q    After Mr. Donnelly became CEO of Advarra,      11:01:50

8   do you know if Linden continued to refer to him as      11:02:20

9   an operating partner?                                   11:02:23

10          MR. O'BEIRNE:  Same.                            11:02:26

11          MR. DEMERS:  Objection.  You can answer.        11:02:26

12      A    I do not know.                                 11:02:27

13      Q    Have you ever seen Mr. Donnelly listed on      11:02:28

14  Linden's web site?                                      11:02:41

15      A    Yes.                                           11:02:45

16      Q    Okay.  Do you know how he was listed on        11:02:45

17  Linden's web site?                                      11:02:49

18          MR. DEMERS:  Objection.                         11:02:50

19          MR. O'BEIRNE:  Yeah, form, foundation.          11:02:51

20          MR. DEMERS:  You can answer.                    11:02:54

21      A    At one point he was listed as an               11:02:54

22  operating partner.                                      11:02:56

23      Q    Do you know when he stopped being listed       11:02:57

24  as an operator partner on Linden's web site?            11:02:58

25          MR. O'BEIRNE:  Same.                            11:03:03
```

| | | |
|---|---|---|
| 1 | MR. DEMERS:  Same objection.  You can | 11:03:03 |
| 2 | answer. | 11:03:04 |
| 3 | A     No, I do not. | 11:03:04 |
| 4 | Q     When did  Linden -- strike that.  When | 11:03:05 |
| 5 | did the idea to first sell Advarra to Genstar or | 11:03:38 |
| 6 | anyone come about? | 11:03:41 |
| 7 | MR. O'BEIRNE:  Form, foundation. | 11:03:43 |
| 8 | MR. DEMERS:  Objection.  You can answer. | 11:03:44 |
| 9 | A     So I would say with a typical private | 11:03:47 |
| 10 | equity hold, you get to a point in the hold -- in | 11:03:52 |
| 11 | the hold period when you evaluate the market, | 11:03:55 |
| 12 | evaluate the performance of the individual entity, | 11:04:01 |
| 13 | evaluate potential demand, and then sometimes | 11:04:06 |
| 14 | there's a -- what I'll call fund dynamics that come | 11:04:08 |
| 15 | into play as well, but from a -- from a practical | 11:04:12 |
| 16 | perspective, I think at least the way I've | 11:04:15 |
| 17 | approached it as when you're in a private equity | 11:04:18 |
| 18 | ownership, from day one, you're in a sense | 11:04:22 |
| 19 | considered -- preparing, considering, evaluating a | 11:04:25 |
| 20 | potential sale down the road.  There's no | 11:04:28 |
| 21 | expectation that a private equity firm is going to | 11:04:34 |
| 22 | hold you in perpetuity, and so that's -- so it's -- | 11:04:36 |
| 23 | it's a constant process. | 11:04:41 |
| 24 | Q     Okay.  Do you know when sort of the sale | 11:04:43 |
| 25 | of Advarra went from theoretical to something that | 11:04:54 |

1    was actually being considered?                          11:04:57

2            MR. O'BEIRNE:  Form, foundation.                 11:04:58

3            MR. DEMERS:  Objection.  You can answer.         11:04:58

4        A    Well, they were -- it was discussed at          11:05:01

5    board meetings, but I think we -- I would say we         11:05:04

6    got serious with it in the early part of -- maybe        11:05:07

7    the late part of '18 or the early part of '19,           11:05:17

8    given that the close was in July of '19.                 11:05:20

9        Q    How did you first hear about that?              11:05:23

10       A    Well, it was an ongoing -- as I                  11:05:39

11   mentioned, in a board perspective, it was an             11:05:42

12   ongoing discussion, and then at whenever it was we       11:05:44

13   decided, we say hey, we're going to start a              11:05:47

14   process.                                                 11:05:50

15       Q    What was Mr. Donnelly's role in that?           11:05:51

16       A    Well, he played the -- the role you would       11:05:55

17   expect of a CEO.                                         11:05:59

18       Q    Okay.  What role was that?                      11:06:01

19       A    Well, again, he would be part of the team       11:06:04

20   that would help the board evaluate, you know,            11:06:10

21   whether this was the right time, assuming that          11:06:16

22   those inputs are -- you know, sometimes I guess          11:06:19

23   it's a tell.  That's not been my experience, but --     11:06:21

24   and then would, you know, oversee the preparation        11:06:24

25   of the entity for sale, which again, as I                11:06:28

1    mentioned, is something that we routinely have done          11:06:31

2    since I've been in the organization on an ongoing            11:06:35

3    basis.                                                        11:06:37

4         Q    Do you know if Mr. Donnelly attended              11:06:38

5    Monday morning meetings with respect to the sale of         11:06:41

6    Advarra?                                                      11:06:44

7         A    No, I do not.                                      11:06:45

8         MR. O'BEIRNE:  Form, foundation.                       11:06:48

9    BY MR. SANFILIPPO:                                           11:06:49

10        Q    Would you expect Mr. Donnelly to have             11:06:49

11   attended Monday morning meetings with respect to            11:06:52

12   the sale of Advarra?                                         11:06:54

13        MR. DEMERS:  Objection.  You can answer.               11:06:56

14        A    I don't know that I have any basis for --         11:06:57

15   I certainly have no firsthand knowledge of whether          11:07:00

16   a company that's -- a portfolio company that's              11:07:04

17   typically thinking about this, whether that CEO             11:07:07

18   presents to the Monday morning meeting.                     11:07:10

19        MR. O'BEIRNE:  That's a sound I haven't                11:07:31

20   heard in a while.                                            11:07:34

21        THE WITNESS:  Yeah, I was going to say,               11:07:34

22   it's like from the back in the rack there.  I               11:07:35

23   thought I might be the only guy in the room that            11:07:36

24   even knew what that even was.                                11:07:40

25   BY MR. SANFILIPPO:                                           11:07:40

```
1        Q     No way.  Do you know if -- in your          11:07:41

2   opinion, did Mr. Donnelly do any work with respect     11:07:50

3   to the sale of Advarra that was atypical for           11:07:56

4   someone who was solely the CEO of a company?           11:08:00

5             MR. DEMERS:  Objection to form.              11:08:04

6             MR. O'BEIRNE:  Yeah, and foundation.         11:08:05

7             MR. DEMERS:  You can answer.                 11:08:06

8        A     I'm not -- I'm not aware of any.            11:08:08

9        Q     Would you be surprised to find out that     11:08:14

10  Mr. Donnelly did advocate for you receiving a          11:08:45

11  closing fee for the sale of Advarra?                   11:08:49

12            MR. O'BEIRNE:  Same.                         11:08:52

13            MR. DEMERS:  Objection to form.  You can     11:08:52

14  answer.                                                11:08:53

15       A     No, I guess I wouldn't be surprised.  I     11:08:54

16  wouldn't be surprised on the yay or the nay of that    11:09:01

17  question.                                              11:09:04

18       Q     Sir, I'm almost done I think.  I just       11:09:05

19  need to ask you a fee basic questions here.  Do you    11:09:28

20  have any knowledge related to ProPharma Group's        11:09:31

21  acquisition of Xendo?                                  11:09:34

22       A     No.                                         11:09:35

23       Q     Do you have any knowledge with respect to   11:09:36

24  ProPharma Group's acquisition of Sofus?               11:09:38

25       A     No.                                         11:09:40
```

| | | |
|---|---|---|
| 1 | Q    Do you have any knowledge with respect to | 11:09:41 |
| 2 | ProPharma Group's acquisition of Solutions in | 11:09:42 |
| 3 | Health? | 11:09:45 |
| 4 | A    No. | 11:09:46 |
| 5 | Q    Okay.  Are there any questions I didn't | 11:09:47 |
| 6 | ask that you thought I would ask you today? | 11:10:02 |
| 7 | MR. DEMERS:  Objection. | 11:10:06 |
| 8 | MR. O'BEIRNE:  Yeah, objection. | 11:10:06 |
| 9 | MR. DEMERS:  I'm not sure the witness can | 11:10:13 |
| 10 | answer -- | 11:10:15 |
| 11 | MR. O'BEIRNE:  Yeah, I might direct him | 11:10:15 |
| 12 | not to answer that one. | 11:10:17 |
| 13 | THE WITNESS:  Yeah, I'm going to -- | 11:10:18 |
| 14 | BY MR. SANFILIPPO: | 11:10:19 |
| 15 | Q    Is there anything that we haven't | 11:10:19 |
| 16 | discussed that you thought might be relevant to our | 11:10:22 |
| 17 | discussion? | 11:10:24 |
| 18 | MR. O'BEIRNE:  Same. | 11:10:25 |
| 19 | MR. DEMERS:  Objection, asking the | 11:10:26 |
| 20 | witness to try to determine what's relevant and | 11:10:28 |
| 21 | what's not. | 11:10:30 |
| 22 | MR. SANFILIPPO:  Are you instructing him | 11:10:31 |
| 23 | not to answer or are you just -- I mean, okay, your | 11:10:32 |
| 24 | objections are made for the record. | 11:10:34 |
| 25 | MR. DEMERS:  Well, look, I don't think | 11:10:39 |

| | | |
|---|---|---|
| 1 | this question was part of the noticed deposition | 11:10:40 |
| 2 | topics. | 11:10:43 |
| 3 | MR. SANFILIPPO:  So you're instructing | 11:10:44 |
| 4 | him not to answer?  I just want a record on this | 11:10:45 |
| 5 | one way or the other. | |
| 6 | MR. O'BEIRNE:  I'd caution him not to | 11:10:47 |
| 7 | reveal any privileged communications. | 11:10:50 |
| 8 | MR. DEMERS:  Certainly. | |
| 9 | MR. O'BEIRNE:  And remind you're not | 11:10:51 |
| 10 | required to speculate as that what counsel might | 11:10:52 |
| 11 | have asked you. | 11:10:55 |
| 12 | MR. DEMERS:  So I'll instruct the witness | 11:10:55 |
| 13 | not to tread into any attorney-client privileged | 11:10:58 |
| 14 | communications.  He has an answer to the question, | 11:11:02 |
| 15 | he can answer it.  If not, I think we're done. | 11:11:04 |
| 16 | THE WITNESS:  Okay, can we restate or | 11:11:07 |
| 17 | replay the question please? | 11:11:09 |
| 18 | THE REPORTER:  Question:  "Is there | 11:11:20 |
| 19 | anything that we haven't discussed that you thought | |
| 20 | might be relevant to our discussion?" | |
| 21 | MR. O'BEIRNE:  Same. | 11:11:21 |
| 22 | MR. DEMERS:  Same instruction.  You can | 11:11:23 |
| 23 | answer if you can. | 11:11:24 |
| 24 | THE WITNESS:  No. | 11:11:26 |
| 25 | MR. SANFILIPPO:  Okay, great, thank you, | 11:11:27 |

| | | |
|---|---|---|
| 1 | Mr. Wendel.  I really appreciate your time today. | 11:11:29 |
| 2 | MR. O'BEIRNE:  Mr. Wendel, I actually | 11:11:32 |
| 3 | have a couple follow-up questions based on what -- | 11:11:33 |
| 4 | THE WITNESS:  Oh, sorry, sorry. | 11:11:35 |
| 5 | MR. SANFILIPPO:  Mr. O'Beirne's going to | 11:11:36 |
| 6 | ask you a couple questions. | 11:11:37 |
| 7 | THE WITNESS:  Okay. | 11:11:38 |
| 8 | MR. SANFILIPPO:  I may have some | 11:11:38 |
| 9 | follow-up questions based on what he asks you. | 11:11:39 |
| 10 | THE WITNESS:  Okay. | 11:11:40 |
| 11 | MR. SANFILIPPO:  Appreciate it. | 11:11:41 |
| 12 | EXAMINATION BY COUNSEL FOR THE DEFENDANTS | |
| 13 | BY MR. O'BEIRNE: | 11:11:42 |
| 14 | Q    Having come back previously from a break, | 11:11:42 |
| 15 | are we okay to continue or do -- | 11:11:46 |
| 16 | A    Yeah, no, we're okay to go. | 11:11:46 |
| 17 | Q    Great. | 11:11:48 |
| 18 | A    I just got to look in a different | 11:11:49 |
| 19 | direction. | 11:11:52 |
| 20 | Q    That's right, I'm over here.  Mr. Wendel, | 11:11:52 |
| 21 | I just -- you were asked some questions by Mr. | 11:11:56 |
| 22 | SanFilippo this morning.  On a couple of topics.  I | 11:11:57 |
| 23 | just wanted to ask you a couple of follow-up | 11:11:59 |
| 24 | questions on those, but first, don't hold it | 11:12:01 |
| 25 | against me.  I'm a former Army guy. | 11:12:03 |

| | | |
|---|---|---|
| 1 | A    Okay. | 11:12:05 |
| 2 | Q    But my grandparents retired to Hanover | 11:12:05 |
| 3 | Street just off the back eight by the chapel, so we | |
| 4 | used to run around -- | |
| 5 | A    Oh, wow. | |
| 6 | Q    -- the obstacle course as kids. | |
| 7 | A    Oh, wow. | |
| 8 | Q    Till the chief petty officer yelled at | |
| 9 | us. | 11:12:16 |
| 10 | MR. SANFILIPPO:  Objection, form. | 11:12:16 |
| 11 | BY MR. O'BEIRNE: | 11:12:17 |
| 12 | Q    There's no question.  You were asked some | 11:12:17 |
| 13 | questions about the merger of Chesapeake and | 11:12:22 |
| 14 | Schulman.  I wanted to direct your attention back | 11:12:27 |
| 15 | to that. | 11:12:29 |
| 16 | A    Okay. | 11:12:29 |
| 17 | Q    I understood your testimony to be at that | 11:12:30 |
| 18 | time that there were a handful of IRB companies, | 11:12:34 |
| 19 | and that one of them that was known to Chesapeake | 11:12:37 |
| 20 | was Schulman.  Is that accurate? | 11:12:39 |
| 21 | A    That's right. | 11:12:41 |
| 22 | MR. SANFILIPPO:  Objection, form. | 11:12:42 |
| 23 | BY MR. O'BEIRNE: | 11:12:44 |
| 24 | Q    Would you use the term "source" to | 11:12:44 |
| 25 | describe how you became aware of the existence of | 11:12:46 |

1   Schulman?                                          11:12:49

2           MR. SANFILIPPO:  Objection, form.          11:12:50

3           MR. DEMERS:  Same objection.  You can      11:12:51

4   answer.                                            11:12:53

5       A    Well, how I became aware of it, I         11:12:54

6   probably became aware of that when I first agreed  11:12:57

7   to join Chesapeake IRB with the premise of, as I   11:12:59

8   said earlier, installing an enterprise system that 11:13:05

9   would give us sort of a force multiplier advantage,11:13:10

10  if you will, consider mergers and acquisitions that 11:13:13

11  would grow the company to create value, and        11:13:16

12  eventually sell the company.  So part of the -- my  11:13:19

13  due diligence of deciding to join was were there -- 11:13:24

14  you know, did the organization have the wherewithal 11:13:28

15  to do it, were there opportunities through a merger 11:13:31

16  and acquire.                                        11:13:34

17      Q    What knowledge about the existence of     11:13:35

18  Schulman did you need from Mr. Donnelly prior to    11:13:39

19  contemplating whether it made sense for Chesapeake  11:13:42

20  to do?                                              11:13:45

21          MR. SANFILIPPO:  Objection, form.           11:13:46

22          MR. DEMERS:  Same objection.  You can       11:13:47

23  answer.                                             11:13:48

24      A    I don't think that I needed any           11:13:48

25  information.                                         11:13:51

1      Q    Mr. Donnelly was the chairman of the          11:13:52
2  board of Chesapeake starting after Linden's           11:13:59
3  acquisition, correct?                                 11:14:02
4      A    That's what I recall, yes.                    11:14:05
5      Q    Do you have an understanding as to            11:14:06
6  whether he was compensated by Chesapeake for his      11:14:08
7  role as chairman?                                     11:14:12
8           MR. SANFILIPPO:  Objection, form.             11:14:13
9           MR. DEMERS:  You can answer.                  11:14:15
10     A    I should know that answer.  I don't           11:14:15
11 recall.  I recall that he was compensated.  I would   11:14:23
12 guess that came out of our pocket, but I'm not         11:14:31
13 sure.                                                 11:14:34
14     Q    Setting aside where it was coming from,       11:14:35
15 was it was your understanding that the members of     11:14:37
16 the board, to include a chairman, that the chairman   11:14:39
17 had some sort of baseline compensation?               11:14:43
18     A    Yes.                                          11:14:44
19           MR. SANFILIPPO:  Objection, form.            11:14:44
20     A    Yes, they did.  They did.  Sorry.             11:14:45
21     Q    No, you're fine.  And then at what point      11:14:47
22 did he cease becoming the chairman -- strike that.    11:14:50
23 At what point did his role change when he no longer   11:14:54
24 became the chairman?                                  11:14:57
25           MR. SANFILIPPO:  Objection, form.            11:14:58

| | |
|---|---|
| 1 | BY MR. O'BEIRNE: | 11:14:59 |
| 2 | Q    I just said "became" again.  I don't know | 11:15:00 |
| 3 | why.  When did he stop being chairman of the board | 11:15:02 |
| 4 | of Chesapeake? | 11:15:04 |
| 5 | MR. SANFILIPPO:  Objection, form, | 11:15:05 |
| 6 | foundation. | 11:15:05 |
| 7 | MR. DEMERS:  You can answer. | 11:15:06 |
| 8 | A    I'm not sure I recall the exact date. | 11:15:07 |
| 9 | Sorry. | 11:15:13 |
| 10 | Q    Around the same time he became CEO? | 11:15:13 |
| 11 | MR. SANFILIPPO:  Objection, form. | 11:15:16 |
| 12 | MR. DEMERS:  You can answer. | 11:15:18 |
| 13 | A    I believe that to be the case. | 11:15:18 |
| 14 | Q    Was to your knowledge Mr. Donnelly ever | 11:15:22 |
| 15 | both the chairman and the CEO of the new entity, | 11:15:25 |
| 16 | Advarra? | 11:15:28 |
| 17 | MR. SANFILIPPO:  Objection, foundation. | 11:15:29 |
| 18 | MR. DEMERS:  You can answer. | 11:15:30 |
| 19 | A    I do not think he was ever -- served in | 11:15:31 |
| 20 | both roles simultaneously. | 11:15:34 |
| 21 | Q    And in your recollection, who became the | 11:15:35 |
| 22 | chairman of the board of Advarra after Mr. Donnelly | 11:15:37 |
| 23 | was no longer the chairman? | 11:15:40 |
| 24 | MR. SANFILIPPO:  Objection, form, | 11:15:41 |
| 25 | foundation. | 11:15:42 |

1          MR. DEMERS:  You can answer.                    11:15:43

2      A    It's my recollection that Tony Davis           11:15:43

3  became the chairman of the board.                       11:15:46

4      Q    Do you have an understanding of the            11:15:48

5  extent to which Mr. Donnelly kept chairman shares       11:15:51

6  in Advarra through 2019 through the sale of the         11:15:55

7  company?                                                11:15:59

8          MR. SANFILIPPO:  Objection, foundation.         11:15:59

9          MR. DEMERS:  Same objection.  You can           11:16:01

10  answer.                                                11:16:02

11     A    I don't have direct knowledge of that.         11:16:02

12     Q    Do you recall a discussion about allowing      11:16:11

13  Mr. Donnelly to keep shares in Advarra that were       11:16:15

14  associated with his chairman role even after he no     11:16:20

15  longer was performing that job?                        11:16:22

16         MR. SANFILIPPO:  Objection, form,               11:16:24

17  foundation.                                            11:16:25

18         MR. DEMERS:  Same objection.  You can           11:16:26

19  answer.                                                11:16:27

20     A    I don't have any knowledge of                  11:16:27

21  discussions.  I'll leave it -- leave it there.         11:16:33

22     Q    Okay.  Do you have an understanding of --      11:16:39

23  at the time Advarra was sold to Genstar, do you        11:16:46

24  have an understanding of what percentage of Mr.        11:16:48

25  Donnelly's shares that he owned at the time were       11:16:51

1   related to his chairman prior role?                      11:16:53

2         MR. SANFILIPPO:  Objection, form,                  11:16:57

3   foundation.                                              11:16:58

4         MR. DEMERS:  Same objection.  You can              11:16:59

5   answer.                                                  11:17:00

6       A    At the time of the transaction, I was not      11:17:00

7   privy to the cap table with the exception of my own      11:17:06

8   component.                                               11:17:09

9       Q    Okay.  You talked about some -- the            11:17:12

10  prospects of growth and add-on transactions being        11:17:18

11  discussed from the time you were at Chesapeake.           11:17:21

12  You recall that?                                          11:17:24

13      A    Right.                                          11:17:25

14        MR. SANFILIPPO:  Objection, form.                  11:17:25

15  BY MR. O'BEIRNE:                                          11:17:26

16      Q    Just trying to orient you to the topic.        11:17:27

17  I'm not --                                                11:17:29

18      A    Right.                                          11:17:30

19      Q    -- meaning to get testimony, so --             11:17:30

20        MR. SANFILIPPO:  Objection, form.                  11:17:32

21  BY MR. O'BEIRNE:                                          11:17:33

22      Q    The Quorum transaction -- do you recall        11:17:34

23  the details of that?                                      11:17:38

24      A    Yes.                                            11:17:39

25      Q    All right.  From your perspective, was         11:17:40

