IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| PATRICK K. DONNELLY, *Plaintiff*, v. LINDEN CAPITAL PARTNERS III, L.P., *et al. Defendant*. | Case No. 2:20-cv-3719-RMG |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff Patrick K. Donnelly ("Plaintiff"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the consent of Linden Capital Partners III, L.P, hereby voluntarily dismisses with prejudice this action. By agreement of the parties, each party shall bear its own costs and fees.

Dated: November 2, 2023

ROSEN HAGOOD, LLC

/s/Elizabeth F. Nicholson
Elizabeth F. Nicholson
Federal I.D. No. 12402
40 Calhoun Street, Suite 450
Charleston, SC 29401
(843) 577-6726
enicholson@rosenhagood.com

GREENBERG TRAURIG, LLP

/s/ Nicholas SanFilippo
Nicholas SanFilippo
Shirin Afsous
Raymond D. Jackson
*Admitted Pro Hac Vice*
1750 Tysons Blvd., Suite 1000

1

McLean, VA 22102
(703) 749-7507
Nicholas.SanFilippo@gtlaw.com
Shirin.Afsous@gtlaw.com
Jacksonra@gtlaw.com

*Counsel for Plaintiff*


/s/ Patrick C. Wooten
J. Rutledge Young, III (Federal Bar No. 7260)
Patrick C. Wooten (Federal Bar No. 10399)
Duffy & Young, LLC
96 Broad Street
Charleston, South Carolina 29401
(843) 720-2044 (phone)
(843) 720-2047 (fax)

Jonathan Missner (admitted *pro hac vice)*
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, District of Columbia, 20006
(202) 737-7777 (phone)
(202) 296-8312 (fax)
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com

*Counsel for Defendant Linden Capital Partners III, L.P.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ *Elizabeth F. Nicholson*
                                                Elizabeth F. Nicholson