```
1    the quorum transaction a good idea?              11:17:42

2        A    Yes.                                     11:17:45

3            MR. SANFILIPPO:  Objection to the form.  11:17:45

4            MR. DEMERS:  Objection.                   11:17:46

5            THE WITNESS:  Sorry.                      11:17:47

6            MR. DEMERS:  You can answer.              11:17:48

7            THE WITNESS:  Yes.                        11:17:49

8    BY MR. O'BEIRNE:                                  11:17:50

9        Q    Could you elaborate, why was the quorum 11:17:50

10   transaction a good idea?                          11:17:53

11       A    Well, it would have, among other --     11:17:54

12   financials aside, which were quite favorable, it  11:18:00

13   gave us a diversity both geographically.  It was an 11:18:04

14   addition of another very highly respected         11:18:10

15   institutional review board.  It also had a small  11:18:13

16   consulting arm that again had some potential growth 11:18:18

17   opportunities.                                    11:18:23

18            There was opportunities for significant 11:18:26

19   synergies or redeployment of -- of assets.  They  11:18:35

20   had a very nice, from an -- from an IRB           11:18:39

21   perspective, meaning vis-a-vis the competition, a 11:18:45

22   very nice marketing skill set that would have     11:18:48

23   precluded us from having to go buy all of our     11:18:57

24   services essentially.  We had some in-house       11:19:00

25   marketing expertise, and it gave us the -- some   11:19:03
```

1    additional sales staff that we thought would be          11:19:08

2    helpful moving us forward.                               11:19:11

3        Q    Do you have an opinion as to whether or         11:19:12

4    not the acquisition of Quorum positively                 11:19:14

5    contributed to the eventual sale price of Advarra?       11:19:19

6            MR. SANFILIPPO:  Objection, form,                11:19:21

7    foundation.                                              11:19:22

8            MR. DEMERS:  You can answer.                     11:19:23

9        A    I would say I have direct knowledge that        11:19:23

10   the acquisition of Quorum was highly positive in         11:19:27

11   the financial transaction eventually with Genstar.       11:19:33

12       Q    What would be your assessment of -- of --       11:19:37

13   in numbers, how positive?                                11:19:39

14           MR. SANFILIPPO:  Objection, form.                11:19:41

15           MR. DEMERS:  You can answer.                     11:19:42

16       A    If I had to put a number on it, it'd be         11:19:42

17   200 million plus or -- meaning -- yeah, 200              11:19:47

18   million.                                                 11:19:51

19       Q    So it's your opinion that the acquisition       11:19:51

20   of the Quorum -- strike that.  It's your opinion         11:19:53

21   that the acquisition of Quorum contributed $200          11:19:56

22   million to the eventual sale value of Advarra.           11:19:59

23       A    That's --                                       11:20:02

24           MR. SANFILIPPO:  Objection, form.                11:20:03

25       A    Absolutely, so I would -- I would              11:20:05

| | | |
|---|---|---|
| 1 | describe it as a material event. | 11:20:06 |
| 2 | Q    Was Mr. Donnelly in favor of the Quorum | 11:20:08 |
| 3 | acquisition or opposed to it? | 11:20:10 |
| 4 | MR. SANFILIPPO:  Objection, form. | 11:20:11 |
| 5 | MR. DEMERS:  Same objection. | 11:20:12 |
| 6 | MR. SANFILIPPO:  Foundation. | 11:20:14 |
| 7 | MR. DEMERS:  You can answer. | 11:20:15 |
| 8 | THE WITNESS:  Can I just confer with | 11:20:16 |
| 9 | counsel for a second? | 11:20:18 |
| 10 | MR. DEMERS:  Is -- do you have a question | 11:20:19 |
| 11 | about attorney-client privilege -- | 11:20:21 |
| 12 | THE WITNESS:  Yeah, yeah. | |
| 13 | MR. DEMERS:  -- information? | 11:20:23 |
| 14 | THE WITNESS:  Yeah. | 11:20:23 |
| 15 | MR. DEMERS:  Okay.  Do you want to take a | 11:20:24 |
| 16 | short recess? | 11:20:26 |
| 17 | THE WITNESS:  It'll take two seconds. | 11:20:28 |
| 18 | THE VIDEOGRAPHER:  Please stand by.  We | 11:20:29 |
| 19 | are going off the record.  The time on the video | 11:20:31 |
| 20 | monitor is 11:20 a.m. | 11:20:33 |
| 21 | (Discussion off the record) | 11:21:44 |
| 22 | THE VIDEOGRAPHER:  We are back on the | 11:22:06 |
| 23 | record.  The time is 11:22 a.m. | 11:22:18 |
| 24 | THE WITNESS:  Thanks for that break. | 11:22:21 |
| 25 | BY MR. O'BEIRNE: | 11:22:23 |

1      Q     And just to clarify, my recollection of          11:22:23

2   the question was do you recall whether Mr. Donnelly        11:22:25

3   was in favor of or opposed to the Quorum                  11:22:27

4   transaction.                                              11:22:30

5            MR. SANFILIPPO:  Objection, form,                11:22:30

6   foundation.                                               11:22:31

7            MR. DEMERS:  Same objection.  You can            11:22:32

8   answer.                                                   11:22:34

9      A     Yes, I do recall.                                11:22:34

10     Q     And what do you recall about his position         11:22:35

11  about the Quorum transaction?                             11:22:37

12     A     He was strongly against it.                      11:22:39

13     Q     Please explain what you recall about how          11:22:42

14  he communicated that to members of the Advarra            11:22:45

15  team.                                                     11:22:49

16           MR. SANFILIPPO:  Objection, foundation.          11:22:49

17           MR. DEMERS:  You can answer.                     11:22:51

18     A     He would have -- he provided it, you             11:22:52

19  know, like our typical management meetings about          11:22:59

20  the opportunity presenting itself and the reasons         11:23:02

21  -- his analysis of why that would not be prudent to       11:23:08

22  move forward.                                             11:23:12

23     Q     And any time after that did he ever come          11:23:13

24  to you and say you guys were right, I was wrong           11:23:18

25  about Quorum?                                             11:23:20

| | | |
|---|---|---|
| 1 | MR. SANFILIPPO:  Objection, form, | 11:23:22 |
| 2 | foundation. | 11:23:23 |
| 3 | MR. DEMERS:  Same objection.  You can | 11:23:23 |
| 4 | answer. | 11:23:24 |
| 5 | THE WITNESS:  Not to my recollection. | 11:23:25 |
| 6 | MR. O'BEIRNE:  Could we get an exhibit | 11:23:30 |
| 7 | sticker, Wendel Number 1?  Let me hand you that | 11:23:32 |
| 8 | one. | 11:23:45 |
| 9 | (Deposition Exhibit Number 1 was marked | 11:23:45 |
| 10 | for identification.) | 11:23:45 |
| 11 | BY MR. SANFILIPPO: | 11:23:45 |
| 12 | Q    Mr. Wendel, I've just handed you a | 11:23:45 |
| 13 | document with Bates number at the bottom Donnelly. | 11:24:12 |
| 14 | Do you see that? | 11:24:16 |
| 15 | A    Yes. | |
| 16 | Q    Okay. | |
| 17 | A    20474. | 11:24:17 |
| 18 | Q    So do you recognize this document? | 11:24:23 |
| 19 | A    I've not seen this document before.  It | 11:24:24 |
| 20 | looks like a relatively typical employment | 11:24:35 |
| 21 | agreement. | 11:24:44 |
| 22 | Q    If you turn to the -- well, look -- look | 11:24:46 |
| 23 | with me if you would at the top of Exhibit 1 states | 11:24:49 |
| 24 | "Employment Agreement between Patrick K. Donnelly | 11:24:53 |
| 25 | and Advarra, Inc."  Do you see that? | 11:24:55 |

| | | |
|---|---|---|
| 1 | A    Yes. | 11:24:57 |
| 2 | Q    And I'll represent to you this is copy of | 11:24:57 |
| 3 | a document that was produced to us by -- | 11:24:59 |
| 4 | A    Yeah, sure. | 11:25:00 |
| 5 | Q    -- by Mr. Donnelly in this case. | 11:25:01 |
| 6 | MR. SANFILIPPO:  Objection, | 11:25:03 |
| 7 | argumentative. | 11:25:03 |
| 8 | BY MR. O'BEIRNE: | 11:25:05 |
| 9 | Q    Okay.  So if you turn to the last page of | 11:25:05 |
| 10 | the contract before the exhibits, you see there | 11:25:07 |
| 11 | there's a signature underneath the name Patrick | 11:25:11 |
| 12 | Donnelly? | 11:25:14 |
| 13 | A    Correct. | 11:25:15 |
| 14 | Q    Okay, and on the page before that, you | 11:25:16 |
| 15 | see there's a signature above Mr. Shah's name? | 11:25:18 |
| 16 | A    Correct. | 11:25:21 |
| 17 | Q    All right.  If you would look with me, | 11:25:23 |
| 18 | sir, at the bottom of the first page, it says | 11:25:27 |
| 19 | "Duties."  See that? | 11:25:30 |
| 20 | A    Yes. | 11:25:31 |
| 21 | Q    And section 3 says, "During the | 11:25:32 |
| 22 | employment period, employee shall perform those | 11:25:39 |
| 23 | services and duties that are consistent with his | 11:25:42 |
| 24 | executive position and those duties that may be | 11:25:43 |
| 25 | assigned to employee by or under the authority of | 11:25:46 |

| | | |
|---|---|---|
| 1 | the board consistent with that position."  You see | 11:25:49 |
| 2 | that? | 11:25:52 |
| 3 | A    Yes, I do. | 11:25:52 |
| 4 | Q    "Consistent with such position."  Sorry. | 11:25:53 |
| 5 | I misread.  In November 2017, you were on the board | 11:25:56 |
| 6 | of Advarra? | 11:26:01 |
| 7 | A    Yes, sorry, sorry. | 11:26:03 |
| 8 | Q    And you were the president of the | 11:26:09 |
| 9 | company. | 11:26:10 |
| 10 | A    Yes, I had just relinquished the CEO. | 11:26:11 |
| 11 | Q    And Mr. Donnelly took over you -- | 11:26:16 |
| 12 | A    Correct. | 11:26:17 |
| 13 | Q    -- for you as contemplated by this | 11:26:18 |
| 14 | agreement. | 11:26:20 |
| 15 | A    Correct. | 11:26:20 |
| 16 | Q    You were also a substantial shareholder | 11:26:21 |
| 17 | in Advarra at that time. | 11:26:23 |
| 18 | A    That's correct. | 11:26:25 |
| 19 | Q    The agreement goes on, "During the | 11:26:26 |
| 20 | employment period, employee agrees to use | 11:26:28 |
| 21 | employee's best efforts in the business of the | 11:26:30 |
| 22 | company and its subsidiaries, and to devote | 11:26:32 |
| 23 | employee's full time, skill, attention and energies | 11:26:36 |
| 24 | to the business of the company and its | 11:26:40 |
| 25 | subsidiaries."  Do you see that? | 11:26:42 |

| | | |
|---|---|---|
| 1 | A    Yes, I do. | 11:26:43 |
| 2 | Q    Was it your understanding as president of | 11:26:44 |
| 3 | the company, a board member and a shareholder that | 11:26:47 |
| 4 | Mr. Donnelly was agreeing when he became the CEO of | 11:26:50 |
| 5 | Advarra -- | 11:26:53 |
| 6 | MR. SANFILIPPO:  Objection, form, | 11:26:54 |
| 7 | foundation, calls for a legal conclusion. | 11:26:55 |
| 8 | MR. O'BEIRNE:  I wasn't remotely finished | 11:26:57 |
| 9 | with the question.  Can I finish? | 11:26:59 |
| 10 | MR. SANFILIPPO:  Sorry. | 11:27:00 |
| 11 | BY MR. O'BEIRNE: | 11:27:01 |
| 12 | Q    So let me start again.  Sir, was it your | 11:27:02 |
| 13 | understanding as a shareholder in Advarra, as the | 11:27:04 |
| 14 | president of the company and as a member of the | 11:27:09 |
| 15 | board, that when Mr. Donnelly agreed to become the | 11:27:11 |
| 16 | CEO of Advarra, he was committing to devoting his | 11:27:14 |
| 17 | full time, skill, attention and energies to the | 11:27:18 |
| 18 | business of Advarra and its subsidiaries? | 11:27:21 |
| 19 | A    Yes. | 11:27:23 |
| 20 | MR. SANFILIPPO:  Objection, form, | 11:27:23 |
| 21 | foundation, calls for a legal conclusion. | 11:27:25 |
| 22 | MR. DEMERS:  Same objection.  You can | 11:27:28 |
| 23 | answer. | 11:27:30 |
| 24 | THE WITNESS:  Yes. | 11:27:30 |
| 25 | MR. SANFILIPPO:  Sir, I'd ask that you | 11:27:30 |

| | | |
|---|---|---|
| 1 | please give me a -- | 11:27:36 |
| 2 | THE WITNESS:  Yeah, sorry, sorry. | 11:27:36 |
| 3 | MR. SANFILIPPO:  -- time to get my | 11:27:37 |
| 4 | objection -- | |
| 5 | THE WITNESS:  Sorry. | |
| 6 | MR. SANFILIPPO:  -- before you answer the | 11:27:37 |
| 7 | question.  Thank you. | 11:27:38 |
| 8 | THE WITNESS:  Yeah, apologize for bad | 11:27:38 |
| 9 | form. | |
| 10 | MR. SANFILIPPO:  No, no, it's easy to get | 11:27:42 |
| 11 | into a rhythm, so -- | 11:27:43 |
| 12 | MR. O'BEIRNE:  Are they speaking | 11:27:45 |
| 13 | objections when you do them or just me? | 11:27:46 |
| 14 | MR. SANFILIPPO:  Well, I said form, | 11:27:48 |
| 15 | foundation.  I think foundation's different than | 11:27:51 |
| 16 | form, and calls for a legal conclusion I don't | 11:27:53 |
| 17 | think is a form objection, so I think we're all | 11:27:55 |
| 18 | right there. | 11:27:58 |
| 19 | MR. O'BEIRNE:  Got it. | 11:27:59 |
| 20 | THE WITNESS:  I'm glad to go through that | 11:27:59 |
| 21 | little section again if that's needed. | 11:28:01 |
| 22 | BY MR. O'BEIRNE: | 11:28:03 |
| 23 | Q    We're fine. | 11:28:04 |
| 24 | A    Okay. | |
| 25 | Q    So when you were the CEO of Advarra -- | 11:28:05 |

| | | |
|---|---|---|
| 1 | strike that.  When you were the CEO of Chesapeake, | 11:28:07 |
| 2 | did you devote your full time, skill, attention and | 11:28:11 |
| 3 | energy to that job? | 11:28:14 |
| 4 | A    Yes, I did. | 11:28:15 |
| 5 | Q    And I recall you testifying earlier that | 11:28:16 |
| 6 | from your perspective, that was a full-time job? | 11:28:19 |
| 7 | MR. SANFILIPPO:  Objection, form. | 11:28:21 |
| 8 | A    Yes, that's correct. | 11:28:22 |
| 9 | Q    Would -- in your mind, would it have been | 11:28:23 |
| 10 | consistent with your obligations as the CEO of | 11:28:26 |
| 11 | Chesapeake if you committed to devote more than 50 | 11:28:29 |
| 12 | percent of your working time to some other company? | 11:28:32 |
| 13 | MR. SANFILIPPO:  Objection, form, | 11:28:35 |
| 14 | foundation. | 11:28:36 |
| 15 | MR. DEMERS:  You can answer. | 11:28:37 |
| 16 | A    I'm sorry, could you repeat -- | 11:28:38 |
| 17 | Q    Sure. | 11:28:40 |
| 18 | A    I just missed -- | 11:28:41 |
| 19 | Q    No, when you were the CEO of Chesapeake | 11:28:42 |
| 20 | -- | 11:28:44 |
| 21 | A    Right. | 11:28:44 |
| 22 | Q    Would it have been consistent with your | 11:28:45 |
| 23 | commitments to Chesapeake for you to have an | 11:28:47 |
| 24 | agreement with some other company to devote more | 11:28:50 |
| 25 | than 50 percent of your time to the other company, | 11:28:52 |

| | | |
|---|---|---|
| 1 | not to Chesapeake? | 11:28:54 |
| 2 | MR. SANFILIPPO:  Same objections. | 11:28:55 |
| 3 | MR. DEMERS:  You can answer. | 11:28:56 |
| 4 | A    That would not have been consistent with | 11:28:56 |
| 5 | the agreement that I signed as a CEO. | 11:28:58 |
| 6 | Q    As a shareholder in Advarra, were you | 11:29:03 |
| 7 | expecting Mr. Donnelly to treat the CEO job as a | 11:29:09 |
| 8 | full-time job? | 11:29:12 |
| 9 | MR. SANFILIPPO: Objection, form. | 11:29:13 |
| 10 | MR. DEMERS:  Same objection.  You can | 11:29:14 |
| 11 | answer. | 11:29:15 |
| 12 | A    Yes. | 11:29:16 |
| 13 | Q    Was it clear to you that Linden was | 11:29:16 |
| 14 | expecting Mr. Donnelly to treat the CEO of Advarra | 11:29:20 |
| 15 | position as a full-time job? | 11:29:24 |
| 16 | MR. SANFILIPPO: Objection, form, | 11:29:26 |
| 17 | foundation. | 11:29:27 |
| 18 | MR. DEMERS:  Same objection.  You can | 11:29:27 |
| 19 | answer. | 11:29:28 |
| 20 | A    I don't know it was explicitly stated | 11:29:28 |
| 21 | perhaps directly to me, but it was certainly | 11:29:33 |
| 22 | implicit in the -- in being assigned the CEO. | 11:29:36 |
| 23 | Q    I'd like to ask you a few questions about | 11:29:40 |
| 24 | the Bearcat transaction that was the sale of the | 11:29:51 |
| 25 | Advarra to Genstar. | 11:29:56 |

| | | |
|---|---|---|
| 1 | A    Correct. | 11:29:59 |
| 2 | Q    Do you recall a time where you became | 11:29:59 |
| 3 | concerned that Mr. Donnelly was acting in a way | 11:30:01 |
| 4 | counterproductive to the sale? | 11:30:04 |
| 5 | MR. SANFILIPPO:  Objection, form. | 11:30:06 |
| 6 | MR. DEMERS:  Same objection.  You can | 11:30:07 |
| 7 | answer. | 11:30:08 |
| 8 | A    Am I aware of a time when Mr. Donnelly | 11:30:09 |
| 9 | was acting in a manner counterproductive to a sale? | 11:30:29 |
| 10 | Q    Let me rephrase the question. | 11:30:33 |
| 11 | A    Okay.  Sorry. | 11:30:35 |
| 12 | Q    Advarra was eventually sold to Genstar, | 11:30:43 |
| 13 | correct? | 11:30:45 |
| 14 | A    Correct. | 11:30:45 |
| 15 | MR. SANFILIPPO:  Objection, form. | 11:30:46 |
| 16 | BY MR. O'BEIRNE: | 11:30:47 |
| 17 | Q    Do you recall Mr. Donnelly making | 11:30:47 |
| 18 | statements in connection with the prospect that | 11:30:51 |
| 19 | Genstar would acquire Advarra that you thought were | 11:30:56 |
| 20 | counterproductive to the sale of Advarra to | 11:30:59 |
| 21 | Genstar? | 11:31:02 |
| 22 | MR. SANFILIPPO:  Objection, form. | 11:31:02 |
| 23 | MR. DEMERS:  Same objection.  You can | 11:31:03 |
| 24 | answer. | 11:31:04 |
| 25 | A    I was aware of Mr. Donnelly making | 11:31:04 |

| | | |
|---|---|---|
| 1 | comments that were not wholly supportive of a | 11:31:09 |
| 2 | Genstar acquisition. | 11:31:14 |
| 3 | Q    What do you recall those comments to be? | 11:31:15 |
| 4 | MR. SANFILIPPO:  Objection, form. | 11:31:20 |
| 5 | MR. DEMERS:  You can answer. | 11:31:23 |
| 6 | MR. SANFILIPPO:  And foundation. | 11:31:24 |
| 7 | MR. DEMERS:  You can answer. | 11:31:26 |
| 8 | THE WITNESS:  That was clearly not the | 11:31:27 |
| 9 | candidate that he preferred.  He shared with us | 11:31:31 |
| 10 | some -- a previous situation where he was a | 11:31:36 |
| 11 | portfolio company CEO under Genstar.  That's | 11:31:41 |
| 12 | probably, you know, the general answer. | 11:31:52 |
| 13 | BY MR. O'BEIRNE: | 11:31:53 |
| 14 | Q    Did you get the sense that his lack of a | 11:31:53 |
| 15 | preference for Genstar was based on his view of | 11:31:55 |
| 16 | what would be best for Advarra or his personal | 11:31:59 |
| 17 | history with Genstar? | 11:32:02 |
| 18 | MR. SANFILIPPO:  Objection, form, | 11:32:03 |
| 19 | foundation. | 11:32:04 |
| 20 | MR. DEMERS:  Same objection.  You can | 11:32:04 |
| 21 | answer. | 11:32:05 |
| 22 | A    I think the nonpreference for Genstar was | 11:32:05 |
| 23 | a very significant component of his lack of | 11:32:22 |
| 24 | enthusiasm for the transaction going with Genstar. | 11:32:30 |
| 25 | Q    And so I want to make sure I understand | 11:32:34 |

1    your question.  I'm just trying to get at did you          11:32:38

2    think he was not enthusiastic about the transaction        11:32:40

3    going to Genstar because he thought the transaction        11:32:44

4    going to Genstar would be less favorable for the           11:32:46

5    Advarra shareholders, or because he had personal           11:32:49

6    history with Genstar?                                      11:32:51

7            MR. SANFILIPPO:  Objection, form,                  11:32:53

8    foundation.                                                11:32:54

9            MR. DEMERS:  Same objection.  You can              11:32:54

10   answer.                                                    11:32:55

11           THE WITNESS:  I would have no reason to            11:32:55

12   suspect that anyone would have concluded that going        11:33:01

13   with Genstar would have been adverse to Advarra's          11:33:05

14   shareholders.  I do believe that Mr. Donnelly had          11:33:09

15   strong and stated aversion to going with Genstar.          11:33:16

16           MR. O'BEIRNE:  I don't have any more               11:33:42

17   questions for the witness.                                 11:33:43

18           MR. SANFILIPPO:  I have no further                 11:33:46

19   questions for the witness.  Thank you, sir.                11:34:05

20           THE WITNESS:  Thanks.

21           MR. SANFILIPPO:  Appreciate your time.             11:34:09

22           THE VIDEOGRAPHER:  Please stand by.  Here          11:34:09

23   marks the end of the videotaped deposition of Jeff         11:34:17

24   Wendel.  We are off the record at 11:34 a.m.               11:34:21

25           (Off the record at 11:34 a.m.)

```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2            I, Karen Young, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true and

5    correct record of the testimony given; that said

6    testimony was taken by me stenographically and

7    thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested, and that I am neither counsel for or

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 10th day

15   of October, 2021.

16
                                          Karen Young
17   _____

18   NOTARY PUBLIC IN AND FOR

19   THE DISTRICT OF COLUMBIA

20

21   My commission expires:

22   July 31, 2024

23

24

25
```

| **A** | | | |
|---|---|---|---|

**ability**
20:11, 20:13,
20:14
**able**
8:3, 17:25,
22:3, 39:21
**about**
10:11, 11:1,
11:7, 15:5,
15:14, 16:7,
16:21, 18:20,
24:21, 25:2,
26:15, 30:1,
31:9, 32:3,
37:25, 39:16,
39:20, 42:1,
43:18, 46:7,
47:22, 51:17,
61:2, 69:3,
71:25, 78:2,
81:10, 83:6,
84:9, 85:17,
90:13, 91:17,
94:12, 95:9,
98:11, 99:10,
99:11, 99:13,
99:19, 99:25,
106:23, 109:2
**above**
27:21, 101:15
**absolutely**
21:22, 27:21,
50:23, 53:6,
53:11, 65:10,
97:25
**academy**
11:16, 11:17,
11:21
**accelerate**
51:4, 69:25
**acceleration**
52:4
**access**
68:15
**accordance**
73:4

**accounting**
13:24
**accretive**
58:16
**accurate**
90:20
**acquire**
58:11, 73:13,
73:21, 80:24,
91:16, 107:19
**acquired**
16:4, 16:17,
16:19, 67:23,
67:24
**acquires**
15:4, 25:24
**acquiring**
15:21, 64:23
**acquisition**
15:15, 21:18,
23:7, 23:23,
24:6, 24:17,
49:25, 50:8,
54:20, 86:21,
86:24, 87:2,
92:3, 97:4,
97:10, 97:19,
97:21, 98:3,
108:2
**acquisitions**
21:10, 21:15,
91:10
**across**
17:23
**acting**
107:3, 107:9
**actions**
66:4
**activity**
27:16, 28:8,
28:11
**actual**
34:12, 66:5
**actually**
14:16, 34:16,
35:8, 54:7,
65:6, 84:1, 89:2
**add**
33:23

**add-on**
58:5, 95:10
**add-ons**
69:17
**adding**
50:11
**addition**
96:14
**additional**
69:24, 72:14,
97:1
**address**
68:13
**adjacencies**
58:21
**adjacency**
52:16
**adjacent**
22:2, 52:10
**adjust**
63:14
**advantage**
91:9
**advarra**
5:16, 9:7,
9:10, 9:11,
9:18, 9:19,
26:1, 34:4,
37:19, 42:9,
44:2, 44:24,
53:5, 55:10,
67:23, 71:16,
73:7, 75:22,
82:7, 83:5,
83:25, 85:6,
85:12, 86:3,
86:11, 93:16,
93:22, 94:6,
94:13, 94:23,
97:5, 97:22,
99:14, 100:25,
102:6, 102:17,
103:5, 103:13,
103:16, 103:18,
104:25, 106:6,
106:14, 106:25,
107:12, 107:19,
107:20, 108:16,

109:5
**advarra's**
72:1, 109:13
**adverse**
109:13
**advice**
33:11
**advocate**
86:10
**advocated**
73:7
**affixed**
110:14
**afforded**
76:13
**after**
17:23, 25:24,
27:8, 28:16,
31:8, 33:25,
34:2, 34:3,
36:11, 82:7,
92:2, 93:22,
94:14, 99:23
**again**
19:17, 21:15,
21:20, 23:8,
25:12, 33:8,
40:24, 44:16,
52:7, 53:1,
55:14, 57:14,
63:11, 73:4,
84:19, 84:25,
93:2, 96:16,
103:12, 104:21
**against**
77:12, 89:25,
99:12
**agree**
42:13, 78:2,
78:16, 79:8
**agreed**
29:18, 67:4,
91:6, 103:15
**agreeing**
103:4
**agreement**
5:15, 48:7,
49:5, 49:18,

49:21, 100:21,
100:24, 102:14,
102:19, 105:24,
106:5
**agreements**
18:3
**agrees**
102:20
**ahold**
39:2
**air**
27:15
**aircraft**
10:24
**al**
1:10, 6:5
**all**
13:16, 14:1,
16:13, 20:4,
21:8, 27:22,
35:2, 37:3,
46:16, 56:10,
58:12, 60:16,
63:8, 64:9,
65:25, 66:7,
70:4, 70:7,
70:17, 76:21,
76:22, 95:25,
96:23, 101:17,
104:17
**allocate**
73:1
**allow**
65:16
**allowing**
94:12
**almost**
65:7, 86:18
**along**
42:12
**already**
12:5, 58:3,
58:7, 58:8
**also**
4:1, 6:23,
17:18, 20:17,
22:3, 29:3,
36:22, 50:11,

65:9, 70:5,
81:1, 96:15,
102:16
**although**
13:1
**always**
62:12
**among**
96:11
**amount**
37:13, 41:14,
41:22
**analysis**
99:21
**analyzed**
38:14
**analyzing**
17:21
**ancillary**
50:12, 51:5,
51:10
**announced**
28:5
**another**
18:18, 19:20,
39:25, 52:2,
54:4, 56:7,
62:13, 63:7,
96:14
**answered**
63:16, 70:9
**answering**
15:19, 25:4
**any**
8:3, 8:10,
8:23, 17:2,
17:7, 20:1,
20:22, 21:10,
23:16, 23:22,
24:1, 24:15,
25:6, 31:6,
31:18, 32:4,
32:11, 33:1,
33:11, 35:17,
37:13, 40:2,
40:4, 41:13,
41:19, 42:24,
45:9, 46:15,

46:20, 47:24,
47:25, 48:6,
48:13, 48:16,
48:19, 49:5,
49:17, 49:24,
50:4, 53:18,
54:11, 54:18,
54:24, 55:11,
55:15, 55:23,
57:6, 59:13,
60:4, 60:8,
61:7, 66:14,
66:15, 66:21,
67:6, 68:10,
68:17, 70:11,
73:13, 73:17,
73:20, 75:16,
76:11, 77:11,
85:14, 86:2,
86:8, 86:20,
86:23, 87:1,
87:5, 88:7,
88:13, 91:24,
94:20, 99:23,
109:16, 110:10
**anyone**
23:6, 29:4,
43:24, 46:13,
46:23, 47:21,
65:7, 83:6,
109:12
**anything**
8:22, 11:1,
33:16, 33:21,
60:2, 60:7,
61:3, 63:17,
72:8, 73:13,
81:9, 82:1,
87:15, 88:19
**apart**
55:19
**apologies**
47:6
**apologize**
70:8, 104:8
**apparently**
21:8
**appeared**
37:17

**appears**
38:3
**appreciate**
12:9, 89:1,
89:11, 109:21
**apprised**
38:7
**approach**
61:14, 61:18,
61:23, 62:13
**approached**
64:8, 83:17
**appropriate**
38:19, 58:15
**areas**
14:11
**aren't**
56:8
**argumentative**
101:7
**arise**
61:20
**arm**
96:16
**army**
89:25
**around**
28:9, 30:24,
90:4, 93:10
**arrived**
47:5
**aside**
92:14, 96:12
**asked**
14:22, 15:18,
34:14, 43:8,
60:6, 65:25,
78:19, 88:11,
89:21, 90:12
**asking**
8:1, 8:4,
21:20, 22:8,
23:15, 35:3,
39:7, 55:13,
70:11, 73:17,
74:1, 74:16,
77:1, 80:2,
87:19

asks
89:9
aspirations
17:25
assessment
35:15, 97:12
asset
16:19
assets
96:19
assigned
12:3, 25:22,
101:25, 106:22
associated
50:19, 69:20,
94:14
assume
11:20, 26:13,
40:14, 41:10,
45:4, 46:5,
46:19
assuming
72:23, 75:19,
84:21
attached
5:14
attend
32:11, 54:18,
67:9
attendance
66:22
attendant
69:25
attended
31:18, 32:4,
68:21, 85:4,
85:11
attending
68:5
attends
68:11
attention
39:15, 90:14,
102:23, 103:17,
105:2
attorney-client
88:13, 98:11
atypical
86:3

audax
15:12, 15:15,
15:18, 16:5,
16:12, 17:6,
18:2, 18:15,
19:22, 21:15
audax's
21:8, 23:9
audax-owned
16:19
audience
38:19, 38:24
authority
101:25
available
20:13
aversion
109:15
aware
41:19, 60:4,
68:17, 76:11,
86:8, 90:25,
91:5, 91:6,
107:8, 107:25

**B**

back
10:15, 15:24,
17:21, 20:23,
26:16, 28:21,
30:13, 30:14,
37:25, 38:1,
41:1, 49:7,
52:3, 55:14,
66:11, 71:12,
72:25, 79:2,
80:16, 85:22,
89:14, 90:3,
90:14, 98:22
background
42:2
bad
8:5, 104:8
based
89:3, 89:9,
108:15
baseline
92:17

bases
80:3
basic
25:14, 25:18,
81:16, 86:19
basically
13:15, 14:2,
17:12, 18:10,
36:22, 54:6
basis
16:15, 37:20,
40:14, 55:22,
56:13, 80:4,
85:3, 85:14
bates
100:13
bearcat
106:24
beato
2:3, 3:11
became
9:25, 10:1,
44:7, 44:15,
58:25, 82:7,
90:25, 91:5,
91:6, 92:24,
93:2, 93:10,
93:21, 94:3,
103:4, 107:2
because
7:24, 13:23,
27:19, 29:10,
29:20, 38:19,
40:7, 40:20,
41:5, 55:21,
56:6, 66:4,
109:3, 109:5
become
103:15
becoming
92:22
beef
52:4
been
7:2, 7:13,
7:14, 7:25,
12:21, 12:22,
23:8, 23:10,

23:24, 39:21,
40:7, 42:3,
44:9, 45:3,
48:23, 50:7,
51:3, 53:24,
54:4, 55:9,
57:4, 58:3,
58:7, 58:9,
59:1, 64:8,
64:13, 65:10,
65:11, 66:5,
69:4, 70:3,
76:12, 76:24,
81:14, 84:23,
85:2, 105:9,
105:22, 106:4,
109:13
before
2:12, 7:13,
7:25, 31:8,
34:11, 38:23,
43:19, 47:4,
47:8, 56:2,
58:22, 66:25,
80:1, 100:19,
101:10, 101:14,
104:6, 110:2
beginning
16:1, 78:19
begins
6:2, 71:10
behalf
3:2, 3:9, 3:17,
6:19
being
17:7, 38:3,
46:16, 48:1,
48:4, 55:10,
61:11, 62:10,
63:16, 64:21,
64:24, 82:23,
84:1, 93:3,
95:10, 106:22
belief
37:20, 55:23,
75:20
believe
40:9, 48:16,

55:15, 57:3,
61:4, 64:4,
64:12, 67:25,
72:11, 77:14,
93:13, 109:14
**best**
14:20, 62:8,
102:21, 108:16
**better**
34:25, 61:20,
80:23
**between**
5:15, 26:1,
26:17, 31:6,
32:20, 36:17,
38:10, 63:25,
67:1, 67:6,
81:4, 100:24
**bidders**
16:11
**bids**
17:21
**big**
50:10
**billionth**
77:23
**biosafety**
51:21
**bit**
50:5, 61:4,
61:16, 62:5
**board**
27:1, 27:22,
28:5, 30:25,
34:5, 64:5,
64:12, 84:5,
84:11, 84:20,
92:2, 92:16,
93:3, 93:22,
94:3, 96:15,
102:1, 102:5,
103:3, 103:15
**boards**
48:14
**body**
59:20
**bonus**
41:21, 71:15,

71:17, 71:18,
71:22, 72:4,
72:16, 72:22,
73:8
**book**
17:8
**boston**
3:22
**both**
14:4, 14:7,
17:4, 17:22,
20:13, 45:5,
77:4, 93:15,
93:20, 96:13
**bottom**
100:13, 101:18
**boulevard**
3:5
**boylston**
3:21
**break**
8:10, 8:19,
8:20, 70:23,
70:24, 70:25,
89:14, 98:24
**bring**
69:15, 69:22
**building**
39:24
**bunch**
29:6
**burning**
39:24
**business**
14:4, 14:7,
15:1, 20:2,
33:9, 58:13,
60:19, 60:23,
102:21, 102:24,
103:18
**busy**
7:9
**buy**
76:20, 96:23
**buying**
15:17, 54:3

---
**C**
---

**call**
17:8, 26:10,

30:18, 61:10,
83:14
**call-in**
67:16
**called**
10:9, 32:18,
50:7, 58:11
**calling**
68:11
**calls**
39:5, 42:10,
78:9, 78:20,
79:18, 103:7,
103:21, 104:16
**came**
13:18, 13:19,
15:3, 15:6,
21:7, 34:5,
38:17, 40:4,
47:8, 57:2,
57:3, 66:12,
72:23, 72:25,
92:12
**cameo**
69:2
**can't**
11:7
**canadian**
21:19
**candidate**
108:9
**cap**
95:7
**capabilities**
22:1
**capability**
29:11
**capable**
37:11
**capital**
1:9, 6:4,
73:21, 78:5,
79:4, 79:12,
80:18, 80:23,
81:4
**cards**
38:6
**care**
12:25, 13:3,

13:4, 20:21
**carolina**
1:2, 6:6
**carve**
58:24
**case**
1:8, 6:7,
20:11, 20:20,
23:18, 23:19,
26:11, 58:13,
64:13, 93:13,
101:5, 110:11
**cash**
74:12, 76:23
**cast**
62:7
**category**
45:16
**caution**
88:6
**cease**
92:22
**ceased**
48:1, 48:4
**ceo**
9:25, 10:2,
12:17, 17:3,
18:11, 21:11,
26:6, 26:9,
27:3, 34:6,
34:9, 34:17,
36:1, 36:12,
36:17, 37:6,
37:11, 42:7,
42:9, 42:14,
42:17, 42:19,
45:3, 45:11,
45:23, 46:2,
52:24, 57:16,
59:18, 60:20,
61:5, 63:13,
67:2, 67:8,
67:21, 68:6,
68:11, 68:17,
82:7, 84:17,
85:17, 86:4,
93:10, 93:15,
102:10, 103:4,

103:16, 104:25,
105:1, 105:10,
105:19, 106:5,
106:7, 106:14,
106:22, 108:11
**ceo's**
38:21
**ceos**
66:7
**certain**
55:8, 72:21
**certainly**
29:20, 44:15,
55:16, 57:22,
61:15, 85:15,
88:8, 106:21
**certainty**
18:7
**certificate**
110:1
**certify**
110:4
**cfo**
70:3
**chagrin**
13:14
**chain**
28:10, 36:20,
57:13, 73:4
**chair**
37:2
**chairman**
92:1, 92:7,
92:16, 92:22,
92:24, 93:3,
93:15, 93:22,
93:23, 94:3,
94:5, 94:14,
95:1
**challenging**
61:4
**change**
60:22, 92:23
**changed**
59:25, 61:15,
81:13
**channel**
56:5

**chapel**
90:3
**character**
28:16
**characterize**
61:3, 81:11
**charge**
61:11, 69:18
**charleston**
1:3, 6:7
**checklists**
21:4
**chesapeake**
9:13, 9:22,
9:23, 10:4,
12:24, 13:25,
14:14, 15:4,
15:10, 15:12,
15:15, 15:17,
16:4, 16:19,
17:2, 21:14,
23:3, 23:7,
23:23, 24:6,
24:17, 25:24,
26:1, 26:17,
26:20, 26:21,
29:9, 32:6,
32:13, 32:25,
42:22, 55:11,
67:8, 67:21,
72:16, 75:16,
75:22, 90:13,
90:19, 91:7,
91:19, 92:2,
92:6, 93:4,
95:11, 105:1,
105:11, 105:19,
105:23, 106:1
**chesapeake-schul-
man**
69:9, 75:15
**chicago**
34:14
**chief**
12:3, 28:1,
90:8
**choice**
38:10

**choose**
13:22
**chosen**
27:12
**cim**
17:9
**cims**
44:18
**claimed**
41:20
**clandestine**
26:10, 27:9
**clarification**
8:7
**clarify**
66:3, 80:7,
99:1
**classified**
11:2
**clear**
15:9, 27:15,
28:12, 32:16,
42:16, 42:23,
55:21, 60:19,
75:6, 81:3,
106:13
**clearly**
108:8
**client**
20:3
**clients**
29:2
**clinical**
14:16, 29:7
**close**
18:7, 48:23,
70:22, 84:8
**closed**
68:1
**closing**
54:21, 71:15,
71:17, 71:25,
72:1, 72:4,
72:16, 73:8,
86:11
**clothing**
71:18
**collaborative**
61:22, 61:23

**collectively**
67:4
**columbia**
2:13, 110:19
**combination**
22:7, 76:24
**combined**
34:9
**come**
7:9, 16:21,
18:5, 34:14,
36:5, 37:24,
69:3, 76:7,
83:6, 83:14,
89:14, 99:23
**comes**
70:5
**coming**
14:6, 92:14
**command**
28:10, 36:21,
57:14, 73:5
**comment**
66:3
**commentary**
65:2, 80:25
**comments**
108:1, 108:3
**commercial**
7:16
**commission**
110:21
**commitment**
11:22, 76:9
**commitments**
105:23
**committed**
105:11
**committing**
103:16
**commonly**
81:19
**communicated**
99:14
**communications**
88:7, 88:14
**companies**
29:17, 66:13,

69:4, 90:18
**company**
10:7, 12:17,
12:25, 13:2,
13:10, 13:16,
14:5, 17:14,
21:19, 25:23,
26:12, 40:10,
40:19, 41:4,
45:6, 45:11,
50:21, 52:2,
52:8, 53:2,
54:2, 54:3,
54:4, 67:15,
67:22, 68:18,
76:10, 77:22,
79:12, 80:18,
85:16, 86:4,
91:11, 91:12,
94:7, 102:9,
102:22, 102:24,
103:3, 103:14,
105:12, 105:24,
105:25, 108:11
**company's**
68:11
**compensated**
92:6, 92:11
**compensation**
41:14, 49:19,
49:22, 72:12,
92:17
**competition**
21:9, 96:21
**completed**
55:10, 58:3,
58:7, 58:9,
59:1, 59:7,
59:20
**completely**
58:22
**complicated**
50:5
**component**
36:24, 50:6,
50:18, 76:18,
81:2, 81:5,
95:8, 108:23

**components**
64:24, 69:19,
76:18
**compound**
77:7
**concept**
25:14, 25:18,
29:24
**concepts**
81:16
**concerned**
66:12, 107:3
**concluded**
109:12
**conclusion**
56:11, 74:24,
78:21, 103:7,
103:21, 104:16
**conduct**
52:18
**conducted**
27:25
**conduit**
73:1
**confer**
98:8
**conferences**
22:13
**confidential**
17:8, 17:9,
27:25
**confidentiality**
26:14
**configuration**
14:9, 55:18,
60:2
**conflict**
56:6
**confrontational**
61:14, 61:18
**confusing**
8:6
**conjunction**
73:6
**connection**
107:18
**consider**
91:10

**considered**
83:19, 84:1
**considering**
54:7, 83:19
**consistent**
101:23, 102:1,
102:4, 105:10,
105:22, 106:4
**consolidated**
29:5
**consolidation**
29:8, 65:5,
66:9
**constant**
83:23
**consult**
67:2
**consultants**
24:24
**consulting**
96:16
**consummate**
74:3
**consummated**
18:7, 50:16
**consummation**
34:12
**contemplated**
102:13
**contemplating**
91:19
**contention**
47:14, 47:16
**contentious**
60:10
**continue**
44:13, 80:10,
80:13, 89:15
**continued**
36:18, 82:8
**contract**
101:10
**contribute**
63:7, 74:3,
74:5
**contributed**
97:5, 97:21
**control**
13:13

**conversation**
23:2, 23:16,
30:19, 46:15,
62:4, 63:25,
64:16
**conversations**
23:10, 54:5,
54:25, 56:3,
67:6
**convince**
13:17
**copy**
101:2
**cordial**
60:8
**corporate**
70:6
**correct**
15:23, 19:1,
34:6, 34:7,
35:11, 36:13,
44:1, 44:4,
59:6, 59:12,
72:3, 92:3,
101:13, 101:16,
102:12, 102:15,
102:18, 105:8,
107:1, 107:13,
107:14, 110:5
**could**
18:5, 20:16,
40:23, 48:16,
48:18, 51:9,
51:18, 96:9,
100:6, 105:16
**couldn't**
13:16, 39:2,
39:25
**counsel**
6:13, 7:3,
33:11, 38:18,
88:10, 89:12,
98:9, 110:9
**counterproductive**
107:4, 107:9,
107:20
**couple**
22:12, 39:22,

67:17, 67:18,
89:3, 89:6,
89:22, 89:23
**course**
33:9, 49:2,
90:6
**court**
1:1, 6:6, 6:22,
7:17, 65:21,
80:15
**courtship**
54:3
**covenant**
18:4
**create**
75:22, 91:11
**created**
17:18, 66:20
**creating**
44:17
**creation**
58:17, 64:24
**creative**
22:4
**criteria**
18:1
**crystal**
81:3
**current**
9:4
**customary**
16:13

### D

**date**
6:8, 93:8
**davis**
33:2, 64:1,
64:7, 94:2
**day**
7:9, 17:12,
17:23, 31:7,
31:8, 39:12,
42:21, 63:13,
83:18, 110:14
**days**
38:23, 39:1,
39:22

**deal**
18:6, 18:14,
20:2, 21:21,
22:5, 34:12,
50:15, 50:16,
50:23, 53:19,
55:9, 55:18,
56:12, 57:24,
60:1, 66:6,
66:11, 66:16,
67:25, 70:1,
74:10, 76:15
**deals**
54:1, 76:17
**debt**
22:6, 74:2,
74:3, 74:14,
76:18, 76:25,
77:11, 81:2,
81:4
**december**
67:24
**decide**
76:22
**decided**
26:5, 26:8,
31:14, 44:8,
57:11, 57:20,
84:13
**deciding**
30:25, 91:13
**decision**
35:25, 36:5,
36:7, 36:8,
50:17, 53:12,
53:15, 56:23,
57:7, 64:18,
69:13
**decisions**
61:1, 62:10
**deck**
17:18
**defendants**
1:11, 3:9,
6:21, 89:12
**defining**
32:16
**definition**
74:19, 75:7,

77:25, 78:16,
78:25
**degree**
61:13, 70:21
**demand**
83:13
**demonstrated**
20:14
**demoted**
61:8
**deployments**
13:4, 14:16
**deponent**
6:19
**depos**
6:11, 6:24
**deposed**
7:13, 7:15,
7:25
**deposition**
1:13, 2:1, 6:3,
6:11, 43:16,
71:6, 71:11,
88:1, 100:9,
109:23, 110:3
**deputy**
12:3
**describe**
30:20, 35:23,
60:10, 60:11,
61:19, 61:24,
62:9, 63:19,
90:25, 98:1
**described**
66:25, 70:19,
82:1
**despondent**
37:1
**detail**
38:9
**details**
50:22, 70:4,
95:23
**determine**
87:20
**detrimental**
13:14
**devote**
102:22, 105:2,

105:11, 105:24
**devoted**
81:6
**devoting**
103:16
**dia**
22:13
**difference**
31:6, 81:3
**different**
27:12, 29:1,
29:2, 50:21,
61:12, 62:6,
62:20, 63:18,
89:18, 104:15
**differently**
24:13
**differing**
63:9
**diligence**
21:21, 22:25,
23:3, 23:13,
23:18, 30:9,
31:12, 45:8,
50:23, 57:24,
58:10, 59:13,
60:3, 64:23,
69:9, 70:13,
91:13
**direct**
12:19, 29:25,
30:2, 30:6,
36:4, 46:7,
46:20, 48:20,
49:17, 49:20,
49:21, 81:23,
87:11, 90:14,
94:11, 97:9
**direction**
89:19, 110:8
**directly**
12:10, 12:22,
18:15, 22:1,
23:25, 32:23,
32:25, 39:14,
39:18, 42:2,
50:9, 106:21
**director**
10:23

**directors**
48:14
**disagree**
61:1, 78:2
**disagreed**
53:3, 53:12,
62:11
**disappointed**
51:7
**disappointing**
51:2
**discern**
32:20
**discuss**
32:5, 43:20,
43:23, 46:10,
46:12, 47:21,
74:18, 75:1,
75:6
**discussed**
54:19, 84:4,
87:16, 88:19,
95:11
**discussing**
55:2
**discussion**
81:24, 84:12,
87:17, 88:20,
94:12, 98:21
**discussions**
26:13, 27:23,
67:1, 94:21
**disk**
6:2, 71:5,
71:10
**dissuade**
63:8
**dissuades**
63:8
**distracted**
37:18
**district**
1:1, 1:2, 2:13,
6:6, 110:19
**divergence**
62:6
**diversity**
96:13

**division**
1:3, 6:7, 10:23
**doctor**
50:19
**document**
100:13, 100:18,
100:19, 101:3
**doing**
7:7, 7:12,
14:1, 16:23,
22:2, 24:22,
27:2, 28:5,
30:25, 31:12,
36:22, 37:7,
38:8, 38:15,
39:1, 39:9,
39:13, 39:19,
39:21, 45:4,
45:10, 45:22,
52:12, 58:5,
80:12
**domain**
20:18
**done**
14:1, 36:9,
39:13, 40:20,
41:4, 41:11,
45:3, 45:5,
58:22, 60:3,
62:25, 78:19,
85:1, 86:18,
88:15
**donnelly**
1:6, 3:2, 5:16,
6:4, 6:17, 7:3,
22:11, 23:2,
23:20, 30:23,
31:12, 31:17,
32:4, 33:4,
33:10, 34:5,
36:1, 36:15,
37:5, 37:9,
37:14, 38:22,
39:1, 40:5,
40:9, 40:18,
41:3, 42:5,
42:8, 45:10,
45:22, 46:9,

46:16, 48:1,
53:21, 54:19,
55:1, 55:15,
56:14, 57:17,
57:23, 59:14,
60:9, 60:12,
61:11, 61:17,
62:19, 64:11,
66:14, 66:16,
67:6, 73:2,
73:7, 82:7,
82:13, 85:4,
85:10, 86:2,
86:10, 91:18,
92:1, 93:14,
93:22, 94:5,
94:13, 98:2,
99:2, 100:13,
100:24, 101:5,
101:12, 102:11,
103:4, 103:15,
106:7, 106:14,
107:3, 107:8,
107:17, 107:25,
109:14
**donnelly's**
24:5, 24:16,
26:20, 31:2,
36:12, 44:24,
46:12, 48:7,
48:14, 53:18,
54:12, 64:19,
66:22, 69:8,
70:12, 84:15,
94:25
**doubt**
55:9, 64:16,
69:4
**down**
11:4, 23:12,
30:15, 39:24,
44:17, 63:14,
65:22, 74:12,
74:17, 83:20
**dr**
54:9, 54:12
**drafting**
66:16

**drug**
49:25, 50:6,
50:13, 50:18,
52:6, 54:20,
56:17, 65:3
**dss**
50:13, 53:4,
57:7
**due**
21:20, 22:24,
23:3, 23:13,
23:17, 31:12,
45:8, 50:23,
57:24, 58:10,
59:13, 60:3,
69:8, 70:12,
91:13
**duly**
7:2
**dumb**
72:10
**during**
39:1, 64:22,
101:21, 102:19
**duties**
68:6, 101:19,
101:23, 101:24
**dynamics**
60:1, 60:23,
61:16, 83:14

**E**

**each**
15:20, 26:7
**earlier**
65:3, 81:1,
91:8, 105:5
**early**
44:9, 84:6,
84:7
**earned**
41:21
**easy**
21:17, 104:10
**efforts**
65:14, 66:1,
102:21
**eight**
67:19, 90:3

| | | | |
|---|---|---|---|
| **either** | **entered** | 81:4, 81:5, | 54:16, 60:22, |
| 9:5, 21:25, | 16:24 | 81:20, 83:10, | 61:10, 62:11, |
| 22:1, 23:18, | **enterprise** | 83:17, 83:21 | 73:7, 74:18, |
| 23:19, 76:17 | 91:8 | **esg** | 75:6, 81:25, |
| **elaborate** | **enterprise-wide** | 20:25 | 82:13, 93:14, |
| 96:9 | 14:3 | **especially** | 93:19, 99:23 |
| **else** | **enthusiasm** | 20:12, 61:7 | **every** |
| 13:20, 20:6, | 108:24 | **esquire** | 21:5, 38:9 |
| 27:19, 29:4, | **enthusiastic** | 3:3, 3:10, 3:18 | **everything** |
| 40:2, 41:11, | 109:2 | **essentially** | 18:10, 70:5 |
| 45:16, 60:2, | **entire** | 9:5, 26:4, | **exact** |
| 60:7 | 69:5 | 50:14, 62:16, | 93:8 |
| **emergencies** | **entities** | 96:24 | **examination** |
| 40:4 | 36:23, 59:21, | **et** | 5:2, 7:3, 89:12 |
| **employ** | 65:4 | 1:10, 6:5 | **example** |
| 52:13 | **entity** | **evaluate** | 45:17 |
| **employed** | 21:17, 24:25, | 22:5, 83:11, | **exceed** |
| 12:22, 46:14, | 32:18, 33:12, | 83:12, 83:13, | 44:14 |
| 110:10 | 34:9, 46:4, | 84:20 | **except** |
| **employee** | 50:10, 55:12, | **evaluating** | 31:8 |
| 101:22, 101:25, | 58:19, 67:7, | 24:25, 83:19 | **exception** |
| 102:20 | 80:24, 81:7, | **evaluation** | 46:2, 95:7 |
| **employee's** | 83:12, 84:25, | 25:4 | **excuse** |
| 102:21, 102:23 | 93:15 | **even** | 17:5, 31:7, |
| **employees** | **equity** | 14:17, 14:18, | 42:21 |
| 74:20, 75:8 | 12:10, 12:16, | 20:2, 26:12, | **executive** |
| **employment** | 16:25, 20:11, | 28:25, 36:5, | 28:1, 101:24 |
| 5:15, 12:19, | 22:7, 23:22, | 56:3, 85:24, | **executives** |
| 100:20, 100:24, | 23:25, 29:17, | 94:14 | 17:19 |
| 101:22, 102:20 | 66:13, 67:15, | **event** | **exhibit** |
| **encourages** | 68:18, 74:3, | 98:1 | 5:15, 100:6, |
| 63:6 | 74:6, 74:19, | **eventual** | 100:9, 100:23 |
| **end** | 75:2, 75:7, | 97:5, 97:22 | **exhibits** |
| 13:6, 16:12, | 75:19, 75:21, | **eventually** | 101:10 |
| 39:11, 63:12, | 75:23, 76:2, | 9:25, 12:2, | **existence** |
| 71:5, 75:13, | 76:3, 76:6, | 14:11, 15:1, | 90:25, 91:17 |
| 75:15, 109:23 | 76:8, 76:10, | 16:16, 17:18, | **expand** |
| **ended** | 76:12, 76:13, | 18:15, 30:15, | 52:15, 58:21 |
| 51:25 | 76:16, 76:18, | 44:21, 46:24, | **expanded** |
| **energies** | 76:19, 76:21, | 53:25, 55:17, | 51:9, 51:18 |
| 102:23, 103:17 | 76:24, 77:2, | 71:25, 91:12, | **expanding** |
| **energy** | 77:10, 77:13, | 97:11, 107:12 | 21:25 |
| 105:3 | 77:14, 77:16, | **ever** | **expansion** |
| **engaged** | 77:20, 77:21, | 7:13, 12:9, | 51:4, 69:25 |
| 44:16 | 77:24, 78:1, | 12:21, 39:16, | **expect** |
| **enjoys** | 78:5, 78:25, | 41:13, 42:3, | 18:11, 36:17, |
| 61:13, 61:17 | 79:3, 79:12, | 43:16, 46:9, | 84:17, 85:10 |
| **enough** | 80:18, 80:24, | 46:12, 49:21, | **expectation** |
| 8:14 | | | 83:21 |

| | | | |
|---|---|---|---|
| **expected** | **familiar** | **financials** | **focused** |
| 69:14 | 8:1, 21:20, | 69:20, 96:12 | 30:19 |
| **expecting** | 50:22, 52:21, | **financing** | **folks** |
| 106:7, 106:14 | 66:24 | 74:2 | 63:6 |
| **experience** | **family** | **find** | **follow** |
| 23:24, 25:22, | 55:12 | 28:9, 39:25, | 57:13 |
| 35:23, 76:17, | **far** | 86:9 | **follow-up** |
| 81:20, 84:23 | 42:18, 66:12, | **fine** | 89:3, 89:9, |
| **experienced** | 76:15 | 48:25, 71:1, | 89:23 |
| 81:24 | **favor** | 92:21, 104:23 | **follows** |
| **expertise** | 98:2, 99:3 | **finish** | 7:2, 43:11 |
| 20:18, 96:25 | **favorable** | 65:18, 103:9 | **footprint** |
| **expires** | 96:12, 109:4 | **finished** | 51:24 |
| 110:21 | **fee** | 103:8 | **force** |
| **explain** | 41:21, 72:8, | **firm** | 91:9 |
| 14:22, 80:12, | 72:16, 86:11, | 12:10, 20:11, | **foregoing** |
| 99:13 | 86:19 | 23:22, 43:24, | 110:3, 110:4 |
| **explicitly** | **feel** | 76:2, 83:21 | **forget** |
| 45:3, 46:17, | 8:7, 36:7, | **firm-wide** | 22:14 |
| 57:10, 106:20 | 37:11, 61:25, | 68:12 | **forgettable** |
| **extent** | 78:2 | **firms** | 22:20 |
| 65:11, 78:9, | **felt** | 75:23 | **fork** |
| 78:20, 80:2, | 41:14, 51:8, | **first** | 13:19 |
| 94:5 | 58:20, 61:20, | 12:24, 18:2, | **form** |
| **F** | 62:12 | 20:3, 21:16, | 12:11, 15:7, |
| **face** | **few** | 22:10, 22:23, | 18:23, 19:20, |
| 38:6 | 34:11, 61:2, | 23:1, 23:5, | 19:24, 21:12, |
| **fact** | 106:23 | 28:22, 60:16, | 24:7, 24:8, |
| 14:18, 25:5, | **fiduciary** | 67:17, 67:18, | 25:9, 26:2, |
| 55:7, 63:4 | 18:13, 27:23 | 79:15, 83:5, | 31:20, 32:14, |
| **factors** | **figure** | 84:9, 89:24, | 33:13, 36:2, |
| 18:20 | 14:6, 28:9 | 91:6, 101:18 | 37:15, 40:11, |
| **factual** | **final** | **firsthand** | 40:21, 41:16, |
| 40:14 | 57:6, 57:19 | 68:25, 69:5, | 41:23, 43:3, |
| **fair** | **finalists** | 85:15 | 43:4, 44:25, |
| 8:8, 8:9, 8:13, | 23:12 | **fit** | 45:12, 45:24, |
| 8:14, 32:19, | **finance** | 17:21 | 48:2, 50:1, |
| 35:14, 40:18, | 70:7, 76:25, | **five** | 51:13, 53:7, |
| 41:2, 53:3, 59:8 | 81:2 | 10:14, 11:14 | 55:5, 57:8, |
| **fairly** | **financed** | **five-year** | 59:10, 60:13, |
| 21:17, 22:3, | 74:13 | 11:22, 11:23 | 62:22, 63:22, |
| 52:19, 64:17 | **financial** | **fix** | 67:10, 68:7, |
| **faith** | 17:16, 20:16, | 80:5 | 69:10, 73:9, |
| 40:10, 40:16, | 20:24, 37:3, | **flaneur** | 73:14, 74:7, |
| 40:20, 41:5 | 70:1, 97:11, | 9:6 | 74:23, 75:17, |
| **fall** | 110:11 | **fledgling** | 76:4, 79:16, |
| 45:15 | **financially** | 52:5 | 79:22, 80:7, |
| | 29:11 | **focus** | 80:8, 81:21, |
| | | 44:15 | |

82:19, 83:7,
84:2, 85:8,
86:5, 86:13,
90:10, 90:22,
91:2, 91:21,
92:8, 92:19,
92:25, 93:5,
93:11, 93:24,
94:16, 95:2,
95:14, 95:20,
96:3, 97:6,
97:14, 97:24,
98:4, 99:5,
100:1, 103:6,
103:20, 104:9,
104:14, 104:16,
104:17, 105:7,
105:13, 106:9,
106:16, 107:5,
107:15, 107:22,
108:4, 108:18,
109:7
**formal**
29:19, 29:20
**former**
89:25
**forth**
26:17, 28:22
**fortunate**
18:17
**forum**
57:3
**forward**
30:16, 31:15,
44:20, 60:24,
69:13, 70:1,
97:2, 99:22
**foundation**
24:10, 25:19,
31:21, 36:2,
41:23, 44:25,
45:13, 45:24,
48:2, 50:2,
51:13, 53:8,
57:8, 59:10,
60:14, 63:22,
67:11, 68:8,
69:10, 73:9,

73:14, 74:7,
74:24, 75:17,
76:4, 81:21,
82:19, 83:7,
84:2, 85:8,
86:6, 93:6,
93:17, 93:25,
94:8, 94:17,
95:3, 97:7,
98:6, 99:6,
99:16, 100:2,
103:7, 103:21,
104:15, 105:14,
106:17, 108:6,
108:19, 109:8
**foundation's**
104:15
**four**
21:15, 29:16,
51:25
**four-year**
11:20
**framework**
21:15, 50:16,
66:20
**frankly**
36:18, 51:2,
56:20, 63:16
**free**
8:7
**friend**
13:25
**full**
102:23, 103:17,
105:2
**full-time**
42:15, 42:24,
105:6, 106:8,
106:15
**fully**
38:21, 44:7,
44:16, 56:9
**function**
46:5
**functions**
70:6
**fund**
73:21, 76:9,

76:10, 83:14
**fundamentally**
34:24
**funds**
73:13, 73:17,
77:3, 77:4
**further**
109:18

---

### G

**gave**
35:13, 35:17,
35:19, 96:13,
96:25
**general**
35:21, 108:12
**generally**
25:8, 62:21
**generating**
78:7, 79:5
**genstar**
44:3, 72:2,
83:5, 94:23,
97:11, 106:25,
107:12, 107:19,
107:21, 108:2,
108:11, 108:15,
108:17, 108:22,
108:24, 109:3,
109:4, 109:6,
109:13, 109:15
**geographically**
96:13
**germane**
44:12
**getting**
17:20, 41:13,
47:11, 70:22,
73:1
**gigantic**
52:8, 58:3,
58:4
**gil**
54:9, 54:14,
56:9
**give**
19:20, 34:22,
45:16, 49:6,

76:20, 76:22,
91:9, 104:1
**given**
38:10, 84:8,
110:5
**giving**
20:4
**glad**
104:20
**go**
11:4, 11:15,
14:24, 16:2,
18:21, 26:9,
28:8, 31:14,
37:23, 53:4,
55:14, 56:1,
60:24, 74:1,
79:14, 89:16,
96:23, 104:20
**goal**
52:17
**goes**
59:24, 102:19
**going**
10:3, 14:11,
14:18, 17:24,
17:25, 18:17,
20:5, 26:13,
26:16, 27:19,
27:20, 29:5,
30:13, 31:1,
39:19, 40:3,
44:17, 44:19,
48:23, 56:17,
59:21, 62:6,
63:3, 63:14,
65:5, 68:14,
74:11, 74:13,
77:25, 80:9,
83:21, 84:13,
85:21, 87:13,
89:5, 98:19,
108:24, 109:3,
109:4, 109:12,
109:15
**good**
7:6, 7:8, 14:5,
14:15, 17:6,

27:24, 29:11,
29:12, 30:19,
37:8, 52:12,
56:21, 57:1,
58:5, 70:20,
70:22, 96:1,
96:10
**goodness**
24:25, 28:24
**gotten**
51:8, 54:6
**grab**
49:1
**graduated**
11:24
**grandparents**
90:2
**gray**
3:19, 6:19
**great**
11:19, 18:17,
18:18, 56:1,
58:24, 63:2,
88:25, 89:17
**greg**
6:18
**gregory**
3:18
**grind**
70:4
**grinding**
45:7
**group**
20:10, 26:9,
61:21, 62:5,
68:13, 72:22
**group's**
86:20, 86:24,
87:2
**grow**
91:11
**growth**
17:25, 95:10,
96:16
**guess**
7:15, 9:5,
16:22, 18:18,
23:15, 24:20,

30:10, 31:6,
34:24, 34:25,
35:16, 35:20,
39:17, 42:22,
46:1, 55:11,
55:25, 58:2,
58:6, 59:17,
60:3, 62:12,
62:14, 63:18,
75:12, 76:19,
81:11, 84:22,
86:15, 92:12
**guidance**
37:22
**guiding**
20:8
**gun**
30:5
**guy**
22:14, 27:7,
40:15, 56:7,
56:11, 56:16,
60:17, 60:25,
85:23, 89:25
**guys**
19:16, 64:8,
99:24

---

**H**

**hallway**
43:18
**hand**
37:22, 100:7,
110:14
**handed**
100:12
**handful**
90:18
**hanover**
90:2
**happen**
66:2
**happened**
28:19, 30:9,
50:20
**happens**
46:19
**hard**
22:14, 60:17

**hardiest**
63:8
**head**
40:5
**health**
12:25, 13:3,
13:4, 20:21,
87:3
**hear**
64:3, 84:9
**heard**
14:17, 85:20
**held**
2:1, 15:10
**hell's**
39:19
**help**
14:25, 20:14,
45:17, 80:3,
84:20
**helpful**
97:2
**helping**
14:6, 20:21
**hence**
65:2
**here**
6:2, 7:9,
19:15, 28:13,
29:24, 52:12,
56:6, 59:20,
59:22, 59:24,
70:2, 71:4,
71:10, 77:10,
82:1, 86:19,
89:20, 109:22
**here's**
59:19, 59:20,
69:21, 72:25
**hereby**
110:3
**hereunto**
110:13
**hey**
13:20, 17:6,
28:8, 28:23,
29:3, 37:25,
38:13, 39:11,

39:19, 52:11,
55:25, 56:4,
57:19, 58:23,
63:2, 63:12,
64:8, 84:13
**hi**
7:7
**high**
66:10
**highly**
96:14, 97:10
**history**
108:17, 109:6
**hit**
44:13
**hold**
16:23, 49:6,
53:7, 78:8,
83:10, 83:11,
83:22, 89:24
**holding**
37:23
**holdings**
68:17
**home**
74:11
**honestly**
38:23, 71:3
**horizon**
38:3
**hour**
48:24
**hours**
37:14
**human**
52:18
**hundred**
28:11
**hypothetical**
78:9, 78:20,
79:18, 79:21

---

**I**

**ibc**
51:24
**ibm**
77:23, 77:24
**idea**
29:15, 47:23,

56:1, 57:1,
58:23, 58:24,
63:2, 64:22,
83:5, 96:1,
96:10
**ideas**
56:25
**identification**
100:10
**identifying**
17:19
**iii**
1:9, 6:5
**illness**
8:23
**imagine**
32:9
**immaterial**
62:10
**impact**
13:14
**implementation**
14:9
**implications**
70:1
**implicit**
106:22
**importance**
61:6
**important**
29:6, 38:8
**importantly**
17:22, 20:17
**improve**
20:23
**impugn**
28:16
**in-house**
96:24
**inaccurate**
29:24
**inc**
5:16, 100:25
**include**
32:2, 92:16
**included**
58:12
**includes**
20:16

**incomplete**
78:9, 78:20,
79:17, 79:21
**indication**
40:16
**individual**
41:20, 68:17,
76:11, 83:12
**industry**
29:5, 54:16
**infer**
29:19
**infers**
66:5
**information**
17:9, 68:16,
73:2, 91:25,
98:13
**informed**
38:21, 56:16
**initial**
13:12, 28:23,
54:2, 67:1
**initially**
13:9, 29:9,
66:20, 72:21
**inputs**
84:22
**inquire**
40:2
**install**
14:2
**installing**
91:8
**instead**
53:5
**institution**
11:19
**institutional**
96:15
**instruct**
88:12
**instructing**
87:22, 88:3
**instruction**
88:22
**integrated**
58:19

**integration**
10:7, 13:1,
13:8, 36:23
**intention**
11:2
**interaction**
22:23
**interest**
40:2, 110:11
**interested**
54:7
**interesting**
15:2
**invest**
76:9
**invested**
79:13, 80:19
**investment**
31:18, 31:23,
31:24, 32:2,
32:24, 74:19,
75:2, 75:7,
76:2, 76:3,
76:8, 76:14,
77:3, 78:1,
78:5, 79:4
**investor**
76:11
**invited**
68:13
**involved**
17:7, 21:10,
30:23, 31:12,
33:4, 36:23,
44:7, 48:17,
54:24, 57:4,
57:24, 58:25,
70:20, 77:14
**involvement**
17:1, 25:25,
31:3, 44:5,
49:24, 50:4,
66:15, 69:8,
70:12
**involving**
15:16
**irb**
9:13, 9:22,

9:23, 10:4,
12:24, 13:8,
13:22, 14:18,
16:20, 50:7,
50:11, 50:22,
51:23, 52:17,
56:1, 58:12,
63:21, 69:19,
90:18, 91:7,
96:20
**irbs**
14:23, 66:7
**ish**
10:3
**issue**
63:4
**issues**
37:13, 41:13
**it'd**
52:14, 58:24,
97:16
**it'll**
98:17
**itself**
20:23, 26:8,
30:17, 58:23,
73:12, 99:20

**J**

**jeff**
6:3, 28:8,
71:6, 71:11,
109:23
**jeffrey**
1:13, 2:1, 5:2,
7:1
**job**
1:23, 42:15,
42:24, 94:15,
105:3, 105:6,
106:7, 106:8,
106:15
**johnny**
59:24
**join**
11:10, 91:7,
91:13
**joinder**
43:7

**joined**
9:18, 9:22,
29:8
**joining**
10:4
**july**
84:8, 110:22
**jumped**
30:5
**justice**
7:17

## K

**kam**
33:2, 34:15,
47:2, 57:4
**karen**
1:25, 2:12,
6:23, 41:1,
110:2
**keep**
94:13
**keeping**
51:25
**kept**
36:22, 94:5
**key**
77:10
**kids**
90:6
**kind**
16:2, 22:2,
25:15, 29:14,
30:15, 35:3,
35:16, 66:7,
81:12
**kinds**
61:25, 62:1
**knew**
22:13, 25:2,
26:12, 54:16,
85:24
**knowledge**
14:23, 31:3,
36:4, 46:7,
46:21, 47:25,
48:6, 48:13,
48:19, 48:20,

54:11, 55:13,
57:23, 59:18,
66:19, 66:21,
68:25, 69:6,
70:11, 81:23,
85:15, 86:20,
86:23, 87:1,
91:17, 93:14,
94:11, 94:20,
97:9
**known**
16:19, 23:17,
27:22, 54:15,
81:25, 90:19
**kumbaya**
28:23

## L

**lack**
80:23, 108:14,
108:23
**laid**
58:18, 58:19
**lane**
64:2
**large**
52:13
**larger**
51:9
**largest**
65:4
**last**
9:7, 101:9
**late**
84:7
**law**
43:24
**lead**
34:21
**leader**
61:7
**leading**
17:17, 77:7
**leah**
4:3
**learn**
34:8, 34:13
**least**
13:19, 25:21,

42:13, 46:4,
63:24, 65:8,
76:12, 76:16,
83:16
**leave**
94:21
**led**
17:4, 36:24,
58:10, 69:14
**legal**
74:24, 78:10,
78:21, 103:7,
103:21, 104:16
**less**
37:2, 109:4
**let's**
18:3, 25:13,
26:7, 27:13,
27:14, 37:21,
44:9, 44:15,
45:2, 52:3,
56:1, 62:19,
62:20, 66:19,
72:13
**level**
26:13, 27:2,
60:12
**leverage**
18:4
**life**
17:23, 17:24
**light**
62:8
**likely**
52:12
**likewise**
52:6
**linden**
1:9, 6:4,
12:22, 15:3,
15:13, 15:17,
15:19, 15:21,
16:16, 16:18,
17:2, 17:5,
18:21, 19:1,
19:22, 21:7,
22:24, 23:3,
23:6, 23:9,

23:20, 24:23,
25:7, 25:13,
25:24, 32:5,
32:12, 32:18,
32:23, 41:14,
41:20, 42:3,
42:7, 42:14,
42:15, 42:17,
42:20, 46:10,
46:13, 46:14,
46:23, 47:19,
47:22, 49:18,
49:20, 49:22,
56:2, 64:1,
64:22, 67:7,
67:9, 67:22,
73:12, 73:17,
73:20, 74:2,
74:16, 74:20,
75:8, 75:16,
82:8, 83:4,
106:13
**linden's**
23:6, 23:23,
24:5, 24:16,
31:24, 49:25,
68:20, 82:14,
82:17, 82:24,
92:2
**line**
63:15
**lines**
42:12, 64:7
**listed**
82:13, 82:16,
82:21, 82:23
**listen**
27:20
**literally**
28:4
**little**
26:10, 38:9,
50:5, 56:5,
61:4, 61:16,
62:5, 104:21
**llp**
2:3, 3:4, 3:11
**logical**
29:9, 52:16,

52:20, 65:12

**long**
9:11, 10:10,
11:13, 54:2,
67:21

**longer**
92:23, 93:23,
94:15

**longstanding**
26:5

**look**
29:16, 87:25,
89:18, 100:22,
101:17

**looked**
18:3, 64:22,
70:6

**looking**
44:19, 59:1

**looks**
100:20

**loss**
8:24

**lot**
24:21, 28:24,
37:22, 64:23,
68:15

**M**

**made**
13:7, 18:21,
28:3, 29:18,
29:21, 35:25,
36:4, 42:23,
53:14, 56:22,
57:6, 61:4,
87:24, 91:19

**magil**
50:7, 56:1,
58:11

**main**
13:2, 44:11

**majority**
53:4

**make**
15:19, 26:1,
27:18, 28:11,
35:25, 38:7,

38:20, 43:4,
51:6, 61:9,
66:1, 70:3,
70:4, 76:1,
76:8, 76:12,
76:13, 78:17,
80:7, 108:25

**makes**
13:21, 30:13,
58:14, 76:2

**making**
17:16, 19:12,
80:10, 107:17,
107:25

**management**
16:10, 17:20,
23:11, 44:21,
61:15, 68:12,
99:19

**managing**
32:24

**manner**
27:25, 29:1,
62:7, 63:6,
107:9

**many**
13:14, 54:1,
75:23

**marked**
100:9

**market**
83:11

**marketing**
21:1, 96:22,
96:25

**marks**
71:5, 109:23

**mary**
59:24

**massachusetts**
3:22

**material**
33:17, 62:12,
62:19, 98:1

**matter**
6:4, 35:16

**maybe**
20:7, 27:10,

29:11, 34:11,
34:25, 42:21,
47:4, 47:8,
61:20, 62:5,
62:7, 63:2,
67:19, 68:1,
84:6

**mcguirewoods**
3:4, 6:17

**mclean**
3:6

**mean**
8:6, 18:25,
19:9, 22:14,
23:19, 24:20,
24:22, 28:9,
29:12, 32:2,
33:19, 34:20,
35:15, 35:24,
36:10, 39:18,
39:24, 41:8,
41:9, 45:2,
46:18, 56:8,
57:13, 57:16,
59:17, 60:10,
61:17, 62:1,
62:2, 63:1,
65:12, 72:10,
74:5, 74:6,
76:3, 79:13,
80:19, 80:22,
81:25, 87:23

**meaning**
31:23, 32:1,
60:1, 69:15,
95:19, 96:21,
97:17

**mechanics**
21:22

**medication**
8:23

**meet**
22:10, 22:19,
32:25, 34:14,
43:16

**meeting**
33:5, 34:17,
62:5, 64:4,

64:5, 64:11,
64:12, 67:16,
85:18

**meetings**
31:18, 32:5,
32:11, 54:18,
66:22, 66:24,
67:9, 67:14,
68:6, 68:12,
68:19, 68:22,
84:5, 85:5,
85:11, 99:19

**member**
12:15, 27:1,
64:5, 103:3,
103:14

**members**
92:15, 99:14

**membership**
48:14

**memorandums**
17:9

**memory**
8:24

**mentioned**
84:11, 85:1

**merge**
76:20

**merger**
25:25, 26:19,
29:25, 30:6,
31:10, 32:5,
32:12, 33:25,
34:2, 34:3,
36:11, 63:21,
64:20, 66:17,
69:9, 72:16,
75:14, 75:16,
75:22, 90:13,
91:15

**mergers**
91:10

**merges**
15:4

**messenger**
51:22

**met**
14:18, 22:12,

28:17, 30:8,
30:11, 52:23,
60:22
**mezzanine**
74:14
**mic**
49:7
**michael**
27:7
**mid-market**
20:12
**middle**
62:4
**might**
27:12, 29:15,
35:22, 38:23,
40:19, 41:4,
45:17, 48:17,
51:3, 52:13,
69:3, 69:18,
85:23, 87:11,
87:16, 88:10,
88:20
**miles**
4:2, 6:10
**military**
7:17, 7:20
**million**
97:17, 97:18,
97:22
**mind**
15:6, 29:22,
60:18, 81:3,
105:9
**minutes**
43:19, 61:2
**misread**
102:5
**missed**
105:18
**missing**
77:9
**mission**
20:8
**missner**
2:3, 3:11
**mitchell**
2:3, 3:11, 6:21

**model**
24:3
**modest**
16:9
**monday**
67:9, 67:14,
68:5, 68:19,
68:21, 85:5,
85:11, 85:18
**monetary**
41:21
**money**
17:23, 74:17,
81:6
**monitor**
6:9, 98:20
**months**
26:15, 67:17,
67:18, 67:19
**more**
17:22, 23:13,
29:19, 29:21,
30:17, 31:8,
35:23, 37:2,
38:12, 38:13,
51:4, 61:21,
64:7, 71:2,
80:4, 105:11,
105:24, 109:16
**morning**
7:6, 67:9,
67:14, 68:5,
68:19, 68:21,
85:5, 85:11,
85:18, 89:22
**mortgage**
74:11, 74:17
**most**
62:9
**move**
50:20, 59:22,
69:13, 99:22
**moved**
30:12, 52:2
**moving**
44:20, 70:1,
97:2
**much**
13:13, 25:1,

39:15, 71:2,
74:11, 74:12,
77:22
**multiple**
80:3
**multiplier**
91:9
**myself**
26:9, 57:4,
67:1

---
**N**
---
**name**
48:16, 50:13,
52:17, 101:11,
101:15
**named**
27:7
**nascent**
26:8
**naval**
11:16, 11:17,
11:21, 12:3
**navy**
11:12, 11:13
**nay**
86:16
**necessarily**
32:20, 37:19,
62:11
**need**
13:20, 19:16,
38:9, 38:14,
69:18, 79:24,
86:19, 91:18
**needed**
14:7, 25:23,
52:4, 69:24,
91:24, 104:21
**needs**
37:22, 39:12
**negotiated**
71:23, 72:20
**neither**
110:9
**never**
12:22, 14:17,
39:17, 39:18,

55:25, 56:4
**new**
93:15
**news**
56:19
**next**
37:1, 70:2
**nice**
60:16, 60:25,
96:20, 96:22
**nicholas**
3:3
**nick**
6:16
**nicked**
30:15
**nine**
10:11
**none**
28:3
**nonpreference**
108:22
**nonresponsive**
70:15
**normal**
16:25
**north**
64:2
**northwest**
2:4, 3:12, 6:12
**notarial**
110:14
**notary**
2:13, 110:1,
110:18
**note**
43:2, 77:12,
80:14
**nothing**
59:25, 61:10
**notice**
2:12
**noticed**
88:1
**november**
102:5
**number**
6:3, 6:7,

24:23, 66:7,
71:5, 71:11,
72:23, 72:24,
72:25, 97:16,
100:7, 100:9,
100:13

**numbers**
69:21, 97:13

**O**

**o'beirne's**
15:23, 43:2,
43:24, 89:5

**o'bierne**
5:4

**oath**
8:2

**object**
79:14, 79:20

**objection**
12:11, 21:12,
24:7, 24:8,
25:9, 26:2,
26:22, 30:3,
31:20, 33:13,
39:3, 39:4,
40:11, 40:22,
41:6, 43:2,
43:4, 43:5,
45:12, 50:1,
53:10, 55:5,
60:13, 62:22,
66:18, 67:10,
68:7, 68:24,
74:21, 74:22,
74:23, 75:10,
77:5, 77:6,
77:19, 78:8,
78:22, 79:16,
79:21, 79:22,
80:5, 80:7,
80:8, 80:14,
81:22, 82:4,
82:11, 82:18,
83:1, 83:8,
84:3, 85:13,
86:5, 86:13,
87:7, 87:8,

87:19, 90:10,
90:22, 91:2,
91:3, 91:21,
91:22, 92:8,
92:19, 92:25,
93:5, 93:11,
93:17, 93:24,
94:8, 94:9,
94:16, 94:18,
95:2, 95:4,
95:14, 95:20,
96:3, 96:4,
97:6, 97:14,
97:24, 98:4,
98:5, 99:5,
99:7, 99:16,
100:1, 100:3,
101:6, 103:6,
103:20, 103:22,
104:4, 104:17,
105:7, 105:13,
106:9, 106:10,
106:16, 106:18,
107:5, 107:6,
107:15, 107:22,
107:23, 108:4,
108:18, 108:20,
109:7, 109:9

**objectionable**
80:3

**objections**
43:3, 80:14,
87:24, 104:13,
106:2

**obligations**
105:10

**observationally**
46:19

**obstacle**
90:6

**obviously**
12:16, 15:3,
20:16, 27:1,
33:19, 38:18,
70:19, 71:20,
77:9

**occasionally**
38:10

**occur**
40:8, 47:3,
65:6

**occurred**
64:17

**october**
34:10, 110:15

**october-november**
68:1

**offering**
13:12, 13:17

**office**
20:23

**officer**
7:21, 11:25,
12:2, 90:8,
110:2

**officers**
28:1

**offices**
2:2

**offshore**
10:25

**oh**
10:19, 27:20,
33:2, 37:6,
42:7, 43:9,
49:8, 49:13,
65:10, 71:17,
89:4, 90:5, 90:7

**oil**
10:25

**once**
22:19, 25:13,
26:7, 31:14,
52:24, 69:12

**one**
10:8, 13:2,
18:6, 18:17,
21:16, 21:18,
23:25, 24:23,
29:8, 30:11,
31:8, 44:13,
45:2, 46:4,
51:1, 57:10,
57:18, 60:6,
61:2, 61:7,
63:1, 64:24,

72:6, 74:10,
76:7, 77:23,
82:21, 83:18,
87:12, 88:5,
90:19, 100:8

**one-on-one**
23:16

**ongoing**
54:4, 84:10,
84:12, 85:2

**only**
8:11, 26:11,
35:4, 47:18,
51:7, 66:24,
85:23

**operate**
38:4

**operates**
63:14

**operating**
23:21, 24:1,
25:7, 25:14,
25:18, 31:7,
42:3, 42:6,
42:8, 44:14,
45:19, 46:3,
46:10, 46:13,
46:17, 48:1,
48:4, 48:7,
57:14, 57:15,
61:13, 68:21,
82:9, 82:22

**operation**
18:12, 26:10,
27:9, 66:11,
69:19

**operational**
31:7, 36:25,
69:15

**operations**
9:25, 12:3,
14:4, 20:23,
33:12, 36:19,
37:4, 40:10,
40:19, 41:4,
52:21

**operator**
82:24

**opinion**
21:5, 63:9,
86:2, 97:3,
97:19, 97:20
**opportunities**
22:2, 51:10,
64:25, 66:8,
91:15, 96:17,
96:18
**opportunity**
13:23, 14:14,
14:25, 26:7,
50:8, 51:3,
51:19, 52:5,
52:9, 53:22,
55:13, 55:16,
58:21, 65:7,
66:6, 67:4,
99:20
**opposed**
30:18, 51:21,
54:3, 61:21,
74:2, 98:3, 99:3
**order**
56:21
**organization**
12:16, 13:10,
17:11, 18:12,
18:17, 18:18,
20:7, 20:15,
20:22, 21:11,
38:20, 56:6,
77:11, 77:13,
85:2, 91:14
**organizations**
17:17, 18:5,
48:17
**orient**
95:16
**other**
15:20, 23:22,
25:2, 26:7,
26:14, 37:18,
41:19, 42:15,
45:10, 46:4,
48:14, 48:17,
51:17, 52:10,
55:12, 58:2,

58:6, 58:8,
58:25, 59:18,
59:22, 59:23,
60:7, 67:2,
67:6, 76:20,
76:22, 77:11,
82:1, 88:5,
96:11, 105:12,
105:24, 105:25
**otherwise**
110:12
**ourselves**
17:16, 29:18
**out**
7:9, 9:13,
11:12, 11:24,
14:6, 28:7,
28:8, 28:9,
36:10, 47:9,
51:1, 58:18,
58:19, 61:9,
86:9, 92:12
**outcome**
14:12, 110:12
**outside**
45:22
**over**
52:12, 54:5,
59:22, 59:24,
64:7, 89:20,
102:11
**overall**
9:12
**oversee**
84:24
**overseeing**
46:5
**oversight**
27:2
**owed**
41:15
**own**
56:6, 56:24,
77:22, 77:23,
95:7
**owned**
15:12, 56:3,
67:22, 75:16,

75:21, 77:21,
94:25
**owner**
13:10, 14:18,
50:9, 50:20,
54:2, 54:7
**ownership**
13:13, 20:5,
25:13, 75:19,
77:10, 77:16,
78:6, 79:4,
81:6, 83:18

---

**P**

**package**
59:5
**page**
5:2, 101:9,
101:14, 101:18
**pages**
1:24
**paid**
24:24, 41:13,
41:21, 73:12
**papers**
60:6
**pardon**
29:23, 39:20
**part**
17:19, 20:9,
22:24, 23:17,
24:22, 25:3,
31:15, 37:4,
50:7, 51:1,
68:6, 84:6,
84:7, 84:19,
88:1, 91:12
**participant**
70:2
**participated**
31:15
**participating**
68:18
**particular**
13:8, 17:15
**particularly**
33:17
**parties**
27:22, 29:17,

67:3, 110:10
**partner**
25:15, 25:18,
31:7, 32:17,
32:21, 42:3,
42:6, 42:9,
45:19, 46:3,
46:10, 46:13,
46:17, 48:1,
48:5, 48:7,
82:9, 82:22,
82:24
**partners**
1:9, 6:5,
23:22, 24:1,
25:7, 32:5,
32:12, 57:15,
64:2, 68:21
**partnership-like**
76:13
**parts**
58:12
**pass**
20:14
**past**
15:20
**pat**
22:10, 23:20,
34:15, 34:25,
35:22, 38:22,
54:15, 57:2,
57:4, 58:25,
61:13, 62:5,
69:2, 70:18
**pat's**
42:25, 60:16
**path**
62:16
**patrick**
1:6, 3:2, 5:16,
6:17, 7:3,
100:24, 101:11
**pay**
39:15, 73:17
**pe's**
68:12
**peel**
50:17, 56:17

pending
8:12
people
14:4, 14:9,
28:4, 33:1,
56:8, 74:20
percent
13:3, 13:13,
28:12, 77:21,
77:22, 105:12,
105:25
percentage
14:15, 77:20,
94:24
perform
101:22
performance
40:14, 44:14,
83:12
performed
45:18
performing
94:15
perhaps
9:6, 22:2,
22:6, 35:22,
37:18, 61:12,
76:19, 106:21
period
16:23, 26:15,
28:21, 53:25,
54:5, 67:16,
83:11, 101:22,
102:20
permitted
40:8
perpetuity
83:22
perplexed
14:19, 81:15
person
17:4, 18:14,
22:20, 26:11,
26:16, 37:2,
37:21, 42:14,
46:18, 47:18,
52:1, 54:15,
56:10, 57:19,

60:22, 61:11,
70:3, 76:7
personal
60:12, 108:16,
109:5
personally
7:14, 66:10
perspective
14:5, 17:16,
17:21, 18:4,
18:5, 20:3,
21:2, 22:4,
28:24, 35:22,
36:25, 45:6,
50:23, 52:4,
52:9, 52:16,
52:19, 53:21,
55:10, 58:14,
58:16, 58:17,
59:25, 60:19,
60:24, 66:9,
69:15, 69:23,
83:16, 84:11,
95:25, 96:21,
105:6
petty
90:8
pharma
52:13
philip
3:10
phillip
6:20
phone
38:24
phrase
27:17
phrased
81:14
phraseology
59:19
picked
16:12, 22:3
piece
37:3, 50:22,
51:8, 51:9,
51:17, 58:24,
59:22, 73:1

pitched
59:8
place
6:12, 50:15
plaintiff
1:7
plan
58:18, 58:20
planet
6:11, 6:23
platforms
10:25
play
76:7, 83:15
played
51:1, 84:16
plays
61:6
please
6:13, 6:24,
40:25, 71:4,
79:1, 80:15,
88:17, 98:18,
99:13, 104:1,
109:22
plus
97:17
pocket
92:12
point
17:4, 18:14,
20:22, 26:16,
29:16, 35:15,
47:13, 47:15,
52:8, 54:6,
57:16, 70:23,
77:10, 82:21,
83:10, 92:21,
92:23
portfolio
12:17, 50:21,
52:2, 53:1,
68:10, 68:18,
69:3, 85:16,
108:11
position
34:2, 46:10,
46:13, 61:8,

63:3, 64:20,
78:6, 79:5,
99:10, 101:24,
102:1, 102:4,
106:15
positive
97:10, 97:13
positively
97:4
potential
23:7, 23:23,
24:6, 24:16,
31:9, 58:20,
69:17, 77:12,
83:13, 83:20,
96:16
potentially
76:19, 81:2
practical
13:16, 83:15
precisely
71:24
precluded
96:23
preference
108:15
preferred
108:9
prejudicial
56:21
premise
14:10, 91:7
preparation
84:24
preparations
45:7
preparing
17:10, 43:15,
46:22, 83:19
present
4:1, 21:1,
44:20, 56:25,
63:2, 63:9,
64:11, 64:13
presentable
17:17
presentation
44:22, 60:7,

66:6

**presentations**
16:11, 17:20,
23:11, 24:23

**presented**
13:24, 26:8,
56:22, 58:13,
58:15, 58:23,
72:24

**presenting**
45:6, 99:20

**presents**
85:18

**president**
9:10, 9:24,
10:6, 10:12,
21:11, 32:21,
34:3, 36:12,
36:18, 38:20,
44:2, 60:20,
63:13, 102:8,
103:2, 103:14

**pretty**
16:23, 22:15,
22:16, 34:20,
40:15, 58:5,
60:19, 81:12

**prevent**
8:22

**previous**
108:10

**previously**
89:14

**price**
17:22, 22:4,
54:9, 54:12,
54:19, 55:2,
56:9, 60:1,
60:2, 97:5

**primarily**
23:10, 50:21,
69:14

**primary**
13:11, 44:15,
52:17

**prime**
74:14

**principal**
32:21, 56:4

**principles**
20:8

**prior**
9:8, 10:4,
10:21, 17:13,
23:22, 26:19,
46:2, 54:20,
91:18, 95:1

**private**
12:10, 12:16,
13:15, 16:25,
17:14, 20:11,
23:22, 23:25,
29:17, 66:13,
67:14, 68:16,
68:18, 75:23,
76:2, 76:10,
79:11, 79:12,
80:17, 81:20,
83:9, 83:17,
83:21

**privately**
15:10, 15:12

**privilege**
98:11

**privileged**
88:7, 88:13

**privy**
95:7

**probably**
10:3, 10:14,
13:3, 22:23,
30:22, 30:24,
35:14, 55:8,
65:2, 68:14,
69:2, 76:7,
91:6, 108:12

**problem**
38:3, 49:14,
70:17

**proceed**
6:25, 31:1

**proceeding**
7:15

**proceedings**
69:5

**proceeds**
72:13, 76:21,

76:23

**process**
8:1, 14:4,
14:8, 15:5,
16:7, 16:25,
17:2, 21:21,
23:9, 23:18,
29:20, 29:22,
44:8, 44:16,
54:3, 58:11,
70:13, 83:23,
84:14

**produced**
101:3

**projects**
51:25, 52:1,
52:14

**proper**
80:10

**propharma**
52:22, 52:23,
53:4, 56:18,
86:20, 86:24,
87:2

**proposal**
66:16, 72:24

**propose**
62:16, 77:25

**proposed**
72:21

**prospect**
107:18

**prospects**
95:10

**provide**
25:23, 33:10,
52:18, 81:5

**provided**
27:1, 50:12,
51:2, 72:22,
99:18

**provides**
49:18, 49:22

**providing**
80:4

**prudent**
99:21

**prudential**
3:20

**public**
2:13, 13:10,
110:1, 110:18

**pull-through**
52:11

**purchase**
22:4, 56:1,
81:5, 81:6

**purchased**
17:13

**purchaser**
19:22

**purchasing**
80:25

**purpose**
50:11, 78:6,
79:5

**purposes**
13:16

**pursuant**
2:12

**pursue**
65:8

**pursuing**
67:5

**put**
27:13, 63:3,
74:12, 74:16,
97:16

---

**Q**

**question**
8:5, 8:6, 8:12,
8:15, 19:17,
25:5, 37:24,
39:18, 41:1,
41:2, 42:7,
43:10, 50:6,
55:15, 61:11,
65:18, 70:9,
70:15, 73:16,
73:18, 73:25,
74:4, 75:4,
77:1, 79:2,
79:3, 79:25,
80:5, 80:15,
80:17, 81:10,
81:14, 86:17,

88:1, 88:14,
88:17, 88:18,
90:12, 98:10,
99:2, 103:9,
104:7, 107:10,
109:1
**question's**
78:11
**questions**
8:2, 8:4, 35:3,
47:23, 63:16,
80:2, 86:19,
87:5, 89:3,
89:6, 89:9,
89:21, 89:24,
90:13, 106:23,
109:17, 109:19
**quite**
65:25, 96:12
**quorum**
95:22, 96:1,
96:9, 97:4,
97:10, 97:20,
97:21, 98:2,
99:3, 99:11,
99:25

**R**

**rack**
85:22
**ran**
16:9
**rather**
7:12
**read**
27:19, 40:25,
79:2, 80:15
**reading**
110:8
**ready**
49:15
**real**
22:23, 40:2
**really**
12:9, 23:4,
27:21, 35:16,
46:1, 52:10,
60:16, 89:1

**realtime**
10:24
**reason**
29:8, 109:11
**reasonably**
54:15
**reasons**
19:5, 19:21,
34:22, 35:13,
35:18, 99:20
**rebuttal**
43:7
**recall**
10:1, 23:1,
23:5, 23:16,
23:25, 26:24,
33:16, 34:23,
35:8, 35:12,
35:17, 46:15,
54:17, 59:1,
60:1, 64:6,
64:9, 64:10,
64:19, 64:21,
72:6, 72:7,
72:11, 72:12,
74:17, 75:12,
92:4, 92:11,
93:8, 94:12,
95:12, 95:22,
99:2, 99:9,
99:10, 99:13,
105:5, 107:2,
107:17, 108:3
**receive**
71:15, 72:15,
73:8
**receiving**
72:8, 86:10
**recess**
98:16
**recessed**
71:8
**recognize**
100:18
**recollection**
40:6, 58:22,
75:20, 93:21,
94:2, 99:1,

100:5
**recommended**
18:25, 19:22
**reconvened**
71:9
**record**
12:6, 19:13,
27:14, 43:2,
71:6, 71:12,
78:17, 87:24,
88:4, 98:19,
98:21, 98:23,
109:24, 109:25,
110:5
**redeployment**
96:19
**reduced**
110:7
**reengineering**
14:8
**refer**
82:8
**referring**
54:9, 67:13
**refers**
77:3
**regarding**
32:12, 33:11,
48:13
**regardless**
60:21
**regards**
81:14
**related**
23:2, 23:6,
31:18, 37:19,
39:14, 45:21,
59:14, 66:22,
67:7, 70:12,
72:12, 86:20,
95:1, 110:10
**relates**
76:15
**relating**
46:16
**relationship**
25:2, 26:5,
36:14, 36:17,

37:9, 54:12,
54:14, 60:9,
60:12, 60:18,
60:23, 63:15
**relatively**
62:10, 100:20
**relevant**
87:16, 87:20,
88:20
**relinquished**
102:10
**remember**
31:4
**remind**
88:9
**remotely**
103:8
**repeat**
19:16, 79:25,
105:16
**rephrase**
73:18, 107:10
**replay**
88:17
**report**
30:13, 30:14,
38:1
**reported**
1:25, 36:19,
37:6
**reporter**
6:22, 6:24,
41:2, 65:21,
79:1, 79:3,
80:15, 80:17,
88:18, 110:1
**reporting**
20:24
**represent**
6:15, 101:2
**representing**
6:10, 6:21,
6:23
**requested**
110:9
**required**
88:10
**requires**
20:17

research
14:17, 29:7,
51:21, 52:19
reserve
11:25
resolution
28:6
resources
69:24
respect
24:5, 24:16,
26:21, 54:11,
64:20, 66:10,
66:21, 69:8,
71:15, 85:5,
85:11, 86:2,
86:23, 87:1
respected
96:14
respectful
36:21
respective
67:3
respects
21:9
response
40:5
responsibilities
48:21
responsibility
18:11, 18:13,
27:24
rest
74:12
restate
78:24, 88:16
result
44:21, 75:21
retain
13:12
retained
50:21
retired
9:6, 9:7,
11:25, 90:2
return
78:7, 79:5
reveal
88:7

review
96:15
reviewed
70:18
reviewing
58:2, 58:6
reviews
51:21
rhythm
104:11
right
7:18, 8:16,
8:18, 8:20,
9:14, 10:17,
11:21, 12:19,
14:21, 15:11,
16:6, 28:18,
36:7, 51:7,
57:16, 62:17,
65:25, 68:2,
70:15, 74:15,
84:21, 89:20,
90:21, 95:13,
95:18, 95:25,
99:24, 101:17,
104:18, 105:21
ripe
29:7
rna
51:23
road
11:5, 13:19,
44:17, 83:20
role
24:5, 24:16,
26:21, 42:14,
44:11, 44:24,
53:19, 53:22,
55:16, 55:17,
55:23, 56:14,
61:5, 69:13,
84:15, 84:16,
84:18, 92:7,
92:23, 94:14,
95:1
roles
48:21, 93:20
room
85:23

root
28:8
ropes
3:19, 6:18
roughly
9:15, 10:16
routinely
85:1
run
36:18, 40:10,
40:19, 41:3,
90:4
rwd
10:9, 13:10

**S**

safe
52:18
safety
49:25, 50:6,
50:13, 50:18,
52:16, 54:20,
56:17, 65:3
safety-related
52:7
said
12:5, 13:19,
16:1, 16:4,
16:16, 20:6,
27:3, 34:18,
35:20, 42:19,
55:25, 57:10,
57:19, 58:6,
59:2, 60:21,
71:17, 81:1,
91:8, 93:2,
104:14, 110:5
sale
17:2, 17:11,
18:2, 23:9,
44:16, 44:24,
71:15, 72:1,
72:13, 73:6,
81:2, 83:20,
83:24, 84:25,
85:5, 85:12,
86:3, 86:11,
94:6, 97:5,

97:22, 106:24,
107:4, 107:9,
107:20
sales
97:1
same
16:12, 18:1,
19:2, 19:7,
20:1, 20:7,
21:16, 24:18,
25:10, 26:13,
28:7, 28:25,
31:25, 32:7,
33:15, 39:10,
41:6, 45:4,
48:8, 48:15,
53:20, 57:25,
59:16, 62:24,
66:8, 68:23,
73:23, 75:9,
75:10, 77:18,
78:22, 79:6,
79:7, 80:20,
80:21, 82:3,
82:4, 82:10,
82:25, 83:1,
86:12, 87:18,
88:21, 88:22,
91:3, 91:22,
93:10, 94:9,
94:18, 95:4,
98:5, 99:7,
100:3, 103:22,
106:2, 106:10,
106:18, 107:6,
107:23, 108:20,
109:9
sanfilippo
3:3, 5:3, 6:16,
7:5, 12:18,
18:24, 19:18,
24:12, 25:16,
26:23, 35:10,
39:6, 40:25,
41:12, 43:1,
43:14, 48:12,
49:4, 49:8,
49:11, 51:14,

53:13, 65:24,
70:24, 71:2,
71:13, 75:3,
78:11, 78:13,
78:15, 79:1,
79:10, 79:20,
80:6, 80:13,
81:8, 85:9,
85:25, 87:14,
87:22, 88:3,
88:25, 89:5,
89:8, 89:11,
89:22, 90:10,
90:22, 91:2,
91:21, 92:8,
92:19, 92:25,
93:5, 93:11,
93:17, 93:24,
94:8, 94:16,
95:2, 95:14,
95:20, 96:3,
97:6, 97:14,
97:24, 98:4,
98:6, 99:5,
99:16, 100:1,
100:11, 101:6,
103:6, 103:10,
103:20, 103:25,
104:3, 104:6,
104:10, 104:14,
105:7, 105:13,
106:2, 106:9,
106:16, 107:5,
107:15, 107:22,
108:4, 108:6,
108:18, 109:7,
109:18, 109:21

**savings**
69:23

**saw**
14:25, 30:16,
43:18, 66:7

**say**
10:3, 12:6,
17:6, 18:3,
18:15, 18:25,
24:20, 25:12,
25:13, 25:21,

26:7, 27:20,
30:11, 30:24,
31:23, 33:17,
36:16, 37:17,
37:21, 38:10,
38:13, 39:19,
40:18, 40:23,
41:3, 44:15,
45:2, 46:1,
52:3, 53:3,
54:13, 59:8,
61:19, 62:19,
66:20, 69:13,
70:20, 72:13,
72:24, 74:5,
76:1, 79:12,
80:18, 83:9,
84:5, 84:13,
85:21, 97:9,
99:24

**saying**
35:24, 51:11,
58:8, 58:10,
62:15, 62:21,
80:11

**says**
101:18, 101:21

**scale**
35:22

**scenario**
21:16, 38:15,
52:20

**scenarios**
29:15

**school**
11:15

**schulman**
15:4, 26:1,
26:18, 26:20,
27:4, 31:13,
32:6, 32:12,
32:25, 63:21,
64:20, 65:3,
66:11, 67:25,
72:17, 73:13,
73:22, 75:22,
90:14, 90:20,
91:1, 91:18

**schulman-chesape-
ake**
75:14

**seal**
110:14

**seam**
81:16

**second**
21:18, 38:1,
60:17, 65:4,
98:9

**secondary**
13:17

**seconds**
98:17

**section**
101:21, 104:21

**see**
31:6, 44:9,
46:19, 52:10,
56:9, 78:1,
80:10, 100:14,
100:25, 101:10,
101:15, 101:19,
102:1, 102:25

**seek**
38:18

**seen**
76:23, 82:13,
100:19

**sell**
83:5, 91:12

**senior**
12:2, 61:7

**sense**
13:21, 26:15,
29:18, 30:13,
56:23, 58:14,
61:8, 83:18,
91:19, 108:14

**september**
1:15, 6:8

**series**
30:10, 30:12

**serious**
23:13, 84:6

**seriously**
71:21

**served**
93:19

**service**
7:22, 12:7,
52:10

**services**
21:19, 50:12,
51:5, 51:10,
52:7, 58:12,
96:24, 101:23

**set**
29:2, 52:3,
96:22, 110:13

**setting**
92:14

**seven**
26:15

**several**
16:11, 21:24,
38:23, 50:9

**shah**
33:2, 47:18

**shah's**
101:15

**shall**
101:22

**shaping**
55:17, 56:15

**share**
20:7, 77:23

**shared**
32:10, 108:9

**shareholder**
13:11, 102:16,
103:3, 103:13,
106:6

**shareholders**
18:13, 109:5,
109:14

**shares**
94:5, 94:13,
94:25

**shenfeld**
4:3

**shopped**
30:1

**short**
22:15, 98:16

shorthand
110:1
should
17:6, 92:10
side
26:14
signature
101:11, 101:15
signature-im4gh
110:16
signed
106:5
significant
32:17, 64:18,
96:18, 108:23
signing
110:8
similar
21:19, 46:5,
54:13
simple
81:12
simulators
10:24
simultaneously
93:20
since
52:14, 64:22,
85:2
singer
10:23, 11:11
sir
28:13, 65:25,
70:25, 86:18,
101:18, 103:12,
103:25, 109:19
site
14:19, 14:20,
82:14, 82:17,
82:24
sits
37:2
situation
38:14, 41:19,
42:25, 108:10
six
10:14, 26:15
skill
96:22, 102:23,

103:17, 105:2
slash
42:22
slides
17:23
slightly
29:1
small
51:3, 51:8,
96:15
smaller
16:14, 21:17,
54:2
smart
40:15
sofus
86:24
sold
44:3, 45:11,
56:24, 94:23,
107:12
solely
86:4
solutions
49:25, 50:6,
50:13, 50:18,
54:20, 56:17,
61:20, 87:2
some
20:6, 27:2,
35:20, 41:14,
42:21, 50:11,
52:6, 52:14,
61:13, 66:25,
89:8, 89:21,
90:12, 92:17,
95:9, 96:16,
96:24, 96:25,
105:12, 105:24,
108:10
somebody
27:19
someone
20:5, 25:22,
32:17, 32:23,
42:16, 86:4
something
13:20, 38:2,

39:20, 39:23,
40:8, 41:11,
45:16, 53:24,
56:2, 62:18,
67:19, 68:14,
83:25, 85:1
sometimes
33:6, 56:8,
83:13, 84:22
somewhat
7:25
sorry
9:20, 9:21,
10:19, 12:13,
15:18, 15:22,
19:9, 19:16,
30:5, 39:20,
40:23, 48:11,
49:8, 49:9,
49:13, 53:9,
65:20, 65:23,
70:14, 70:16,
72:1, 78:18,
79:14, 79:24,
89:4, 92:20,
93:9, 96:5,
102:4, 102:7,
103:10, 104:2,
104:5, 105:16,
107:11
sort
14:3, 15:24,
22:14, 22:19,
29:15, 29:25,
83:24, 91:9,
92:17
souls
63:8
sound
85:19
sounds
27:21, 72:10
source
77:3, 90:24
sourced
56:11, 63:21,
63:24
sources
74:10

sourcing
53:19, 53:22,
55:14, 55:16,
55:23, 66:11
south
1:2, 6:6
space
12:25, 13:5,
13:8, 13:22,
51:24
speak
46:23
speaking
43:3, 79:21,
80:14, 104:12
specifically
14:23, 18:21,
20:20, 32:3,
33:3, 34:18,
35:12, 38:2,
64:1
specifics
80:4
spectrum
76:22
speculate
35:4, 39:14,
40:1, 88:10
speculation
39:5, 42:10,
42:12, 42:25,
43:3, 79:18
spend
24:21, 25:1
spent
61:2, 64:23
split
55:18, 57:7
spoke
23:6, 34:16,
47:19
st
67:25
staff
59:2, 97:1
stakeholder
32:18
stand
71:4, 98:18,

109:22
**start**
11:4, 34:25,
44:8, 84:13,
103:12
**started**
9:13, 9:15,
10:16, 10:18,
17:12, 17:13,
43:19, 44:8,
44:17, 55:2,
56:2
**starting**
92:2
**state**
6:14, 73:25
**stated**
46:18, 106:20,
109:15
**statement**
79:9
**statements**
107:18
**states**
1:1, 6:5,
100:23
**status**
38:2, 57:15
**stay**
33:20, 59:23
**stayed**
11:25
**stein**
2:3, 3:11, 6:21
**stenographically**
110:6
**step**
15:24
**steps**
28:20
**sticker**
100:7
**still**
13:13, 13:15,
14:19, 44:2
**stop**
93:3
**stopped**
82:23

**strategy**
44:18, 44:20
**street**
2:4, 3:12,
3:21, 6:12, 90:3
**strike**
31:11, 42:7,
53:17, 57:5,
60:11, 62:1,
66:15, 68:4,
71:14, 75:4,
75:14, 79:11,
83:4, 92:22,
97:20, 105:1
**strong**
14:10, 55:8,
109:15
**strongly**
99:12
**struggling**
32:1
**studies**
51:23
**stuff**
27:20
**submarine**
7:21, 12:4
**submarines**
10:25
**subordinate**
61:7, 74:14
**subpoena**
46:25, 47:5,
47:8, 47:12
**subsequent**
16:14, 23:11
**subsequently**
13:18, 16:18,
50:17
**subsidiaries**
102:22, 102:25,
103:18
**substance**
43:20
**substantial**
21:18, 102:16
**success**
72:8

**successful**
14:12
**suite**
2:5, 3:5, 3:13,
6:12
**suited**
35:1
**sum**
35:21
**superior**
21:8
**support**
14:16, 17:25,
25:23, 39:12
**supported**
61:6, 65:9
**supportive**
64:21, 108:1
**supports**
60:20
**sure**
7:11, 8:6,
11:1, 12:8,
15:19, 19:19,
19:21, 25:4,
25:6, 27:11,
28:3, 28:11,
30:21, 32:9,
32:19, 34:20,
38:7, 38:20,
39:16, 40:24,
41:8, 45:15,
51:6, 61:9,
64:19, 68:2,
70:4, 70:8,
71:1, 73:16,
76:25, 81:23,
87:9, 92:13,
93:8, 101:4,
105:17, 108:25
**surprise**
29:4
**surprised**
86:9, 86:15,
86:16
**suspect**
28:6, 69:1,
109:12

**swear**
6:24
**sworn**
7:2
**synergies**
69:17, 69:23,
69:24, 96:19
**synergy**
28:24
**synonymous**
77:17
**system**
91:8
**systems**
10:6, 13:1,
13:4, 13:8, 14:3

**T**
**table**
17:24, 38:7,
50:15, 63:3,
95:7
**tag**
4:2, 6:10
**take**
7:24, 8:10,
8:19, 8:20,
14:2, 15:23,
20:14, 28:20,
49:12, 49:14,
56:19, 59:21,
62:5, 65:21,
78:6, 79:4,
79:13, 80:19,
98:15, 98:17
**taken**
13:9, 50:17,
56:23, 110:3,
110:6
**takes**
10:15
**taking**
6:11, 7:9, 81:4
**talk**
7:10, 11:7,
31:9, 39:16,
69:3
**talked**
42:1, 95:9

**talking**
15:20, 56:7,
61:2, 71:25
**tall**
22:15, 22:16,
22:18
**tangentially**
22:13
**task**
29:6, 52:1
**tasks**
37:18, 46:17
**team**
17:10, 17:17,
18:16, 20:8,
22:25, 25:4,
28:1, 30:14,
30:15, 31:15,
31:18, 31:23,
31:24, 32:2,
56:7, 61:15,
84:19, 99:15
**technical**
30:22
**technologies**
10:9
**technology**
14:5, 14:8
**tell**
11:7, 15:5,
15:14, 16:7,
37:23, 38:13,
47:11, 47:15,
84:23
**ten**
43:18, 77:21,
77:22, 77:23
**tension**
61:21
**tensions**
61:25, 62:1
**term**
32:1, 74:18,
74:19, 75:1,
75:7, 76:6,
76:16, 78:1,
79:13, 80:19,
80:24, 90:24

**terminology**
29:23
**terms**
26:16, 45:5,
48:6, 77:16,
81:19, 81:25
**testified**
7:2
**testifying**
8:22, 47:22,
105:5
**testimony**
43:21, 43:23,
45:20, 46:22,
90:17, 95:19,
110:5, 110:6
**th**
2:4, 3:12, 6:8,
6:12, 110:14
**thank**
7:8, 7:22,
12:6, 43:13,
49:9, 88:25,
104:7, 109:19
**thanks**
7:23, 98:24,
109:20
**that'd**
58:2
**themselves**
6:14
**theoretical**
83:25
**thereafter**
110:7
**therefore**
40:15
**thing**
8:11, 18:6,
27:24, 28:7,
28:22, 29:9,
29:11, 29:12,
38:1, 45:4,
50:7, 52:12,
60:18, 62:12,
63:1, 65:13,
77:11
**things**
7:12, 10:24,

16:13, 17:15,
20:25, 21:3,
22:3, 28:25,
29:6, 37:24,
38:8, 38:17,
44:12, 44:21,
45:10, 45:11,
51:22, 55:18,
55:19, 56:10,
69:16, 69:22,
70:7, 76:24
**think**
9:24, 13:20,
18:16, 28:23,
29:4, 34:10,
38:1, 38:11,
39:11, 42:19,
44:12, 51:3,
56:22, 57:2,
61:12, 61:13,
62:18, 63:6,
63:17, 64:1,
64:2, 64:9,
65:7, 72:4,
74:1, 81:12,
83:16, 84:5,
86:18, 87:25,
88:15, 91:24,
93:19, 104:15,
104:17, 108:22,
109:2
**thinking**
24:21, 25:1,
37:25, 85:17
**third**
65:4
**thirst**
14:24
**thought**
35:21, 51:18,
56:20, 71:17,
78:19, 85:23,
87:6, 87:16,
88:19, 97:1,
107:19, 109:3
**three**
14:10, 21:14,
51:24, 58:12,

59:21, 75:25
**through**
13:24, 16:2,
16:10, 21:3,
29:14, 31:16,
45:7, 50:12,
70:4, 91:15,
94:6, 104:20
**thursday**
1:15
**tick**
59:23
**tie**
59:23
**tight**
59:5
**till**
90:8
**time**
6:9, 7:9, 8:11,
10:13, 14:2,
17:6, 21:9,
23:5, 24:21,
24:24, 25:1,
25:7, 30:11,
30:24, 31:5,
39:13, 42:23,
49:12, 49:14,
53:25, 55:11,
64:23, 67:17,
84:21, 89:1,
90:18, 93:10,
94:23, 94:25,
95:6, 95:11,
98:19, 98:23,
99:23, 102:17,
102:23, 103:17,
104:3, 105:2,
105:12, 105:25,
107:2, 107:8,
109:21
**times**
22:12, 37:17,
38:21, 61:1
**tiny**
29:6, 51:24
**title**
9:4, 9:9, 9:17

today
6:10, 6:23,
8:23, 43:16,
46:23, 82:2,
87:6, 89:1
today's
6:8
together
54:17, 69:16,
69:22, 70:5,
76:20
told
34:17, 45:3,
46:24, 47:13,
63:25, 64:4,
64:6
tony
33:2, 34:15,
34:20, 57:3,
64:1, 64:7, 94:2
took
50:14, 73:20,
80:23, 102:11
top
100:23
topic
31:9, 36:6,
66:25, 81:12,
95:16
topics
88:2, 89:22
total
75:24, 76:19
touch
38:22, 39:22,
39:25
tower
3:20
track
11:21
trainee
4:3
trans
58:23
transaction
15:2, 15:13,
15:16, 16:9,
16:24, 16:25,

20:2, 21:5,
29:22, 30:18,
44:6, 44:13,
54:8, 54:21,
55:3, 55:24,
56:15, 59:7,
59:8, 59:15,
66:23, 72:22,
74:4, 76:25,
95:6, 95:22,
96:1, 96:10,
97:11, 99:4,
99:11, 106:24,
108:24, 109:2,
109:3
transactional
21:21, 29:21
transactions
16:14, 21:24,
77:15, 95:10
transcript
5:14, 110:4
transform
14:3, 14:25
transformed
21:25, 30:17
transition
13:7, 46:2
transitioning
13:7
transparent
56:9, 56:10
tread
88:13
treasury
70:7
treat
106:7, 106:14
trivial
36:24
true
110:4
truthfully
8:23
try
31:4, 38:22,
87:20
trying
29:24, 32:20,

45:20, 65:11,
80:3, 95:16,
109:1
tuning
17:15
turn
27:17, 100:22,
101:9
turned
36:10
tweaked
63:4
two
28:1, 29:17,
36:23, 37:24,
44:11, 47:4,
47:8, 55:18,
69:16, 74:9,
76:7, 76:17,
98:17
type
7:15, 20:1,
20:25, 21:16,
24:3, 28:10,
38:15, 61:14,
61:18, 81:24
types
51:23, 70:7
typewriting
110:7
typical
15:17, 16:10,
16:22, 16:23,
30:18, 44:20,
45:23, 58:5,
67:14, 68:11,
83:9, 99:19,
100:20
typically
45:11, 51:22,
74:10, 74:13,
76:23, 80:25,
85:17
tysons
3:5

---
**U**
---

ucmj
7:15

uh-huh
18:9, 20:19,
22:22, 29:13,
34:1, 38:5, 65:1
ultimate
56:15, 59:14
ultimately
59:6
uncommon
62:3
under
8:2, 21:15,
25:13, 66:4,
101:25, 108:11,
110:7
underneath
101:11
understand
8:3, 11:8,
24:4, 36:20,
45:20, 57:5,
61:5, 73:16,
80:11, 81:10,
108:25
understanding
24:15, 25:6,
25:17, 35:12,
38:25, 39:9,
42:13, 45:9,
51:6, 53:18,
56:14, 57:6,
62:15, 63:20,
68:3, 68:4,
69:7, 76:16,
77:2, 92:5,
92:15, 94:4,
94:22, 94:24,
103:2, 103:13
understood
25:14, 27:17,
28:2, 28:13,
40:24, 90:17
undertake
66:1
undertaken
65:14, 66:5
undertaking
58:4

unique
14:14
united
1:1, 6:5
universal
7:17
unknown
26:6
unless
68:13
unsavory
27:15
until
11:25, 28:5,
67:3, 67:23
use
24:3, 77:4,
90:24, 102:20
uses
25:7
using
78:5, 79:4
usual
16:12, 33:9

**V**

valuation
13:15, 58:16
value
58:16, 64:24,
91:11, 97:22
various
69:19
vehicle
76:11
verge
14:1, 55:9
verticals
13:3
vice
9:24, 32:21
video
6:9, 6:11,
98:19
videographer
4:2, 4:3, 6:2,
6:10, 6:22,
71:4, 71:10,

98:18, 98:22,
109:22
videotaped
1:13, 2:1, 6:3,
71:5, 71:11,
109:23
view
21:7, 65:5,
81:6, 108:15
views
56:22
virginia
3:6
vis-a-vis
96:21
visions
51:20
voice-identify
6:14

**W**

want
7:8, 8:10,
12:6, 15:23,
18:21, 26:10,
27:18, 29:19,
43:1, 56:5,
70:25, 73:19,
78:1, 88:4,
98:15, 108:25
wanted
13:12, 15:1,
33:23, 80:11,
89:23, 90:14
warfare
12:4
washington
1:14, 2:6,
3:14, 6:13
water
49:1
way
26:8, 27:13,
28:13, 30:16,
30:20, 35:21,
35:23, 40:1,
52:15, 56:4,
56:23, 57:10,

57:19, 61:9,
61:12, 62:13,
62:20, 62:25,
63:5, 63:7,
63:18, 64:8,
64:9, 66:8,
83:16, 86:1,
88:5, 107:3
ways
76:7
we're
15:20, 32:16,
38:8, 52:11,
59:21, 84:13,
88:15, 89:16,
104:17, 104:23
we've
48:23
web
14:19, 14:20,
82:14, 82:17,
82:24
week
34:11
weekly
67:16
weeks
47:4, 47:8
weird
27:21
welcome
43:4, 43:11
wendel
1:13, 2:1, 5:2,
6:4, 7:1, 7:6,
9:3, 43:15,
71:6, 71:12,
89:1, 89:2,
89:20, 100:7,
100:12, 109:24
went
11:16, 16:10,
16:24, 21:3,
29:18, 31:16,
56:24, 61:9,
83:25
weren't
39:14

whatever
57:15
whenever
58:25, 84:12
whereof
110:13
wherewithal
20:17, 91:14
whether
20:2, 20:23,
20:24, 20:25,
22:5, 31:1,
31:17, 35:17,
42:5, 45:10,
45:20, 45:21,
54:16, 64:10,
68:5, 68:20,
68:25, 73:12,
75:15, 84:21,
85:15, 85:17,
91:19, 92:6,
97:3, 99:2
whole
10:12
wholly
108:1
win
18:16
wise
29:11
within
27:23, 55:12,
61:14, 61:21
without
40:5
witness
3:17, 6:25,
12:13, 12:15,
19:11, 19:14,
25:12, 35:5,
35:7, 35:9,
40:23, 41:1,
41:8, 43:6,
43:9, 43:12,
48:9, 48:11,
48:25, 49:9,
53:9, 53:11,
65:17, 65:20,

65:23, 71:1,
75:1, 78:24,
79:2, 79:8,
79:24, 80:16,
80:22, 85:21,
87:9, 87:13,
87:20, 88:12,
88:16, 88:24,
89:4, 89:7,
89:10, 96:5,
96:7, 98:8,
98:12, 98:14,
98:17, 98:24,
100:5, 103:24,
104:2, 104:5,
104:8, 104:20,
108:8, 109:11,
109:17, 109:19,
109:20, 110:13
**woods**
27:7, 27:8,
28:6, 28:17,
30:8
**word**
27:12, 55:9
**words**
34:18, 42:16,
52:11, 73:25,
76:20
**work**
20:5, 20:10,
45:18, 45:23,
52:12, 58:2,
58:7, 58:8,
58:22, 59:2,
59:14, 59:20,
60:6, 60:25,
70:18, 86:2
**worked**
12:10, 12:25,
13:2, 18:15,
23:21, 25:3,
29:14, 54:17,
75:24
**working**
13:25, 17:5,
23:24, 36:14,
37:8, 37:14,

42:6, 42:8,
50:8, 53:25,
54:1, 105:12
**works**
32:23, 36:21,
42:14
**world**
81:20
**world's**
14:20
**worry**
11:3, 46:7
**worst**
60:21
**worth**
67:5
**wouldn't**
40:8, 47:24,
86:15, 86:16
**wow**
90:5, 90:7
**wrong**
99:24

**X**

**xendo**
86:21

**Y**

**yay**
86:16
**yeah**
7:21, 8:9,
10:20, 11:6,
11:18, 11:22,
16:18, 17:7,
19:4, 21:14,
21:22, 22:9,
26:25, 30:4,
31:14, 33:2,
34:19, 35:5,
35:7, 35:9,
35:11, 35:15,
35:19, 37:10,
37:12, 41:8,
41:9, 42:21,
46:25, 47:10,
48:25, 49:16,

51:12, 51:16,
53:6, 53:11,
57:5, 62:25,
64:14, 65:10,
65:17, 67:19,
70:24, 71:19,
73:18, 74:23,
79:17, 81:18,
82:19, 85:21,
86:6, 87:8,
87:11, 87:13,
89:16, 97:17,
98:12, 98:14,
101:4, 104:2,
104:8
**year**
9:7, 10:1
**years**
9:16, 10:11,
10:14, 11:14,
50:9, 54:5
**yelled**
90:8
**young**
1:25, 2:12,
6:23, 110:2
**yourself**
21:1

**$**

**$200**
97:21

**0**

**02199**
3:22
**04**
1:16, 6:9

**1**

**10**
71:7, 71:8,
71:9, 71:12,
110:14
**100**
5:16
**1000**
3:5

**11**
98:20, 98:23,
109:24, 109:25
**110**
1:24
**14**
9:15
**15**
2:4, 3:12, 6:12
**17**
68:1
**1750**
3:5
**18**
84:7
**19**
84:7, 84:8
**1994**
10:22

**2**

**20**
1:9, 6:7, 98:20
**200**
97:17
**2000**
10:16
**20005**
2:6, 3:14, 6:13
**2006**
9:15, 9:17,
9:19, 9:23
**2013**
10:3
**2015**
67:25
**2017**
34:10, 102:5
**2019**
44:9, 94:6
**202**
2:7, 3:15
**2021**
1:15, 6:8,
110:15
**2024**
110:22
**20474**
100:17

**22**
98:23
**22201**
3:6
**29**
71:7, 71:8
**2:-cv--rmg**
1:9, 6:7

**3**

**30**
1:15, 6:8
**31**
67:25, 110:22
**34**
109:24, 109:25
**3600**
3:22
**3719**
1:9, 6:7
**398679**
1:23
**3rd**
34:10

**4**

**45**
71:9, 71:12

**5**

**50**
13:3, 105:11,
105:25
**5000**
3:7
**55**
13:12

**6**

**617**
3:23

**7**

**700**
2:5, 3:13, 6:12
**7000**
3:23
**703**
3:7

**712**
3:7
**737**
2:7, 3:15
**77**
11:24
**7777**
2:7, 3:15

**8**

**800**
3:21
**82**
11:12, 11:24
**89**
5:4

**9**

**9**
1:16, 6:9
**901**
2:4, 3:12, 6:12
**94**
10:18, 10:21
**951**
3:23